# Exhibit A

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
 2
       MDL No. 2789
 3     Honorable Claire C. Cecchi
       - - - - - - - - - - - - - - - - - - - - X
 4     IN RE:  PROTON-PUMP INHIBITOR         :
       PRODUCTS LIABILITY LITIGATION         :
 5     (NO. II)                              :
       - - - - - - - - - - - - - - - - - - - - -X
 6     THIS DOCUMENT RELATES TO:
       Civil Action No.:  2:17-cv-06124
 7     - - - - - - - - - - - - - - - - - - - - X
       FREDDY BALES,                         :
 8                     Plaintiff             :
       VS                                    :
 9     ASTRAZENECA PHARMACEUTICALS LP, et al.,  :
                     Defendants              :
10     - - - - - - - - - - - - - - - - - - - - X
       Civil Action No.:  2:17-cv-02475
11     - - - - - - - - - - - - - - - - - - - - X
       DAVID FOSTER,                         :
12                     Plaintiff             :
       VS                                    :
13     ASTRAZENECA PHARMACEUTICALS LP, et al.,  :
                     Defendants              :
14     - - - - - - - - - - - - - - - - - - - - X
       Civil Action No.:  2:18-cv-03159
15     - - - - - - - - - - - - - - - - - - - - X
       STEVE KERSCH,                         :
16                     Plaintiff             :
       VS                                    :
17     ASTRAZENECA PHARMACEUTICALS LP, et al.,  :
                     Defendants              :
18     - - - - - - - - - - - - - - - - - - - - X
       Civil Action No.:  2:17-cv-00212
19     - - - - - - - - - - - - - - - - - - - - X
       KIMBERLY LEE,                         :
20                     Plaintiff             :
       VS                                    :
21     ASTRAZENECA PHARMACEUTICALS LP, et al.,  :
                     Defendants              :
22     - - - - - - - - - - - - - - - - - - - - X
23        CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
24            GILBERT W. MOECKEL, M.D., PH.D., FASN
25                    July 7, 2021
```

Confidential Pursuant to Protective Order

```
 1

 2   Civil Action No.:  2:17-cv-13727

     - - - - - - - - - - - - - - - - - - - - X
 3   DIANE NELSON,                            :

                     Plaintiff              :
 4                                            :
     VS                                       :
 5                                            :
     ASTRAZENECA PHARMACEUTICALS LP, et al., :
 6                   Defendants              :
     - - - - - - - - - - - - - - - - - - - - X
 7
     Civil Action No.:  2:19-cv-00850
 8   - - - - - - - - - - - - - - - - - - - - X
     JAMES RIEDER,                            :
 9                   Plaintiff              :
                                              :
10   VS                                       :
                                              :
11   ASTRAZENECA PHARMACEUTICALS LP, et al., :
                     Defendants              :
12   - - - - - - - - - - - - - - - - - - - - X
13
14
15
16             Videotaped deposition of
17        GILBERT W. MOECKEL, M.D., PH.D., FASN
18     taken via Zoom videoconference before Clifford
19    Edwards, Certified Shorthand Reporter and Notary
20        Public, on July 7, 2021, at 11:19 a.m.
21
22
23             GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
24                 deps@golkow.com
25
```

Confidential Pursuant to Protective Order

```
 1   A P P E A R A N C E S:   (all via videoconference)
 2   ON BEHALF OF THE PLAINTIFFS:
 3     PAUL PENNOCK, ESQ.
       MORGAN & MORGAN
 4     90 Broad Street, Suite 1011
       Brooklyn, NY 10004
 5     ppennock@forthepeople.com
 6     BESS DeVAUGHN, ESQ.
       DOUGLAS & LONDON, P.C.
 7     59 Maiden Lane, 6th Floor
       New York, NY 10038
 8     bdevaughn@douglasandlondon.com
 9     JONATHAN M. SEDGH, ESQ.
       MORGAN & MORGAN
10     90 Broad Street, Suite 1011
       Brooklyn, NY 10004
11     jsedgh@forthepeople.com
12     SERENA ROSAS, ESQ.
       NAPOLI SHKOLNIK, PLLC
13     270 Muñoz Rivera Avenue, Suite 201
       Hato Rey, Puerto Rico 00918
14     (833) 271-4502
15
16   ON BEHALF OF THE DEFENDANT ASTRAZENECA:
17     KATHERINE D. ALTHOFF, ESQ.
       ICE MILLER LLP
18     One American Square, Suite 2900
       Indianapolis, IN 46282-0200
19     katherine.althoff@icemiller.com
20     OLGA VOINAREVICH, ESQ.
       ICE MILLER LLP
21     One American Square, Suite 2900
       Indianapolis, IN 46282-0200
22     olga.voinarevich@icemiller.com
23
24
25
```

Confidential Pursuant to Protective Order

```
 1   A P P E A R A N C E S:   (all via videoconference)

 2

 3   ON BEHALF OF THE DEFENDANT TAKEDA:

 4     JAMES W. MIZGALA, ESQ.

       TUCKER ELLIS LLP

 5     233 South Wacker Drive, Suite 6950

       Chicago, IL  60606

 6     james.mizgala@tuckerellis.com

 7

       ANDREA M. GLINKA PRZYBYSZ, ESQ.

 8     TUCKER ELLIS LLP

       233 South Wacker Drive, Suite 6950

 9     Chicago, IL  60606

       andrea.przybysz@tuckerellis.com

10

11   ALSO PRESENT:

12     EMILY SY, ESQ., TAKEDA

13     LEO RAKITIN, ESQ., ASTRAZENECA

14     JEFF FLEMING, VIDEOGRAPHER/EXHIBIT TECHNICIAN

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    INDEX OF EXAMINATION

2

3                                              PAGE

4   DIRECT EXAMINATION BY MS. ALTHOFF            8

5

6

7                    INDEX OF EXHIBITS

8

9   Moeckel Exhibit                            PAGE

10  No. 1, Defendants' Notice of Oral

11         Videotaped Deposition and Associated

12         Subpoena Duces Tecum of

13         Gilbert W. Moeckel,

14         M.D., PH.D., FASN                     11

15  No. 2, "Late-Onset Omeprazole-Associated

16         Acute Interstitial Nephritis"        45

17  No. 3, Proton Pump Inhibitor Toxicity

18         Expert Witness Report                58

19  No. 4, Handbook of Toxicological

20         Pathology, Chapter 47, "Kidney"      74

21  No. 5, Appendix A                           88

22  No. 6, "Proliferative and Nonproliferative

23         Lesions of the Rat and Mouse Urinary

24         Systems"                            112

25
```

Confidential Pursuant to Protective Order

```
 1                    INDEX OF EXHIBITS

 2                      (continued)

 3

 4    Exhibit                                      PAGE

 5    No. 7, Materials Considered by Expert

 6          Dr. Gilbert W. Moeckel                 130

 7    No. 8, Consult/Safety Review,

 8          Paolo Fanti, M.D.                      139

 9    No. 9, "Omeprazole attenuates

10          cisplatin-induced kidney injury

11          through suppression of the

12          TLR4/NF-?B/NLRP3 signaling pathway"    151

13    No. 10, "The protective effect of acute

14          pantoprazole pretreatment on renal

15          ischemia reperfusion

16          injury in rats"                        155

17    No. 11, Appendix B, AZ Studies: Renal

18          Slides Requested but Not Received      195

19    No. 12, Consulting Agreement Between

20          Dr. Gilbert Moeckel and IceMiller

21          Legal Counsel                          202

22

23

24

25
```

```
 1                    THE VIDEOGRAPHER:  We are now on

 2               the record.  My name is Jeff Fleming.

 3               I'm a videographer for Golkow

 4               Litigation Services.  Today's date is

 5               July 7, 2021.  The time is 11:19 a.m.

 6                    This remote video deposition is

 7               being held in the matter of Proton-Pump

 8               Inhibitor Products Liability

 9               Litigation, in the United States

10               District Court, District of New Jersey.

11                    The deponent is Dr. Gilbert

12               Moeckel.

13                    All parties to this deposition are

14               appearing remotely and have agreed to

15               the witness being sworn in remotely.

16               Due to the nature of remote reporting,

17               please pause briefly before speaking to

18               ensure all parties are heard

19               completely.

20                    All appearances will be noted on

21               the stenographic record.

22                    The court reporter is Cliff

23               Edwards and will now swear in -- swear

24               in the witness.

25
```

Confidential Pursuant to Protective Order

```
 1                    GILBERT W. MOECKEL, M.D., PH.D.,
 2    FASN, doing business at 310 Ceder Street New Haven,
 3    Connecticut, having first been duly sworn, deposed
 4    and testified as follows:
 5
 6                    DIRECT EXAMINATION
 7
 8    BY MS. ALTHOFF:
 9         Q    Good morning, Dr. Moeckel.  My name is
10    Katherine Althoff.  I am here in this litigation
11    representing AstraZeneca.  I think before we got
12    started, you're also aware that Mr. James Mizgala
13    is on.  He is here representing Takeda.  And we
14    are here to take your deposition starting this
15    morning and probably continuing into tomorrow.
16              Are you aware of that?
17         A    Yes.
18         Q    And, Dr. Moeckel, the address that you
19    gave to the court reporter just a moment ago, what
20    type of address was that?
21         A    That is my work address.
22         Q    And where are you today, sir?
23         A    I am in a conference room of the
24    Department of Pathology at Yale School of
25    Medicine.
```

Confidential - Pursuant to Protective Order

```
 1        Q      And what is the address there,

 2   Dr. Moeckel?

 3        A      The address is 310 Cedar Street in New

 4   Haven, Connecticut.

 5        Q      And who is in the room with you today,

 6   Dr. Moeckel?

 7        A      In the room is Paul Pennock and Bess

 8   DeVaughn.

 9        Q      And these are, to your understanding,

10   attorneys representing plaintiffs in this

11   litigation?

12        A      Yes.

13        Q      And as I understand it, you've been

14   retained as an expert witness on behalf of

15   plaintiffs in this litigation; correct?

16        A      Yes.

17        Q      And that's what we're here to talk to

18   you about today?

19        A      Yes.

20        Q      And, Doctor, as you can imagine, I'm

21   not there in the room with you, nor is

22   Mr. Mizgala.  We are on Zoom today due to the --

23   what is the continuing effects of the pandemic.

24   So the rules are a little bit different than it

25   would be if we were all in the same room in the
```

Confidential - Pursuant to Protective Order

```
 1    sense that I would ask that you not communicate

 2    verbally or nonverbally with any of the lawyers in

 3    the room, staff or others sort of off camera, if

 4    you will, other than during breaks.

 5              Do you understand that?

 6         A    Yes.

 7         Q    And the same applies with regard to any

 8    electronic devices you have.  You agree that you

 9    won't receive any text messages or other

10    information during this deposition that would

11    relate to your testimony; okay?

12         A    Yes.

13         Q    And I saw from your report,

14    Dr. Moeckel, that you've been deposed before.  So

15    you've been through this sort of proceeding

16    before; correct?

17         A    Yes.

18         Q    Is this the first one where some or all

19    the lawyers have been via Zoom or some other

20    electronic platform?

21         A    Yes.

22         Q    Same rules apply as, you know, if we

23    were all in person together.  The only difference

24    I would say, Doctor, is if you can make sure that

25    you let me finish my question before you start
```

Confidential - Pursuant to Protective Order

1    answering, and I will try to do the same for you

2    with regard to your answer, so that we don't cut

3    one another off on Zoom, which is even more

4    important than it would be in a normal deposition;

5    okay?

6         A    Yes.

7         Q    Doctor, did you receive the notice of

8    deposition or subpoena for deposition for your

9    deposition today?

10        A    I -- I did not receive a written notice

11   of the subpoena, no.

12             MS. ALTHOFF:  Jeff, let's show him

13             our number one and have it marked as

14             Exhibit 1.

15             (Whereupon, Exhibit No. 1,

16             Defendants' Notice of Oral

17             Videotaped Deposition and

18             Associated Subpoena Duces Tecum of

19             Gilbert W. Moeckel, M.D., PH.D.,

20             FASN, was marked for

21             identification.)

22   BY MS. ALTHOFF:

23        Q    So, correct, Dr. Moeckel, you've not

24   seen this document before today?

25        A    Well, I --

Confidential - Pursuant to Protective Order

```
 1                    MS. ALTHOFF:  Scroll down a couple

 2          pages here.

 3                    THE WITNESS:  Okay.  Is there a

 4          way you can make this a little bit

 5          larger, please, if possible?

 6                    MS. ALTHOFF:  Uh-huh.

 7                    THE WITNESS:  Oh, yeah.  That's

 8          much better.

 9   BY MS. ALTHOFF:

10       Q    Again, the question for you,

11   Dr. Moeckel, is:  Have you seen this document

12   before today?

13       A    No, I have not.

14                    MS. ALTHOFF:  If we could go to

15          the Exhibit A to this document, please.

16   BY MS. ALTHOFF:

17       Q    And, Doctor, this Exhibit A asks you to

18   bring some documents with you, including your

19   current curriculum vitae, any bills, invoices,

20   etc., that you've prepared, as well as some other

21   information.

22                    Did you bring anything with you today?

23       A    I brought a copy of my expert report

24   with appendices pertaining to study material and

25   my CV.
```

Confidential - Pursuant to Protective Order

```
 1        Q      When you say appendices relating to the

 2   study materials, can you describe that for me a

 3   little bit more with particularity?

 4        A      Yeah.  Those are lists of the study

 5   names that I reviewed.

 6        Q      Is that a document that you prepared,

 7   sir?

 8        A      It was prepared for me.

 9        Q      Have you or anyone on your behalf, to

10   your knowledge, Dr. Moeckel, prepared a document

11   which would reflect the amount of time and/or

12   charges that you have spent as it relates to this

13   litigation?

14        A      Yes.

15               The attorney's office prepared a

16   statement of compensation, I believe it's called,

17   that includes the payments made for my work as a

18   expert witness.

19        Q      And I know that we're going to be

20   getting a copy of that later today, but I guess my

21   question for you is:  Do you have a sense,

22   Dr. Moeckel, as you sit here today, of how much

23   you have charged so far?

24        A      I believe it's a little over $120,000.

25        Q      Uh-huh.
```

```
 1                  And based on the information that we

 2       received as a part of your report, that was -- is

 3       that based on $400 an hour for consultation and

 4       report review?

 5            A     Yes, that is correct.  $400 per hour.

 6            Q     And do I understand that you're getting

 7       paid $500 an hour for your testimony today?

 8            A     Yes, that is true.

 9                  MR. PENNOCK:  Objection.  Note my

10            objection.

11       BY MS. ALTHOFF:

12            Q     And would that be the same charge, $500

13       an hour, should you testify at trial?

14            A     Yes.

15            Q     The approximately a hundred twenty

16       thousand that you identified as how much so far --

17       well, let me ask this question:  The hundred

18       and -- approximately hundred and twenty thousand,

19       is that monies that have been paid already or is

20       that sort of the value of the work that you've

21       done so far?

22            A     That is money that has been paid

23       already.

24            Q     And do you have additional charged time

25       before today that you've not yet been paid for?
```

Confidential - Pursuant to Protective Order

```
 1        A      Yes.

 2        Q      And how much value do you have that you

 3    haven't been paid yet?

 4        A      Approximately, $12,000.

 5        Q      Uh-huh.

 6               And the hundred and twenty thousand

 7    that you've identified, was that up through the

 8    time that your report was prepared?

 9        A      It was up through the time the report

10    was prepared, but also includes time I spent

11    preparing for this deposition.

12        Q      So the additional 12,000 that you've

13    not yet been paid for, what does that relate to?

14        A      That does relate to the time I spent on

15    the deposition today and tomorrow and also

16    additional preparation that I have not billed yet.

17        Q      Additional preparation for this

18    deposition?

19        A      Yes.

20        Q      Dr. Moeckel, you've been retained by

21    the plaintiffs; correct?

22        A      Yes.

23        Q      And when were you first retained?

24        A      I believe in 2018, if I remember

25    correctly.
```

```
 1        Q     Do you know approximately when in 2018
 2   you were retained by the plaintiffs?
 3        A     I would say sometime spring, early
 4   summer.
 5        Q     And I think, according to your report,
 6   is it fair that you were retained to review animal
 7   data from various manufacturers?
 8        A     Yes, that's true.
 9        Q     Setting aside that sort of general
10   scope of work, were there other scope of work that
11   you were asked to -- to do as part of your expert
12   work in this litigation?
13        A     No.  I don't remember anything beyond
14   the --
15        Q     So for instance, were you -- have you
16   been asked to render any opinions about human
17   renal pathology?
18        A     I believe I was shown a couple of
19   kidney biopsy reports at some point.
20        Q     And have you -- and, I -- I guess,
21   maybe I -- I don't have my realtime in front of
22   me.
23              So the kidney biopsies that you saw,
24   they were of humans?
25        A     They were reports -- only reports of
```

Confidential - Pursuant to Protective Order

```
 1    human kidney biopsies, yes.

 2         Q    Okay.  And you've not rendered any

 3    opinions that you intend to testify in this case

 4    with regard to those two biopsies --

 5         A    No.

 6         Q    -- that you reviewed; correct?

 7         A    Correct, yeah.

 8         Q    Do you -- and you don't intend to enter

 9    any opinions at all in this litigation with regard

10    to the causes of any kidney disease in any

11    particular patient whose case is presented at

12    trial in this matter?

13         A    That's right.

14         Q    Other than having reviewed some

15    biopsy -- human biopsy reports and reviewed animal

16    data from the various manufacturers, any other

17    sort of scope of work that you've taken on as it

18    relates to this litigation?

19         A    No.  I do not remember any other work

20    except for I have just mentioned.

21         Q    In your report, Dr. Moeckel, you

22    identified two cases in which you had testified in

23    the last four years; is that correct?

24         A    You mean basically depositions that I

25    have been part of?
```

Confidential - Pursuant to Protective Order

1          Yes.

2          Q     Well, have -- have you testified in any

3     depositions or at trial in the last four years?

4          A     Yes, I have.

5          Q     And was it only two or are there more?

6          A     No.  Just two depositions.

7          Q     So you identified the Dominguez

8     plaintiff, Diana Dominguez (phonetic) case, and

9     the plaintiff Patricia McGilliard (phonetic) case.

10          So those are the two where you've

11     testified?

12          A     Yes, that is correct.

13          Q     And the Diana Dominguez vs. Raghu

14     Juvvadi (phonetic) case, who did you testify on

15     behalf of -- well, let me ask this question

16     instead.

17          Did you serve as an expert witness in

18     either one of those cases?

19          A     Yes.  I served as expert witness in

20     both of these cases.

21          Q     So in the Diana Dominguez vs. Raghu

22     Juvvadi case, who -- upon -- for which party did

23     you testify?

24          A     For the defendant.

25          Q     Uh-huh.  And in the Patricia McGilliard

Confidential   Pursuant to Protective Order

```
 1    vs. Kaye Zuckerman, M.D., et al., case, did you

 2    testify as an expert witness on behalf of

 3    Mrs. Gilliard [sic] or one of the defendants?

 4        A    I -- I believe I was a expert witness

 5    for the plaintiff in that case.

 6        Q    And in your day-to-day practice,

 7    Dr. Moeckel, you are a renal pathologist; correct?

 8        A    Yes.

 9        Q    And you spend the majority of your time

10    on human renal pathology; correct?

11        A    Yes.

12        Q    And so were you testifying in one or

13    both of those cases as a renal pathology -- human

14    renal pathology expert?

15        A    Yes.  In the case -- the first case

16    that you mentioned, the one that was in a court in

17    Florida, I believe, there I was a expert witness

18    as renal pathologist.

19        Q    And what about in the Patricia

20    McGilliard vs. Kaye Zuckerman case that was in the

21    Superior Court of New Haven, presumably

22    Connecticut?

23        A    Right.

24             There I was the attending on an autopsy

25    report and was questioned regarding the
```

Confidential — Pursuant to Protective Order

```
 1    circumstances of the patient's death as the

 2    attending who performed the autopsy on that

 3    patient.

 4         Q     So in the second case, although you may

 5    have had expert-type opinions, you were also a

 6    fact witness?

 7         A     Yes.

 8         Q     Did either one of those cases involve

 9    proton-pump inhibitors in any way?

10         A     No.

11         Q     Did either of these patients, Diana

12    Dominguez or Patricia McGilliard, have any form of

13    interstitial nephritis that you were asked to

14    review?

15         A     No.

16         Q     Did either of these patients have

17    chronic kidney disease?

18         A     Yes.

19               So the first case, the one in Florida,

20    was a case of a kidney biopsy report that stated

21    IGA nephropathy, which is a chronic kidney

22    disease.

23               And I was -- and I was asked to comment

24    on the report, its accuracy, and how it should be

25    interpreted.
```

```
 1        Q      So Ms. Dominguez had chronic kidney

 2   disease which had been attributed to IGA

 3   nephropathy?

 4        A      Yes.

 5        Q      And as part of her care and treatment,

 6   she had a biopsy?

 7        A      Yes.

 8        Q      And you were asked to confirm whether

 9   the biopsy, in fact, showed IGA nephropathy?

10        A      Yes.

11        Q      And were you able to determine on

12   biopsy that, in fact, it did show IGA nephropathy

13   as the cause of her chronic kidney disease?

14        A      No.  In my opinion from the biopsy, it

15   could not be concluded that the diagnosis was IGA

16   nephropathy.

17        Q      And were you able to determine on that

18   biopsy what the cause of Ms. Dominguez's chronic

19   kidney disease was?

20        A      No.

21        Q      Have you ever testified, Dr. Moeckel,

22   as a animal renal pathologist?

23        A      No.

24        Q      Have you ever testified, Dr. Moeckel,

25   whether in the last four years or otherwise, about
```

Confidential - Pursuant to Protective Order

```
 1     the relationship between animal histopathology and

 2     human disease?

 3          A     No.

 4          Q     So fair to say the types of opinions

 5     that are reflected in your expert report in the

 6     proton-pump inhibitor litigation, this is the

 7     first time you've expressed those types of

 8     opinions as an expert witness in litigation?

 9          A     Yes.  That's correct.

10          Q     Dr. Moeckel, what did you do to prepare

11     for your deposition?

12          A     I reviewed my report.  I reviewed

13     scientific applications.  And I reviewed some of

14     the studies that I think were, you know, important

15     and featured in my report.

16          Q     Okay.  Did you meet with any lawyers?

17          A     Yes, I did.

18          Q     And who did you meet with?

19          A     Paul Pennock and Bess DeVaughn.

20          Q     And how many times did you meet with

21     Mr. Pennock?

22          A     Four or -- four or five times,

23     predominantly via Zoom.

24          Q     How much total time did you spend with

25     Mr. Pennock?
```

Confidential - Pursuant to Protective Order

```
1         A      Four hours.

2         Q      And Attorney DeVaughn, how much --

3    was -- was she in the same meetings or were these

4    different meetings?

5         A      She was in the same meetings.

6         Q      Did you have any separate meetings with

7    Ms. DeVaughn?

8         A      I think I had one or two Zoom meetings

9    just with her.

10        Q      And how much additional time did you

11   spend with her?

12        A      Two hours.

13        Q      So approximately six hours total

14   meeting with lawyers?

15        A      Yes.

16        Q      You said you reviewed your report.  I'm

17   assuming the report that you've entered in this

18   litigation; correct?

19        A      Yes.

20        Q      And you said you reviewed some

21   scientific publications?

22        A      Yes.

23        Q      Did you review any scientific

24   publications, other than what is referenced, you

25   know, by citation in your report -- your
```

Confidential - Pursuant to Protective Order

```
 1    AstraZeneca report?

 2         A     No.

 3         Q     And you said you reviewed studies that

 4    figured, you know, more prominently in your

 5    report.

 6               And I just want to make sure.  By that,

 7    are you talking about the actual animal data from

 8    the manufacturers?

 9         A     Yeah.  I'm talking about the studies

10    that are featured in the report and the material

11    that I had access to.

12         Q     Right.

13               And I -- I just want to make sure.

14    We're -- when you say "studies," we're talking

15    about the internal nonclinical study reports and

16    data?

17         A     Yes.

18         Q     Did you review any of those internal

19    nonclinical, preclinical studies other than the

20    ones that are listed in either Appendix A,

21    Appendix B, or the body of your report?

22         A     No.

23         Q     Other than reviewing your report,

24    reviewing some of the scientific publications that

25    are cited in your report, reviewing some of the
```

Confidential - Pursuant to Protective Order

1    studies that figure more prominently in your

2    report and meeting with lawyers, was there

3    anything else that you did to prepare for your

4    deposition?

5        A    No.

6        Q    Have you spoken, in preparation or at

7    any time, with any of the plaintiffs in this

8    litigation?

9        A    No.

10       Q    Did you review any plaintiffs'

11   depositions?

12       A    Can you repeat that question, please?

13       Q    Sure.

14            Did you review the depositions of any

15   plaintiffs?

16       A    No.

17       Q    Did -- you mentioned that you had been

18   asked to look at some kidney biopsy reports.  But

19   other than that, have you been asked to review or

20   have you reviewed any medical records of any

21   plaintiffs in this litigation?

22       A    No.

23       Q    What is your understanding with regard

24   to the medical conditions that the plaintiffs in

25   this litigation are complaining about?

Confidential   Pursuant  to Protective Order

```
 1        A      Can you repeat -- please repeat the

 2    question?

 3        Q      Sure.

 4               What is your understanding of the

 5    medical conditions that the plaintiffs are

 6    complaining about in this litigation?

 7        A      I have the understanding that the

 8    plaintiffs complain about chronic kidney disease

 9    as a consequence of proton-pump inhibitor use.

10        Q      Any other medical conditions that is

11    your understanding that plaintiffs in this case

12    are complaining about as a result of use of PPIs?

13        A      No.  I think that was all that I

14    understood.

15        Q      Have you spoken with any of the

16    plaintiffs' healthcare providers?

17        A      No.

18        Q      Have you read any healthcare provider

19    depositions?

20        A      No.

21        Q      And I think we talked about this

22    previously, but I want to make sure I -- I got

23    this right.

24               So you're not here today to testify

25    that PPIs were the cause of any particular
```

Confidential   Pursuant to Protective Order

```
 1    injuries or claims by any particular plaintiff in

 2    this litigation?

 3         A     Yes, that's right.

 4         Q     Have you spoken with any of your

 5    colleagues or other medical professionals about

 6    your opinions in this case?

 7         A     No.

 8         Q     Have you reviewed any expert reports

 9    from any other expert for the plaintiffs?

10         A     No.

11         Q     Have you reviewed any expert reports

12    from any defense expert?

13         A     I believe I have seen the expert report

14    by Dr. Sandusky (phonetic).

15               Is that the right pronunciation?

16         Q     Uh-huh.

17         A     I -- I have seen that expert witness

18    report.

19         Q     And you said you've -- you've seen it.

20    I mean, you've -- you've read it; correct?

21         A     Yes.  I read it.  Yes.

22         Q     And did anything in Dr. Sandusky's

23    report change or modify in any way your opinions

24    that you're here to testify about today?

25         A     No.
```

Confidential - Pursuant to Protective Order

```
 1        Q     And other than Dr. Sandusky's report,

 2   have you reviewed any other defense expert

 3   reports?

 4        A     No.

 5        Q     Have you reviewed Dr. Martin Smith's

 6   report?

 7        A     I believe I have seen the report, but I

 8   have not read it in depth.

 9        Q     Okay.  Did you read or review sections

10   of that report?

11        A     I read sections of that report, I

12   believe, yes.

13        Q     And did you review that report before

14   you wrote your -- you know, signed off on your

15   report or after?

16        A     After.

17        Q     And which sections of Dr. Smith's

18   report do you recall reviewing?

19        A     I recall reviewing the initial part

20   where he talks about the chemical properties of

21   PPIs and the toxicity and general discussion of

22   toxicity mechanisms of drugs in the kidney.

23        Q     Did you review Dr. Smith's analysis of

24   the internal company animal or preclinical data?

25        A     No.
```

Confidential - Pursuant to Protective Order

```
 1        Q     Have you had any conversations with

 2   Dr. Smith at any time about this litigation?

 3        A     No.

 4        Q     Have you had any discussions with any

 5   other expert on behalf of the plaintiff about this

 6   case?

 7        A     No.  No.

 8        Q     Have you reviewed Dr. John Danziger's

 9   report?

10        A     No.

11        Q     Have you reviewed the reports of any

12   epidemiologist or biostatistician?

13        A     No.

14        Q     Have you reviewed the expert report of

15   Dr. Colvin?

16        A     Yes, I did.

17        Q     And do you understand that Dr. Robert

18   Colvin has been retained by the defense?

19        A     Yes.

20        Q     Okay.  Do you know Dr. Colvin?

21        A     Yes.

22        Q     And how do you know him?

23        A     He's a colleague of mine.  He's a renal

24   pathologist.

25        Q     Uh-huh.
```

Confidential - Pursuant to Protective Order

```
 1              Do you have any criticisms of his

 2    reputation or credentials?

 3        A     No.  He's an excellent renal

 4    pathologist.

 5        Q     Did you have any dispute with the

 6    opinions set forth in Dr. Colvin's report?

 7        A     No.  I thought that the -- his expert

 8    witness report was very general.

 9        Q     Uh-huh.

10        A     So I did not have anything specific

11    that I objected.

12        Q     And, of course, Dr. Colvin's report is

13    on human renal pathology as opposed to animal

14    pathology; correct?

15        A     I believe that's what I remember, yes.

16        Q     Did you have any -- sorry.  Going back

17    to Dr. Sandusky's report for a minute.

18              Did you have any criticisms of

19    Dr. Sandusky's report?

20        A     If I --

21              MR. PENNOCK:  Just note my

22              objection.  I mean, this is all by

23              memory.

24              So go ahead.

25              THE WITNESS:  Yeah.
```

Confidential   Pursuant to Protective Order

1      A     As far as I remember, Dr. Sandusky in

2   his report says that the lesions that were seen in

3   the animal studies are all chronic progressive

4   nephropathy.  And I disagree with that opinion.

5   BY MS. ALTHOFF:

6      Q     You understand, Dr. Moeckel, that the

7   studies that were reviewed were both dogs and

8   rodents; correct?

9      A     Yes.

10     Q     And dogs don't generally have lesions

11  described as chronic progressive nephropathy;

12  correct?

13     A     That's right.

14     Q     And so are you saying that Dr. Sandusky

15  described lesions in dogs as chronic progressive

16  nephropathy?

17     A     I think that's what I remember.

18     Q     And you said you disagreed that all the

19  lesions that were seen were chronic progressive

20  nephropathy.

21           Do you agree that all the lesions that

22  were seen in the rodents, that being mice and

23  rats, were chronic progressive nephropathy?

24     A     I disagree that they are chronic

25  progressive nephropathy.

Confidential   Pursuant to Protective Order

```
 1        Q     Okay.  Well, we'll be talking about

 2    that some more later.

 3              Have you reviewed any of the reports

 4    from any nephrologist retained by either the

 5    plaintiffs or the defendants?

 6        A     No, I have not.

 7        Q     So you've not reviewed Dr. Cheriton

 8    (phonetic), Dr. Sirota (phonetic)?

 9        A     No.  No, I have not reviewed their

10    reports.

11        Q     Okay.  Now that we've gone through

12    and -- and you do recall having reviewed

13    Dr. Colvin's report and Dr. Sandusky's report and

14    portions of Dr. Smith's report.

15              Are there any other expert reports

16    that, as you sit here today, you can recall having

17    reviewed?

18        A     I do not recall reading any other

19    report than those you just mentioned.

20        Q     Uh-huh.

21              Have you reviewed any transcripts from

22    any depositions in this case?

23        A     No, I have not.

24        Q     All right.  Let's talk about your

25    qualifications as set forth in your report in your
```

Confidential   Pursuant to Protective Order

1    CV; okay?

2         A      Okay.

3         Q      Does not appear to me that you are a

4    veterinarian or veterinary pathologist.

5                Is that correct?

6         A      I'm not a veterinary pathologist, no.

7         Q      And do you have training and expertise

8    in toxicology?

9         A      I have training in toxicology as

10   pertaining to a full medical school training.

11               I also trained in residency in anatomic

12   and clinical pathology, and part of the training

13   as a pathology resident is to learn about

14   toxicology and some toxicology procedures and

15   tests and what mechanism underlie toxicological

16   mechanisms.

17        Q      Do you consider yourself a

18   toxicologist?

19        A      No, I do not.

20        Q      As I understand it from looking at your

21   report, you're not rendering any opinions

22   regarding the manner in which the studies were

23   actually conducted; is that correct?

24        A      That is correct.

25        Q      Instead, your opinions relate to how

Confidential    Pursuant to Protective Order

```
 1    the studies were interpreted or whether additional

 2    studies should have been done based on the

 3    findings that you saw in the studies?

 4         A    Yes.  That is correct.

 5         Q    As a renal pathologist, are you a

 6    nephrologist?

 7         A    No.  I am not a nephrologist.

 8         Q    And presumably, not a

 9    gastroenterologist either; correct?

10         A    No.

11         Q    Do you prescribe medications to

12    patients?

13         A    No, I do not.

14         Q    Other than reviewing renal biopsies, do

15    you treat kidney disease?

16         A    No, I do not treat the disease.

17         Q    Do you consider reading renal biopsies

18    to be care and treatment of patients with renal

19    disease?

20         A    Yes, I do.

21         Q    And in fact, on a day-to-day basis, you

22    review tissue samples from patients who have

23    chronic kidney disease; correct?

24         A    Yes.  And much more than that.  I

25    always review the clinical history, the other
```

Confidential   Pursuant to Protective Order

1    laboratory findings, because interpreting a kidney

2    biopsy is a part of a overall gestalt analysis of

3    the patient.

4              I always review the serum creatinine

5    values.  I always -- always review BUN values.  I

6    look at the urinalysis results.  I look at what

7    the -- their clinical history is, what other

8    diseases the patient have that might not be

9    nephrological, pertaining to nephrology.

10             So I always look at the patient in its

11   entirety.

12        Q    So you have a good understanding then,

13   Dr. Moeckel, of what kidney disease looks like in

14   U.S. patients; correct?

15        A    Yes, I do.

16        Q    And that would include everything from

17   acute interstitial nephritis, to acute kidney

18   injury, to chronic kidney disease; is that right?

19        A    Yes, that's right.

20        Q    And you would have a good understanding

21   of what underlying comorbidities, for example, are

22   strongly correlated with chronic kidney disease?

23        A    Yes, I do.

24        Q    And as part of that understanding,

25   you're well aware that hypertension and diabetes

Confidential - Pursuant to Protective Order

```
 1    are overwhelmingly the leading causes of chronic

 2    kidney diseases; correct?

 3                    MR. PENNOCK:  Objection to form.

 4                    Go ahead.

 5         A     Yes, I understand.

 6    BY MS. ALTHOFF:

 7         Q     With regard to acute interstitial

 8    nephritis -- which you've diagnosed before on

 9    biopsy; correct?

10         A     Yes.

11         Q     And when you've diagnosed it on biopsy,

12    have you also received various clinical

13    information from the clinicians about that

14    patient?

15         A     Yes, I have.

16         Q     And as part of that, you're aware that

17    acute interstitial nephritis is accompanied by an

18    acute drop in kidney function; correct?

19         A     Yes.  Usually it is associated with a

20    drop in kidney function.

21         Q     And AIN is thought to be an immune

22    hypersensitivity reaction; right?

23         A     Not always.  It depends.  Certain drugs

24    induce a so-called hypersensitivity reaction, but

25    then there are several other mechanisms that can
```

Confidential - Pursuant to Protective Order

```
 1    lead to an acute interstitial nephritis.

 2         Q     And would that include things like

 3    autoimmune diseases and infections?

 4         A     It could be exacerbated by an

 5    autoimmune disease, but there are -- in addition

 6    to hypersensitivity reaction, which is a certain

 7    immune mechanism, there are other molecular

 8    mechanisms that can cause an acute interstitial

 9    nephritis.

10         Q     Would you agree, Dr. Moeckel, that

11    hundreds of medications have been associated with

12    acute interstitial nephritis?

13              MR. PENNOCK:  Note my --

14         A     Yes.

15              MR. PENNOCK:  Note my objection to

16              this line of questioning that has no

17              bearing on the opinions offered in his

18              report.

19              Go ahead.

20              I'll object as you go.

21    BY MS. ALTHOFF:

22         Q     Would you also agree, Dr. Moeckel, that

23    although acute interstitial nephritis is sometimes

24    diagnosed on a clinical picture only, in order to

25    have a definitive diagnosis there must be a
```

1    biopsy?

2                    MR. PENNOCK:  Again, objection.

3              Beyond the scope of the opinions being

4              offered by this expert.

5                    Go ahead.

6         A    Yes.  A kidney biopsy is very helpful

7    in diagnosing acute interstitial nephritis.

8    BY MS. ALTHOFF:

9         Q    And would you agree, Dr. Moeckel, that

10   on biopsy, although you can diagnose AIN, you

11   can't necessarily tell what caused it?

12        A    Sometimes --

13                   MR. PENNOCK:  Objection.

14        A    Sometimes you can tell what caused it.

15   The hypersensitivity reaction caused by drugs

16   is -- shows a specific pattern that, with near

17   certainty, allows you to say that this is very

18   likely a drug that is the culprit.

19   BY MS. ALTHOFF:

20        Q    However, Dr. Moeckel, would you agree

21   that you can't tell what drug caused that

22   hypersensitivity reaction leading to acute

23   interstitial nephritis?

24                   MR. PENNOCK:  Objection.  Form.

25        A    So you can have an idea about a certain

Confidential - Pursuant to Protective Order

1    group of drugs that caused hypersensitivity

2    reaction because they are very well known to do

3    that.  There are other drugs that cause acute

4    interstitial nephritis without hypersensitivity

5    reaction.  And when they are on board, they become

6    the likely culprit.

7              So you can from the biopsy get an idea

8    what kind of drug category you are probably

9    dealing with.

10   BY MS. ALTHOFF:

11       Q    So in the category of drugs that cause

12   hypersensitivity-reaction type of AIN, can you

13   tell what drug caused the acute interstitial

14   nephritis from the biopsy?

15       A    Yeah.  For instance, if a penicillin is

16   given to the patient and you see a

17   hypersensitivity reaction, then, more likely than

18   not, the penicillin was the culprit causing the

19   acute interstitial nephritis.

20       Q    Yeah.

21              My question, Dr. Moeckel, is:  If you

22   don't know what drugs the patient has taken, but

23   you see what appears to be a hypersensitivity

24   reaction-type acute interstitial nephritis, can

25   you tell from looking at the biopsy what drugs or

Confidential - Pursuant to Protective Order

```
 1    drug the patient took that caused it?

 2         A      If you don't know the medical list that

 3    the patient is on, you cannot conclude from the

 4    biopsy which drug caused the interstitial

 5    nephritis.

 6         Q      Going back to sort of your curriculum

 7    vitae, Dr. Moeckel, I looked through your list of

 8    editorial boards and professional organizations.

 9                Is it correct that you don't serve on

10    any editorial boards in journals of toxicology?

11         A      That is correct.

12         Q      And you don't belong to any

13    professional societies of toxicology?

14         A      Correct.

15         Q      So for instance, you don't belong to

16    the Society of Toxicologic Pathology?

17         A      That's true.

18         Q      Nor do you belong to the Society of

19    Toxicology?

20         A      That is true.

21         Q      And you haven't published any articles

22    in their journals; is that correct?

23         A      As far as I remember -- and I don't

24    remember every paper in my CV, but as far as I

25    remember, I have not published in their journals.
```

Confidential   Pursuant to Protective Order

```
 1          Q      Do you belong to any animal pathology

 2    working groups?

 3          A      No, I don't think so.

 4          Q      With regard to your publications,

 5    Dr. Moeckel, to the extent you've published on

 6    drug effects in animals, would you agree that all

 7    of those studies were short-term or acute studies?

 8          A      As far as I remember, they were

 9    predominantly studies that were running for a

10    period less than one year, for sure.

11          Q      Have you published at all, Dr. Moeckel,

12    on the subject of chronic progressive nephropathy

13    in rodents?

14          A      No, I have not.

15          Q      In your reference list, as well as in

16    the materials considered list for your report, I

17    saw that you had received or reviewed publications

18    from, for instance, Dr. Seely.

19                 Is that correct?

20          A      Yes.

21          Q      Would you agree that Dr. Seely is a

22    well-respected and credentialed pathologist?

23          A      Can you repeat the question?

24          Q      Yeah.

25                 Would you agree that Dr. Seely is a
```

1    credentialed and well-respected pathologist?

2         A    If you pertain to human pathologist, I

3    would say no.  If you pertain to animal

4    pathologist, I would say probably.

5              I am not a animal pathologist.  I am

6    not in a animal pathology society.  So I cannot

7    speak to the qualifications of Dr. Seely

8    pertaining to animal pathology.

9         Q    Thank you for that clarification.  Yes,

10   I meant animal pathology.  So thank you for that.

11             You also cite Dr. -- some publications

12   by Dr. Frazier; correct?

13        A    Correct.  Yes.  Uh-huh.

14        Q    And is Dr. Frazier a well-respected and

15   credentialed animal pathologist?

16        A    I don't know.  I -- I am not aware -- I

17   don't know him personally, and I -- I don't -- I'm

18   not aware whether he is a, you know,

19   well-accomplished animal pathologist, you know.

20        Q    Last question like that:  Dr. Gordon

21   Hard, looks like you cited several publications

22   from Dr. Hard as well; correct?

23        A    Yes.

24        Q    And do you know Dr. Hard?

25        A    No.  I do not know Dr. Hard.

Confidential   Pursuant to Protective Order

```
 1          Q      Do you even know if Dr. Hard is alive?

 2          A      I don't know whether he is alive.

 3          Q      And is Dr. Hard a well-credentialed and

 4   respected animal pathologist?

 5          A      Again, I don't know.

 6          Q      Okay.  Going back to your curriculum

 7   vitae, is it correct you've never worked on a

 8   pharmaceutical company?

 9          A      Say it again, slowly, please.

10          Q      I'm sorry.

11                 Is it correct that you've never worked

12   at a pharmaceutical company?

13          A      That is correct.

14          Q      Have you designed any animal toxicity

15   studies for drug approval that would be submitted

16   to the FDA?

17          A      No.

18          Q      Have you ever been asked by a

19   pharmaceutical company to review any of their

20   toxicology studies before they would be submitted

21   for drug approval to the FDA?

22          A      No.

23          Q      Have you ever been the primary animal

24   study pathologist or a peer-review pathologist on

25   any toxicology studies that were to be submitted
```

Confidential - Pursuant to Protective Order

```
 1    for FDA drug approval?

 2         A     No.

 3         Q     Have you ever worked at the FDA?

 4         A     No.

 5         Q     Have you ever served as a consultant or

 6    on any advisory committees to the FDA?

 7         A     Can you repeat that question?

 8         Q     Sure.

 9               Have you ever served as a consultant to

10    the FDA or served on an advisory committee to the

11    FDA?

12         A     No.

13         Q     Have you ever had any communications

14    with the FDA about proton-pump inhibitors?

15         A     No.

16         Q     All right.  Let's talk about your case

17    report that you've identified in your expert

18    report; okay?

19         A     Yes.

20         Q     And the first author's last name is Ni;

21    correct?

22         A     Yes.

23         Q     Was she a student of yours?

24         A     She was a resident, I believe -- I

25    believe, in medicine or surgery.
```

Confidential   Pursuant to Protective Order

1       Q     Uh-huh.

2             MS. ALTHOFF:  And let's -- we can

3             go ahead and pull it up.  That might be

4             helpful.

5             This is my 27.  We'll mark it as

6             Exhibit 2.

7             (Whereupon, Exhibit No. 2,

8             "Late-Onset Omeprazole-Associated

9             Acute Interstitial Nephritis," was

10            marked for identification.)

11   BY MS. ALTHOFF:

12      Q     Showing you what's been marked as

13   Exhibit 2.

14            Dr. Moeckel, is this the case report

15   that you and Ms. Ni submitted?

16      A     Can you enlarge the image, please?

17      Q     Sure.

18            And if we scroll down a little bit --

19      A     Yes.  Please.  Go ahead.

20      Q     -- we can see, I think, that -- your

21   name and Nina Ni.

22            Do you see that?

23      A     Yes.

24      Q     And if we scroll back to the top, the

25   title of this case report is "Late-Onset

Confidential   Pursuant to Protective Order

1    Omeprazole-Associated Acute Interstitial

2    Nephritis"; correct?

3         A     That's correct, yes.

4         Q     And this was submitted as a letter to

5    the editor to the JAGS journal published in

6    December of 2010.

7               Do you see that?

8         A     Yes.

9         Q     And do you know what journal that is,

10   JAGS?

11               MR. PENNOCK:  You -- you can ask

12         to see --

13               THE WITNESS:  Can I --

14               MR. PENNOCK:  -- or pieces of this

15         article --

16               THE WITNESS:  Yeah.  Can -- can --

17               MS. ALTHOFF:  Oh, sure.

18               THE WITNESS:  -- you show me

19         the --

20               (Whereupon, the court reporter

21                requests clarification.)

22               MS. ALTHOFF:  I think he was

23         asking you to scroll down.

24   BY MS. ALTHOFF:

25         Q     Doctor, would you like him to continue

Confidential - Pursuant to Protective Order

```
 1    to scroll?

 2         A    Yes, please.

 3         Q    And this is the second page.  If you

 4    want to continue to scroll down.

 5         A    Uh-huh.

 6         Q    Are you able to tell from reviewing

 7    this or do you recall what journal JAGS is,

 8    Dr. Moeckel?

 9         A    I do not recall.

10         Q    Is this a nephrology journal?

11         A    I believe it is, but I am not certain.

12         Q    All right.

13              MS. ALTHOFF:  Let's go up to

14              the -- back up to the top of the first

15              page, please, Jeff.

16    BY MS. ALTHOFF:

17         Q    All right.  I had a few questions I

18    wanted to ask you about this case report, Doctor.

19              So this --

20              MR. PENNOCK:  I'm -- I'm sorry.

21              Can I --

22              MS. ALTHOFF:  Sure.

23              MR. PENNOCK:  So is -- is this --

24              you marked this as an exhibit.  I'm

25              wondering why it hasn't been put in the
```

Confidential - Pursuant to Protective Order

```
 1                  chat, or has it?  Has it been put in

 2                  the chat so that it can -- so that he

 3                  can review it?

 4                      THE VIDEOGRAPHER:  Yes, sir.  It's

 5                  in the chat.

 6                      MR. PENNOCK:  It is?  Okay.  So if

 7                  you go down, and then you can open it

 8                  up yourself and have access to it.

 9                      THE WITNESS:  Okay.

10                      MS. ALTHOFF:  Yeah.  That's --

11                  that's helpful, Paul -- thank you,

12                  'cause the screen is only showing so

13                  much -- if he wants it blown up.

14                      MR. PENNOCK:  Well, he -- he's

15                  trying to open it right now.

16                      MS. ALTHOFF:  Doctor, just let us

17                  know when you've been able to open it

18                  up.

19                      MR. PENNOCK:  It's coming open

20                  now.  There we go.

21                      THE WITNESS:  Uh-huh.

22                      MS. ALTHOFF:  Are we good?

23                      THE WITNESS:  Yes.

24                      MS. ALTHOFF:  Okay.

25                      THE VIDEOGRAPHER:  Doctor, if you
```

```
1              can, though, adjust -- if you can see

2              it without adjusting the screen so I

3              can see you better.

4                   THE WITNESS:  Is that better?

5                   THE VIDEOGRAPHER:  A little bit

6              more, if you can, and you can still see

7              the document, that would help, like --

8              that's great.  Thank you.

9    BY MS. ALTHOFF:

10        Q    All right.  Doctor, my question is:

11   Was your case report of a 73-year-old female who

12   presented to the ER with an acute drop in kidney

13   function?

14        A    Can you repeat the question, please?

15        Q    Sure.

16             This case report that you made, was it

17   of a 73-year-old female who presented to the ER

18   with an acute drop in kidney function?

19        A    Yes.

20        Q    With regard to her drop in kidney

21   function, it was able to be detected by her

22   primary care physician as well as the emergency

23   department; correct?

24        A    That is possible.

25        Q    If you look at the second sentence of
```

Confidential   Pursuant to Protective Order

1    your letter to the editor, Dr. Moeckel, it says,

2    "Her primary care physician sent her" -- to the

3    ER, presumably -- "after laboratory results

4    revealed a serum creatinine of 2.9 mg/dL (baseline

5    0.7 mg/dL) and a high erythrocyte sedimentation

6    rate."

7              Do you see that?

8        A    Yes.

9        Q    So her primary care physician was able

10   to detect that this patient had a significant drop

11   in her kidney function as reflected in her serum

12   creatinine; correct?

13       A    Correct.

14       Q    By the time she got to the ER, this

15   patient's serum creatinine had dropped -- or

16   excuse me -- had risen additionally and now was at

17   3.5, if you look at the next paragraph; correct?

18       A    Correct.

19       Q    Going from a 0.7 serum creatinine to

20   2.9 and then 3.5, is that a significant drop in

21   kidney function?

22       A    Yes.

23       Q    It notes in this report that you made,

24   Dr. Moeckel, that this patient's BUN was 42 at the

25   ER; is that correct?

Confidential - Pursuant to Protective Order

1        A      That's correct.

2        Q      Normal is 10 to 20.  So this was

3    elevated; correct?

4        A      Yes.

5        Q      It also notes that she had white blood

6    cells in her urine, which was described by you as

7    sterile pyuria; correct?

8        A      Correct.

9        Q      And what does sterile pyuria indicate

10   to a physician?

11       A      That there are polymorph nuclear

12   leukocytes in the urine.

13              (Whereupon, the court reporter

14              requests clarification.)

15       A      That there are polymorph nuclear

16   leukocytes in the urine.

17   BY MS. ALTHOFF:

18       Q      Can sterile pyuria or white blood cells

19   in the urine also be a known side effect of taking

20   acetaminophen?

21       A      Can you repeat the question one more

22   time, please?

23       Q      Sure.

24              Are the detection of white blood cells

25   in the urine a known side effect of taking

Confidential - Pursuant to Protective Order

```
 1    acetaminophen?

 2         A     Not that I know of.

 3         Q     It was noted in your case report that

 4    this patient had an elevated ESR and CRP.

 5               Are those signs of acute interstitial

 6    nephritis, potentially?

 7         A     Let me review this.

 8         Q     Uh-huh.

 9         A     Can you repeat your question?

10         Q     Sure.

11               If you look at the paragraph that

12    starts with, "She was afebrile on physical

13    examination, and her examination was

14    unremarkable."

15               Do you see that paragraph?

16         A     Yes.

17         Q     Does it also state that her -- about

18    halfway down -- her ESR was 104 millimeters per

19    hour and her C-reactive protein was

20    43.9-milligrams per deciliter?

21         A     Yes.  It does say that, yes.

22         Q     And are those quite elevated

23    measurements?

24         A     Yes, they are.

25         Q     And is an elevated ESR and CRP a sign
```

Confidential - Pursuant to Protective Order

```
 1    of AIN, potentially?

 2         A     It can be seen with AIN.

 3         Q     Did this patient also report malaise,

 4    myalgia, weakness, and other nonspecific symptoms?

 5         A     So apparently the patient three to four

 6    weeks ago had malaise and headache and abdominal

 7    pain and myalgia.

 8         Q     And those were symptoms that she had

 9    reported to her primary care physician?

10         A     That's what that seems to say, yes.

11         Q     Uh-huh.

12               And are those symptoms that can be

13    associated with acute interstitial nephritis?

14         A     Yes.

15         Q     Was it also the case that this

16    73-year-old female patient was taking several

17    medications, including levothyroxine, omeprazole,

18    and acetaminophen with caffeine?

19         A     Yes, that's what the article says.

20         Q     Uh-huh.

21               And with regard to the acetaminophen

22    with caffeine -- acetaminophen is Tylenol; right?

23         A     I believe so, yes.

24         Q     Is it reflected in this report when the

25    patient last took acetaminophen prior to admission
```

Confidential   Pursuant to Protective Order

1    to the ER?

2        A     Can you repeat the question?

3        Q     Yeah.  In fact, that wasn't a great

4    question.  Let me repeat that -- rephrase that

5    question.

6              With regard to the acetaminophen and

7    caffeine, it says she took it for occasional

8    headaches.

9              Do you see that?

10             It's at the end of, I think, the first

11   paragraph.

12       A     Uh-huh.

13             Yes, that's true.

14       Q     Do you know or did you have an

15   understanding at the time you wrote this case

16   report of when the last time this patient had

17   taken acetaminophen with or without caffeine for

18   headaches?

19       A     I do not remember when was the last

20   time she had taken acetaminophen with caffeine.

21       Q     In the case report it reflects, with

22   regard to her hospital course, that during her

23   stay omeprazole was not given; is that correct?

24             If you want, we can scroll down, and I

25   could show you where that is.

Confidential   Pursuant to Protective Order

```
 1      A      Yeah.  Why don't you do that.

 2      Q      Yeah.  Okay.  Come on here.

 3             So it's at the bottom of the first

 4      paragraph -- or excuse me -- the bottom of the

 5      first column.  It says, "Within the first 24 hours

 6      of presentation to the emergency department."

 7             Do you see that?

 8      A      Yes.

 9      Q      And then on the second sentence, it

10      says, "She was not given omeprazole during her

11      hospital stay."

12             Do you see that?

13      A      Yes.

14      Q      And in this case report, it doesn't

15      reflect whether the patient was given Tylenol or

16      acetaminophen; correct?

17      A      Do you mean during the hospital stay?

18      Q      Yes, sir.

19      A      Yeah.  Let me quickly just continue

20      reading.

21             Yeah.  It was -- in this article, it

22      does not say whether the acetaminophen and

23      caffeine were continued during the hospital stay.

24      Q      Are you aware of whether there are case

25      reports, Dr. Moeckel, of acetaminophen temporally
```

```
 1    associated with acute interstitial nephritis?

 2         A    As far as I know, acetaminophen is not

 3    a drug that is well known to cause acute

 4    interstitial nephritis.

 5         Q    Are there case reports, Dr. Moeckel, of

 6    acetaminophen temporally associated with acute

 7    interstitial nephritis?

 8         A    I assume there may be case reports.  I

 9    have not read them recently.

10         Q    Regardless of whatever the cause was of

11    this patient's acute interstitial nephritis, you

12    reported that she -- her serum creatinine levels

13    continued to improve during her hospital stay and

14    were at 1.9 milligrams per deciliter on discharge;

15    correct?

16         A    Correct.

17         Q    And did you or Ms. Ni follow this

18    patient following her discharge from the hospital?

19         A    I believe that Ms. Ni may -- did follow

20    the patient.  I -- I believe so.

21         Q    Does this case report reflect any

22    post-discharge clinical course of the patient as

23    it relates to her serum creatinine levels?

24         A    Could you repeat your question?

25         Q    Sure.
```

```
 1              This clinical -- or this case report

 2     that you submitted, in terms of the clinical

 3     course of the patient, that information ends at

 4     discharge; correct?

 5         A    So it says her -- at hospital day five,

 6     the creatinine declined to 2.1.

 7         Q    And right above that, it says her serum

 8     creatinine continued to improve, and it gives what

 9     it was at admission, and then to 1.9 on discharge.

10              Do you see that?

11         A    I -- I --

12         Q    Right above the "By hospital Day 5."

13         A    Yes.  Yes.  I see that, yes.

14         Q    And my question to you, Dr. Moeckel,

15     was:  There's no information about what happened

16     to this patient after she was discharged; correct?

17                   MR. PENNOCK:  Objection.  You mean

18              in -- in the -- in the published letter

19              to the editor?

20                   MS. ALTHOFF:  Yes.

21         A    Yeah.  In -- in this article, we did

22     not include information after her discharge, I

23     believe.

24     BY MS. ALTHOFF:

25         Q    All right.  Let's move to your expert
```

1    report.

2                   MR. PENNOCK:  There's an idea.

3                   MS. ALTHOFF:  And, Jeff, it's my

4             2.  Let's mark it as Exhibit 3.

5                   (Whereupon, Exhibit No. 3, Proton

6                   Pump Inhibitor Toxicity Expert

7                   Witness Report, was marked for

8                   identification.)

9    BY MS. ALTHOFF:

10        Q    Do you recognize, Dr. Moeckel, the

11   first page of this report -- or this document as

12   being your report?

13        A    Yes, I do.

14             Could you please enlarge it?

15        Q    Yes.

16                  MR. PENNOCK:  It's about --

17   BY MS. ALTHOFF:

18        Q    And --

19                  MR. PENNOCK:  It's a little over

20             an hour, but could we take a very quick

21             break before we move into this?

22                  MS. ALTHOFF:  Yeah.  Let me have

23             him identify the exhibit, and then

24             we'll take a break.

25                  MR. PENNOCK:  Great.

Confidential - Pursuant to Protective Order

1    BY MS. ALTHOFF:

2         Q    Let's go to page 28.

3              Dr. Moeckel, is that your signature on

4    page 28?

5         A    Yes.  Yes, it is.

6         Q    And did you sign this report on April

7    22nd of 2021?

8         A    Yes, I did.

9         Q    Okay.  And is this the report that

10   reflects the opinions -- all the opinions that you

11   intend to offer at trial in this case?

12        A    Yes.

13        Q    Do you have any current plans to

14   supplement this report?

15        A    Well, I -- you know, I want to have the

16   right to supplement in case additional information

17   becomes available that would be pertinent to this

18   expert witness report.

19        Q    Yeah.  Fair enough.

20             I -- I guess what I'm asking you is:

21   As you sit here today, do you have any current

22   plan to supplement this report with currently

23   available information?

24        A    No.

25        Q    And any of the additional materials

Confidential   Pursuant to Protective Order

1    that you have reviewed since you signed the report

2    as we talked about -- you'd reviewed several

3    expert reports, for instance -- did any of that

4    information change or cause you to want to modify

5    what's been marked here as Exhibit 3?

6         A    No.

7         Q    Okay.  Thank you.

8              MS. ALTHOFF:  Let's take a break.

9              How long do you want to take, Paul?

10             MR. PENNOCK:  Just five minutes,

11             just to get up and --

12             MS. ALTHOFF:  Okay.

13             THE VIDEOGRAPHER:  Off the record

14             12:27 p.m.

15             (Whereupon, there was a recess

16             taken from 12:27 p.m. to 12:38

17             p.m.)

18             THE VIDEOGRAPHER:  On the record

19             12:38 p.m.

20             MS. ALTHOFF:  Ah, there we go.

21   BY MS. ALTHOFF:

22        Q    Dr. Moeckel, before we jump back into

23   your report, just one follow-up question on the

24   case report that we've been -- we're talking about

25   with the 73-year-old female patient.

Confidential   Pursuant to Protective Order

```
 1              Correct that you determined that

 2     omeprazole-associated AIN was the diagnosis in

 3     this case?

 4          A     Sorry.  Can you repeat the question

 5     again?

 6          Q     Yeah.

 7          A     There were some acoustic --

 8          Q     Oh, no problem.  And -- and thank you

 9     for raising that, Dr. Moeckel.  If anytime you

10     can't hear or understand my question, please do

11     ask me to restate it or rephrase it or repeat it,

12     and I will.

13              So in this case, again, the 73-year-old

14     female who presented to the ER with the acute drop

15     in kidney function, in terms of this case report,

16     you reported it as omeprazole-associated acute

17     interstitial nephritis; correct?

18          A     Yes.

19          Q     Okay.  And how did you determine that

20     it was the omeprazole versus the levothyroxine or

21     the Tylenol or something else?

22          A     The main reason was that the omeprazole

23     was the drug that was taken for a long period of

24     time prior to the presentation in the ER, and the

25     medication for headache was only taken on occasion
```

Confidential - Pursuant to Protective Order

```
 1     when the patient had headaches.

 2               So I would say that -- and -- and our

 3     conclusion in this paper was that the proton-pump

 4     inhibitor was the only drug possible that could

 5     have caused this.

 6        Q     And, Doctor, was your conclusion

 7     affected in any way by the fact that when

 8     omeprazole was withheld in the hospital, her serum

 9     creatinine quickly improved?

10        A     I don't remember.  You know, this case

11     report was more than ten years ago.  I do not

12     remember whether that was a -- a reason why we

13     concluded.

14               However, in nephrology, if you

15     discontinue a drug and the patient gets better,

16     that is another piece of the evidence that that

17     drug caused, likely, the lesion.

18        Q     And, you know, we were talking earlier

19     about acute interstitial nephritis being

20     associated with drugs; correct?

21        A     Yes.

22        Q     And you had mentioned that some are due

23     to hypersensitivity and some are other biologic

24     processes; yes?

25        A     Yes.
```

Confidential - Pursuant to Protective Order

```
 1          Q      With regard to PPIs, would you agree

 2     that they've been classified as -- associated with

 3     acute interstitial nephritis as a hypersensitivity

 4     reaction?

 5                      MR. PENNOCK:  Objection.  No

 6                 foundation.  Objection to form.

 7                      Go ahead.

 8          A      I don't believe that that is true for

 9     every case.  So that is something that I think is

10     more the question to a nephrologist.

11     BY MS. ALTHOFF:

12          Q      So you don't have an opinion one way or

13     another, Dr. Moeckel, with regard to whether PPIs

14     induce AIN potentially through a hypersensitivity

15     reaction or through a different biologic process?

16                      MR. PENNOCK:  Again, note my

17                 objection.  Beyond the scope of the

18                 report and the opinions offered in

19                 there, either report.

20                      Go ahead.

21          A      I believe that PPIs can cause an acute

22     interstitial nephritis.  I also believe that the

23     mechanism is still enigmatic.

24                      And I cannot, from the review of the

25     literature, say with a hundred percent certainty
```

Confidential - Pursuant to Protective Order

1    it is either one mechanism or the other.  I think

2    there's more research needed to understand the

3    molecular mechanism of PPI-induced AIN.

4    BY MS. ALTHOFF:

5         Q    Okay.  Let's go back to your report,

6    which has been marked as Exhibit 3.

7              Oh, there it is.  Sorry.  It took me a

8    second.

9              Let's turn to page 3 of your report.

10   And do you see the section entitled "Overview of

11   Kidney"?

12        A    Yes, I do.

13        Q    Okay.  And if you look at the last

14   sentence on page 3, it says, "Acute drug-induced

15   kidney injury may present as a clinically

16   'silent'" -- that in quotes -- "'injury' because

17   blood clinical chemistry markers of renal

18   function, such as serum creatinine and blood urea

19   nitrogen, are unable to detect focal early stages

20   of underlying tubular damage."

21              Is that what it says?

22        A    Yes.  I -- I can see that sentence

23   and --

24        Q    Dr. Moeckel, are you aware of any

25   published case reports of PPI-induced kidney

Confidential - Pursuant to Protective Order

1    injury that is clinically silent?

2       A    I have not reviewed recently the case

3    reports of PPI in respect to clinical silent or

4    not and, therefore, I do not feel at this time

5    point competent to answer this question.

6       Q    Okay.  Dr. Moeckel, in your practice,

7    do clinicians typically do biopsies on patients

8    who don't have a -- or who have a clinically

9    silent kidney disease?

10              MR. PENNOCK:  Objection.

11              Go ahead.

12      A    I think it depends on the circumstance.

13    If there are reasons to believe that a kidney

14    tissue injury is present, although the creatinine

15    does not show a significant increase at that time

16    point, a biopsy might still be done.

17              For instance, the urinalysis may show

18    features that point towards a kidney disease and

19    triggers a biopsy even though the renal function

20    may still be normal.

21    BY MS. ALTHOFF:

22      Q    And so when you used the term then

23    "clinically silent," you're only talking about

24    changes in blood chemistries?

25              MR. PENNOCK:  Objection.

Confidential - Pursuant to Protective Order

1       A      So clinically -- clinically silence

2    means that there is no overt significant

3    impairment in renal function.  There might be

4    other parameters in the many laboratory tests that

5    we evaluate that might still be compelling to

6    support a kidney biopsy.

7             So in other words, these physicians are

8    very case-to-case dependent on the overall aspect

9    of the patient and all additional information that

10   comes into the patient evaluation.  It's never

11   something that is based only on, you know, one lab

12   result.

13   BY MS. ALTHOFF:

14      Q      And turning to page 4, which is, I

15   think, where we are on the screen, of your report,

16   you have a section where you discuss the

17   differences and/or similarities between mammalian

18   kidneys, that being rodents, dogs, humans, etc.;

19   correct?

20      A      Yeah.  Can you show me where that is?

21      Q      It's here on the screen, Dr. Moeckel.

22      A      Uh-huh.

23      Q      Do you see where it says, "Non-human

24   mammalian kidneys (e.g., rodents, dogs, etc.)

25   share similar anatomical and physiological

Confidential   Pursuant to Protective Order

1   features with humans"?

2        A    Yes.

3        Q    Okay.  Would you agree that animal --

4   or rats -- excuse me -- rats' and humans' kidneys

5   are not completely the same?

6        A    I think I would like to modify my

7   answer to your question.

8             Anatomically, there are certainly

9   differences between the rat and the human kidney.

10  However, the histological structure of the -- of

11  the functional unit is very, very similar between

12  the human and the rat kidney.

13            So in other words, the nephron in the

14  human kidney is very similar to the nephron in the

15  rat kidney.

16       Q    So pathologically, Dr. Moeckel, would

17  you agree that humans' and rats' kidneys are not

18  the same?

19       A    I cannot agree to this question

20  categorically, no.  I would rather say that in

21  many aspects, the rat and the human kidney are

22  very similar.

23       Q    Okay.  Do humans develop calcium

24  crystals at the corticomedullary junction?

25       A    Can you repeat again?  There was an

Confidential - Pursuant to Protective Order

1    acoustic breakup.

2         Q    Sure.

3              Do humans develop calcium crystals at

4    the corticomedullary junction?

5         A    They can develop these crystals at the

6    corticomedullary junction, yes.

7         Q    With regard to incidence, is it much

8    higher in rats or humans?

9         A    It depends whether you look at the

10   normal kidney or whether you look under

11   pathological conditions.  I would say in the

12   normal kidney, I would not expect to see crystals

13   at the corticomedullary junction in either human

14   nor a rat kidney.

15             Under certain pathological conditions,

16   these crystals become much more common --

17        Q    Is it --

18        A    -- in both.

19        Q    I'm sorry.

20             Is it a common toxicologic finding in

21   rats to develop calcium crystals at the

22   corticomedullary junction?

23        A    To my knowledge, I am not aware that

24   this is a common toxicological finding.

25        Q    With regard to the urine of rats versus

Confidential    Pursuant to Protective Order

1    humans, which one has higher osmolality?

2         A      In regard to rats and humans, which one

3    has the higher osmolality?  Is this your question?

4         Q      Yes.

5         A      The rat has the higher osmolality,

6    normally.

7         Q      By a factor of what?

8         A      I would say by a factor of three to

9    five.

10        Q      In whether -- in the rats versus

11   humans, which one has higher urine protein

12   content?

13        A      The urine protein content is very much

14   dependent on the nutrition.  I don't think that

15   you can categorically say, you know, one or the

16   other.

17        Q      Do rats have any specific proteins in

18   their urine that humans do not?

19        A      I'm not aware of a protein that the rat

20   specifically excretes that the human does not

21   excrete.  However, the protein profiles may be

22   different.  That would not be surprising between

23   different mammalian species.

24        Q      Are you familiar with alpha-2 globulin

25   in rats?

Confidential - Pursuant to Protective Order

```
 1        A     Say it again.

 2        Q     Are you familiar with alpha-2 globulin

 3   in rats?

 4        A     I -- I have heard about this protein,

 5   yes.

 6        Q     And is it found in the protein -- or

 7   excuse me -- in the urine of all rats?

 8        A     I do not know.

 9        Q     Is it gender-specific in rats?

10        A     I do not know.

11        Q     When a rat experiences chronic

12   nephritis, does its kidneys get larger or smaller?

13        A     Depends on how far along the chronic

14   disease -- the chronic kidney disease the rat is

15   and the examination of the kidney is.  So in late

16   stages of chronic kidney disease, the kidney will

17   be smaller because the kidney scars.  That is also

18   the fact in humans.

19              So at the very late stage of CKD,

20   kidneys due to scarring usually get smaller.

21        Q     And when you're reviewing -- referring

22   to chronic kidney disease, are you using that

23   synonymously with chronic nephritis?

24        A     No.  Chronic nephritis, as the term

25   implies, is a chronic inflammatory condition of
```

Confidential - Pursuant to Protective Order

1    the kidney.

2         Q      Uh-huh.

3         A      CKD, chronic kidney disease, can be

4    caused by many other etiologies, such as

5    hypertension, diabetes.

6                So I prefer the term "chronic

7    nephropathy," because it encompasses all the

8    several etiologic mechanisms that can lead to

9    chronic kidney disease.

10        Q      When a rat gets chronic nephropathy,

11   does its kidneys get larger or smaller?

12        A      Again, it depends at which time point

13   you look.  When you look late in chronic

14   nephropathy, the kidneys should be small due to

15   scarring.

16        Q      And when a human has chronic

17   nephropathy, does its kidneys get larger or

18   shrink?

19        A      Again, at the end of or the late phase

20   of chronic kidney disease, the kidney will be

21   smaller due to scarring.

22        Q      Are you aware of whether humans

23   experience alpha-2 globulin nephropathy?

24        A      I have not personally experienced this

25   disease in any of my patients, nor have I heard

```
 1    this disease being discussed among any of my

 2    colleagues.

 3         Q     Would you agree it's generally accepted

 4    that the rat is not a good predictor of human

 5    toxicology for immune-mediated drug injuries to

 6    the kidneys?

 7         A     I disagree with that statement.  I

 8    think that the rat is an excellent model to

 9    examine drug-mediated toxicity and other diseases

10    that lead to chronic kidney disease.

11              And I have conducted animal experiments

12    for the last 30 years.  I have looked at hundreds

13    and hundreds and hundreds of rat kidneys and mouse

14    kidneys.  I'm very familiar with rat and mouse

15    kidneys in a wide variety of injury models,

16    whether it is the ischemia-reperfusion, the 5/6

17    nephrectomy, the puromycin chronic

18    glomerulosclerosis, the calcium phosphate

19    nephropathy.  Those are just a few of the models

20    that I have worked with.

21              And so I feel very confident that I can

22    evaluate any kind of mouse or rat kidney section

23    in regards to a pathological lesion.

24         Q     And specifically my question,

25    Dr. Moeckel, was with regard to immune-mediated
```

Confidential   Pursuant to Protective Order

```
 1   drug injury?

 2        A    I --

 3                  MR. PENNOCK:  Objection.

 4                  Could you restate the question,

 5            please?

 6                  MS. ALTHOFF:  Sure.

 7   BY MS. ALTHOFF:

 8        Q    Would you agree it's generally accepted

 9   that the rat is not a good predictor of human

10   toxicology for immune-mediated drug injury to the

11   kidneys?

12        A    I do not think that the rat is a bad

13   model to -- to examine immune-mediated drug

14   toxicity.  I think that the rat would be a

15   possible model to investigate immune-mediated drug

16   toxicity.

17        Q    Are you familiar with Haschek and

18   Rousseaux's Handbook of Toxicological Pathology?

19        A    I am.

20        Q    Is that a publication that is a -- a

21   learned treatise on toxicologic pathology?

22        A    It is a well-recognized textbook in the

23   field.

24        Q    Uh-huh.

25                  MS. ALTHOFF:  Let's pull up my 29.
```

Confidential   Pursuant to Protective Order

```
 1                   I think we're on -- what?  Exhibit 4?

 2                   (Whereupon, Exhibit No. 4, Handbook

 3                   of Toxicological Pathology, Chapter

 4                   47, "Kidney," was marked for

 5                   identification.)

 6                   MS. ALTHOFF:  That's pretty.  I

 7             don't think that was my 29.

 8                   Ah, there we go.

 9    BY MS. ALTHOFF:

10        Q    And I'll -- I'll let you download this

11    if you'd like --

12        A    Yeah.

13        Q    -- Doctor.

14             But do you recognize this document

15    that's been marked as Exhibit 4 as Haschek and

16    Rousseaux's textbook on toxicologic pathology, and

17    particularly the chapter on kidney?

18                   MR. PENNOCK:  The doctor is

19             opening up the exhibit now.

20    BY MS. ALTHOFF:

21        Q    Were you able to open it, Doctor?

22        A    Yeah.  Yes, I was.

23        Q    And do you recognize this as Haschek

24    and Rousseaux's Handbook of Toxicologic Pathology,

25    particularly the "Kidney" chapter?
```

```
1         A     Yes, I do.

2         Q     If we look at the second page, and the

3    first column, the second full paragraph --

4                    MS. ALTHOFF:  If we could blow

5              that up.  It starts with, "In the

6              safety assessment."

7              Okay.  That's good.

8         A     Yeah.

9    BY MS. ALTHOFF:

10        Q     And, Doctor, does this say, "In the

11   safety assessment of new molecular entities, the

12   concordance in response to xenobiotics in rat and

13   human strongly supports the rat as a good

14   predictor for human renal hazard.  The exceptions

15   in concordance include two categories:

16   Immune-mediated drug injury in humans."

17             Do you see that?

18        A     Yes.

19        Q     And the second one was:  "And the

20   xenobiotic-associated unique alpha2μ-globulin

21   nephropathy syndrome in male rats."

22             Do you see that?

23        A     Yes.

24        Q     Do you agree with this statement in

25   Haschek and Rousseaux's?
```

```
 1          A     I do not agree, no.

 2          Q     All right.  And why is it that you

 3     don't agree with Haschek and Rousseaux's treatise

 4     on toxicologic pathology with regard to its

 5     statement that although rats can be a good

 6     predictor of human renal hazard, an exception to

 7     that is immune-mediated drug injury in humans?

 8          A     Because I believe that drug-induced

 9     immune lesions such as inflammatory interstitial

10     infiltrate can be induced in rats by -- by drugs.

11          So the rat, in my opinion, can be used

12     as a model for a drug-induced inflammatory

13     infiltrate of the kidney.

14          Q     Do you have any disagreement with

15     Haschek and Rousseaux's statement that the human

16     rat concordance is not helpful where it's a

17     xenobiotic-associated unique alpha2μ-globulin

18     neuropathy [sic] syndrome in the male rat?

19          A     Yeah.  I have not worked with that

20     syndrome in rats.  So I cannot really comment on

21     that.

22          Q     And you weren't even aware that it's

23     only in male rats; correct?

24          A     I -- as I said, I -- I am not very

25     familiar with the alpha-2 globulin nephropathy in
```

Confidential   Pursuant to Protective Order

1    rats.

2         Q     All right.  Let's go back to your

3    report, Exhibit 3, and page 7.  All right.  Yeah.

4              So that first paragraph, Dr. Moeckel,

5    under "AstraZeneca Nonclinical Studies," does that

6    describe the methodology that you used to review

7    the preclinical and nonclinical data that you

8    received from AstraZeneca?

9         A     Yes.

10        Q     And your report, which is on the

11   screen, but also marked as Exhibit 3, includes all

12   of your opinions that you have, as you sit here

13   today, regarding the AstraZeneca preclinical

14   studies; correct?

15        A     Again, you have to repeat.  There was

16   noise in the background.

17        Q     Sure.

18              So your report, which is Exhibit 3, and

19   it's -- part of it is on the screen today,

20   includes all of your opinions regarding the

21   AstraZeneca preclinical studies that you formed as

22   you sit here today?

23        A     Yes.

24        Q     And according to this section on

25   page 7, you received 20 slides from 20 preclinical

Confidential - Pursuant to Protective Order

1    studies from AstraZeneca; is that correct?

2         A     Yes, I believe that is correct.

3         Q     In fact, I -- the number is not there.

4    It's typewritten out.  If you see that in your

5    first sentence, Dr. Moeckel, it says, "I received

6    3 external hard drives."  And it talks about the

7    number of images from a variety of experimental

8    animals from 20 preclinical studies.

9              Do you see that?

10        A     Yes, I see that.

11        Q     And that's correct; yes?

12        A     Yes.  Yes.

13        Q     Okay.  When you received those slides

14   from the 20 preclinical studies, at the time you

15   received those slides, you had already received

16   AstraZeneca's preclinical or nonclinical study

17   reports; correct?

18        A     That is correct.

19        Q     And you had already done some level of

20   review of those reports that you had received

21   prior to getting the slides?

22        A     That is correct.

23        Q     And am I correct, Dr. Moeckel, that

24   you, in fact, identified which of the preclinical

25   studies from AstraZeneca that you had received

1    reports from that you wanted slides for if they

2    were available?

3        A    Yes, that is correct.

4        Q    So at the time you received the slides,

5    you were not able to do a blinded review of the

6    slides; correct?

7        A    Well, I would say that I -- when I

8    looked at the images, the images were organized on

9    the drives in control and non-control.  And in

10   some images, they had concentration of the PPI

11   drug use.

12            So in that respect, I could not be

13   completely blinded.

14       Q    And you had already reviewed the study

15   reports that related to those slides at the time

16   you received the slides?

17       A    Yes.

18       Q    Would you agree, Dr. Moeckel, that it

19   causes a certain level of bias when you know what

20   the slide -- whether the slide is from a dosed

21   group or a control group before you look at it?

22            MR. PENNOCK:  Objection.

23       A    No.  Actually, I -- I don't agree at

24   all that it concludes bias.

25            The number of slides were so many

Confidential   Pursuant to Protective Order

1    that -- and -- and I -- I knew from the

2    investigator's report that there were changes

3    present and, more importantly, that there were

4    even kidney sections available, because on -- not

5    on all studies were kidney sections available.  So

6    that was one selection criteria, that I chose

7    those studies that had kidney sections available.

8            But the only bias that I would have is

9    that the investigator of the study mentioned that

10   there was some change in the histology of the

11   kidney, but I did not know to which nature the

12   change was, and also the histological descriptions

13   by the study investigators were so general and

14   sometimes so superficial without enough detail

15   that I often could not necessarily have any kind

16   of assumption what I would be seeing in the

17   respective kidney tissue slide.

18   BY MS. ALTHOFF:

19       Q    As you were looking --

20       A    So I --

21       Q    I'm sorry.

22       A    Uh-huh.

23       Q    Go ahead.  You finish.

24       A    Well, I don't -- I don't feel

25   particularly biased.  I -- I just looked at all

Confidential - Pursuant to Protective Order

1    the images as I got them.

2         Q    And you said at the time you were

3    looking at the slide, you did not know the -- the

4    nature -- I'm -- I couldn't quite hear you.

5         A    Yeah.  Yeah.

6              At the time when I looked at the image

7    files on the drive, I only could tell that they

8    were from control animals or they were from

9    animals that were in the drug group.  But I would

10   not know a priori which digital slide would

11   actually show pathology.

12        Q    Is it your understanding, Dr. Moeckel,

13   that when a animal pathologist is reviewing

14   histological pathology slides during a study of a

15   drug, you know, prior to approval, that that

16   toxicologist or animal pathologist does not know

17   whether the tissue its looking at is from a dose

18   group or not or what dose group?

19        A    Well, if -- if the animal tissue

20   pathologist was conducting the study, if -- if

21   that person is truly blinded, then he or she would

22   not know whether the kidney section is from a

23   control or from a drugged animal.

24              But, you know, there -- the

25   prerequisite for that is that it is truly a

Confidential    Pursuant  to  Protective  Order

1    blinded study, and I am not aware that that is

2    always the case.

3         Q    When you -- as you were reviewing the

4    slides from AstraZeneca's nonclinical studies, as

5    you reviewed the slides, were you also looking at

6    the study reports contemporaneously?

7         A    No, I did not.

8              I reviewed the slides just as they were

9    on the drive, and I only evaluated them for what I

10   thought were pathological lesions.  And I did not

11   have the report open at the side of my computer to

12   refer to.

13        Q    When you were identifying what you

14   thought to be the pathological lesions on a

15   particular slide, would you identify all the

16   pathological lesions or were you only looking for

17   specific ones and noting specific ones?

18        A    No.  I would always look at all

19   pathologic lesions that I could possibly identify.

20        Q    And I think this is assumed, but I just

21   want to make sure.  We're only talking about

22   kidney slides; correct?

23        A    Yes.  I only examined kidney slides.

24        Q    When you were determining which studies

25   to request -- well, strike that.

Confidential - Pursuant to Protective Order

```
 1                    You only requested a subset of what

 2       could be potentially available pathologic or

 3       histopathologic data -- let me strike -- let me

 4       start this over.

 5                    You decided, after reviewing study

 6       reports again, which studies to choose to see

 7       slides from; correct?

 8            A      That's correct.

 9            Q      And you didn't ask to see every

10       potential study that might be available?

11            A      As you know, there are so many studies

12       with so many animal data and -- and tissue

13       sections that it was not practical to look at all

14       studies.

15                    So, yes, I selected studies that I felt

16       were important to look at that was based on a

17       number of different criteria, including the way

18       the drug was given, the lengths of the study, the

19       animal species, whether the report mentioned

20       changes in either a kidney function or

21       histopathological lesions mentioned in the report.

22                    So I had a number of criteria that I

23       used to decide which of the many studies I wanted

24       to look at.

25            Q      And I think specifically on page 6, you
```

Confidential   Pursuant to Protective Order

```
 1    state, "I reviewed the reports described above and
 2    identified lesions in the kidney that occurred in
 3    greater numbers and in greater degrees of severity
 4    in the dosed animals versus the controls."
 5              Correct?
 6                   MR. PENNOCK:  Objection to form.
 7       A    Uh-huh.
 8    BY MS. ALTHOFF:
 9       Q    It's the first sentence on -- of that
10    paragraph that's on the screen, page 6.
11       A    Uh-huh.
12                   MR. PENNOCK:  Objection.
13    BY MS. ALTHOFF:
14       Q    Is -- I'm sorry.  Are you waiting for
15    another question or have you answered?
16       A    No.  I -- I'm -- I'm just rereading the
17    paragraph for a second; yeah?
18       Q    No.  That's fine.
19       A    Yeah.  So that was a -- as is described
20    in that sentence, that was a criteria, because I
21    was curious to see whether the pathological
22    lesions that were described by the study
23    pathologist were consistent with what I would
24    evaluate those lesions for.
25                   So I basically wanted also to review
```

Confidential - Pursuant to Protective Order

```
1     the pathological lesion to get an impression of

2     how adequate was the pathological evaluation.

3         Q     So for example, you did not request to

4     see studies where there were no reported kidney

5     findings?

6         A     I -- I do not remember off the top of

7     my head whether I did not request any of the --

8     there might have been studies that I requested

9     that had no description of pathologic lesions, but

10    where I was interested, because, for instance, the

11    studied animal was a, you know, very junior one or

12    the study was a particular way of application that

13    I thought was important to review.

14        Q     Well, were there any studies,

15    Dr. Moeckel, that you discussed in your report,

16    Appendix A or Appendix B, in which you found

17    kidney findings that you felt were significant to

18    report as it relates to your opinions in this

19    case, but that AstraZeneca reported no kidney

20    findings at all?

21        A     Yes.

22        Q     Which study was that?

23        A     I would need to find that.  I -- that

24    would -- that might take some time.

25        Q     Well, Dr. Moeckel, let me ask you this:
```

Confidential - Pursuant to Protective Order

1    Would that be significant to you such that you

2    would discuss it in your report if you reviewed

3    the slides or images from a study you saw kidney

4    findings and AstraZeneca said there were none?

5              MR. PENNOCK:  Objection to the --

6        A    Yeah.  So as far as I remember, there

7    were several studies where no pathologic lesion

8    was described, as far as I remember, but where I

9    saw pathology on the histological sections.

10   BY MS. ALTHOFF:

11       Q    Where in the body of your report do you

12   discuss studies where you identified kidney

13   findings in the slides and AstraZeneca said there

14   are no kidney findings?

15       A    So I would need to review in the

16   appendix probably --

17       Q    Would that be Appendix --

18       A    Yeah.

19       Q    Well, let me -- let me ask you this,

20   Dr. Moeckel:  So Appendix A are studies where you

21   asked to see the renal slides, and they were

22   produced; correct?

23              MS. ALTHOFF:  That's going to be,

24              like, page 31 --

25       A    Uh-huh.

Confidential - Pursuant to Protective Order

```
 1                    MS. ALTHOFF:  -- Jeff.

 2        A     Uh-huh.

 3   BY MS. ALTHOFF:

 4        Q     Is that correct, Doctor?

 5        A     Yeah.

 6        Q     Okay.  And so Appendix B is, in fact,

 7   studies where you didn't review any slides?  You

 8   just reviewed the study report; correct?

 9                    MR. PENNOCK:  Objection.

10        A     I believe that's correct.

11   BY MS. ALTHOFF:

12        Q     If you look at --

13                    MS. ALTHOFF:  So that would be a

14             couple more pages down --

15        A     Uh-huh.

16                    MS. ALTHOFF:  -- Jeff.  We can

17             just verify that.

18   BY MS. ALTHOFF:

19        Q     So Appendix B, it says:  AstraZeneca

20   Studies:  Renal Slides Requested but Not Received.

21             Do you see that?

22        A     Yeah.

23                    THE WITNESS:  Can you enlarge the

24             image, please?

25
```

Confidential - Pursuant to Protective Order

```
 1    BY MS. ALTHOFF:

 2         Q    So my question to you, Doctor, is --

 3         A    Yeah.

 4         Q    -- if you saw something on a slide that

 5    you're contending AstraZeneca did not put in its

 6    report, it couldn't be in Appendix B, because you

 7    didn't review any slides or any of the studies on

 8    Appendix B?

 9         A    Yeah.

10              No.  No.  I -- that is correct.

11         Q    Okay.  So you were interested in

12    whether Exhibit A might contain something where

13    you saw something on the slide and AstraZeneca

14    reported nothing.

15              MS. ALTHOFF:  So let's mark as --

16              Appendix A, which is my 3, Jeff, as the

17              next exhibit.

18              (Whereupon, Exhibit No. 5, Appendix

19              A, was marked for identification.)

20              MS. ALTHOFF:  So we're showing on

21              the screen Appendix A, page one.

22              And if you could pull up both

23              pages, that would be helpful, Jeff.

24              THE WITNESS:  Uh-huh.

25              MS. ALTHOFF:  No.  I meant -- I'm
```

1                    sorry.  I meant the next page.

2                         Yeah.  That page and the page

3                    before it.  So pages two and three of

4                    this exhibit.

5                         THE VIDEOGRAPHER:  If you want to

6                    give me just a second, I can get that

7                    done, but I don't have that --

8                         MS. ALTHOFF:  Yeah.  Sure.

9                         THE VIDEOGRAPHER:  -- software

10                   that'll do it easy.

11                        MS. ALTHOFF:  Oh, sorry.

12                        THE VIDEOGRAPHER:  Just give me a

13                   sec.

14        BY MS. ALTHOFF:

15             Q    Well, Dr. Moeckel, do you have Appendix

16        A in front of you?

17             A    Yes, I do.

18             Q    Okay.  Well, while Jeff is working on

19        this on the screen, can you identify any of the

20        studies that are listed on Appendix A, which is

21        the current exhibit, for which you found kidney

22        findings on the slides and it's your contention

23        that AstraZeneca said there were none?

24             A    So I would like to modify my answer in

25        that respect, that the things that I -- the -- the

Confidential - Pursuant to Protective Order

1    pathologic lesions that I identified on these

2    studies were not in that degree mentioned in the

3    AstraZeneca study reports.

4           So what I'm saying is they may have

5    mentioned something, likely chronic progressive

6    nephropathy, but they in my opinion did not

7    evaluate and did not describe and assess the

8    lesions that I saw adequately.

9    Q    All right.  I think we're on the same

10   page.  I just want to make sure, Dr. Moeckel, that

11   you weren't contending that AstraZeneca said there

12   were no kidney findings in some of these studies.

13          Understood.  All right.

14          Going back to your methodology,

15   Dr. Moeckel, that we've been -- we were talking

16   about before we kind of went down this rabbit

17   hole, you asked to see the slides or kidney tissue

18   from certain studies to the extent available;

19   correct?

20   A    Yes.  Yes.

21   Q    And you were -- I'm sorry.

22          You were aware, at the time you made

23   that request, that many of these studies were old?

24   A    Yes.

25   Q    And you were aware and understood that

 1   often tissue is not retained from studies that are

 2   that old?

 3      A     So I was actually surprised that

 4   some -- in some studies that I requested slides

 5   for, no slides were produced.  I'm not aware of

 6   any excuse that AstraZeneca used not to produce

 7   these slides, like, for instance, the studies were

 8   so old.

 9           In my opinion as a physician and

10   scientist, if you do such an important study like

11   a drug toxicity study, in my opinion it would be

12   prudent and good practice to keep the tissue

13   blocks ad infinitum in order to review if any kind

14   of question regarding the integrity of the study

15   or the analysis of the study comes up.

16           As you may know, in hospitals we keep

17   blocks of tissue at least ten years, and Yale in

18   particular has blocks stored that go 30, 40 years

19   back.

20           So I was negatively surprised that

21   AstraZeneca could not come up with all the tissue

22   slides that I had requested.

23      Q     Dr. Moeckel, do you have an opinion

24   with regard to what the regulatory requirements

25   are for maintenance of tissue for a drug that was

Confidential - Pursuant to Protective Order

```
 1    approved in the '90s?

 2         A    Well, in my opinion, I think it would

 3    be the adequate practice to have blocks available

 4    of the tissue that was used in a animal toxicology

 5    study in the '90s.  That's not that long ago.

 6         Q    Do you know what the regulatory

 7    requirements are for maintenance of tissue blocks

 8    from animals for studies done -- for toxicology

 9    purposes for drugs that are approved by the FDA?

10         A    I would assume that they should be

11    responsible to keep these blocks for a very long

12    time.

13         Q    That's not my question, Dr. Moeckel.

14              My question is:  What is the regulatory

15    requirement for maintenance of tissue and tissue

16    blocks or slides even from studies that were

17    submitted to regulatory bodies, including the FDA?

18         A    Well, I would assume it should be at

19    least 20 or 30 years.

20         Q    But that's an assumption on your part?

21    You don't know?

22         A    That's what I would think as a minimum

23    ethical conduct.

24         Q    Again, I asked you, Dr. Moeckel, if you

25    knew what the FDA requires with regard to
```

Confidential    Pursuant   to Protective Order

```
 1   maintenance of tissue blocks, slides, other tissue

 2   samples from animal studies that were done to

 3   promote -- or to prepare for a drug approval?

 4              MR. PENNOCK:  Okay.  Just note my

 5              objection.  He's not offered any

 6              opinions regarding regulatory matters

 7              or regulations.  And he's given you an

 8              answer several times as to what he

 9              thinks the company should have done

10              regardless of what the cop on the

11              street was telling the company to do.

12   BY MS. ALTHOFF:

13      Q    You can answer, Dr. Moeckel.

14      A    Yeah.  As I said before, I assumed that

15   the regulatory regulations would guarantee blocks

16   to be stored for at least 30 years.

17      Q    All right.  Let's move on.

18              MS. ALTHOFF:  Actually, let's take

19              another break.  It's about 1:30.  So I

20              think we've been going another hour or

21              so.

22              And do we -- Dr. Moeckel, I don't

23              know what your situation is with lunch,

24              etc., but we're happy to accommodate

25              your schedule.
```

Confidential  Pursuant to Protective Order

```
 1                    MR. PENNOCK:  Well, we have -- you

 2            know, we -- I know you have six hours

 3            of time.  We're -- we have this room

 4            until 6:30, which should be more than

 5            adequate so long as we don't take too

 6            many breaks.

 7                    MS. ALTHOFF:  Okay.

 8                    MR. PENNOCK:  So if you want to

 9            take a break, of course, we'll agree to

10            that.

11                 Could I ask the videographer to

12            please tell me how much time we have on

13            the record right now?

14                 Well, let's go off the record

15            and -- as we're taking a break, and

16            tell me how much time we have on the

17            record.

18                    THE VIDEOGRAPHER:  Off the record

19            1:29 p.m.

20                 (Whereupon, there was a recess

21                 taken from 1:29 p.m. to 1:47 p.m.)

22                    THE VIDEOGRAPHER:  On the record

23            1:47 p.m.

24      BY MS. ALTHOFF:

25        Q    Dr. Moeckel, we're back on the record.
```

Confidential    Pursuant to Protective Order

```
 1                   And when we went off the record, we

 2      were talking -- there we go -- about the

 3      methodology that you used in reviewing the

 4      internal data that you received from the PPI

 5      manufacturers.

 6                   Do you recall that, generally?

 7           A     Yes.

 8           Q     So in looking at the body of your

 9      report, Dr. Moeckel, where you go through and

10      discuss individually the AstraZeneca studies that

11      you reviewed, I note that there are photographs of

12      certain slides of certain animals; correct?

13           A     Yes.

14           Q     Did you make images of any other

15      animals other than what is depicted in your

16      report?

17           A     No.

18           Q     As you were doing your review of the

19      individual slides -- and I know you said you

20      reviewed something like 1100 slides; is that

21      right?

22           A     Yes.

23           Q     -- did you keep contemporaneous note or

24      a log of the slides that you reviewed?

25           A     No.
```

Confidential   Pursuant to Protective Order

```
 1          Q      How did you memorialize the review that
 2     you did of the individual slides?
 3          A      So I -- I took the -- the image, and
 4     then I wrote in a -- a footnote what I saw.  And
 5     what I then did was I took the image and put it
 6     into a PowerPoint presentation and also wrote a
 7     legend for each image with the pertinent findings.
 8          Q      So -- make sure I understand this.
 9                 So there's 1100 slides.  And when you
10     pull up slide No. 1 from the first study on the
11     first drive, how do you memorialize, if at all,
12     what you see on that slide?
13          A      So I -- I memorize it, and I go through
14     the respective slides in the respective studies.
15     And when I screen the slide and I see a pathologic
16     lesion, then I would take a -- a photo or a
17     snapshot of that lesion, and that then became this
18     image.
19          Q      Gotcha.
20                 So as you would go through a study --
21     I'll -- for example, T 1636, which was the
22     two-year rat study from AstraZeneca, you would go
23     through each of the slides that you received from
24     that study, identify any of those which you
25     thought had a pathological lesion and sort of
```

Confidential    Pursuant to Protective Order

1    screen shot -- shot or somehow capture the image

2    from that particular animal in that study?

3         A    Correct.

4         Q    And so then, do I understand correctly

5    then that the only slides that you took images of

6    as it relates to the AstraZeneca nonclinical

7    studies are the ones that are contained in your

8    report?

9         A    Yes.

10        Q    So for example, with regard to the

11   studies that are summarized in Exhibit A where you

12   had slides, but they didn't make it into the body

13   of your report -- you're familiar with that --

14   Appendix A; right?

15        A    Yeah, yeah, yeah.  Uh-huh.

16        Q    And you included a summary of

17   observations --

18        A    Right.

19        Q    -- with regard to the studies in each

20   category, but you did not include any photographs

21   there; right?

22        A    Right.

23        Q    And how did you memorialize, if at all,

24   which animals from the various studies on Appendix

25   A had the lesions that you've summarized in your

1    summary of observations?

2        A    Yeah.  So for -- for those -- so let me

3    see whether I am here in the right appendix.  One

4    moment.

5        Q    Uh-huh.

6        A    Appendix B.  Okay.

7             So your question was these studies in

8    Appendix A where I reviewed slides, but I did not

9    include images, in -- as I said, in -- in those

10   studies, I would create these comments and add

11   them to this report.

12       Q    Okay.  So let's just look at a couple

13   of examples.

14            So under your "3 month/13 week," "Rat"

15   section --

16       A    Uh-huh.

17       Q    -- you have a summary of observations

18   that includes calcium crystal precipitations and

19   other signs of acute tubular injury in dosed

20   omeprazole combination groups; correct?

21       A    Correct.  Yes.

22       Q    And then underneath that, you cite one

23   study, which is 96153,

24   "Omeprazole/Amoxicillin/Metronidazole" -- can't

25   say that -- "combination: 3 month oral toxicity in

```
 1    the rat."

 2             So you only cite one study there;

 3    correct?

 4        A    Yes.

 5        Q    Do you have memorialized anywhere which

 6    of the animals in 96153 you observed the calcium

 7    crystal precipitations and other signs of acute

 8    tubular injury?

 9        A    So I do not remember exactly which

10    particular animal it was.

11        Q    Okay.  Looking at the second sort of

12    topic there, it's again under the "Rat," "One

13    month or less."

14        A    Uh-huh.

15        Q    And you list your summary of

16    observations.

17        A    Uh-huh.

18        Q    Including tubular basophilia,

19    calcification, vacuoles, acute tubular injury,

20    casts, apical blebbing in dosed groups.

21        A    Uh-huh.

22        Q    And then you list three studies after

23    that; correct?

24        A    Uh-huh.

25        Q    Did you see all of those observations
```

```
 1    in each of those studies?

 2        A    Yes.

 3        Q    And did you memorialize anywhere the

 4    animals in which you saw those observations in

 5    those three studies?

 6        A    I do not remember the individual animal

 7    in each group where I saw that, and I usually --

 8    what I did was that I saw these changes in several

 9    of the animals in the study group.  You know, this

10    is what I wrote.  In dose groups, I saw these

11    lesions.

12        Q    Okay.

13        A    Uh-huh.

14        Q    And, again, I'm just trying to find out

15    what -- what you did, Dr. Moeckel, and if there's

16    additional documents out there or information.

17             So going back to your report, there are

18    a number of studies that you discuss in the body

19    of the report aside from the Appendix A, and in

20    those studies you -- in -- I think in all cases,

21    discuss particular animals by -- by number?

22        A    Right.

23        Q    And with regard to the, you know,

24    summary of that study and what you saw, you know,

25    generally with regard to your observations in that
```

1    study, were those findings exclusive to the

2    animals that you identify specifically?

3        A    No.  They were not exclusive to the

4    animal from which the picture is taken.  The

5    picture is taken from the respective animals, if

6    you can look up in the report, but there were

7    other animals in that group that also had similar

8    lesions.

9            So basically, I used the image as a

10   representative image of the lesion that I saw.

11       Q    And did you memorialize anywhere the

12   other animals where you saw the same or similar

13   lesions?

14       A    So I did not memorize all of the

15   numbers of these other animals, but certainly if I

16   or somebody else went back to that group and

17   looked at that group, they would find these

18   lesions.

19       Q    And you're using the word "memorize,"

20   and I'm using the word "memorialize."  I want to

21   make sure we're speaking the same language.

22           I'm asking you:  Did you write down any

23   data about other particular animals?

24       A    No, I did not.

25       Q    Okay.  In terms of the observations

Confidential - Pursuant to Protective Order

1    that you made in these studies when you looked at

2    specific slides, Dr. Moeckel -- so, for instance,

3    you might have observed basophilia, for

4    instance --

5         A     Right.

6         Q     -- did you grade the severity of those

7    findings and memorialize that anywhere?

8         A     No, I did not grade.  I'm aware that

9    there is a grading system that some authors have

10   developed, but I only used in my descriptive

11   assessment mild, moderate to severe, which is

12   usually the grade that we use on kidney biopsy

13   lesions.

14        Q     Did you include in your report, when

15   you would describe your findings, those terms,

16   "mild," "moderate" or "severe"?

17        A     So I believe that you can find

18   descriptors, like, extensive, you know, that is in

19   regard to the amount of tissue involved, but I --

20   I do have qualifiers for the different lesions

21   that I have used.  I have -- so for instance, you

22   know, extensive injury, and I believe I have also

23   used other qualifiers as focal versus diffused.

24             So those are just general

25   histopathological descriptive terms that we use in

```
 1    practice every day and with whom I'm very familiar

 2    with.

 3        Q    I just forgot my question, but -- oh.

 4             When you identified a lesion on a

 5    particular slide for a particular animal in a

 6    particular study, did you make an effort to

 7    cross-reference that same animal in the

 8    AstraZeneca preclinical study report to determine

 9    whether AstraZeneca's clinical investigators had

10    identified the same lesion and how they graded it?

11        A    So in some studies, I believe I did.  I

12    did not do it in all studies or all lesions that I

13    did -- that I discovered.

14        Q    Do you recall which studies you did

15    that cross-comparison?

16        A    Off the top of my head, I cannot

17    immediately remember.

18        Q    Uh-huh.

19             Specifically, if you look --

20             MS. ALTHOFF:  If we go to

21             Exhibit 3, which is his report, page

22             8 -- well, let's start at page 7.

23        A    So page 7 in my report, is that the --

24    is that what --

25
```

Confidential - Pursuant to Protective Order

```
 1    BY MS. ALTHOFF:

 2         Q     Yes, Doctor.

 3         A     Uh-huh.

 4         Q     The bottom -- towards the bottom of

 5    that page is where you begin talking about Study T

 6    1636, which is the two-year chronic rat study;

 7    correct?

 8         A     Yes.

 9         Q     And then if you turn the page, which --

10    so page 8, you have a number of bulleted items;

11    correct?

12         A     Yes.

13         Q     And, in fact, these bulleted items,

14    although not verbatim, were included in the study

15    report; correct?

16         A     Yes.  They are written in -- on page 8

17    in the study report.

18         Q     Maybe you didn't understand my

19    question.

20         A     Yeah.

21         Q     So --

22         A     Sorry.

23         Q     No.  That's okay.

24               So these bulleted items that you have

25    included in your expert report, which is
```

Confidential - Pursuant to Protective Order

1    Exhibit 3, were also included, albeit not

2    verbatim, in AstraZeneca's nonclinical study

3    report; correct?

4         A    Yeah.  They were -- yeah.  Yes, that's

5    right.

6         Q    Did you have additional lesions that

7    you identified in T 1636 that were not included in

8    that bulleted list?

9         A    Give me one second.

10             So what I saw, which was particularly

11   concerning, was the fact that in the drugged

12   animals, there was significant acute tubular

13   injury.

14        Q    Okay.  And was the acute tubular injury

15   otherwise described in those bulleted -- the

16   bulleted list?

17        A    No.

18        Q    So when you describe tubular injury,

19   you say in your report that it's "manifested by

20   extensive proteinaceous casts, flattened tubular

21   epithelium with nuclear drop-out and with

22   sloughing of brush border in individual hole

23   without the 'apparent thickening of glomerular and

24   tubular basement membranes.'"

25             Am I understanding that correctly?

```
1        A     Yes.

2        Q     Okay.  So, again, by "tubular injury,"

3    you're talking about it being manifested by those

4    items I just read?

5        A     Yes.  Especially, the sloughing of the

6    epithelial cells and the dilated lumen and the

7    nuclear drop-out.  So all the pertinent features

8    that are well known as acute tubular injury.

9        Q     And are those same items of acute

10   tubular injury have been described as elements of

11   chronic progressive nephropathy in rats?

12       A     No, they have not.

13       Q     And you identify a couple places in

14   your report that you expected to see conspicuous

15   thickening of the glomerular basement membrane;

16   correct?

17       A     Can you show me where I said that?

18       Q     Sure.

19             So specifically on page 9 in that

20   section we just read, so in the quotes.  Do you

21   see that, Doctor, where it says "apparent

22   thickening of the glomerular and tubular basement

23   membranes"?

24       A     Yeah.

25       Q     Okay.
```

Confidential - Pursuant to Protective Order

1       A       I see that.

2       Q       Well, first of all, why is that put in

3    quotes?

4       A       Because I want to emphasize that the

5    apparent thickening -- or the thickening of the

6    glomerular and tubular basement membrane was not

7    seen in these lesions.

8       Q       Okay.  I was trying to figure out what

9    you were quoting.

10              Were you quoting directly from

11   something there?

12      A       No.  I --

13      Q       Okay.

14      A       I was just referring to that there is

15   no -- and I wanted to point out that there's no

16   thickening of glomerular and tubular basement

17   membrane thickening.

18      Q       Is it your opinion, Dr. Moeckel, that

19   thickening of the glomerular basement membrane is

20   required for a diagnosis of CPN?

21      A       Yes.

22      Q       And what is your basis for your opinion

23   that the apparent thickening of the glomerular

24   basement membrane is required?

25      A       So chronic progressive nephropathy is a

```
 1    spontaneous chronic lesion that develops in old

 2    rats.  And the pertinent finding is that of

 3    thickened basement membrane, glomerular basement

 4    membrane and tubular basement membrane, and also

 5    glomerulosclerosis.  That is actually, in the

 6    original descriptions, the key finding that

 7    characterizes chronic progressive nephropathy in

 8    elderly rats.

 9              However, the lesions that I saw in this

10    study were not at all chronic -- they were

11    acute -- and not at all showed any

12    glomerulosclerosis and any tubular basement

13    membrane thickness.  Therefore, they do not show

14    criteria of chronic progressive nephropathy, but

15    rather of acute tubular injury.

16        Q    And, Dr. Moeckel, at what stage in

17    chronic progressive nephropathy does apparent

18    thickening of the glomerular basement membrane

19    occur?

20        A    Well, that depends who you read.  You

21    know, there are some authors who say it is part of

22    the chronic progressive nephropathy when it

23    develops in elderly rats.  There are some authors

24    who say you should not call a lesion chronic

25    progressive nephropathy if you do not see tubular
```

Confidential - Pursuant to Protective Order

1    basement membrane or glomerular basement membrane

2    thickening.

3              And there are some authors who say it

4    can even be seen in the early parts of CPN,

5    although authors differ in their opinion when

6    early CPN begins.  Some say at about 18 months and

7    beyond or 18 months would be the earliest CPN.

8    But there are other authors who claim it can be

9    seen earlier.

10             So in any ways, I think if you call a

11   lesion chronic progressive nephropathy, you have

12   to show thickened tubular basement membrane and

13   thickened glomerular basement membrane and

14   glomerulosclerosis.

15             None of these were visible in any of

16   these lesions that I depict in my report.

17        Q    Dr. Moeckel, which comes first,

18   thickening of the tubular basement membrane or

19   thickening of the glomerular basement membrane, in

20   the normal progression of chronic progressive

21   nephropathy?

22        A    I think they can be simultaneous.

23        Q    What's your opinion with regard to

24   whether, in rats as young as 12 weeks, you can see

25   lesions of early CPN?

Confidential - Pursuant to Protective Order

```
 1        A    I disagree with that statement.

 2        Q    Do you agree that in -- chronic

 3   progressive nephropathy can be exacerbated by many

 4   chemicals?

 5        A    I have not, you know, seen studies or

 6   reviewed studies where that was definitively

 7   proven.  I know that there are authors in the

 8   literature that claim that.

 9             But I have not conducted studies to

10   that respect or the papers that I reviewed, in my

11   opinion, did not show convincingly that drugs can

12   exacerbate chronic progressive nephropathy.

13        Q    Have you reviewed any studies from the

14   National Toxicological Program?

15        A    I -- I have reviewed articles, so

16   summaries, but I have not reviewed the study

17   material itself.

18        Q    Have you reviewed any NTP studies where

19   the chemical compound exacerbated chronic

20   progressive nephropathy in the rats and was not

21   found to be a risk to human health?

22        A    I remember reading this, and I disagree

23   with that statement.

24        Q    So you disagree with the findings from

25   the National Toxicologic Program?
```

```
 1        A     I disagree with the quote of exactly

 2   that statement that I read in an article.

 3        Q     Do you know what article that was where

 4   you read that?

 5        A     I don't know off the top of my head,

 6   but I can find that article for you.

 7        Q     One of the articles that you cite in

 8   your report is the Frazier 2012 article, Frazier

 9   and Seely's "Proliferative and Nonproliferative

10   Lesions of the Rat and Mouse Urinary System."

11              I believe that was reference 1 to your

12   report; correct?

13        A     Yes.

14        Q     And is that a piece of literature that

15   you relied upon in reaching the opinions in your

16   report?

17        A     That was one of the papers that I read

18   and reviewed to inform myself about the entity of

19   CPN in the -- and general aspects of experimental

20   toxicology animal models, yes.

21        Q     And that particular paper was the

22   result of a International Harmonization of

23   Nomenclature and Diagnostic Criteria for Lesions

24   in Rats and Mice; correct?

25        A     Yes.
```

Confidential - Pursuant to Protective Order

```
1        Q     And that paper purports to set forth a

2    standardized nomenclature for classifying lesions

3    observed in the urinary tract to include the

4    kidney of rats and mice; right?

5        A     Yes, that's right.

6        Q     Did you disagree with the standard

7    nomenclature and the information set forth in that

8    publication?

9              MR. PENNOCK:  Objection.

10             Do you want to show him the paper?

11       A     Yeah.  Can -- can you show me the

12   paper?

13   BY MS. ALTHOFF:

14       Q     Sure.

15       A     So we can maybe all take a look at

16   this.

17       Q     Sure.

18             MS. ALTHOFF:  It's -- this would

19             be my 9.  We'll make that the next

20             exhibit.

21             (Whereupon, Exhibit No. 6,

22             "Proliferative and Nonproliferative

23             Lesions of the Rat and Mouse

24             Urinary Systems," was marked for

25             identification.)
```

Confidential Pursuant to Protective Order

```
 1    BY MS. ALTHOFF:

 2         Q     And the question, Dr. Moeckel, is:  Do

 3    you recognize --

 4                   MS. ALTHOFF:  What exhibit are we

 5              on, Reporter?  Six?

 6                   THE VIDEOGRAPHER:  This is 6.

 7                   MS. ALTHOFF:  Six.

 8    BY MS. ALTHOFF:

 9         Q     So you recognize Exhibit 6 as being

10    reference No. 1 to your expert report in this

11    matter, that being a article by Frazier and Seely

12    entitled "Proliferative and Nonproliferative

13    Lesions of the Rat and Mouse Urinary System,"

14    published in Toxicologic Pathology in 2012?

15         A     Yes.

16         Q     Okay.  And my question was:  Since you

17    list this as a reference in your report, do you

18    agree with the -- we'll start with the

19    nomenclature that is set forth in this article

20    which was the result of the International

21    Harmonization of Nomenclature and Diagnostic

22    Criteria for Lesions in Rats and Mice?

23         A     So let me quickly reread the article to

24    give you specific answers.

25         Q     Well, I'd be happy to have you do that,
```

```
  1    Doctor, but I think it's about 60, 70 pages.

  2         A     Well, I'm a quick reader.

  3         Q     Okay.  Sure.  Why don't --

  4               MR. PENNOCK:  Just ask him --

  5    BY MS. ALTHOFF:

  6         Q     Did you download it, Doctor?

  7               MR. PENNOCK:  Just ask him if he

  8               disagrees with any of the nomenclature

  9               in the article.

 10               I mean, without letting him read

 11               it, I don't know --

 12               MS. ALTHOFF:  It's --

 13               MR. PENNOCK:  -- how you expect

 14               him to answer.

 15               MS. ALTHOFF:  I -- I don't

 16               disagree with you, Paul, if this wasn't

 17               an article that was No. 1 on his

 18               reference list.

 19               MR. PENNOCK:  It's No. 2, but --

 20               MS. ALTHOFF:  Actually -- oh,

 21               you're right.  I'm sorry.

 22               It is No. 2.

 23               MR. PENNOCK:  Right.

 24               MS. ALTHOFF:  No. 1 was Seely and

 25               Frazier.  Thank you.
```

```
 1                    MR. PENNOCK:  It's not a memory

 2            test here.

 3      BY MS. ALTHOFF:

 4            Q     Well, let me ask you a different

 5      question, Dr. Moeckel.  We'll strike that

 6      question.

 7                    Do you recall, as you sit here today,

 8      having had any dispute with the nomenclature

 9      identified in Exhibit 6?

10            A     So I remember that I was not agreeing

11      with several items, but I would like to identify

12      those for you.

13            Q     Okay.  Were those in the term of

14      nomenclature or was that in terms of, like,

15      diagnostic criteria?

16            A     I will have to review these specific --

17            Q     Okay.

18            A     -- so that --

19            Q     Let's take a little time and do that.

20            A     Okay.

21            Q     Doctor, have you had sufficient time to

22      familiarize yourself with this document?

23            A     Yes.  Give me, please, one more minute.

24            Q     Sure.  Thank you.

25            A     All right.  So if you want to, we can
```

Confidential - Pursuant to Protective Order

```
 1    continue.

 2         Q    Sure.  Thank you, Doctor.

 3              So I think the question that I had

 4    asked you earlier, Dr. Moeckel, was whether there

 5    was a nomenclature that is discussed in Exhibit

 6    6 --

 7         A    Uh-huh.

 8         Q    -- which is from the INHAND project,

 9    the International Harmonization of Nomenclature

10    and Diagnostic Criteria --

11         A    Uh-huh.

12         Q    -- for Lesions in Rats and Mice --

13         A    Uh-huh.

14         Q    -- that you disagreed with?

15         A    Yeah.  So I disagree with the statement

16    on page -- what is it? -- 27S.

17         Q    Okay.  Let's go to that.

18         A    So --

19         Q    It's about -- hold on just a second.

20    It's about 12 pages in.

21         A    Yeah.  So there's this discussion about

22    the early stages of CPN, and I personally do not

23    agree that the early stages of CPN necessarily

24    involve all of these features, basophilic

25    tubals --
```

Confidential   Pursuant to Protective Order

```
 1                 And I think that it is very easy to

 2     confuse tubular injury with early stages of CPN.

 3     So I -- I think that that is a little bit of a

 4     hyperbole in that nomenclature.

 5          Q     So if I understand what you're saying,

 6     Doctor, you disagree with using the term "chronic

 7     progressive nephropathy" or "CPN" in certain

 8     instances of early lesions in, you know, younger

 9     animals that reflect basophilic tubules with

10     thickened tubular basement membranes, etc., as

11     described in this report?

12          A     Yes.

13          Q     Do you have an opinion, Doctor, with

14     regard to how old a rat has to be before you can

15     diagnose it with chronic progressive nephropathy?

16          A     So from my reading of the literature in

17     the earlier papers, it was described as a lesion

18     that is seen in rats usually 18 months or more in

19     age.

20          Q     And --

21          A     So --

22          Q     Sorry.

23          A     Go ahead.  Go ahead.

24          Q     I'm sorry.  I didn't mean to cut you

25     off.
```

```
 1                  Are you finished?

 2        A       Yeah.  I'm just repeating my answer.

 3        Q       Okay.

 4        A       So the age of CPN -- or the earliest

 5    age of CPN should be 18 months of age in a rat.

 6        Q       And --

 7        A       So -- okay.  Go ahead.

 8        Q       And for purposes of what you're relying

 9    on there, you're looking at the three publications

10    that you cite that were published in the 1970s,

11    Couser, Gray, and Elema?

12        A       You know, I cannot tell you it's

13    specifically reference A, B, or C.  I -- I have

14    read dozens and dozens of papers about CPN, and I

15    have noticed that in those papers that were

16    written by authors that I think were nonbiased and

17    independent, that they -- the initial description

18    of the lesion was that in animals of 18 years --

19    18 months or older.

20        Q       And --

21        A       And remember, the life age -- lifespan

22    of a rat is about 24 to 26 months.  So, you know,

23    18 months is certainly, in our definition of a lab

24    animal that we use for experiments, an old animal.

25        Q       And which authors did you not credit as
```

Confidential - Pursuant to Protective Order

```
 1    heavily because you thought they had some sort of

 2    a bias?

 3                   MR. PENNOCK:  Objection.

 4         A     Yeah.  Again, I'm sorry.  I cannot tell

 5    you that off the top of my head, but I can

 6    certainly provide you that information if you want

 7    it.

 8    BY MS. ALTHOFF:

 9         Q     Looking at what's on the screen -- so

10    this is, again, going back to Exhibit 6, Frazier

11    2012, and that top right paragraph about halfway

12    down, do you see it says, "CPN can be exacerbated

13    by many chemicals that result in increased

14    incidence and severity in chronic toxicity

15    studies"?

16         A     Let me quickly read.

17         Q     Yeah.

18                   MS. ALTHOFF:  Jeff, can you

19             highlight that?  You're right there.

20         A     Yeah.  So I -- I see that they wrote

21    this.

22                   The problem that I have with this

23    sentence is that if this -- if -- if you use a

24    loose definition like that and say, oh, CPN can be

25    exacerbated by many drugs, and the signals like
```

1    tubular basophilia is something that you also see

2    in early drug injury, how can you ever

3    differentiate a drug-induced real injury signal

4    from, oh, it's just CPN?

5           And that is my problem with this part

6    of the definition, that I think it is not -- it is

7    too general, and it basically creates in the term

8    "CPN" a wastebasket into which any kind of drug

9    toxic injury can be put.

10          Basophilia is a well-known change in

11   the tubular epithelial cell due to drug toxicity,

12   due to any kind of heavy metal toxicity in use as

13   it -- so it's -- it's a -- it's a injury sign.

14          But if you say, oh, you know, you can

15   see that in early CPN, then you are off the hook.

16   You are much better -- you cannot distinguish

17   anymore what is a true injury signal versus just

18   CPN.

19          And this is what I disagree with, with

20   this whole assessment of CPN can start in two

21   months' old rat as a chronic progressive aging

22   lesion, and it has basophilia.  And basically from

23   then on, anything you see as an injury signal in

24   the tubal can be basically put under the umbrella

25   of CPN and doesn't concern us.

1                    I think this is scientifically flawed.

2      This is completely wrong.

3      BY MS. ALTHOFF:

4           Q    Are you finished with your answer?

5                    Let's go back a page to -- since you

6      raised tubular basophilia.  So this would be page

7      25 and 26S.

8           A    Okay.

9                    MS. ALTHOFF:  So let's go back one

10                   more quickly, Jeff, so we can see where

11                   it starts.

12                   Yeah.  25S.

13     BY MS. ALTHOFF:

14          Q    So if you look at the bottom right, is

15     that the section of this medical literature

16     regarding basophilia, tubular?

17                   Do you see where the word "Basophilia,

18     Tubule" is on this page?

19          A    Yeah.  I see that.

20          Q    Okay.

21          A    Can you repeat your question, please?

22          Q    That -- that was really my question.

23     So I just simplified it.

24                   Let's go to the next --

25          A    Okay.

Confidential - Pursuant to Protective Order

```
 1        Q     -- page so we can look at the rest of

 2    this section.

 3        A     Uh-huh.

 4        Q     And under the "Comment" section on

 5    basophilia, tubale, do you see where the consensus

 6    group has identified that -- several lines down --

 7    "In young growing rats, a few basophilic cortical

 8    tubules are a normal feature"?

 9              Do you see that, Doctor?

10        A     I see that sentence, yes.

11        Q     Okay.  And do you disagree with that

12    sentence?

13        A     Yes, I do.

14        Q     Okay.  And if we go down a little bit

15    further, there's the word -- it starts with "it."

16              It says, "It is commonly associated

17    with CPN" -- so "it" being basophilia, tubale --

18    "coinciding with thickening of the basement

19    membrane and occurs as a background change in an

20    increasing percentage of rats and mice with age."

21              Do you see that?

22        A     Yes.

23        Q     Do you disagree with that sentence?

24        A     So I agree that tubular basophilia can

25    represent tubular regeneration, but may also
```

1    indicate early atrophy or persistent low-grade

2    toxic injury.

3         Q     With regard to chronic progressive

4    nephropathy, do you disagree that that disease in

5    rats is spontaneous in origin and of unknown

6    etiology?

7         A     Yes.

8         Q     Do you agree the earliest detectable

9    lesion of CPN in young adult rats is a basophilic

10   tubule or evidence of regeneration in the outer

11   kidney?

12        A     Sorry.  Can you repeat the question?

13   There was again some acoustic breakup.

14        Q     Sure.

15             Do you agree the earliest detectable

16   lesion of CPN in young adult rats is a basophilic

17   tubule or evidence of regeneration in the outer

18   kidney?

19        A     No, I don't, because I don't think that

20   a young adult rat should have CPN.

21        Q     With regard to granular or hyaline

22   casts, do you agree those are features associated

23   with chronic progressive nephropathy?

24        A     Can you show me where that is written,

25   please?

```
 1       Q    Sure.

 2            So if we go forward a couple pages to

 3   27S, you will see the section on "Casts."  Do you

 4   see the word "casts" there on the screen --

 5       A    Yes.

 6       Q    -- Doctor, on your right?

 7       A    Yes, I do.

 8       Q    Uh-huh.

 9            And going down, you see it refers to

10   both granular and hyaline?

11       A    Yes.

12       Q    If you go down, it says "hyaline and

13   granular" on the next page.

14            Do you see that?

15       A    Yes.

16       Q    Uh-huh.

17            And under the "Comment" section --

18              MS. ALTHOFF:  Going down further,

19            and about -- oops, don't go too far.

20   BY MS. ALTHOFF:

21       Q    -- a few lines down, do you see where

22   it says, "Casts are a common feature accompanying

23   chronic nephropathies in rats and mice and their

24   numbers increase with advancing age"?

25       A    I agree with that sentence.
```

```
 1        Q     All right.  Again, going back to the

 2   methodology you used to review the slides and

 3   prepare your report -- and, again, I'm referring

 4   to the internal AstraZeneca preclinical studies

 5   here -- we've talked about the fact that you

 6   didn't uniformly use a grading scale to evaluate

 7   the slides; correct?

 8        A     Correct.

 9        Q     Did you identify anywhere in the report

10   the -- the sort of incidence of the lesions that

11   you identify -- in other words, one seen in a

12   female dosed group, zero in the controls, two in

13   the controls, three in the dose groups, anything

14   like that?

15        A     No.

16        Q     All right.  Going back to Exhibit 3,

17   which is your report, again in the body of your

18   report, you discuss 8 of the 20 studies from which

19   you had received slides from AstraZeneca; correct?

20        A     Correct.

21        Q     So you have four -- three chronic

22   studies.  So that being a study of more than a

23   year on omeprazole; correct?

24        A     Correct.

25        Q     And you have no chronic studies on
```

Confidential - Pursuant to Protective Order

```
 1    esomeprazole in your report; correct?

 2         A     Correct.

 3         Q     And you have three studies that are

 4    subchronic.  So 13 weeks to one year; correct?

 5         A     Yes.

 6         Q     And two of those were on omeprazole and

 7    one was esomeprazole?

 8         A     Yes.

 9         Q     All right.  And finally, less than

10    three months.  So acute studies.  You have two

11    studies, one in a rat on omeprazole and one on a

12    dog in esomeprazole; correct?

13         A     Yes.

14         Q     All right.  So then let's look back at

15    Exhibit A, which is -- I'm sorry -- Appendix A,

16    which is Exhibit --

17                MS. ALTHOFF:  Yes, that one.

18                Thank you.

19    BY MS. ALTHOFF:

20         Q     And, again, we talked about the fact

21    that this briefly addresses an additional 11

22    studies from which you received slides; right?

23         A     Right.

24         Q     All right.  So under the three-month

25    rat study, the only study you have listed there is
```

Confidential Pursuant to Protective Order

```
 1    a three-month rat study, but it's in combination

 2    with an antibiotic and antifungal; correct?

 3         A    Yes.  Correct.

 4         Q    And antibiotics are known to have

 5    kidney impact; correct?

 6         A    Antibiotics can cause kidney injury,

 7    yes.

 8         Q    Do you know why Study 96153 studied

 9    omeprazole in combination with amoxicillin and

10    metronidazole?

11         A    Can you repeat the question, please?

12         Q    Sure.

13              Do you know why this study wasn't on

14    omeprazole alone, but instead was on a combination

15    with amoxicillin and a fungicide?

16         A    I assume they wanted to test any kind

17    of combined-drug injury or augmentation of drug

18    injury when these other drugs are given.

19         Q    Do you know why those other drugs are

20    given in combination with omeprazole?

21         A    I assume to treat patients with

22    infections and at the same time have a proton-pump

23    inhibitor.

24         Q    So then looking under the one month --

25    or excuse me -- I'm losing my voice here -- the
```

Confidential - Pursuant to Protective Order

1    three-month dog study --

2         A    Uh-huh.

3         Q    -- which is -- I'm trying to find it

4    here.  Oh.

5              Under the dog studies, three months,

6    study 12PD [sic] is a three-month dog esomeprazole

7    study using degraded esomeprazole pellets;

8    correct?

9         A    Yes.

10        Q    Is there anything about the presence of

11   the degradation products in that study that you're

12   relying on?

13        A    Can you please repeat the question?

14        Q    Uh-huh.

15             Is there anything about the presence of

16   the degradation products that were being studied

17   in 1211PD that you're relying upon to reach your

18   opinions in this case?

19        A    So I'm not sure I understand your

20   question.  Can you repeat it one more time,

21   please?

22        Q    Yeah.  Sure.  Let me try to rephrase

23   it.

24        A    Yeah.

25        Q    So we looked at the three-month dog

1    study, 1211PD, entitled "Esomeprazole Magnesium:

2    3-Month Toxicologic Qualification Study of

3    Degraded Esomeprazole Pellets Given Orally to

4    Dogs."

5              Correct?

6        A    Yes.

7        Q    All right.  So in this particular

8    study, they were not studying esomeprazole in its

9    normal state?  They were studying it degraded;

10   correct?

11       A    Correct.

12       Q    All right.  Is there anything about the

13   presence or use of the degradation products in

14   that study that you're relying upon to reach your

15   opinions in this case?

16              MR. PENNOCK:  Note my objection.

17              Go ahead.

18       A    You know, I -- I -- I'm not sure I

19   understand your question, to be honest with you.

20   Can you rephrase that question maybe --

21   BY MS. ALTHOFF:

22       Q    Uh-huh.

23       A    -- or ask it differently?

24       Q    Uh-huh.

25              Was there --

```
1        A    I'm not --

2        Q    -- anything about degraded esomeprazole

3   versus nondegraded esomeprazole that had any

4   effect on your opinions in this case?

5        A    No.  It did not have any opinion [sic]

6   on my case.

7        Q    All right.  Let's look at Exhibit B to

8   your report, which is your materials considered

9   list.

10               MS. ALTHOFF:  And that we will

11               mark as the next exhibit.  And it is my

12               6.

13               (Whereupon, Exhibit No. 7,

14               Materials Considered by Expert Dr.

15               Gilbert W. Moeckel, was marked for

16               identification.)

17               MS. ALTHOFF:  Hopefully, we can --

18               yes.  Excellent.

19   BY MS. ALTHOFF:

20       Q    All right.  So, Doctor, have you

21   reviewed this materials considered list --

22       A    Yes.  I --

23       Q    -- prior to today?

24       A    Yes.  I did review that list.

25       Q    Okay.  And does it reflect all the
```

1    materials that you considered in reaching your

2    opinions in this matter, in addition to the ones

3    that are specifically cited by reference at the

4    end of your report?

5         A    Yes, they are.

6         Q    All right.  The first item listed there

7    says the deposition, Carol Björkheden, October 10,

8    2019.

9              Did you review that deposition?

10        A    I briefly read it, but I have not read

11   it in its entirety.

12        Q    Okay.  So then fair to say there's

13   nothing in that transcript that you're relying on

14   for the opinions that are contained in your

15   report?

16        A    Yeah.  I would say that is true.

17        Q    With regard to the -- the labels for

18   Nexium, Prilosec, and Protonix that are listed

19   there, was there anything in those labels that

20   you're relying upon in reaching your opinions in

21   this case?

22        A    Can you repeat the question again?

23        Q    Yeah.  Sure.

24             I -- I'm -- what I'm trying to find

25   out, Dr. Moeckel, is if there are -- because these

Confidential   Pursuant   to   Protective   Order

```
 1    items weren't specifically cited or referenced in

 2    your report, I'm trying to find out if there's

 3    anything in particular that are in these materials

 4    that you're, you know, relying on to reach your

 5    opinions, understanding that, of course, you know,

 6    you have the opportunity to review these

 7    materials; okay?

 8         A    Yeah.

 9         Q    And so my question was:  With regard to

10    the labels for Nexium, Prilosec, and Protonix, was

11    there anything in particular in those labels that

12    you're relying on to reach your opinions in this

13    case?

14         A    No.

15         Q    There are a number of items that are

16    listed with an AZ-KID-00-something --

17         A    Right.

18         Q    -- Bates number --

19         A    Right.

20         Q    -- which were internal confidential

21    documents that were produced by AstraZeneca, but

22    these, as I understand it, are not the studies

23    which are down further in the list.

24              So was there anything in these nonstudy

25    confidential documents that were produced by
```

1    AstraZeneca that you are particularly relying on

2    in this case?

3        A    No.

4        Q    All right.  Let's scroll down to the

5    next section, which I think is the studies.

6             All right.  So this section says,

7    "AstraZeneca Conducted Non-Clinical Studies of

8    Nexium and Prilosec."

9             And you, in fact, received study

10   reports relating to the nonclinical studies of

11   Nexium and Prilosec; right?

12       A    Yes.

13       Q    So were there studies that you received

14   that didn't make it anywhere into your report,

15   either in the body of the report or Appendix A or

16   Appendix B?

17       A    Can you repeat the question one more

18   time, please?

19       Q    Sure.

20             So this particular section of the

21   materials considered list lists a number of

22   studies, some of which say, "Renal Histopathology

23   Slides" and some don't; correct?

24       A    Right.

25       Q    Were there any studies, such as listed

1    on this list, that you received for review that

2    you did not include at all in your report, whether

3    that be the body of the report, Exhibit A -- or

4    Appendix A or Appendix B?

5        A    So I -- I believe there could be some

6    reports that I did not include, yes.

7        Q    And how did you determine not to

8    include a study report?

9             MR. PENNOCK:  Just note my

10            objection.

11            Not include it where?

12   BY MS. ALTHOFF:

13       Q    Well, to the extent you did not include

14   a study report anywhere -- yeah -- a discussion of

15   it anywhere in your study -- your -- excuse me --

16   your expert report, whether it be the body,

17   Appendix A or Appendix B, what criteria did you

18   use to determine not to discuss that study in your

19   report?

20       A    So if the report did not show any

21   description of a kidney renal failure, a

22   pathological lesion in the kidney tissue, if --

23   for instance, in some studies kidney tissue wasn't

24   even harvested and -- otherwise, the study model

25   was not such that I would believe I needed to

1    review it because I was suspicious of possible

2    toxic injury.

3              So in -- in other words, if there was

4    no kidney tissue harvested and there was no

5    evidence by serology that there was impaired

6    kidney function, I -- that -- that could, for

7    instance, be a criterion that I did not look at

8    that study.

9        Q    Okay.  Let's look at page 6 of this

10   report.  So two pages down.

11             Okay.  Let's see here.

12             About halfway down, do you see where it

13   says "Study 276"?

14       A    Yes, I do.  Uh-huh.

15       Q    And according to my records, Study 276

16   is entitled "Effective Long-Term Infusion of

17   Omeprazole and/or PEG 400 on Renal Function in

18   Rats."

19             Assuming that that title is correct --

20       A    That --

21       Q    -- do you have an understand- -- excuse

22   me?  Yeah?

23       A    In what -- in what kind of animals?

24   Could you --

25       Q    Rats.

```
 1      A      -- repeat that, please?

 2             In rats.  Okay.  Uh-huh.

 3      Q      Why would you have excluded a study

 4   from review that was entitled "Effective Long-Term

 5   Infusion of Omeprazole and/or PEG 400 on Renal

 6   Function in Rats"?

 7      A      I assumed -- and, you know, I've looked

 8   at dozens and dozens and dozens of studies and

 9   descriptions, but I assume that the parameters

10   listed in this report did not show evidence of

11   significant impaired kidney function.

12             So in other words, there was no

13   scientific or pathologic evidence in the

14   description of the report, in the summary of the

15   report, that made me think I should look at those

16   studies.

17      Q      If you look one down from where we were

18   just looking, Study 282 -- do you see that?

19      A      Yes, I do.

20      Q      Study 282 was entitled "Effective

21   Long-Term Infusion of Omeprazole and/or PEG 400 on

22   Renal Function in Dogs."

23             Is there a reason why you would not

24   have discussed that study in your report?

25      A      Again, I assumed -- without
```

1    remembering, because I looked at dozens and dozens

2    of studies -- that when I reviewed the summary

3    report and the report descriptions and results, I

4    could not see evidence of impaired renal function.

5    Therefore, I chose not to include that.

6         Q    Did you have a time period of exposure

7    that affected your selection of studies?  In other

8    words, were you interested in studies less than 13

9    weeks?

10        A    Yeah.  I was interested in studies that

11   were short-term, and I also was interested in

12   long-term studies.  I was interested in studies in

13   young animals.  I was interested in studies in

14   dogs and in mice.

15             So I had a very broad spectrum of

16   criteria that I used to evaluate the impact of

17   PPIs in animal models on the kidney.

18             MS. ALTHOFF:  Let's go down one

19             more page, page 7.

20   BY MS. ALTHOFF:

21        Q    So if you look again about halfway

22   down, do you see where it says, "Study 900544"?

23        A    Yes, I do.

24        Q    If that study is entitled "Esomeprazole

25   Magnesium in 8-Week Oral Gavage Toxicity Study and

1    Toxicokinetic Study in the Neonatal and Young

2    Adult Beagle Dog," is there a reason why you did

3    not include that report in your study -- that

4    report in your -- that study in your report?

5         A    Again, I am certain that I reviewed the

6    report summary, and I did not see evidence of

7    kidney injury.  And therefore, I -- since there

8    was a limited amount of time to review all these

9    studies that I wanted to review, I "choosed" -- I

10   chose not to review this one because, again, in

11   the model of the experiment, I did not see a

12   strong signal regarding kidney injury.

13        Q    And would your answer be the same for

14   studies -- three-month oral studies on Beagle dogs

15   and a three-month toxicity study in dogs --

16        A    Which --

17        Q    -- for why you didn't include those in

18   your report?

19        A    Which studies are those?  I'm --

20        Q    Sure.

21             So on page 7, Study 900715, and on

22   page 7, Study T-1123.

23             MR. PENNOCK:  Objection.

24        A    Yes.

25

Confidential   Pursuant to Protective Order

```
 1   BY MS. ALTHOFF:

 2       Q    All right.  Let's go down a little

 3   further.

 4              MS. ALTHOFF:  You can scroll down

 5              to -- oh, gosh, I don't -- I'm sorry.

 6              Keep going.  It's -- keep going.  Okay.

 7              Keep going a little further.  Okay.

 8              Stop there.

 9   BY MS. ALTHOFF:

10       Q    Do you see at the top of page 13 out of

11   38 of this materials considered list, the two

12   items that say FDA-1 and FDA-24?

13       A    No.  I think -- could you highlight

14   that for me?

15       Q    Sure.

16              If you look on the screen, it's there

17   at the top before you get to "Literature."

18       A    Yes.  I see those.  Yeah.  Uh-huh.

19       Q    Okay.

20              MS. ALTHOFF:  Jeff, can you pull

21              up what is my 28?  And make this the

22              next exhibit.

23              (Whereupon, Exhibit No. 8,

24              Consult/Safety Review, Paolo Fanti,

25              M.D., was marked for
```

Confidential  Pursuant to Protective Order

```
 1                   identification.)

 2   BY MS. ALTHOFF:

 3        Q    So, Dr. Moeckel, you're being shown

 4   what's been marked as the next exhibit.  I think

 5   it's Exhibit 7 now.  And this is an April 17, 2018

 6   memorandum by Paolo Fanti from the FDA.

 7                   Do you see that?

 8        A    Yeah.

 9                   Could you please enlarge the --

10        Q    Sure.

11                   And my question, Dr. Moeckel, is just

12   going to be:  Did you review this memorandum?

13   Because I can't tell what -- what FDA documents

14   you reviewed.

15                   MR. PENNOCK:  Just note my

16                   objection.  I mean, you're -- you're

17                   pulling out a document on his materials

18                   considered list.

19                   So you switched from, is it

20                   included in your report or not

21                   included, to now review.

22                   MS. ALTHOFF:  I'm asking if he's

23                   reviewed it.

24                   MR. PENNOCK:  Well, it's --

25                   Katherine, it's on his materials
```

Confidential - Pursuant to Protective Order

```
 1              considered list.

 2       A     Can you scroll down?

 3    BY MS. ALTHOFF:

 4       Q     Uh-huh.

 5              COURT REPORTER:  Exhibit 8.

 6              MS. ALTHOFF:  Thank you.

 7       A     Yes, I did review this document.

 8    BY MS. ALTHOFF:

 9       Q     Was there anything in this document

10    that you relied upon in reaching your opinions in

11    this case?

12       A     I think that's almost impossible to

13    say, since I reviewed so many documents.

14              That's -- that's all I can say.

15       Q     Let's go to page 9, I believe, of this

16    document.

17              MR. PENNOCK:  Dr. Moeckel, do

18              you -- do you want to take a break?

19              THE WITNESS:  Yeah.  I think I

20              would like to take a break.  I get

21              paged the whole time here, and I could

22              really --

23              MR. PENNOCK:  You -- you probably

24              haven't heard, but he's been getting

25              pages.  So he's going to have to --
```

Confidential   Pursuant to Protective Order

```
 1                    MS. ALTHOFF:  Okay.

 2                    MR. PENNOCK:  -- just --

 3                    MS. ALTHOFF:  All right.  Well --

 4                    MR. PENNOCK:  Let's take -- let's

 5              keep it as short as possible, 'cause

 6              our -- our last one ran almost 20

 7              minutes, and we were back in our chairs

 8              in 11 minutes.

 9                    MS. ALTHOFF:  Okay.

10              Let me ask you -- are you still

11              here?  Hello?

12                    MR. PENNOCK:  You got to put it

13              back on.

14              Sorry.  I didn't realize you shut

15              it off.

16              Yeah.  We're still here.

17                    MS. ALTHOFF:  Okay.  All right.

18              We can go ahead and take a break.

19              Let's take ten.  I'll probably be back

20              sooner than that.

21                    MR. PENNOCK:  Or less; huh?

22                    THE WITNESS:  Yeah.  A -- a

23              five-minute break would be fine.

24                    MS. ALTHOFF:  Okay.

25                    THE VIDEOGRAPHER:  Off the record
```

1        3:02 p.m.

2              (Whereupon, there was a recess

3              taken from 3:02 p.m. to 3:13 p.m.)

4                 THE VIDEOGRAPHER:  On the record

5        3:13 p.m.

6                 MS. ALTHOFF:  Jeff, I think we

7        were on Exhibit 8?

8                 Is -- is that the right number,

9        Cliff?

10                THE VIDEOGRAPHER:  Yes.  This is

11       8.

12                MS. ALTHOFF:  Okay.

13   BY MS. ALTHOFF:

14        Q    Before we went on a quick break,

15   Dr. Moeckel, I was showing you Exhibit 8, which

16   you said you had received and reviewed, and then I

17   was directing your attention to page 9 of that --

18   I don't know what you call it -- memorandum from

19   the FDA.  And that's what's up on your screen,

20   which is a -- shows a picture of -- it says

21   "Possible Mechanisms of PPI [sic] Nephrotoxicity."

22              Do you see that?

23        A    Yes.

24        Q    Have you yourself analyzed whether

25   chronic kidney disease may be caused by the

Confidential - Pursuant to Protective Order

```
 1    biologic mechanisms set forth on page 9 of this

 2    report?

 3         A     I would need to see page 9, please.

 4         Q     That's what's depicted on the screen,

 5    Dr. Moeckel.

 6         A     Okay.

 7                    MR. PENNOCK:  Again, I'm just

 8               going to note my objection to

 9               continuing examination regarding

10               opinions not offered in Dr. Moeckel's

11               report.

12                    MS. ALTHOFF:  Fair enough, Paul.

13               That's kind of what I'm trying to --

14                    MR. PENNOCK:  Well --

15                    MS. ALTHOFF:  -- to rule out.

16                    MR. PENNOCK:  Who is this?

17                    No.  No.  This -- this -- this

18               schematic, why -- you're showing him

19               things that have nothing to do with it.

20                    Go ahead.

21         A     Could you please repeat your question?

22    BY MS. ALTHOFF:

23         Q     Have you, yourself, analyzed whether

24    chronic kidney disease may be caused by the

25    biologic mechanisms set forth on page 9 of this
```

Confidential   Pursuant   to Protective Order

```
 1   report?

 2                MR. PENNOCK:  Same objection.  No

 3          such opinions are being offered in this

 4          report.

 5                Go ahead.  You can answer.

 6                THE WITNESS:  Yeah.  I'm just

 7          looking at this one more time.

 8   A     I believe these are possible mechanisms

 9   how PPIs can cause chronic kidney disease.

10   BY MS. ALTHOFF:

11   Q     And my question, Doctor, was:  Have you

12   analyzed these potential mechanisms yourself?

13   A     What do you mean by "analyze"?

14   Q     Have you reviewed the underlying

15   literature, if any, supporting or refuting these

16   possible mechanisms?

17                MR. PENNOCK:  Objection.  No such

18          opinions are being offered in this

19          report.

20                Go ahead.

21   BY MS. ALTHOFF:

22   Q     Well, let -- let's -- let me ask a

23   different question.

24                Dr. Moeckel, would you agree that

25   you're not offering any opinions in this matter
```

1    with regard to the possible mechanisms of PPI

2    nephrotoxicity?

3                   MR. PENNOCK:   In humans?

4                   MS. ALTHOFF:   In humans, yes.

5         A     No.   Obviously, my review does not

6    pertain to mechanisms of PPI-induced CKD in

7    humans.

8    BY MS. ALTHOFF:

9         Q     Okay.   So let's go to Exhibit 3, which

10   is your report, the "Analysis" section, page 25

11   and 26.

12                  Starting at the bottom of page 25,

13   Doctor, it starts, "Humans and animals share

14   similar mechanisms of action leading to CKD from

15   toxic tubular insults."

16                  Do you see that?

17        A     Yes.

18        Q     And then it goes on to the next page,

19   and it discusses an article by first author

20   Yepuri.   It says, "Yepuri, using human endothelial

21   cells, demonstrated that chronic exposure to

22   esomeprazole (but not to another H+/K+ ATPase

23   inhibitor) led to an endothelial senescence linked

24   to telomere attrition and oxidative stress."

25                  Do you see that?

```
 1       A     Yes, I do.

 2       Q     And so despite these sort of statements

 3   in your report, Doctor, do you agree that you are

 4   not entering an opinion in this case with regard

 5   to the mechanisms by which PPIs may cause chronic

 6   kidney disease in human patients?

 7       A     No.  In my report, I cannot show any

 8   kind of proof that a mechanism such as endothelial

 9   senescence may lead to CKD in humans.  My report

10   pertains to the injury in animal -- preclinical

11   animal studies.

12       Q     Okay.  So you don't intend to offer any

13   opinions at trial, Doctor, that what you saw on

14   the animal slides in the AstraZeneca preclinical

15   studies is the same mechanism by which PPIs can

16   cause CKD in humans?

17       A     I cannot voice an opinion about the

18   exact mechanisms of PPI toxicity and role in CKD

19   formation in humans because I have not studied

20   human tissue in that respect.

21           I can only report about lesions that I

22   see in rat and dog and mice kidneys that have the

23   potential to develop to chronic kidney disease in

24   these animals, and similar mechanisms are known to

25   happen in humans.
```

```
1       Q      When you say, Doctor, "I can only

2   report about lesions that I've seen [sic] in rat

3   and dog and mice kidneys that have the potential

4   to develop chronic kidney disease in those [sic]

5   animals, and similar mechanisms are known to

6   happen in humans."

7              What similar mechanisms are you

8   referring to?

9       A      I'm referring to the known fact that

10  acute tubular injury can lead to chronic kidney

11  disease in humans, and that has been shown in

12  clinical studies.

13      Q      And with regard to acute tubular

14  injury, you're referring to the studies with

15  regard to AKI as a continuum to CKD?

16      A      That's correct.

17      Q      And are you aware of whether -- well,

18  can you cite any studies, Dr. Moeckel, for the

19  proposition that acute tubular injury in the form

20  of acute interstitial nephritis has been studied

21  specifically to determine whether it can lead to

22  chronic kidney disease?

23              MR. PENNOCK:  Objection.

24      A      I don't know these studies off the top

25  of my head, because I think it's beyond the scope
```

1     of this deposition.

2              However, I can provide you with

3     references, if you want me to, after the

4     deposition, and I'm willing to do that.

5        Q     And I think in your report,

6     Dr. Moeckel, you cited the Basile 2016 progression

7     after AKI; the -- the Venkatachalam paper, 2010;

8     and the Zuk and Bonventre paper from 2016, all

9     with regard to AKI as a continuum to CKD; is that

10    correct?

11       A     That is correct, yes.

12       Q     And none of those papers involved PPIs;

13    correct?

14       A     That is correct.

15       Q     And as discussed in those articles,

16    Dr. Moeckel, would you agree that even clinically

17    detectable AKI may not cause permanent injury

18    where normal repair mechanisms keep pace with the

19    injury resulting in functional resolution?

20              MR. PENNOCK:   Objection.

21       A     I think that cannot be categorically

22    said as such.  You know, the progression of AKI to

23    CKD is very much dependent on the individual

24    patient, and we now know that possibly also

25    genetic factors might be underlying the

1    progression from AKI to CKD.  So regenerative cell

2    activity alone per se may not be enough.

3            So I think, you know, the question

4    cannot be answered just categorically in that way.

5    BY MS. ALTHOFF:

6        Q    Doctor, the studies that -- that you --

7    not studies -- the papers that you talked and

8    cited, the Basile paper, the Venkatachalam paper,

9    and the Zuk paper, those are all, like, review

10   articles; correct?  As opposed to individual

11   studies, for example?

12       A    Yeah.  Several of the studies that I

13   quote here are review articles.  That's correct.

14       Q    Uh-huh.

15           And do those review articles give sort

16   of a summary or overview of animal studies using

17   animal models of AKI?

18       A    Yes, I believe so.

19       Q    And I think you mentioned early on in

20   the deposition that you, yourself, are familiar

21   with animal models of AKI, including the ischemic

22   reperfusion model and even some drug-induced

23   models like cisplatin; correct?

24       A    Yes.

25       Q    Were you aware that PPIs have been

Confidential Pursuant to Protective Order

```
 1    shown to be protective against AKI from renal

 2    ischemic reperfusion injury in rats?

 3                    MR. PENNOCK:  Objection.

 4        A     I believe I have seen such a study,

 5    yes.

 6    BY MS. ALTHOFF:

 7        Q     And are you aware that PPIs have

 8    attenuated cisplatin-induced kidney injury in

 9    rats?

10                    MR. PENNOCK:  Sorry.  Can you

11                repeat that, please?

12                    MS. ALTHOFF:  Sure.

13    BY MS. ALTHOFF:

14        Q     Are you aware of whether PPIs have been

15    found to attenuate cisplatin-induced kidney injury

16    in rats?

17                    MR. PENNOCK:  Objection.

18        A     No, I'm not aware of that.

19                    MS. ALTHOFF:  Let's pull up my 32

20                as Exhibit 9, please.

21                (Whereupon, Exhibit No. 9,

22                "Omeprazole attenuates

23                cisplatin-induced kidney injury

24                through suppression of the

25                TLR4/NF-?B/NLRP3 signaling
```

```
 1                       pathway," was marked for

 2                       identification.)

 3   BY MS. ALTHOFF:

 4        Q     Doctor, I'm handing you what's been

 5   marked as Exhibit 9, is a piece of medical

 6   literature entitled "Omeprazole attenuates

 7   cisplatin-induced kidney injury through

 8   suppression of the TLR4/NF" -- and a bunch of

 9   other letters -- "signaling pathway."  This

10   appears to be an article published in Toxicology

11   in 2020 by first author Gao.

12                Is this a piece of literature that you

13   recall having reviewed prior to today?

14        A     Let me quickly put -- pull this up.

15        Q     Sure.

16        A     Yes.  I -- I believe that I have seen

17   this paper before.

18        Q     Okay.  And it -- it's -- it's a recent

19   2020 study; correct?

20        A     Correct.  Yes.

21        Q     And did this study find -- or an

22   indication that, at least in rats, omeprazole

23   inhibited cisplatin-induced kidney injury?

24        A     Yes.  It -- that study apparently shows

25   that omeprazole is ameliorating cisplatin-mediated
```

Confidential - Pursuant to Protective Order

1    kidney injury.  That's true.

2         Q    This is not a study that you relied on

3    in reaching your opinions in this case; correct?

4         A    No, it wasn't, because this is a

5    completely different approach and mechanism.

6              Basically, what the authors are trying

7    to do is to see the effect of omeprazole on

8    cisplatin-induced inflammatory injury and

9    apparently to -- according to the results, there

10   is a inhibitory effect on the inflammatory

11   mechanism that underlies cisplatin-induced kidney

12   injury.

13             That -- this is a study that, in my

14   opinion, does not prove that proton-pump

15   inhibitors are beneficial and preventive of AKI.

16             The only thing that they show in this

17   one single animal model was that omeprazole had a,

18   apparently, beneficial effect on an inflammatory

19   reaction that is associated with cisplatin

20   toxicity in this model.

21             I was asked to review what the effect

22   is on -- of proton-pump inhibitors directly in --

23   in different animals, which is a completely

24   different experimental situation.  So I did not

25   think that this paper had any important additional

Confidential - Pursuant to Protective Order

1    information to the questions I was asked to review

2    and answer.

3         Q      Right.

4                So the cisplatin injury is a model of

5    AKI; correct?

6         A      Yes.

7         Q      And similar to the IR or ischemic

8    reperfusion model in rats is a model for AKI;

9    correct?

10        A      Yes.  Although I want to just point out

11   that ischemic reperfusion as an AKI model is very

12   much on a molecular basis completely different

13   from cisplatin-mediated acute kidney injury.

14        Q      Which of these models, if either, do

15   you think is similar to your opinion that PPIs

16   cause acute injury in -- at least in animals?

17        A      So from my opinion, when I look at the

18   pathology that PPIs induce in mice, rats, and

19   dogs, I would say that ischemia reperfusion would

20   be a type of injury model that would be along the

21   pathways of PPI-mediated tubular injury.

22        Q      And I think you told us just a few

23   minutes ago that you were aware that PPIs have

24   been found, at least in rats, to have a protective

25   effect when pretreated against renal ischemia

1   reperfusion injury in rats?

2              MR. PENNOCK:  Objection.

3      A    I did not say that.  I said I am aware

4   of an article like that, but it doesn't mean that

5   I concur.

6   BY MS. ALTHOFF:

7      Q    Okay.  Maybe I misspoke.

8          I was asking -- that's what I meant to

9   ask you, was whether you were aware of any studies

10  to that regard?

11     A    I'm aware that the study exists, and

12  that's -- was my answer.  I'm aware.  But I concur

13  -- I don't concur.

14     Q    Okay.  And, you know, why, Dr. Moeckel,

15  do you not concur that PPIs in that study were

16  shown to have a protective effect against renal

17  ischemia reperfusion injury in rats?

18     A    I think we need to pull up that study

19  and look at it.

20     Q    Sure.

21             MS. ALTHOFF:  Let's look at my 30,

22             which will be Exhibit -- I think it's

23             10.

24             (Whereupon, Exhibit No. 10, "The

25             protective effect of acute

 1                pantoprazole pretreatment on renal

 2                ischemia reperfusion injury in

 3                rats," was marked for

 4                identification.)

 5   BY MS. ALTHOFF:

 6       Q    Handing you what's been marked as

 7   Exhibit 10.  This is a study entitled "The

 8   protective effect of acute pantoprazole

 9   pretreatment on renal ischemia reperfusion injury

10   in rats," the first author Kohansal, in the

11   Fundamental & Clinical Pharmacology 2019.

12           Do you see that?

13       A    Yes.  Let me download the article and

14   quickly look at it, please?

15       Q    Uh-huh.

16           Have you had time to refamiliarize

17   yourself with this --

18       A    Yeah.

19       Q    -- study?

20       A    I -- I -- yeah.  I now remember reading

21   this study sometime ago.

22           And the reason why I was not very

23   impressed with this study is, first of all, that I

24   think the tubular injury that they report is not

25   that significantly increased compared to the

Confidential - Pursuant to Protective Order

```
 1    normal tissue control.  Moreover, as a mechanism,

 2    they describe the inhibitory effect on the

 3    Toll-like receptor 4.

 4              And when I look at the graphs, Figure 5

 5    in that paper, I did not think that the

 6    pantoprazole effect on the Toll-like receptor was

 7    that impressive.

 8              You know, you're welcome to look at

 9    Figure 5 in that paper, and you can see that the

10    Toll-like receptor 4 even was increased in

11    pantoprazole.  That's not really decreased very

12    much.  They say, you know, it's statistically

13    significant, but looking at this, that is not very

14    impressive at all.

15              So I don't -- I don't believe -- if I

16    were a reviewer, I would reject this paper.  This

17    is -- does not look like a very impressive effect.

18    It is very modest.  The histology is not

19    convincing.  I -- I would have never approved the

20    publication of this paper.  So I am not very

21    impressed by these results.

22              Also, tubular cell injury has many

23    mechanisms, many kind of cell death that happens:

24    Organized necrosis, ferroptosis plays a big role,

25    pyroptosis.  It's not what they claim a
```

```
 1    apoptosis-associated mechanism.

 2          So I do not think that this paper is

 3    particularly relevant.

 4       Q    Would you agree, Doctor, that the

 5    difference between the -- the sort of effect size

 6    between the control group and the drug group,

 7    if -- if it's not a significant difference -- and

 8    by "significant," I mean a large difference --

 9    that that affects the quality of the study?

10       A    Yes.  As you can see in Figure 5, only

11    the 36-milligram per kg pantoprazole concentration

12    is apparently statistically significant.  You

13    know, I -- I -- I -- I wonder whether that is true

14    or not, you know.

15          And you can see that compared to the

16    sham controls, the effect by pantoprazole on the

17    Toll-like receptor, for instance, and also on the

18    kidney histology and the oxidative stress.

19          So all of these effects are incredibly

20    modest.

21       Q    Uh-huh.

22       A    So in other words, if I had been a

23    reviewer on this study, I would not have believed

24    these results, and I certainly would not have

25    approved the publication of this study.
```

Confidential   Pursuant   to Protective Order

```
 1        Q     Are you able to tell from looking at

 2    Figure 5 what percentage difference there is

 3    between the -- sort of the lowest pantoprazole

 4    group and the control?

 5        A     Well, it's -- I -- I think that's only,

 6    you know, a very modest decrease.  I -- I would

 7    have to guess.  If you said, you know, percentage,

 8    I -- I think that could be only guesswork in -- in

 9    the way the data is displayed.

10        Q     Would you consider a 20 percent change

11    to be a modest change?

12        A     First of all, I don't think it's --

13    it's as much as 20 percent.  And -- and -- and a

14    20 -- 20 percent change, in my opinion, yes, would

15    be a -- a modest change.

16        Q     Uh-huh.

17        A     So in -- in other words, I -- I think

18    the apparent protective signal that the authors

19    claimed to see in this study is believable or

20    acceptable in my opinion.  I think the -- the

21    results are not very convincing.

22        Q     And that's primarily because of the

23    modest effect, at best, seen between the controls

24    and the pantoprazole-treated groups?

25        A     Yeah.  And --
```

Confidential - Pursuant to Protective Order

```
 1                    MR. PENNOCK:  Objection.

 2        A     And -- and especially, you know, the

 3   effect is only seen in the 36 milligrams, so in

 4   the highest group.  And the effect also doesn't

 5   show any kind of, like, dose dependency.  So I

 6   think that the results are not very convincing.

 7   BY MS. ALTHOFF:

 8        Q     And, of course, dose dependency is a

 9   very important aspect when looking at toxicologic

10   studies as well; correct?

11        A     Yeah.  Especially, if you want to show

12   that the protective effect by the drug is really

13   through a specific mechanism.

14              So we all know if the drug inhibits a

15   activity center in an enzyme, for instance, that

16   regulates cell death, then you would expect to see

17   dose dependency and that effect and, therefore,

18   argue this specific mechanism -- this protective

19   effect that apparently is seen in this one

20   high-dose group is so small that I -- I even

21   wonder whether that could be somewhat random.

22        Q     And again, not only in studies were

23   they're looking at drugs having a protective

24   effect, but also drugs having any kind of adverse

25   effect on animals' dose dependency is a
```

Confidential   Pursuant   to   Protective   Order

```
 1   significant finding; correct?

 2                   MR. PENNOCK:  Objection.

 3        A     To be honest with you, you know, if --

 4   if I see in a study that a certain type of injury

 5   is exacerbated with increase in dosage, that makes

 6   me very worried.  I think that is an important

 7   signal that needs to be further investigated.

 8   BY MS. ALTHOFF:

 9        Q     And conversely, lack of dose dependence

10   would also be an important factor for you in

11   looking at toxicologic findings --

12                   MR. PENNOCK:  Objection.

13   BY MS. ALTHOFF:

14        Q     -- in animal studies?

15                   MR. PENNOCK:  Objection.

16                   Incomplete hypothetical.

17        A     So I would not necessarily say that if

18   there's absence of dose dependency in injury, that

19   the injury does not happen.  But certainly, if you

20   can see dose-dependent increase in injury, I think

21   that is an important finding that should be

22   further investigated.

23   BY MS. ALTHOFF:

24        Q     All right.  Let's go back to your

25   report and specifically your discussion of the
```

```
 1    AstraZeneca preclinical studies or nonclinical

 2    studies.  So starting on page 7.

 3            And I think we discussed already that,

 4    as part of your review, you reviewed the study

 5    reports for these particular studies that you

 6    included in your report and then for the ones in

 7    the report, as well as in Appendix A you reviewed

 8    slides; correct?

 9        A    Yes.

10        Q    And, I mean, is it your understanding

11    that the study reports that you reviewed had been

12    submitted to the FDA as part of the drug approval

13    for the medications that were studied in those

14    reports?

15        A    Correct.

16        Q    With regard to the study on page 12 --

17    we'll start with the one on page 12 and 13 of your

18    report, which is T 7 -- 1371, "General Toxicity in

19    Dogs of Omeprazole Given Orally by Gastric Tube

20    for One Year."

21            Do you see that?

22        A    Yes.

23        Q    And you identified three animals in

24    particular, animal 1922, animal 1936, and animal

25    1941.  And these were B, C, and D in your pictures
```

1    right above that section.

2         A    Correct.

3         Q    Okay.  And with regard to animals 1922

4    and 1941, you identified tubular vacuolization on

5    those animals; correct?

6         A    Correct.

7         Q    And as you sit here today, do you know

8    whether tubular vacuolization was reported for

9    those animals by AstraZeneca in the study report?

10        A    So again, I would need to rely on my

11   memory.  And I am not certain, but I know that in

12   several studies, AstraZeneca did report

13   vacuolizations.  So I assume it probably was

14   mentioned in the report.

15        Q    Sorry.  You assumed what?

16        A    That vacuolization was mentioned in

17   their report.

18        Q    Okay.  With -- and so this particular

19   study, 1371, was in -- as we said, was in dogs;

20   right?

21        A    Sorry.  Sorry.  It's 1371?

22        Q    Yes.  The one we've just been talking

23   about.  Same study, Beagle dogs.

24        A    One moment, please.

25        Q    Sure.

```
 1              Page 12 of your report.

 2       A     Yes.

 3              Yes.  1371 is a long-term study in

 4    Beagle dog.

 5       Q     Uh-huh.

 6              Do you agree, Dr. Moeckel, that 50 --

 7    50 to 60 percent of Beagle dogs in standard

 8    toxicology studies exhibit histologic findings in

 9    the kidney?

10       A     Sorry.  Again, there was an acoustic

11    problem.  Can you repeat the question one more

12    time, please?

13       Q     Sure.  Make sure I get it right here.

14              Would you agree, Dr. Moeckel, that 50

15    to 60 percent of Beagle dogs in standard

16    toxicology studies exhibit histologic findings in

17    the kidney?

18       A     I tend to not agree.  That's at least

19    not pathological lesions.  I -- I have probably

20    looked at more rat and mice kidneys.  I have

21    looked at some dog kidneys.  And my experience

22    across animal species is that a normal, healthy

23    kidney looks pretty much the same in any mammal

24    and -- including humans.

25              So I -- I would be surprised if that
```

```
 1    actually would be true, that 60 percent of Beagle

 2    dogs show histopathological abnormalities.

 3              I'm sorry, but I -- this is very hard

 4    for me to believe.

 5        Q    And do you know whether the most common

 6    histologic findings in Beagle dogs in toxicology

 7    studies are mineral deposits, interstitial

 8    mononuclear cell infiltrates, focal pigment

 9    deposition, and chronic interstitial nephritis?

10        A    I'm not aware of that.

11        Q    All right.  So back to our two animals

12    in 1371, the dogs that you identified tubular

13    vacuolizations, so that being animal 1922 and

14    1941, if I'm --

15        A    Yes.

16        Q    -- getting this right.  Yes.

17              Doctor, would you agree that the

18    finding of tubular vacuolization is often due to

19    autolysis due to the time between sacrifice and

20    fiction -- fixation?

21        A    No.  I strongly disagree.

22        Q    Do you know how much time typically

23    occurs in a toxicology study between the time that

24    a dog is sacrificed and when its kidneys are

25    harvested for review?
```

```
 1        A      I would say within 60 minutes the

 2   kidneys should be harvested and put in formalin at

 3   the latest.

 4        Q      Are you aware that kidneys are one of

 5   the last organs --

 6                  (Whereupon, the court reporter

 7                  requests clarification.)

 8        A      And -- and put in formalin for

 9   fixation.

10                  COURT REPORTER:  My apologies.

11   BY MS. ALTHOFF:

12        Q      Would you agree that kidneys are

13   typically the last organs that are removed at

14   necropsy?

15        A      I disagree.

16        Q      Dr. Moeckel, in your opinion, how much

17   time would have to elapse between sacrifice and

18   fixation before autolysis could cause tubular

19   vacuolization artifact in a Beagle dog?

20        A      Can you repeat the question one more

21   time, please?

22        Q      Sure.

23                  Dr. Moeckel, in your opinion, how much

24   time would have to elapse between sacrifice and

25   fixation before autolysis could have caused
```

1    tubular vacuolization as an artifact in a Beagle

2    dog?

3         A    I would say that the kidney should be

4    fixated within 30 to 60 minutes, at -- at the

5    latest, to prevent artifact to develop.

6         Q    With regard to animal 1936 where you

7    identified tubular pigmentation, that was a single

8    male animal; correct?

9         A    Yes.

10        Q    And you didn't see tubular pigmentation

11   in other animals in this study?

12               MR. PENNOCK:  Objection.

13        A    I believe that in this particular

14   animal, the pigmentation was very pronounced.

15   That's why I pointed it out in the image.

16               I believe that there was also milder

17   form of pigmentation in the animal in picture C --

18   sorry -- the animal in picture D, the female, at

19   80.

20   BY MS. ALTHOFF:

21        Q    Would you agree, Doctor, that tubular

22   pigmentation is typically related to vasculitis

23   that is commonly seen in Beagle dogs?

24        A    No.  I disagree with that.

25        Q    All right.  Let's look at page 17 and

1    18.  This is another dog study, T2237, three-month

2    omeprazole.

3              Do you have that, Doctor?

4         A    Would you repeat the number one more

5    time, please?

6         Q    Sure.  It's T2237.  It's on page 17 of

7    your report.

8         A    Yes.

9              Okay.  I have it.

10        Q    And in that study, again, you

11   identified some animals on the next page, I

12   believe, 2167 and 2188.  And those are pictures B

13   and D in your depiction?

14        A    Yes.  That's correct.

15        Q    And for both of those animals, you

16   identified them as having cytoplasmic

17   vacuolization; correct?

18        A    Cytoplasmic vacuolization, I have it

19   for animal A and B.

20        Q    Yes.  2167 and 2188; correct?

21        A    Correct.

22        Q    And is cytoplastic vacuolization

23   another term for the same finding that you saw in

24   the prior animal that we just talked about, which

25   was called tubular vacuolization?

1     A     Yes.  It's the same entity.

2     Q     And once again, do you disagree that

3     those findings of cytoplastic vacuolization in

4     animals 2167 and 2188 could be due to autolysis?

5     A     Yes.

6           And I would like to explain why,

7     because when you see autolysis, you do not see

8     isolated cytoplasmic vacuoles in an intact cell.

9           Autolysis is defined by tubular

10    necrosis, which is defined by tubular cells

11    falling apart, sloughing off the basement

12    membrane, and not showing the cell borders and

13    integrity anymore.

14          So to use the word "autolysis" and

15    "vacuolization" in the same term is flawed because

16    vacuolization is not a feature of autolysis or the

17    features of autolysis are cells breaking up,

18    losing brush border, losing their cytoplasmic

19    borders, basically the image of what we call

20    coagulative necrosis.

21    Q     Looking at pages 21 to 22 of your

22    report, once again a dog study, this time a

23    three-month esomeprazole neonatal dog study,

24    900186?

25    A     Uh-huh.

Confidential - Pursuant to Protective Order

```
1        Q     Do you have that?

2        A     One moment, please.

3        Q     Sure.

4        A     Could you repeat the number one more

5    time?

6        Q     Uh-huh.

7              Page 21 to 22 of your report, Study

8    900186 --

9        A     Yes, I have.

10       Q     -- a three-month study in neonatal dogs

11   with esomeprazole.

12       A     Yes, I have it.

13       Q     And once again, you've -- you have

14   identified animals 301 and 353?

15       A     One moment.

16             Yes, that's correct.

17       Q     And for the -- the female from group 3,

18   you've identified brush border loss and vacuoles.

19             Do you see that?

20       A     Yes.

21       Q     And is that, again, a reference to

22   tubular vacuoles or cytoplasmic vacuolization?

23       A     Yes.  But brush border loss is also a

24   reference to acute tubular necrosis.

25       Q     And so with the group 3 female, are you
```

1    able to rule out autolysis?

2          A      Can you repeat this?  I -- you broke

3    up.

4          Q      Yeah.  Sure.

5                 So with regard to the group 3 female

6    who you identify as having brush border loss and

7    vacuoles, are you able to rule out autolysis in

8    that sample?

9          A      Yes, I believe I can rule out

10   autolysis, because autolysis shows widespread

11   necrosis of tubular epithelium.

12         Q      So then if we go to pages 10 and 11 of

13   your report, again starting at the bottom of page

14   10, Study T 1932, this is a seven-year dog study,

15   but this is the three-year interim report;

16   correct?

17         A      Correct.

18         Q      And once again, we've identified animal

19   No. 10 as having vacuolization; correct?

20         A      Correct.

21         Q      And so, you know, despite, you know,

22   whether, you know, you've called it a vacuole or

23   cytoplasmic vacuole or vacuolization, those are

24   the same findings in each of those animals that

25   we've just gone through in those dog studies; is

```
 1    that correct?

 2         A     Yes.  That's correct.

 3               THE VIDEOGRAPHER:  Doctor, if you

 4               could tilt your screen down just a

 5               little bit for me, please?  Thank you.

 6               COURT REPORTER:  Jeff, can you

 7               make it bigger?  It's very small, the

 8               -- the text on this one.

 9               MS. ALTHOFF:  Are we good?

10               THE WITNESS:  Yes.  It's better.

11    BY MS. ALTHOFF:

12         Q     Going back to that first study -- dog

13    study we talked about, which was T 1371, dogs

14    given omeprazole for one year.  It's on pages 12

15    and 13 of your report, Doctor.

16         A     T 1371; correct?

17         Q     Yes.

18         A     Okay.

19         Q     And you identified nephrocalcinosis,

20    among the other findings, in the dosed animals?

21         A     I believe the investigators found

22    nephrocalcinosis.

23         Q     Thank you for clarifying that.  That

24    was really sort of my question.

25               Did you identify nephrocalcinosis in
```

```
 1    any of the animals that you saw?

 2         A     Yes, I did.

 3         Q     Okay.  Are any of those depicted on

 4    page 13?

 5         A     No, they are not.

 6         Q     Okay.  So AstraZeneca reported minimal

 7    degree nephrocalcinosis, and you also saw

 8    nephrocalcinosis in some of the samples that you

 9    saw?

10         A     Yes.  Correct.

11         Q     Was the nephrocalcinosis that you saw

12    in Study T 1371 dystropic or metastatic?

13         A     Dystropic.

14         Q     Would you agree that dystropic

15    nephrocalcinosis occurs spontaneously in

16    laboratory animals?

17         A     It may occur spontaneously in some

18    laboratory animals.

19         Q     Do those laboratory animals include

20    Beagle dogs?

21         A     I believe it's described in Beagle

22    dogs, but I do not have enough experience myself

23    with Beagle dog kidneys to confirm that from my

24    own experience.

25         Q     And from looking at the slides on T
```

Confidential - Pursuant to Protective Order

```
 1    1371, do you know whether these were Beagle dogs

 2    or some other strain?

 3         A    I know that they were Beagle dogs, yes.

 4              MS. ALTHOFF:  All right.  Let's

 5              look at my exhibit that shows

 6              Exhibit -- Appendix A.  So let's go to

 7              the next page.

 8    BY MS. ALTHOFF:

 9         Q    And in this --

10              MS. ALTHOFF:  Actually, go back

11              one page.  Thank you.

12    BY MS. ALTHOFF:

13         Q    -- you discuss the rest of the dog

14    studies that you received slides on that you

15    reviewed; correct?

16         A    Correct.

17         Q    And you list four, five, six -- if I'm

18    counting these right, six studies of three months

19    on dogs; correct?

20         A    Correct.  Yes.

21         Q    Uh-huh.

22              And once again, on these dogs you saw

23    the same type of vacuoles that you saw in those

24    other dog studies that you reviewed?

25         A    Yes, that's correct.
```

```
 1        Q     And were you able to rule out autolysis

 2    in these studies as the cause of the vacuoles?

 3        A     Yes.  There are -- was no evidence of

 4    autolysis in my opinion.

 5        Q     And same sort of question for your --

 6    the short-term, less-than-one-month dog study that

 7    you looked at, which is B-1396, a two-week

 8    omeprazole pilot study on the next page.

 9              Do you see that?

10              And once again, you identified having

11    seen this again, the same type of vacuoles

12    identified previously in the other studies?

13        A     Yes.  Similar type of vacuoles, but I

14    did not see evidence of autolysis.

15        Q     Okay.  And I think you told us already

16    that it was your understanding that the study

17    reports that you reviewed had been submitted to

18    the FDA; correct?

19        A     Correct.

20        Q     And, in fact, you quote from some of

21    the study reports directly in the body of your

22    report in sections that you have put into

23    quotation -- with quotation marks; correct?

24        A     Can you show me specific examples that

25    you are --
```

Confidential - Pursuant to Protective Order

1      Q      Sure.

2      A      -- referring to?

3      Q      Yeah.

4             So let's look at page 9, for instance,

5      of your report.

6      A      Uh-huh.

7             Okay.

8      Q      And if you look at the first sentence,

9      it says, "In the body of the study reports I

10     reviewed, these separate lesions are

11     characterized" -- and then in quotation marks, it

12     says -- "'glomerulonephritis or chronic

13     progressive renal disease (nephropathy).'"

14     A      Yes.

15     Q      Do you see that?

16     A      I see that.

17     Q      And is that an actual quote from the

18     AstraZeneca reports?

19     A      Yes.

20     Q      And some of the quoted language in your

21     report includes a discussion by AstraZeneca in the

22     report of exacerbation of chronic progressive

23     nephropathy in the treated or dosed groups;

24     correct?

25     A      Where is that, please?  Can you point

Confidential Pursuant to Protective Order

```
 1    me to that?

 2         Q     I'm missing my page cite for this one.

 3               Well, let me ask you this question:  Do

 4    you recall reading, in any of the study reports on

 5    rodents that you reviewed from AstraZeneca, the

 6    reference in the report to exacerbation in the

 7    dosed groups of treated animals?

 8         A     Yes.  I remember reading in the

 9    AstraZeneca report of one study, at least, that

10    they noticed a exacerbation of the pathology by

11    increased dosage of the drug.

12         Q     Right.

13               And as I recall now, that was one of

14    the criteria that you used in determining which

15    studies to ask for slides from, was if that

16    information was included in the report?

17         A     That is true.

18         Q     Are you aware of any concerns raised by

19    FDA in response to any of the kidney findings

20    identified in AstraZeneca's preclinical study

21    reports that you have included in your expert

22    report?

23               MR. PENNOCK:  Objection.

24         A     Can you repeat the question one more

25    time, please?
```

```
 1    BY MS. ALTHOFF:

 2         Q    Sure.

 3              Are you aware of any concerns raised by

 4    FDA in response to any of the kidney findings

 5    identified in AstraZeneca's preclinical study

 6    reports that you have also included in your expert

 7    report?

 8                   MR. PENNOCK:  Objection.  Form.

 9              Beyond the scope.  Foundation.

10         A    I'm -- no, I'm not aware.

11    BY MS. ALTHOFF:

12         Q    I'm going to want to go through the rat

13    studies like we did just with the dog studies here

14    in your report, and so we're going to be talking

15    about basophilia and casts and those types of

16    observations again that you made in the slides

17    that you reviewed.

18              And so is it a -- well, let me ask you

19    this:  Did you see chronic progressive nephropathy

20    or something you would identify as chronic

21    progressive nephropathy in any of the studies from

22    AstraZeneca that you reviewed?

23         A    No.

24         Q    Would you agree that -- well, when did

25    you first learn about chronic progressive
```

```
 1    nephropathy?  Do you recall?

 2         A    I -- I have been aware for a while

 3    about chronic progressive nephropathy for many

 4    years that this is something that is known in

 5    rats, and it's a lesion that occurs in older rats

 6    and can be dependent apparently on the rat chows

 7    or, I believe, high protein and high fat rat chow

 8    can contribute to chronic progressive nephropathy.

 9    So I've been aware of that for many years.

10         Q    Have you ever had the occasion

11    previously to determine whether animals showed

12    signs of chronic progressive nephropathy in other

13    toxicology studies that you've done?

14         A    So I've conducted quite a lot of rat

15    and mouse kidney histologically evaluations for a

16    large number of different types of kidney injury

17    models, including also toxicology studies.

18              And I have looked at hundreds and

19    hundreds and hundreds of rat and mouse kidney

20    sections, and I have never in rats that I have

21    studied seen chronic progressive nephropathy.

22    Those animals --

23         Q    And you didn't see it here either;

24    correct?

25                   MR. PENNOCK:  Objection.
```

```
 1                    You -- and you interrupted the

 2           witness.

 3      A     So as I said, I -- I have never seen

 4   chronic progressive nephropathy in any of the

 5   hundreds of rats that I have examined

 6   histologically.

 7   BY MS. ALTHOFF:

 8      Q     And I think you told us earlier that

 9   you haven't conducted any toxicologic studies on

10   rats for more than, like, a year; correct?

11      A     Correct.  Yes.

12      Q     And since in your opinion chronic

13   progressive nephropathy doesn't start until 18

14   months, from your perspective you shouldn't be

15   seeing chronic progressive nephropathy in any of

16   your studies as a normal finding; correct?

17      A     Correct.

18      Q     So again, you disagree that lesions

19   consistent with chronic progressive nephropathy

20   can be seen in rats as early as two months of age?

21      A     Yes.  I disagree completely.

22      Q     Do you agree that it requires a finding

23   of thickening of the tubule basement membrane,

24   casts, and basophilia?

25      A     Can you please repeat the question?
```

Confidential - Pursuant to Protective Order

1    You broke up.

2         Q     Sure.

3              Do you agree that chronic progressive

4    nephropathy as a diagnosis requires a finding of

5    thickening of the tubule basement membrane, casts,

6    and basophilia?

7         A     Yes, I agree.

8         Q     Do you agree that it's recommended that

9    toxicologic pathologists recognize the complex as

10   a single entity, that being CPN, rather than

11   listing the individual components such as

12   basophilia when reviewing past --

13        A     I disagree.

14        Q     -- slides?

15        A     I -- I disagree.  I think -- I think

16   that tubular basophilia can be a feature due to

17   many other things aside from CPN and, therefore,

18   tubular basophilia should be mentioned in

19   toxicology experiments when it's seen, especially

20   if it's dose-dependent.

21        Q     And would you have the same answer if

22   the tubular basophilia was in combination with the

23   other two items identified, that being casts and

24   thickening of the tubule basement membrane?

25        A     I think it -- in -- in the situation

1    that you have basophilia with tubular basement

2    membrane thickening, I would say you may use the

3    term "CPN."

4         Q     Okay.  Okay.  Let's look at page 13

5    through 16 of your report, and this involves Study

6    T 1347, rats given omeprazole for six months?

7         A     Yes.

8         Q     And in this study, you identified

9    tubular injury with casts, tubular injury with

10   nuclear drop-out, and sloughing of tubular cells,

11   casts, and basophilia; correct?

12        A     Yeah.  So what I found was tubular

13   injury, casts, nuclear drop-out, and sloughing of

14   tubular epithelial cells, yes.

15        Q     Okay.  And you also found basophilia?

16        A     Yes, I did.

17        Q     Each of those types of components has

18   been associated with the nomenclature of chronic

19   progressive nephropathy; right?

20        A     No.  That is not correct.

21        Q     Why is it that you have determined that

22   these findings in this six-month omeprazole rat

23   study are not chronic progressive nephropathy?

24        A     Because, as shown in image D on page

25   14, I described tubular injury was nuclear

Confidential   Pursuant to Protective Order

```
1    drop-out and sloughing of tubular epithelial

2    cells, which are not features of CPN.

3         Q     Okay.  Tubular injury with casts, is

4    that a feature of CPN?

5         A     Tubular injury with nuclear drop-out

6    and sloughing of tubular epithelial cells and

7    sloughing of the brush border is an acute lesion

8    and is not a part of CPN, no.

9         Q     Okay.  I'm -- I'm asking you now about

10   the -- the picture that's C, which did not have

11   the nuclear drop-out and sloughing.  It just says,

12   "Tubular injury with casts."

13            And my question is:  Is tubular injury

14   with casts consistent with CPN?

15        A     So what I mean on the tubular injury in

16   the context of all of these images entails nuclear

17   drop-out and sloughing of tubular epithelial

18   cells.  So what I'm referring to is acute tubular

19   injury.

20            I may have described that a little bit

21   too general.  So in all of these images, what we

22   are seeing is acute tubular injury that entails,

23   as a definition, nuclear drop-out, sloughing of

24   tubular epithelial cells, brush border sloughing,

25   the classic findings of acute tubular injury.  And
```

1    that is not part of CPN.

2         Q     Okay.  Looking at page 15, the second

3    one down there with the big yellow arrow, this is,

4    again, still a animal from T 1347; correct?

5         A     Correct.

6         Q     So six months' omeprazole rat.

7               And you identify casts and basophilia,

8    but you do not identify tubular injury for that

9    one; correct?

10        A     No.  That's not correct.

11              I pointed out, in addition to the

12   previously described lesion, basophilia and casts.

13   But all of these images that I show from the study

14   show acute tubular injury.

15              I did not repeat that in each of these

16   images, but all of the kidney lesions that I found

17   and described and took pictures of showed acute

18   tubular injury with sloughing of tubular

19   epithelial cells, nuclear drop-out, and loss of

20   the brush border.

21              And in addition, in these images of --

22   on page 15, I saw casts and extensive basophilia,

23   and I just pointed that out in addition to the

24   tubular injury.

25              These are all acute tubular injury

1    lesions that you are seeing here in these images.

2        Q    Okay.  So we can go through all of

3    these studies, Dr. Moeckel, but my understanding

4    now from your discussion is that you don't believe

5    you saw chronic progressive nephropathy in any of

6    the studies regardless of -- any of the rat

7    studies, regardless of how long they were

8    conducted; is that correct?

9        A    Yes.

10       Q    So when you said things like

11   basophilia, casts, etc., you don't consider those

12   to be components of chronic progressive

13   nephropathy, but they're components of a different

14   acute tubular injury that you've identified?

15                MR. PENNOCK:  Objection to form.

16                Go ahead.

17       A    That is correct.

18   BY MS. ALTHOFF:

19       Q    Let's look at just one more -- so

20   actually, on Appendix A, if we can go back to

21   that, which is, again, the studies that didn't --

22   aren't in the sort of main part of your report,

23   but they are ones where you looked at the slides.

24                And if you look at the three-month rat

25   study at the top, which is 96153 -- we talked

Confidential   Pursuant   to Protective Order

```
 1    about this briefly earlier -- you identified

 2    calcium crystal precipitations, among other signs,

 3    but --

 4         A     Yes.  I did, yes.

 5         Q     Would you agree that it's been long

 6    understood that renal mineralization is a

 7    ubiquitous lesion found in chronic rat studies?

 8         A     I think that is way too general to put

 9    it that way, in my opinion.

10         Q     The calcium crystal precipitation that

11    you identified in this study, is that a form of

12    renal mineralization?

13         A     No.

14               So when you look at -- when you talk

15    about calcium crystal in the kidney, there are

16    different lesions that you have to distinguish.

17               You have to distinguish between a

18    calcium oxalate or calcium phosphate crystal that

19    precipitates in the tubular lumen or in the

20    tubular epithelial cell, and you have to

21    distinguish about -- distinguish those crystals

22    from calcium crystals that develop on a atrophic

23    nidus leading to what is called dystrophic

24    calcification.  And biochemically, those are

25    totally different things.
```

Confidential - Pursuant to Protective Order

1          So the calcium crystal precipitation in

2     this animal in -- in -- in this rat study is

3     indicative of some kind of pathological process

4     that is associated with the proton-pump inhibitor,

5     and it's not random.

6          Q     Do you know how many animals in the

7     three-month rat study, 96153, had calcium crystal

8     precipitations as you've identified?

9          A     So I -- so I -- I remember seeing

10    several animals.  I don't know the exact number

11    off the top of my head, but I can certainly

12    provide that number to you.

13         Q     And how is it that you were able to

14    determine that the crystal -- calcium crystal

15    precipitations were due to the omeprazole portion

16    of the combination product as opposed to the

17    amoxicillin or the fungicide?

18         A     So the -- the way the calcium crystal

19    precipitation happened was along the tubular

20    injury, and I only saw it in those animals that

21    were also receiving the omeprazole because they

22    were control animals that did not receive the

23    omeprazoles.

24               And I saw these findings, the crystals,

25    only in those animals that had the omeprazole and

Confidential Pursuant to Protective Order

```
 1    not in the control animals.

 2         Q     Did the control animals in 96153

 3    receive the other two parts of the combination?

 4         A     I believe so, yes.

 5         Q     Did you see calcium crystal

 6    precipitation in any of the other rat studies --

 7    the AstraZeneca preclinical rat studies where you

 8    reviewed the slides?

 9         A     Yes, I did.

10         Q     And I don't recall having seen that in

11    any of the other studies that you've discussed in

12    your report.

13               Do you have a recollection of which

14    studies you saw that?

15         A     So I saw it in the rat studies that

16    were one month or less.  So those are also in the

17    Appendix A, the 900, 404, and the T 1441.

18         Q     Is that the reference to calcification?

19         A     Yes.

20         Q     If you look at page 20 and 21 of your

21    report, bottom of page 20 starts with your

22    analysis of a one-year neonatal rat study, T2793,

23    with omeprazole.

24               Do you see that?

25         A     Yes, I see that.
```

Confidential - Pursuant to Protective Order

```
 1        Q     And did you identify any mineralization

 2   or -- or calcium crystallization in that study?

 3        A     Not that I remember.

 4        Q     Oh, sorry.  I thought -- thought you

 5   were going on.  Thank you.

 6              Specifically looking at animal No. 5862

 7   from that study, which I think is your B.

 8        A     Uh-huh.

 9        Q     Is -- is that animal B, 5862?

10              Yeah, I believe it is.

11        A     Yeah.

12        Q     Yes?

13        A     Yeah.  Uh-huh.

14        Q     Okay.  In reviewing the AstraZeneca

15   clinical study -- preclinical study report related

16   to Study T2793, did you identify animal 5862 as

17   being renal hypoplastic?

18        A     Sorry.  You broke up.  Can you repeat

19   that one more time, please?

20        Q     Sure.  I'll read it back so I don't

21   have to remember it.

22              In reviewing the AstraZeneca

23   clinical -- preclinical study report related to

24   Study T2793, did you identify animal 5862 as being

25   renal hypoplastic?
```

1      A      No.

2      Q      Are you familiar with the condition of

3   renal hypoplasia in rats?

4      A      Yes.

5      Q      Are you aware that renal hypoplasia can

6   cause all kinds of abnormalities in rats with that

7   condition?

8              MR. PENNOCK:  Objection.

9      A      So renal hypoplasia is a lesion where

10   the nephrons are not fully developed, and there

11   are a number of features that you see, but they

12   should not be necessarily confused with toxic

13   injury lesions.

14   BY MS. ALTHOFF:

15      Q      Right.

16              The renal hypoplasia or hypoplastic

17   lesions look different and should not be confused

18   with pathologic lesions; correct?

19      A      Yes.  With toxic -- with toxic

20   pathologic lesions.

21      Q      You mentioned early on that when you

22   were doing your work that ultimately became the

23   report, which is exhibit -- well, your report

24   exhibit, that you had images that you put into a

25   PowerPoint, and then you created certain footnotes

```
 1    relating to those images; is that correct?

 2         A     Yes.

 3         Q     Is there a separate PowerPoint that

 4    relates to your report which contains images from

 5    the AstraZeneca preclinical studies?

 6         A     No.

 7         Q     What happened to the PowerPoint that

 8    you created?

 9         A     Oh, you mean the -- the PowerPoint of

10    the respective image that I have in my -- in my

11    report?

12         Q     Yes.

13         A     Yeah.  I -- I still have that.

14         Q     Does the PowerPoint contain any

15    information that is not included in your report?

16         A     No.

17         Q     Does it contain any images other than

18    the ones depicted in your report?

19         A     No.

20         Q     Does it contain any histopathologic

21    findings or observations other than what are

22    contained in your report?

23         A     No.

24               MS. ALTHOFF:  Let's take just a

25               couple-minute break.  I want to make
```

Confidential - Pursuant to Protective Order

```
 1              sure I'm -- see what I have left.

 2                   MR. PENNOCK:  Well, hold on a

 3              second.  Do you -- do you have a lot

 4              left or a little bit?

 5                   MS. ALTHOFF:  I probably have an

 6              hour, is my guess, but I just want to

 7              make sure I haven't missed a whole

 8              section somewhere, 'cause I kind of

 9              jumped around from what I had planned.

10                   MR. PENNOCK:  If it's all right

11              with you, let's go till five o'clock,

12              and then take a break.

13                   MS. ALTHOFF:  Okay.  We can do

14              that.

15                   MR. PENNOCK:  Is that all right?

16                   MS. ALTHOFF:  Do you want to go a

17              little longer?

18                   MR. PENNOCK:  Unless you -- I just

19              think, push till 5:00, and then you

20              could take your break, and you'll have

21              an hour to wrap up.

22                   MS. ALTHOFF:  Okay.  And it --

23                   MR. PENNOCK:  Is that all right?

24                   MS. ALTHOFF:  Yeah.  I mean, you

25              guys are out of there at 6:30.  So I
```

Confidential   Pursuant to Protective Order

```
 1              assume you don't want to start Takada

 2              today.

 3                   MR. PENNOCK:  Not unless we have

 4              time left.  But anyway, let's -- let's

 5              just go ahead and --

 6                   MS. ALTHOFF:  Okay.

 7                   MR. PENNOCK:  -- just get -- you

 8              get down, you'll have an hour left.

 9              We'll take a break.  You can, you know,

10              see what you want to do.

11                   MS. ALTHOFF:  So --

12                   MR. MIZGALA:  Just with respect

13              to -- to me, I think when Katherine is

14              done, we want to take a break, because

15              she's covered a lot of what I already

16              have in my outline.

17                   MR. PENNOCK:  Sure.

18                   MR. MIZGALA:  So I would, like,

19              prefer having overnight to go through

20              and slicing all that out.

21                   MR. PENNOCK:  Yeah.  I'm not going

22              to -- I'm not going to force you to --

23              to go forward.  That -- that's fine.

24                   MR. MIZGALA:  Okay.

25                   MR. PENNOCK:  I don't know if I
```

Confidential - Pursuant to Protective Order

```
 1              could, but I don't know how I would do

 2              that.

 3                   MR. MIZGALA:  You're such a --

 4              you're such a gem, Paul.

 5                   MR. PENNOCK:  If I could figure it

 6              out, I'll force you.

 7                   Okay.  So let's go to 5:00, and

 8              then that'll give you an hour if you

 9              still have to; all right?  So I'll

10              agree to that.

11                   MR. MIZGALA:  Uh-huh.

12    BY MS. ALTHOFF:

13         Q    Okay.  Looking at --

14                   MS. ALTHOFF:  I'm sorry.  Are we

15              back on, Jeff?

16    BY MS. ALTHOFF:

17         Q    Okay.  Let's look at Appendix B to your

18    report, which I don't think we've looked

19    previously as a stand-alone exhibit.

20                   MS. ALTHOFF:  If -- if we haven't,

21              let's make this as a separate exhibit.

22              It's my 4.

23                   THE VIDEOGRAPHER:  This will be

24              11.

25
```

Confidential   Pursuant to Protective Order

```
 1                    (Whereupon, Exhibit No. 11,

 2                    Appendix B, AZ Studies: Renal

 3                    Slides Requested but Not Received,

 4                    was marked for identification.)

 5                    MS. ALTHOFF:  Okay.  Great.

 6    BY MS. ALTHOFF:

 7         Q     Showing you what's been marked as

 8    Exhibit 11 to your deposition, Dr. Moeckel, is

 9    this a document that you put together summarizing

10    AstraZeneca preclinical studies for which you did

11    not review slides?

12         A     Yes.

13         Q     And I mean, you would agree,

14    Dr. Moeckel, that this is a subset of the full

15    available studies out there with regard to

16    omeprazole or esomeprazole in animals --

17         A     Yes.

18         Q     -- done by AstraZeneca?

19         A     Yes.

20         Q     And with regard to these particular

21    studies on -- on these pages of Exhibit B, you

22    were quoting from or summarizing from the actual

23    study reports that were submitted to the FDA

24    relating to these studies; correct?

25         A     Correct.
```

Confidential - Pursuant to Protective Order

```
 1        Q     And to the extent there's information

 2    that's in quotation marks, that would be a

 3    verbatim quote from those studies; correct?

 4        A     Yes.

 5        Q     So if we look at page, I think it's

 6    five -- they're not numbered, but I think it's

 7    page five of Exhibit B to your report -- that's

 8    it -- and you look at SR 9827201.

 9              Do you see that?  The study title?

10        A     SR 98272 -- 27201.  Yup.

11        Q     And this is a 13-week study in

12    Sprague-Dawley rats looking at omeprazole and

13    esomeprazole?

14        A     Yes.

15        Q     And in this particular study, would you

16    agree that the AstraZeneca investigator reported

17    renal basophilia in all groups, including

18    controls, but increased in incidence and severity

19    with the dose?

20        A     Let me quickly review.

21        Q     Uh-huh.

22              MR. PENNOCK:  Note my objection to

23              the question.

24        A     Yes.  I agree.

25
```

1   BY MS. ALTHOFF:

2       Q    So in this study, the 13-week study --

3   so it's less than an 18-month-old rat; correct?

4       A    Yeah.  I'm -- I -- so -- so, yeah.

5            Those rats are younger than 18 months

6   old, yes.

7       Q    And AstraZeneca reported in its

8   preclinical study report to the FDA that they had

9   seen exacerbation of chronic progressive

10  nephropathy in the dosed groups; correct?

11           MR. PENNOCK:  Note -- note my

12           objection to form and foundation.

13  BY MS. ALTHOFF:

14      Q    You can still answer, Dr. Moeckel.

15           My question is:  Did AstraZeneca put in

16  the -- the report that you reviewed that they had

17  seen an exacerbation of chronic -- chronic

18  progressive nephropathy in the dosed groups?

19      A    Yes.  They see an exacerbation in the

20  chronic dosed group.

21      Q    And it was seen in both sexes, male and

22  female; correct?

23      A    Yes.

24           I also want to say on record that they

25  describe tubular basophilia as being a sign of

1    chronic progressive nephropathy, and I disagree

2    with that statement.

3         Q     You disagree that tubular basophilia

4    can be associated with chronic progressive

5    nephropathy?

6         A     No.  I -- I disagree with the sentence

7    that they said tubular basophilia is a sign of

8    chronic progressive nephropathy, because tubular

9    basophilia alone should not be interpreted as a

10   sign of chronic progressive nephropathy.

11        Q     And so from your perspective -- again,

12   this is a 13-week study.  So these would be not

13   particularly -- would not be 18-month-old rats.

14              So, therefore, you could not diagnose

15   them with chronic progressive nephropathy based on

16   tubular basophilia alone?

17        A     Well, and in addition there are not

18   these important other findings of chronic

19   progressive nephropathy, which are thickening of

20   the tubular basement membrane, thickening of the

21   glomerular basement membrane, and

22   glomerulosclerosis.

23        Q     And from your perspective, you have to

24   see all three of those, even in a 13-week study,

25   in order to characterize it as chronic progressive

1    nephropathy, whether that's even early stage?

2         A    Yes, that's correct.

3         Q    All right.

4              MS. ALTHOFF:  How -- did you say

5              we were going to go till 5:30?  Is that

6              what you said, Paul?

7              MR. PENNOCK:  Well, no.  I mean,

8              we can take a break at 5:00.  How about

9              that?

10             MS. ALTHOFF:  Well, I'm getting

11             ready to change a topic.  So let's take

12             a break now.  And then we might even be

13             done by 5:15.

14             MR. PENNOCK:  Okay.  Let's --

15             let's -- let's do that.

16             MS. ALTHOFF:  Okay.  Let's take

17             five -- five minutes or so.

18             THE VIDEOGRAPHER:  Off record

19             4:47 p.m.

20             (Whereupon, there was a recess

21             taken from 4:47 p.m. to 5:00 p.m.)

22             THE VIDEOGRAPHER:  On the record

23             5 p.m.

24   BY MS. ALTHOFF:

25        Q    And, Doctor, we're back from another

Confidential - Pursuant to Protective Order

1    brief break.

2             I realized I don't think I asked you

3    this question, but -- so all of the studies that

4    you reviewed, the AstraZeneca preclinical studies

5    where you saw lesions on the slides, those were

6    animals that had been treated with PPIs; correct?

7         A    Correct.

8         Q    And so did you see similar lesions, for

9    instance, in the control groups?

10        A    Not to my recollection, no.  The

11   control group animals, most that I reviewed did

12   not show significant lesions.

13        Q    And did you see lesions in any slides

14   of animals that were dosed with something other

15   than a proton-pump inhibitor?

16        A    No.  I don't have any recollection of

17   that.

18        Q    Okay.  So I want to go back to sort of

19   where we started here at the beginning, and I

20   think you told us -- hold on -- that you were

21   retained by plaintiff's counsel in spring or

22   summer of 2018; correct?

23        A    Correct.  Yes.

24        Q    And you were retained at, I think you

25   said, $400 an hour; right?

1      A      Correct.  Yes.

2      Q      Okay.  Now, prior to that, you were

3   retained by my office in this litigation; is that

4   right?

5      A      I don't collect [sic] being retained.

6   I coll- -- I -- I remember that I had a

7   conversation with one representative from your

8   office, but I do not remember being retained.

9           I do not remember that I received any

10  payment.  I do not remember that I signed any

11  contract with you.

12     Q      When you say somebody from my office,

13  it was actually me, wasn't it?

14     A      I apologize if I did not recognize you.

15  It -- it could have been you, yes.

16     Q      In fact, we had a telephone

17  conversation in November of 2016; right?

18     A      I believe that could be about the

19  time -- correct time, yes.

20     Q      And you said you were enthusiastic

21  about working with the defendants on this

22  litigation; right?

23             MR. PENNOCK:  Objection.

24     A      I -- I may have said that I am

25  interested in working in this litigation.

Confidential - Pursuant to Protective Order

```
 1    BY MS. ALTHOFF:

 2         Q     And we told you that we were looking

 3    forward to working with you as well; correct?

 4         A     I don't remember the exact words, but

 5    that could be possible, yes.

 6         Q     And you sent us a retainer agreement

 7    that you signed saying you'd work with us at a

 8    rate of, I think it was -- was it $300 an hour?

 9         A     So it was not a retainer agreement.

10    You asked me to send you my fee schedule, and so I

11    sent you my fees.  And that was all we agreed

12    upon.

13                   MS. ALTHOFF:  Let's show him

14              what's my 36, please.

15                   MR. PENNOCK:  Objection.

16                   MS. ALTHOFF:  So let's mark this

17              as the next exhibit.

18                   (Whereupon, Exhibit No. 12,

19                   Consulting Agreement Between Dr.

20                   Gilbert Moeckel and IceMiller Legal

21                   Counsel, was marked for

22                   identification.)

23    BY MS. ALTHOFF:

24         Q     Doctor, is this --

25                   THE VIDEOGRAPHER:  Twelve.
```

1    BY MS. ALTHOFF:

2        Q     Doctor, is this a -- a letter that you

3    sent to my office?

4        A     Yes.

5        Q     Signed by you?

6        A     Yes.

7        Q     And you said, "Pertaining to the

8    requested legal consulting work by IceMiller...in

9    regard to Nexium-induced renal failure, IceMiller

10   agrees to pay Dr. Moeckel the following hourly

11   fees for the rendered legal consulting work."

12            "Medical chart review with written

13   opinion:  $300/hour."

14            Right?

15       A     Let me quickly read this.

16            MR. PENNOCK:  I'll -- I'll just

17            object.  I didn't hear a question.

18            Go ahead.

19       A     Yeah.  So this is a just a legal fee

20   document.

21   BY MS. ALTHOFF:

22       Q     Okay.  That you sent to my office about

23   doing legal consulting with Ice Miller on the

24   Nexium litigation?

25       A     Correct.

1        Q     And following sending this fee schedule

2    to my office, we met in New Haven, did we not?

3        A     As far as I remember, we met before

4    this.

5        Q     Okay.  Well, did we meet in January of

6    2017 at your office for about two hours?

7        A     We met once in my office.  I don't

8    remember the exact date.

9        Q     Okay.  And we met for about two hours.

10              MR. PENNOCK:  Objection.  Not a

11         question.

12    BY MS. ALTHOFF:

13        Q     Isn't that correct?

14        A     That could be correct.

15        Q     And during that meeting, you told me

16    you were willing to consult with AstraZeneca on

17    this matter?

18        A     I expressed my willingness, yes.

19        Q     And you said that there were some

20    additional materials that you would like to

21    review; is that correct?

22        A     I said I was open to review literature

23    that you would send to me, yes.

24        Q     And did you provide your opinions to me

25    during that meeting with regard to other experts

Confidential   Pursuant to Protective Order

```
 1    that we were considering as defense experts?

 2        A    I don't remember every detail of that

 3    conversation.

 4        Q    Do you have any reason to doubt that

 5    you and I discussed your opinions regarding other

 6    potential PPI kidney experts in this litigation?

 7                  MR. PENNOCK:  Just note my

 8             objection.

 9                  Sure he does.  You're adversarial

10             counsel.

11                  But go ahead.

12        A    I don't remember that I gave you any

13    suggestions regarding other experts.

14    BY MS. ALTHOFF:

15        Q    You don't remember one way or the

16    other?

17        A    I -- I don't remember discussing that.

18        Q    Do you recall discussing with me your

19    case report on AIN and omeprazole?

20        A    No, I don't.

21        Q    Do you recall discussing with me your

22    then existing knowledge of the literature on PPIs

23    and kidney injuries?

24                  MR. PENNOCK:  Just -- just note my

25             objection.  I mean, I -- it sounds like
```

Confidential - Pursuant to Protective Order

```
 1              you're testifying here that these

 2              things occurred.

 3                  MS. ALTHOFF:  I'm asking if he

 4              remembers talking about these things

 5              with me.

 6                  MR. PENNOCK:  Well, that -- but

 7              there's no foundation.  So I'm just

 8              going to object this to the foundation.

 9                  MS. ALTHOFF:  Okay.

10                  MR. PENNOCK:  And, therefore --

11              and the form and --

12                  I mean, if you want to be a

13              witness in the case, that's up to you.

14              But otherwise, I'd like you to rephrase

15              the questions, because your -- your

16              questioning is implying any of this

17              even happened.  So --

18      BY MS. ALTHOFF:

19          Q    Doctor, you do recall meeting with me

20      for about two hours in your office in New Haven,

21      January of 2017; correct?

22                  MR. PENNOCK:  Objection to form.

23                  Objection.  Asked and answered in

24              several parts.

25                  Go ahead.
```

Confidential   Pursuant to Protective Order

```
 1        A      I remember -- I remember meeting with

 2   you in my office.  I don't remember exactly when.

 3   BY MS. ALTHOFF:

 4        Q      Well, did you meet with me before you

 5   were retained by the plaintiff's counsel?

 6        A      Yes.

 7        Q      Was it about a year before?

 8        A      That could be approximately right.

 9        Q      Did you and I talk about chronic kidney

10   disease and your opinions about chronic kidney

11   disease?

12        A      As I said before, I don't remember much

13   of the details that we talked about.

14        Q      Do you recall whether you discussed

15   with me acute interstitial nephritis and your

16   opinions about acute interstitial nephritis as --

17   by -- caused by drugs?

18        A      I don't recall any specifics of our

19   conversation.

20        Q      Do you recall discussing the

21   differences between primary and secondary acute

22   interstitial nephritis -- or excuse me --

23   interstitial nephritis?

24               MR. PENNOCK:  Objection.

25        A      No.  I -- I do not recall specifics of
```

Confidential - Pursuant to Protective Order

1    that conversation.

2    BY MS. ALTHOFF:

3        Q    Do you recall having discussions with

4    me about what you would expect to see if you had a

5    PPI-associated acute interstitial nephritis?

6        A    No.

7              MR. PENNOCK:  Objection.

8        A    As I said, I -- I do not recall details

9    of that meeting.

10   BY MS. ALTHOFF:

11       Q    Did you, after the meeting, make any

12   notes to yourself about what we discussed?

13       A    No.

14       Q    Do you recall whether I took notes

15   during our meeting about what we discussed?

16       A    I don't recall.

17       Q    And I don't recall this, but did you

18   take any notes during the meeting about what we

19   discussed?

20             MR. PENNOCK:  Objection.

21       A    I -- I don't recall notes taken at that

22   meeting.  As far as I remember, it was just a

23   conversation.

24   BY MS. ALTHOFF:

25       Q    Following the meeting, were you sent

1    any materials to review?

2         A      I received scientific literature.

3         Q      How much scientific literature?

4         A      A number of articles.  I don't recall

5    exactly how many.

6         Q      And what were the -- what was the

7    nature or subject matter of those articles?

8         A      As far as I remember, they pertained to

9    articles on PPI-induced kidney injury.

10        Q      Did that include both chronic kidney

11   disease and acute interstitial nephritis?

12        A      I don't --

13               MR. PENNOCK:  Objection.

14        A      I don't remember for certain.

15   BY MS. ALTHOFF:

16        Q      Do you still have those binders of

17   materials?

18        A      I do not even know whether I still have

19   them.

20        Q      Did you review the materials in those

21   binders?

22        A      No.

23        Q      When you prepared your materials

24   considered list, did you include any of the

25   materials that had been sent to you by my office?

```
 1        A     No.

 2                    MR. PENNOCK:  Objection.

 3        A     No.

 4   BY MS. ALTHOFF:

 5        Q     At any time did you go -- attempt to go

 6   find the binders to see whether the same material

 7   was already listed on your materials considered

 8   list?

 9        A     No.  I even do not know whether I still

10   have those binders.

11        Q     So between 2017 and 2018, when you were

12   retained by the plaintiffs, did you advise me or

13   anyone at my firm that you were not going to

14   consult with us?

15                    MR. PENNOCK:  Objection.

16                    Time frame.

17                    MS. ALTHOFF:  I said, "Between

18              2017 and 2018."

19                    MR. PENNOCK:  Right.  But you had

20              the meeting in January of 2017, and

21              he's testified he was retained by us in

22              the spring or summer.

23   BY MS. ALTHOFF:

24        Q     Okay.  So between the time of the

25   meeting in January of 2017 and when you were
```

Confidential - Pursuant to Protective Order

1    retained by the plaintiffs in 2018 in the spring

2    or summer, did you advise me or anyone at my firm

3    that you were no longer interested in consulting

4    with us?

5         A    I don't remember doing that.

6         Q    Do you recall at the end of last year,

7    in November of 2020, receiving a reach-out from my

8    office to arrange a follow-up meeting?

9         A    Yes.

10        Q    And my office asked you for some dates?

11        A    Yes.  But I declined.

12        Q    Was there any indication in the

13   reach-out e-mail that we had any indication that

14   you were no longer interested in consulting with

15   us?

16              MR. PENNOCK:  Objection.  It's a

17              -- calls for speculation.

18              Go ahead.

19        A    Yeah.  As far as I remember, I said in

20   my e-mail that I'm not available.

21   BY MS. ALTHOFF:

22        Q    Right.

23              What I'm asking you is:  Was there

24   any -- did you take anything from my e-mail to you

25   or my office's e-mail to you that we were no

Confidential   Pursuant   to   Protective Order

```
 1   longer interested in consulting with you?

 2                   MR. PENNOCK:  Objection to form.

 3                   Go ahead.

 4        A    Can you please repeat the question?

 5   BY MS. ALTHOFF:

 6        Q    Yeah.  Let me ask a different question.

 7             So you said you received an e-mail in

 8   November of 2020, a reach-out to arrange a

 9   follow-up meeting that you declined --

10        A    Yes.

11        Q    -- correct?

12        A    Uh-huh.  Yes.

13        Q    Was there any indication to you in that

14   e-mail that my office knew that you were

15   consulting with the plaintiffs or no longer

16   interested in consulting with us?

17        A    No.

18        Q    You could have sent that e-mail at any

19   time prior to November of 2020 post our meeting in

20   January of 2017 if you weren't interested in

21   consulting with us; correct?

22                   MR. PENNOCK:  Objection.

23                   Argumentative.  This is really getting

24                   off the rails here.

25        A    No.
```

Confidential - Pursuant to Protective Order

1    BY MS. ALTHOFF:

2       Q    You said you were not available in

3    November of 2020 for consulting with my office.

4    It was because you were already working for the

5    plaintiffs; is that correct?

6       A    Yes.

7       Q    And you were working for the plaintiffs

8    at a rate of $400, instead of $300, which you said

9    you would charge us; correct?

10              MR. PENNOCK:  Note my objection.

11              Argumentative.

12              Has your rates for all your

13              lawyers, including associates, changed

14              since 2016?  'Cause I'm --

15              MS. ALTHOFF:  You can note your

16              objection for the record.

17              MR. PENNOCK:  -- because --

18              MS. ALTHOFF:  He can answer the

19              question.  It's a fully appropriate

20              question.

21              MR. PENNOCK:  Have your rates

22              changed?  Have your -- have your rates

23              changed?

24              MS. ALTHOFF:  He can answer the

25              question.

Confidential - Pursuant to Protective Order

```
 1                    MR. PENNOCK:  Their -- their rates

 2              have probably gone up more.

 3       A    So can you please repeat the question?

 4  BY MS. ALTHOFF:

 5       Q    So I had asked you, "You said you were

 6  not available in November of 2020 for consulting

 7  with my office.  It was because you were already

 8  working with the plaintiffs; is that correct?"

 9                    MR. PENNOCK:  Objection.

10  BY MS. ALTHOFF:

11       Q    And you said, "Yes."

12              My follow-up question was, "And you

13  were working for the plaintiffs at a rate of $400,

14  instead of $300, which you said you would charge

15  us; correct?"

16                    MR. PENNOCK:  Objection.

17              Objection.  Improper use of the prior

18              testimony.

19                 Go ahead.

20       A    So I declined or -- yeah, declined to

21  consult with you because I was already retained by

22  the plaintiff law firm.

23  BY MS. ALTHOFF:

24       Q    And that happened in 2018 after you had

25  already said you would work with us; correct?
```

Confidential - Pursuant to Protective Order

```
 1                    MR. PENNOCK:  Objection.

 2         A      I have never said that I would work

 3    with you.

 4                I sent you the fee list -- the fee

 5    schedule, but I never received and I never went

 6    into agreement to work with you.  In fact, I did

 7    not hear from you for another four years or so,

 8    until you contacted me in November '20.

 9                So in my opinion, we did not have a

10    relationship at all.

11    BY MS. ALTHOFF:

12         Q      Despite having met with me on the phone

13    and met with me in your office for about two

14    hours, you didn't consider us having had any type

15    of consulting relationship; is that your

16    testimony?

17                    MR. PENNOCK:  Objection to the

18                form.

19         A      That's correct, yes.

20                    MS. ALTHOFF:  All right.  I don't

21                have anything more for Dr. Moeckel.

22                (Whereupon, the court reporter

23                    requests clarification.)

24                    THE WITNESS:  Thank you.

25                    MR. PENNOCK:  Okay.
```

Confidential - Pursuant to Protective Order

```
 1              MS. ALTHOFF:  All right.  Are we

 2         coming back -- what time are we

 3         tomorrow?

 4              MR. MIZGALA:  At 11:00 Eastern.

 5         11:00 Eastern.

 6              COURT REPORTER:  Do you want to go

 7         off the record?

 8              MR. PENNOCK:  It -- it -- yeah.

 9         We're going to -- we're going to

10         discontinue for today, and we'll start

11         again at 11:00 tomorrow with

12         Mr. Mizgala.

13              MR. MIZGALA:  Okay.

14              THE VIDEOGRAPHER:  Okay.  Off the

15         record 5:18 p.m.

16              (Thereupon, the deposition was

17              suspended at 5:18 p.m.)

18

19

20

21

22

23

24

25
```

Confidential - Pursuant to Protective Order

```
1                    C E R T I F I C A T E

2           I, Clifford Edwards, Certified Shorthand

3     Reporter, do hereby certify that prior to the

4     commencement of the examination, the witness was

5     duly remotely sworn by me to testify to the truth,

6     the whole truth and nothing but the truth.

7            I DO FURTHER CERTIFY that the foregoing

8     is a verbatim transcript of the testimony, that

9     said deposition was taken by me stenographically

10    at the time and date hereinbefore set forth, and

11    the foregoing is a true and accurate transcript of

12    the testimony.

13           I FURTHER CERTIFY that I am neither of

14    counsel nor attorney to any of the parties to said

15    suit, nor am I an employee of any party to said

16    suit, nor of any counsel in said suit, nor am I

17    interested in the outcome of said cause.

18           Witness my hand and seal as Notary Public

19    this 12th day of July, 2021.

20

21           _____

22                    Clifford Edwards

23                    Notary Public

24    My commission expires:  9/30/2021

25
```

Confidential - Pursuant to Protective Order

```
 1                    J U R A T

 2

 3         I have read the foregoing 217 pages and hereby

 4    acknowledge the same to be a true and correct record

 5    of the testimony.

 6

 7

 8

 9                   _____

10                   Gilbert W. Moeckel, M.D., Ph.D., FASN

11

12

13    Subscribed and sworn to

14    _____.

15    Before me this _____ day of _____,

16    2021.

17

18

19

20

21    _____

22    Notary Public

23    My Commission Expires:

24

25
```

Confidential — Pursuant to Protective Order

```
1                    DEPOSITION ERRATA SHEET

2

3     Page No._____Line No._____ Change to:_____

4     _____

5     Reason for change:_____

6     Page No._____Line No._____Change to:_____

7     _____

8     Reason for change:_____

9     Page No._____Line No._____ Change to:_____

10    _____

11    Reason for change:_____

12    Page No._____Line No._____Change to:_____

13    _____

14    Reason for change:_____

15    Page No._____Line No._____ Change to:_____

16    _____

17    Reason for change:_____

18    Page No._____Line No._____Change to:_____

19    _____

20    Reason for change:_____

21

22

23    SIGNATURE:_____DATE:_____

24    NAME:  GILBERT W. MOECKEL, M.D., PH.D., FASN

25
```

Confidential - Pursuant to Protective Order

```
 1              DEPOSITION ERRATA SHEET

 2     Page No._____Line No._____ Change to:_____

 3     _____

 4     Reason for change:_____

 5     Page No._____Line No._____Change to:_____

 6     _____

 7     Reason for change:_____

 8     Page No._____Line No._____ Change to:_____

 9     _____

10     Reason for change:_____

11     Page No._____Line No._____Change to:_____

12     _____

13     Reason for change:_____

14     Page No._____Line No._____ Change to:_____

15     _____

16     Reason for change:_____

17     Page No._____Line No._____Change to:_____

18     _____

19     Reason for change:_____

20

21

22

23     SIGNATURE:_____DATE:_____

24     NAME:  GILBERT W. MOECKEL, M.D., PH.D., FASN

25
```