# Exhibit C

Confidential - Pursuant to Protective Order

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW JERSEY
 2
      MDL No. 2789
 3    Honorable Claire C. Cecchi
      - - - - - - - - - - - - - - - - - - - - - X
 4    IN RE:  PROTON-PUMP INHIBITOR           :
      PRODUCTS LIABILITY LITIGATION           :
 5    (NO. II)                                :
      - - - - - - - - - - - - - - - - - - - - -X
 6    THIS DOCUMENT RELATES TO:
      Civil Action No.:  2:17-cv-06124
 7    - - - - - - - - - - - - - - - - - - - - - X
      FREDDY BALES,                           :
 8                     Plaintiff              :
      VS                                      :
 9    ASTRAZENECA PHARMACEUTICALS LP, et al., :
                     Defendants               :
10    - - - - - - - - - - - - - - - - - - - - - X
      Civil Action No.:  2:17-cv-02475
11    - - - - - - - - - - - - - - - - - - - - - X
      DAVID FOSTER,                           :
12                     Plaintiff              :
      VS                                      :
13    ASTRAZENECA PHARMACEUTICALS LP, et al., :
                     Defendants               :
14    - - - - - - - - - - - - - - - - - - - - - X
      Civil Action No.:  2:18-cv-03159
15    - - - - - - - - - - - - - - - - - - - - - X
      STEVE KERSCH,                           :
16                     Plaintiff              :
      VS                                      :
17    ASTRAZENECA PHARMACEUTICALS LP, et al., :
                     Defendants               :
18    - - - - - - - - - - - - - - - - - - - - - X
      Civil Action No.:  2:17-cv-00212
19    - - - - - - - - - - - - - - - - - - - - - X
      KIMBERLY LEE,                           :
20                     Plaintiff              :
      VS                                      :
21    ASTRAZENECA PHARMACEUTICALS LP, et al., :
                     Defendants               :
22    - - - - - - - - - - - - - - - - - - - - - X
          CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
23
                      VOLUME II
24        GILBERT W. MOECKEL, M.D., PH.D., FASN
                    July 8, 2021
25
```

Confidential - Pursuant to Protective Order

```
 1   Civil Action No.:  2:17-cv-13727

     - - - - - - - - - - - - - - - - - - - - X
 2   DIANE NELSON,                            :

                        Plaintiff            :
 3                                            :

     VS                                       :
 4                                            :

     ASTRAZENECA PHARMACEUTICALS LP, et al.,  :
 5                    Defendants              :

     - - - - - - - - - - - - - - - - - - - - X
 6

     Civil Action No.:  2:19-cv-00850
 7   - - - - - - - - - - - - - - - - - - - - X

     JAMES RIEDER,                            :
 8                        Plaintiff           :
                                              :
 9   VS                                       :
                                              :
10   ASTRAZENECA PHARMACEUTICALS LP, et al.,  :
                      Defendants              :
11   - - - - - - - - - - - - - - - - - - - - X
12       CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
13
14                     VOLUME II
15
16     Continuation of the videotaped deposition of
17        GILBERT W. MOECKEL, M.D., PH.D., FASN
18    taken via Zoom videoconference before Clifford
19   Edwards, Certified Shorthand Reporter and Notary
20       Public, on July 8, 2021, at 11:05 a.m.
21
22
23
24             GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
25                 deps@golkow.com
```

Confidential Pursuant to Protective Order

```
 1   A P P E A R A N C E S:   (all via videoconference)
 2   ON BEHALF OF THE PLAINTIFFS:
 3     PAUL PENNOCK, ESQ.
       MORGAN & MORGAN
 4     90 Broad Street, Suite 1011
       Brooklyn, NY 10004
 5     ppennock@forthepeople.com
 6     BESS DeVAUGHN, ESQ.
       DOUGLAS & LONDON, P.C.
 7     59 Maiden Lane, 6th Floor
       New York, NY 10038
 8     bdevaughn@douglasandlondon.com
 9     JONATHAN M. SEDGH, ESQ.
       MORGAN & MORGAN
10     90 Broad Street, Suite 1011
       Brooklyn, NY 10004
11     jsedgh@forthepeople.com
12     SERENA ROSAS, ESQ.
       NAPOLI SHKOLNIK, PLLC
13     270 Muñoz Rivera Avenue, Suite 201
       Hato Rey, Puerto Rico 00918
14     (833) 271-4502
15
16   ON BEHALF OF THE DEFENDANT ASTRAZENECA:
17     KATHERINE D. ALTHOFF, ESQ.
       ICE MILLER LLP
18     One American Square, Suite 2900
       Indianapolis, IN 46282-0200
19     katherine.althoff@icemiller.com
20     OLGA VOINAREVICH, ESQ.
       ICE MILLER LLP
21     One American Square, Suite 2900
       Indianapolis, IN 46282-0200
22     olga.voinarevich@icemiller.com
23
24
25
```

Confidential Pursuant to Protective Order

```
 1   A P P E A R A N C E S:   (all via videoconference)

 2

 3   ON BEHALF OF THE DEFENDANT TAKEDA:

 4      JAMES W. MIZGALA, ESQ.

        TUCKER ELLIS LLP

 5      233 South Wacker Drive, Suite 6950

        Chicago, Illinois  60606

 6      james.mizgala@tuckerellis.com

 7

        ANDREA M. GLINKA PRZYBYSZ, ESQ.

 8      TUCKER ELLIS LLP

        233 South Wacker Drive, Suite 6950

 9      Chicago, Illinois  60606

        andrea.przybysz@tuckerellis.com

10

11   ALSO PRESENT:

12      EMILY SY, ESQ., TAKEDA

13      JEFF FLEMING, VIDEOGRAPHER/EXHIBIT TECHNICIAN

14      LEO RAKITIN, ESQ, ASTRAZENECA

15

16

17

18

19

20

21

22

23

24

25
```

Confidential Pursuant to Protective Order

```
 1                    INDEX OF EXAMINATION

 2

 3                                               PAGE

 4   CROSS-EXAMINATION BY MR. MIZGALA            227

 5   CROSS-EXAMINATION BY MR. PENNOCK            401

 6

 7

 8                    INDEX OF EXHIBITS

 9

10   Moeckel Exhibit                            PAGE

11   No. 13, Expert Opinion Report, Gilbert W.

12        Moeckel M.D., Ph.D., FASN, dated

13        May 20, 2021                           228

14   No. 14, Materials Considered by

15        Expert Dr. Gilbert W. Moeckel          233

16   No. 15, Stuart Levin, Notes on

17        Lansoprazole and Dexlansoprazole

18        Nonclinical Toxicity Studies,

19        dated Feb 5, 2019                      238

20   No. 16, Preclinical Expert Report

21        Lansoprazole                           287

22   No. 17, Scientific Report No. R&D/93/731

23        and Table 9, Bates Nos.

24        TAKPPI-INDNDA-01620127 through

25        TAKPPI-INDNDA-01620135                 319
```

Confidential Pursuant to Protective Order

```
 1                    INDEX OF EXHIBITS

 2                       (continued)

 3

 4   Moeckel Exhibit                          PAGE

 5

 6   No. 18, Scientific Report No. R&D/93/547

 7        and Table 10, Bates Nos.

 8        TAKPPI-INDNDA-01082859 through

 9        TAKPPI-INDNDA-01082865             327

10   No. 19, "Delayed Renal Function Recovery

11        From Drug-Induced Interstitial

12        Nephritis,"                         368

13   No. 20, Fig 1 - Rat                      382

14   No. 21, Fig 2 - Rat                      383

15   No. 22, Fig 4 - Rat                      385

16   No. 23, Fig 4 - Rat                      387

17   No. 24, Figure 6 - Rat                   388

18   No. 25, Fig 10 - Rat                     389

19   No. 26, Fig 15 - Mouse                   390

20   No. 27, Fig 18 - Dog                     391

21   No. 28, Statement of Compensation        392

22

23

24

25
```

Confidential - Pursuant to Protective Order

```
 1                    THE VIDEOGRAPHER:  We are now on

 2              the record.  The date is July 8, 2021.

 3              The time is 11:05 a.m.

 4                   This is the continuation of the

 5              deposition of Dr. Gilbert Moeckel.

 6

 7                   CROSS-EXAMINATION

 8

 9    BY MR. MIZGALA:

10         Q    Good morning, Doctor.  How are you?

11         A    Good morning.  I'm doing fine.  Thank

12    you.

13         Q    Okay.  Good.

14              My name is James Mizgala.  I'm -- I'm

15    here on behalf of Takeda.  I'm going to ask you

16    some questions about the other report you wrote

17    today.

18         A    Right.

19         Q    Just to remind you, you -- you are

20    still under oath, sir; okay?

21         A    Yes.  I understand.

22                   MR. MIZGALA:  Okay.  So let's pull

23              up Exhibit 13.

24

25
```

Confidential - Pursuant to Protective Order

```
 1                    (Whereupon, Exhibit No. 13, Expert

 2                    Opinion Report, Gilbert W. Moeckel

 3                    M.D., Ph.D., FASN, dated May 20,

 4                    2021, was marked for

 5                    identification.)

 6    BY MR. MIZGALA:

 7         Q    Doctor, can you identify Exhibit 13 for

 8    the record, please?

 9         A    Yes.  This is my expert witness report

10    on the Takeda studies.

11         Q    On the third page, it says it was

12    prepared for Bess DeVaughn; is that correct?

13         A    Yes, that's correct.

14         Q    How do you know Ms. DeVaughn?

15         A    Ms. DeVaughn is a member of the

16    plaintiff legal team.

17         Q    Was she the one who contacted you about

18    consulting in the first instance for the

19    plaintiffs?

20         A    Yes.

21         Q    Okay.  Do you know how she got your

22    name?

23         A    I don't know.

24         Q    Okay.  Did you reach out to her at all?

25         A    No.
```

```
 1        Q     Have -- have you ever consulted with

 2   Ms. DeVaughn or the law firm of Douglas & London

 3   previously?

 4        A     No.

 5        Q     Let's go to page 37, please.

 6        A     Uh-huh.

 7        Q     Is that your signature, sir?

 8        A     One moment, please.

 9              Yes, it is.

10        Q     Okay.  And this is dated May 20th of

11   2021; correct?

12        A     That is correct, yes.

13        Q     Have you -- did you review your report

14   in preparation for this deposition?

15        A     Yes, I did.

16        Q     Okay.  Is there anything in your report

17   that needs to be changed?

18        A     No.

19              MR. PENNOCK:  Note my objection.

20              Go ahead.

21        A     No.

22   BY MR. MIZGALA:

23        Q     Okay.  And, sir, does your report

24   reflect or contain all of the opinions that you

25   intend to offer at trial in this case?
```

Confidential   Pursuant to Protective Order

```
 1        A     Yes.

 2        Q     I know you're reserving the right to

 3   supplement, but at this time, do you have any

 4   plans to supplement your report?

 5        A     No.

 6        Q     Okay.

 7              MR. MIZGALA:  Let's turn to page

 8         5, please.  Page 5.

 9              There you go.

10   BY MR. MIZGALA:

11        Q     Okay.  Doctor, this section is titled

12   "Expert Approach and Methodological Assessment."

13              Right?

14        A     Yes.

15        Q     You spent a lot of time talking with

16   Ms. Althoff yesterday about your methodology or

17   approach.

18              Was there anything different about how

19   you approached your review of the Takeda images

20   versus your review of the AstraZeneca images?

21        A     No.

22              MR. PENNOCK:  Objection.

23        A     No.

24   BY MR. MIZGALA:

25        Q     You also -- on the first line, it says,
```

```
 1      "Similar to my approach regarding the non-clinical

 2      studies sponsored by AstraZeneca and Pfizer

 3      Wyeth."

 4              What studies -- nonclinical studies did

 5      you review with respect to Pfizer?

 6      A       I was giving -- I was given studies

 7      that were conducted by Pfizer Wyeth.

 8      Q       Relating to what drug?

 9      A       To proton-pump inhibitors.

10      Q       Was that to pantoprazole?

11      A       I believe -- I believe so.  I do not

12      remember exactly.

13      Q       Okay.  But you haven't written a report

14      with respect to your review of those studies; is

15      that correct?

16      A       I have not written a separate report on

17      those studies.

18      Q       Okay.  You say here first you "sought

19      to obtain information about nonclinical testing

20      programs performed by Takeda."

21              Correct?

22      A       Correct.

23      Q       And it says you "considered and relied

24      on defendant-manufacturer, regulatory submissions,

25      consisting of, among other things, non-clinical
```

Confidential - Pursuant to Protective Order

```
 1    trial indices and study reports."

 2              Right?

 3       A     Yes.

 4       Q     Okay.  Any -- any other regulatory

 5    submissions beyond nonclinical trial indices and

 6    study reports did you consider for your opinions?

 7       A     No.

 8       Q     Did you review any of the FDA

 9    reviews -- the pharmacology reviews of Takeda's

10    nonclinical studies?

11       A     One moment.

12              I believe not.

13       Q     Okay.  Did you ask for those?

14       A     I believe not.

15       Q     You know those are publicly available

16    online?

17       A     I was not aware.

18       Q     Okay.  And it says you also "considered

19    documents produced as part of the litigation

20    process, deposition testimony, and other

21    company-specific documents."

22              Correct?

23       A     Yes.

24       Q     Okay.

25              MR. MIZGALA:  Let's go, Jeff, to
```

Confidential    Pursuant to Protective Order

```
 1              the document.  And this is going to be

 2              Exhibit 14.  It's Dr. Gilbert Moeckel,

 3              PPI MDL 5.20.21 Expert Report - Exhibit

 4              B, Materials Considered.

 5                  (Whereupon, Exhibit No. 14,

 6                  Materials Considered by Expert Dr.

 7                  Gilbert W. Moeckel, was marked for

 8                  identification.)

 9                  MR. MIZGALA:  Excellent.

10   BY MR. MIZGALA:

11       Q    Okay.  And, Doctor, this is your

12   materials considered list; is that correct?

13       A    That is correct.

14       Q    Okay.  The first thing listed are a

15   couple depositions for David Crawford and Stuart

16   Levin.

17              Did you read those depositions?

18       A    I read the deposition on Stuart

19   Levin -- by Stuart Levin.

20       Q    The entire deposition?

21       A    I believe so, yes.

22       Q    Okay.  And did you get all the exhibits

23   to that deposition?

24       A    I believe so.

25       Q    Okay.  And so you did not read
```

Confidential - Pursuant to Protective Order

```
 1    Dr. Crawford's deposition; is that correct?

 2         A    That is correct.

 3         Q    Okay.  The labels for Dexilant,

 4    Prevacid, did you review all those?

 5         A    Yes, I reviewed them.

 6         Q    Okay.  Then there's a section -- it

 7    says "Designated Confidential Documents Produced

 8    by Takeda."  And there's 37 of them.

 9              Did you review all of those?

10         A    Yes.

11         Q    Okay.  And what are those -- what was

12    in those documents, sir?

13         A    I don't remember everything off the top

14    of my head.

15         Q    Okay.  How long did it take you to

16    review those 37 documents?

17         A    A very long time.  I do not have exact

18    hours off the top --

19         Q    Okay.  And then --

20         A    -- off the top of my head.

21         Q    Okay.  Then there's a list of 54.  And

22    it says "Takeda Conducted Non-Clinical and

23    Clinical Trials of Prevacid and Dexilant."

24              Did you review any clinical trials,

25    sir?
```

Confidential - Pursuant to Protective Order

```
 1        A      I -- I did not review clinical trials,
 2   no.
 3        Q      Okay.  So just -- just 54 nonclinical
 4   trials; is that right?
 5        A      Yes.
 6        Q      And how long did that take?
 7        A      Many hours.  I do not know off the top
 8   of my head how many exactly.
 9        Q      Okay.  On page 6, there's a -- a --
10   this literature list that goes all the way to page
11   29 -- so 23 pages of literature -- did you review
12   all of those articles, sir?
13        A      Can you repeat that question again?
14        Q      Yeah.
15               You got -- you got 23 pages of
16   literature here.  Did you review -- did you review
17   all -- all of those articles?
18        A      One moment, please.
19               As far as I remember, I reviewed most
20   of these articles, especially those articles that
21   were pertaining to animal studies and toxic
22   mechanisms of PPI, but I also reviewed a large
23   number of clinical papers.
24        Q      Okay.  Finally, on -- on the very --
25   the -- the penultimate page, there's a category of
```

1    other documents.

2              Did you review all of those, sir?

3        A    Let me quickly look at them.  One

4    moment, please.

5              I reviewed most of these.

6        Q    Okay.  The FDA documents, the materials

7    listed, the first several there, summary review,

8    medical review, postmarketing safety review,

9    transcript from the advisory committee --

10       A    Uh-huh.

11       Q    -- summary meeting, meeting summary

12   minutes, citizen petition, did any of those

13   contain any discussion of animal studies and the

14   effects of PPIs on the kidneys of animals?

15       A    Just from the title, I do not remember.

16   I would need to actually see those reports to

17   remind myself whether they contained material.

18       Q    Okay.  And you didn't cite any of those

19   as references for your report; correct?

20       A    That is correct, yeah.

21       Q    Doctor, you reviewed Dr. Levin's

22   deposition; right?

23       A    Yes.

24       Q    Okay.  Do you know Dr. -- who Dr. Levin

25   is?

Confidential   Pursuant to Protective Order

```
 1          A     I -- I have not seen his CV, but I know

 2     that he is a -- an expert, I believe, in

 3     pharmaceutical animal studies.

 4          Q     Okay.  You've never met Dr. Levin; is

 5     that correct?

 6          A     That is right.

 7          Q     Okay.  Do you know anything -- he's

 8     a -- he's a DVM.

 9                Do you know anything about his

10     reputation in the field?

11          A     I think he has a solid reputation, but

12     I do not know specifics about his reputation.

13          Q     Okay.  You -- you also reviewed his

14     notes from his review of Takeda's preclinical

15     studies; correct?

16          A     Correct.

17          Q     Okay.

18                     MR. MIZGALA:  Let's pull that up,

19                Jeff.  It's Levin's notes on lanso and

20                dexolanso.

21                     You're good.

22     BY MR. MIZGALA:

23          Q     Okay.  Are these the notes you

24     reviewed, sir?

25          A     Can I look at the entire document,
```

Confidential - Pursuant to Protective Order

```
1    please?

2         Q    Sure.

3                   MR. MIZGALA:  And this is

4              Exhibit 15.

5                   (Whereupon, Exhibit No. 15, Stuart

6              Levin, Notes on Lansoprazole and

7              Dexlansoprazole Nonclinical

8              Toxicity Studies, dated Feb 5,

9              2019, was marked for

10             identification.)

11                  THE WITNESS:  Can you enlarge it,

12             please?  Make it bigger?

13                  Yeah.  Thank you.

14                  Could you scroll down, please, a

15             little bit?

16                  Scroll down some more, please.

17                  And scroll down, please.

18                  Okay.  And some more.

19                  And scroll down, please.

20        A    Uh-huh.

21   BY MR. MIZGALA:

22        Q    Sir, is this a document you reviewed?

23        A    I believe that I've seen this document

24   at some point, yes.

25        Q    Okay.
```

Confidential - Pursuant to Protective Order

```
 1              MR. MIZGALA:  Let's go quickly

 2         back to his -- his report, Exhibit 13,

 3         page 5.  Blow up footnote 3.  Okay.

 4   BY MR. MIZGALA:

 5      Q    You say, "In addition to the indices

 6   and studies themselves, I reviewed the document

 7   entitled: 'Notes on lansoprazole and

 8   dexlansoprazole nonclinical toxicity studies'

 9   authored by Dr. Stuart Levin, Ph.D. dated February

10   5, 2019."

11         Okay.  Let's go back to Exhibit 15,

12   first page.

13         This is the document you identified in

14   footnote 3; right, Doctor?

15      A    That's correct.

16      Q    Okay.  Let's go to the second page,

17   second paragraph.

18         Dr. Levin states he reviewed the

19   reports and data from the studies listed in

20   Appendix 1, which, to his knowledge, this included

21   all the studies with treatment periods of 13 weeks

22   (3 months) or longer.

23         Any issue with that approach, Doctor?

24      A    I -- I have no objection to this

25   approach, no.
```

Confidential   Pursuant to Protective Order

1       Q    Okay.  And where he says, "In the" --

2    "In the case of chronic kidney injury and

3    nonclinical toxicity studies, the focus of my

4    investigation, I looked for dose-related increases

5    in the clinical pathology measurements of blood

6    urea nitrogen (BUN) or creatinine as indicators of

7    advanced kidney damage; increased kidney weights;

8    increased incidences of certain histopathology

9    lesions."

10            Any issue with that approach?

11      A    No.  No objection to that approach.

12      Q    Is that similar to what you -- you did

13   when you looked at the studies?

14      A    Yes.  I would say that is fairly

15   similar to what I did when I looked at the

16   studies.

17      Q    Okay.

18            MR. MIZGALA:  Let's go back to

19            Exhibit 13, page 5, please.

20            Up a little higher.

21            Okay.  Right there.

22   BY MR. MIZGALA:

23      Q    Okay.  This paragraph that starts, "As

24   in the case of my approach to the AstraZeneca and

25   Pfizer Wyeth non-clinical studies, after

Confidential     Pursuant to Protective Order

1    determining the extent and type of studies

2    performed for each of these products, I determined

3    those studies that would provide the most useful

4    and relevant information for me to form my

5    opinions."

6              Right?

7        A    Yes.

8        Q    And I believe that yesterday you

9    testified that you reviewed dozens and dozens of

10   preclinical studies; correct?

11       A    Correct.

12       Q    Okay.  And when you reviewed those, if

13   you didn't see evidence of impaired renal

14   function, you didn't want to see the slides for

15   those studies; correct?

16              MR. PENNOCK:  Objection.

17       A    It was not based on a single parameter.

18   I would say if the -- the degree of renal function

19   as determined, for instance, by creatinine and BUN

20   values -- although creatinine was rarely used in

21   my experience, it was predominantly BUN values,

22   which are not that sensitive, but when there

23   was -- among other things.

24              As you know, I looked at a -- a number

25   of parameters as criteria why I selected certain

Confidential - Pursuant to Protective Order

```
 1    studies, and one of them certainly would be to

 2    look at, for instance, elevated BUN levels as a

 3    criterion to select that study, yeah.

 4    BY MR. MIZGALA:

 5         Q    Sir, you said yesterday if there was

 6    any strong single -- signal of -- of renal injury,

 7    then you didn't look at those studies any further;

 8    correct?

 9              MR. PENNOCK:  Note my objection.

10              If -- if you want to point him to

11              testimony from yesterday, you're going

12              to need to pull that up and show it to

13              him.

14    BY MR. MIZGALA:

15         Q    Do you recall that, sir?

16              MR. PENNOCK:  Objection.

17         A    So as I said, the criteria were

18    multiple that I used to select the studies.  And I

19    said that yesterday, too.

20              And when I say, you know, indication of

21    impaired kidney function or kidney lesion, that

22    would mean that I look in the report for

23    parameters that indicate physiological impairment,

24    but, also, in the histological description,

25    evidence of histological injury and pathologic
```

Confidential - Pursuant to Protective Order

1    lesions.

2            So it was not based on a single

3    parameter or a single entity.  It was a holistic

4    approach looking at all the different kinds of

5    evidence that we know about that indicate kidney

6    injury.

7    BY MR. MIZGALA:

8        Q    And that holistic approach, you -- you

9    mentioned that yesterday.  You know, you said

10   when -- when you're -- when you're reviewing human

11   renal biopsies, you -- you need to look at the

12   gestalt.

13           Do you remember saying that?

14               MR. PENNOCK:  Objection.

15       A    Yes.

16   BY MR. MIZGALA:

17       Q    Okay.  And that's the same thing in

18   these studies; right?  You need to look at the

19   gestalt.

20           You've got to, like, know what's going

21   on with the animals, what -- and you mentioned

22   yesterday feeding can affect things like the --

23   the renal function in rats, you know, high-protein

24   diets.

25           So you need to know that; right, sir?

Confidential    Pursuant to Protective Order

```
 1                    MR. PENNOCK:  Objection.

 2       A     Yes.  You need to know all the

 3    different factors and criteria that I used to

 4    assess impaired kidney function or kidney injury.

 5    BY MR. MIZGALA:

 6       Q     Including species-specific differences

 7    for rats, dogs, and mice; right?

 8       A     As long as it pertains to kidney

 9    pathology.

10       Q     Right.

11             And -- and there are species-specific

12    differences that pertain to -- to kidney pathology

13    for mice, rats, and dogs; right?

14       A     There are some -- some differences

15    between these species, but overall -- and that's

16    why we use them as research tools and as models --

17    most aspects of kidney function in these different

18    mammalian species are very similar.

19       Q     Sir, you spent a lot of time yesterday

20    talking about CPN, chronic progressive

21    nephropathy; right?

22       A     Right.

23       Q     Okay.  Did -- you're not disputing that

24    CPN exists, are you?

25       A     No, I'm not.
```

```
 1        Q     Okay.  And -- and it's a rat-specific

 2   phenomenon; right?

 3        A     Yes.

 4        Q     Okay.  Dogs don't get CPN; right?

 5        A     To my knowledge, dogs do not get CPN.

 6        Q     Okay.  And humans don't get CPN; right?

 7        A     Humans do not get what is described in

 8   the rat as CPN.  So there has to be a distinction

 9   here.

10              Humans do get chronic progressive

11   nephropathy, of course.  Hypertension, diabetes,

12   yes, they can, for instance, cause chronic

13   progressive nephropathy.  And also, chronic

14   progressive nephropathy can have multiple

15   etiologies.

16              So it's -- it's not something that is

17   just specific to one disease entity.

18        Q     Okay.

19        A     It's --

20        Q     I'm talking about the pathology that

21   you see in the rats.  You don't see that in

22   humans, do you?

23                   MR. PENNOCK:  Objection.

24        A     Actually, you do see features described

25   as CPN in the rat in the human, absolutely.  You
```

Confidential - Pursuant to Protective Order

1    see glomerulosclerosis, tubular basement membrane

2    thickening, tubular atrophy, all these

3    characteristic findings of CPN, yes, we can see

4    them in the human, absolutely.  I see them every

5    day.

6    BY MR. MIZGALA:

7        Q     And -- and -- and as you noted, you see

8    them secondary to things like diabetes and

9    hypertension; right?

10       A     Well, that cannot be said like this.

11   We do not understand all the different factors,

12   physiological, genetical factors, that actually

13   lead to the features of glomerulosclerosis and

14   tubular basement membrane thickening in humans.

15            In fact, that is a great area of study

16   at the moment to discover genetic predisposition

17   to these lesions in humans.

18       Q     Sir, have you ever diagnosed on a

19   renal -- human renal biopsy chronic progressive

20   nephropathy?

21       A     Almost every day I diagnose on a human

22   biopsy progression of chronic kidney disease which

23   has many similar features of those described in

24   CPN in the rat.

25       Q     Sir, I want to know:  Have you used the

Confidential - Pursuant to Protective Order

1    words "chronic progressive nephropathy" on a renal

2    biopsy for a human?

3         A    I may have used it in some of my

4    descriptions and comments of diagnosis in the

5    past.  I often comment about progressive chronic

6    nephropathy in humans when I see it, and it's --

7    it's -- it's often there.

8         Q    Sir, have you ever diagnosed on a human

9    renal biopsy CKD secondary to PPI use?

10        A    I do not remember off the top of my

11   head that I have used this specific diagnosis

12   recently, but when we have the features of

13   progressive chronic nephropathy or progressive

14   chronic kidney disease in a human biopsy, then all

15   these different etiologies that are currently

16   entertained are certainly taken into account in

17   our discussions.

18        Q    So you said, "Recently."

19             Have you diagnosed anyone with chronic

20   kidney disease secondary to PPI use?

21        A    I -- I do not remember off the top of

22   my head.  And that's why I said, "Recently."  But

23   if it was within the last year, I would remember.

24   Beyond that, I -- I don't remember.  I don't

25   remember all the diagnosis.

```
 1                 I sign out over a thousand kidney

 2      biopsies per year.  I have signed out nearly

 3      20,000 kidney biopsies in my life.  I do not

 4      remember all the diagnosis that I've used.

 5           Q    Going back to page 5 of your report,

 6      toward the bottom of that second paragraph where

 7      you say, "I asked to see kidney tissue" -- "kidney

 8      tissue from studies of different types and

 9      treatment periods to detect whether lesions

10      suggestive of drug toxicity manifested as acute

11      insults and/or chronic lesions."

12                 Right?

13           A    Yes.

14           Q    Okay.  So you were expecting to see

15      lesions suggestive of drug -- drug toxicity;

16      right?

17                 MR. PENNOCK:  Objection.

18           A    As my selection process indicated, I

19      selected reports where I had either reason to

20      believe there might be a toxic renal pathology

21      lesion because of the description in the report or

22      where I was from the design of the study,

23      interested in seeing kidney tissue in order to

24      evaluate whether there might be pathological

25      lesions present that the investigator might have
```

1    missed.

2    BY MR. MIZGALA:

3         Q    And -- and that second category -- so

4    the first category is you -- you picked out

5    studies where you expected to see something;

6    right?  Renal pathology?

7                   MR. PENNOCK:  Objection.

8         A    Yes.

9    BY MR. MIZGALA:

10        Q    Okay.  The second category, you said

11   study designs where the -- the reviewer might have

12   missed something.

13             How did -- explain that to us.  How

14   did -- how did you do that?  What was it about the

15   study design?

16        A    So for instance, if there was a

17   long-term application of the drug over several

18   months where a lesion could be expected because of

19   the long length of the exposure, but the study

20   report either did not mention that they reviewed

21   kidney section; they did not look at them, or

22   where they just had generic sentences saying, you

23   know, the kidneys look completely normal, then I

24   would want to look at those studies in more

25   depths, and also hopefully slides, to see whether,

Confidential - Pursuant to Protective Order

```
 1    you know, there was a lesion or not.
 2         Q    Okay.  You didn't look at all the
 3    studies, though, or you didn't look at slides from
 4    all the studies; right?
 5         A    So I -- I -- I looked at all the slides
 6    of the studies where I received slides.  But I
 7    want to point out that I only received slides on a
 8    small number of studies, certainly not of all the
 9    studies that I requested.
10         Q    Okay.  Continuing on page 5, you say,
11    "My choice of studies to review for each of the
12    PPI products is based upon my experience and
13    training as a renal pathology" -- "pathologist" --
14    sorry -- "and kidney disease researcher."
15              Right?
16         A    Yes.
17         Q    Okay.  And then you say, "These studies
18    included, among others, the nonclinical studies
19    submitted to support the clinical use of PPIs, as
20    identified in regulatory submissions, where the
21    kidneys of the test animals had been harvested and
22    examined."
23              Right?
24         A    So just point me out where -- where is
25    it exactly?  Can you show me that on the screen?
```

Confidential - Pursuant to Protective Order

```
 1        Q     Right.  "These studies" -- see it?

 2        A     Okay.  Yes.

 3        Q     Okay.  So you say "the nonclinical

 4   studies submitted to support the clinical use of

 5   PPIs."  And that means the studies that were

 6   submitted to the FDA for drug approval; right?

 7        A     Yes.

 8        Q     Okay.  And you say, "These studies

 9   included, among others."

10              What other studies did you look at, if

11   any?

12        A     I do not remember off the top of my

13   head.

14        Q     Okay.  I don't -- in your -- in -- in

15   your report and in your materials considered, I

16   don't see any other nonclinical studies other than

17   those that were submitted by Takeda for drug

18   approval.

19              So the -- are there any other studies?

20        A     I don't remember off the top of my

21   head.

22        Q     Okay.  And you say farther down, "I

23   analyzed studies performed on both young and old

24   animals of different species to discern whether

25   renal effects were consistent (or not) across
```

```
 1    different age groups and different species."

 2             Right?

 3       A    Yes.

 4       Q    Okay.  Why is consistency, or not,

 5    across different age groups and different species

 6    important?

 7       A    So for instance, if you take the lesion

 8    of acute tubular injury which I saw in rats and

 9    dogs and mice, then it tells me that when, for

10    instance, it is dose-dependent, that that is a

11    strong signal of that drug causing tubular

12    necrosis in the kidney.

13       Q    In those animals; right?

14       A    In those animals, yes.

15       Q    Okay.  And -- and you mention dose

16    dependency.

17             Why is that important?

18       A    Because it shows that with increase of

19    the drug present in the system of the animal,

20    there is an increase in injury.  And many drugs

21    have dose-dependent injury effect on respective

22    organs.

23             So that is a well-known and in the

24    literature described feature to evaluate

25    drug-dependent toxicity.
```

Confidential   Pursuant to Protective Order

1        Q     Okay.  And if -- and if it's -- if it's

2   not dose-dependent, what does that mean?

3        A     That it is not dose-dependent.

4        Q     Okay.  Then -- then you're not

5   suspecting that it's a toxicity from the drug;

6   right?

7        A     No, that is not correct what you just

8   said.  Because a drug can do a -- induce a, for

9   instance, hypersensitivity reaction in the setting

10   of acute interstitial nephritis which is not

11   dose-dependent.

12        Q     Okay.  What about your tubular injury

13   that you're talking about --

14              MR. PENNOCK:  Objection.

15   BY MR. MIZGALA:

16        Q     -- not hypersensitivity?

17              MR. PENNOCK:  Objection.

18        A     So acute tubular injury has --

19              (Whereupon, the court reporter

20              requests clarification.)

21              MR. MIZGALA:  Yeah.  I'll just

22              start again.

23   BY MR. MIZGALA:

24        Q     Dose dependency, you mentioned it's --

25   for a hypersensitivity reaction, it may not

Confidential   Pursuant to Protective Order

1    matter.

2            But what about what you talked about,

3    what you saw or you say you observed in these

4    studies, the acute tubular injury, how does dose

5    dependency factor in there?

6                MR. PENNOCK:  Objection.

7        A    Acute tubular injury can be caused by a

8    variety of processes that are called organized

9    necrosis or organized cell death or apoptosis.

10           And we know from brilliant experiments

11   in isolated profuse tubules and in dozens and

12   dozens of animal studies that these organized

13   necrosis and apoptosis processes can be enhanced

14   in a -- in their extent and severity by an

15   increase of the toxic agent that is used to induce

16   these cell death mechanisms.

17   BY MR. MIZGALA:

18       Q    Doctor, I didn't hear you say organized

19   necrosis or apoptosis when you were describing the

20   pathology you observed yesterday.

21           Is -- is that -- is that something you

22   observed in the studies -- in -- in the slides

23   that you reviewed?

24                MR. PENNOCK:  Objection to form.

25           That's a ridiculously butchered

Confidential   Pursuant to Protective Order

1                question.

2                        Objection to your testifying as to

3                what was testified to yesterday.  If

4                you want to talk about his testimony

5                yesterday, please pull it up.  Thank

6                you.

7                        Go ahead.

8                        MR. MIZGALA:  Well, I'm talking

9                about what he didn't testify to

10               yesterday, Paul.  So just calm down.

11   BY MR. MIZGALA:

12       Q    Doctor, did you see apoptosis and

13   organized necrosis in the images of the Takeda

14   pathology that you reviewed?

15                       MR. PENNOCK:  That's a good

16               question in terms of form.  I'm going

17               to not object to that question.  It's

18               not butchered like the other one.

19       A    So obviously, you cannot make by light

20   microscopy the diagnosis of apoptosis versus

21   organized necrosis.

22                       What I saw in the light microscopic

23   examination, which is what the light microscopy

24   allows you to do, you can identify features of

25   tubular injury such as basil- -- a -- a loss of

Confidential - Pursuant to Protective Order

1    brush border, swelling of the cell, nuclear

2    drop-out, sloughing off of the tubular epithelial

3    cells.  All of these are the light microscopy

4    features of acute tubular injury.

5              And on the molecular level, these

6    injuries are caused by, among other things,

7    mechanisms of organized necrosis and apoptosis.

8    BY MR. MIZGALA:

9        Q    Okay.  So based upon the images you

10   received, you were not able to see organized

11   necrosis and apoptosis?

12       A    I cannot differentiate between the two.

13   I could not tell you which one at that time point

14   was present, but I can tell you that certainly one

15   or several of these mechanisms were -- were

16   present.

17       Q    And that's based upon the

18   histopathological features that you could see;

19   right?

20       A    Yes.

21       Q    So you're extrapolating backwards;

22   right?

23              MR. PENNOCK:  Objection.

24       A    We know that acute tubular injury is

25   caused by a variety of mechanisms that include

1    apoptosis and the different forms of organized

2    necrosis, which, by the way, I did mention

3    yesterday, such as ferroptosis, pyroptosis,

4    necroptosis, which I mentioned yesterday.

5            So we know that these mechanisms are

6    the mechanisms that are usually involved in acute

7    tubular injury.

8    BY MR. MIZGALA:

9        Q    Okay.  And -- and I remember you

10   mentioning those specific mechanisms.  I was just

11   asking you if you actually observed them in the

12   slides.

13           MR. PENNOCK:  Objection.  There's

14           no question.

15       A    It is not -- it is not possible to

16   observe them by light microscopic inspection.

17   BY MR. MIZGALA:

18       Q    Okay.  And you mentioned a variety of

19   different potential mechanisms that could be

20   causing acute tubular injury; correct?

21       A    Yes.

22       Q    Okay.  Do you know which one was at

23   play in the rats that -- from the -- from the

24   images you observed?

25           MR. PENNOCK:  Objection.

```
1          A     I -- are you asking me to tell you

2     which type of organized necrosis was present?

3     BY MR. MIZGALA:

4          Q     Yeah.

5          A     The tubular injury of the rats?

6          Q     Yeah.

7                Can you do that?

8          A     No.  By light microscopy, you cannot

9     tell that.

10         Q     Okay.  You can't do that for the mice

11    or the dogs either; right?

12         A     Right.

13         Q     Okay.  Bottom of page 5 -- and this is

14    going to -- it goes over.  It says "both high dose

15    studies as well as those in which the dose" --

16               MR. MIZGALA:  Stop right there.

17               Stop.  Go back.  There.  Good.

18    BY MR. MIZGALA:

19         Q     -- "in which doses administered to test

20    animals more closely approximated therapeutic

21    doses in marketed PPI products for...humans."

22               Right?

23         A     Right.

24         Q     Okay.  What is the dose of lansoprazole

25    in rats in milligrams per kilogram per day that
```

Confidential - Pursuant to Protective Order

1    most closely approximates the therapeutic dose

2    in -- in humans?

3        A    So let me just quickly review.

4        Q    What are you reviewing, Doctor?

5        A    Oh, I'm just reviewing the different

6    dosages that were used.

7             And I -- I -- I just want to say as a

8    qualifier that I am not an internist.  So I'm not

9    prescribing these drugs to humans.

10            But it -- it is my understanding that

11   concentrations that are in the realm of 1.5 to

12   about 15 milligrams per kilogram per day is in the

13   realm of the drug concentration's use in patients.

14       Q    You said 1.5 to what?

15       A    To 15 milligrams per kilogram per day.

16       Q    Okay.  That's a tenfold difference;

17   right?

18       A    Right.

19       Q    So you're saying -- that doesn't make

20   sense, Doctor, does it?

21       A    Actually, it does -- it does make

22   perfect sense.

23            What I'm saying is -- and I want to

24   point out again I'm not an internist who

25   prescribes these drugs to patients, but from my

```
 1     review of the literature, I understand that

 2     concentrations that are in between 1.5 milligram

 3     per kilogram per day to -- maximum up to

 4     15 milligrams per kilogram per day are within the

 5     range that is the prescribed dose in patients.

 6          Q     Okay.  That 1.5 to 15 milligrams per

 7     kilogram per day, are -- is that -- are you

 8     talking about a dose in a rat?  Are you talking

 9     about a dose in a human?

10          A     I believe that that concentration would

11     be in the range of what is given to humans.

12     Although, I want to say that I do not prescribe

13     this drug to patients.

14          Q     Okay.  What -- but you talk about doses

15     administered to test animals that most -- more

16     closely approximated therapeutic doses.

17                What -- I'm just trying to understand

18     what dose that is in a rat in a milligram per

19     kilogram per day that more closely approximate --

20     approximates what's happening in humans?

21          A     Well, we have to ask the rat whether it

22     suffers from reflux disease.

23                But what I meant with this sentence was

24     that that concentration range is approaching more

25     closely the therapeutic dosage range that is used
```

Confidential - Pursuant to Protective Order

1    for PPIs in humans.

2         Q    Okay.  And I -- I appreciate that.

3              And what is the dose you would give to

4    a rat to approximate the range that you would

5    see -- expect in humans?

6                   MR. PENNOCK:  Objection.  Asked

7              and answered.

8                   Go ahead.

9         A    So --

10   BY MR. MIZGALA:

11        Q    Do you know, Doctor?

12                  MR. PENNOCK:  Objection.

13                  Are you withdrawing the last

14             question?

15                  MR. MIZGALA:  No.  I'm following

16             up on it.

17   BY MR. MIZGALA:

18        Q    Doctor, do you know what it is?

19        A    I don't treat --

20                  MR. PENNOCK:  Objection.  Form.

21        A    I don't treat rats for gastric reflux

22   or that kind of disease.  So I -- sorry.  I cannot

23   interview my rats whether, you know, that drug

24   range helps them better than not.

25                  So I -- I -- I think your question is

Confidential   Pursuant to Protective Order

1    nonsensical to me, but --

2    BY MR. MIZGALA:

3        Q    Well, that -- you -- okay.

4             If you were -- if -- you're a

5    scientist; right, Doctor?

6        A    Right.

7        Q    If you're not comparing the -- the --

8    the level of dose you're giving to the rats to

9    what you would expect to use -- see in humans, how

10   can you make a valid comparison?

11            MR. PENNOCK:  Objection.

12       A    Well, I think the thing -- as I said

13   before, the -- the dosage range that I mentioned

14   before is more comparable to what the dosage range

15   is that is given by internists to humans.  So this

16   is all I'm saying.

17            Whether it has the -- whether it's the

18   optimal dose to treat a rat for peptic ulcer

19   disease, I don't know.  That's a question for a

20   veterinarian.

21   BY MR. MIZGALA:

22       Q    Doctor, I'm not talking about treating

23   the rat for GERD or peptic ulcer disease.

24            I'm talking about:  How do you compare

25   the levels that -- of -- of lansoprazole on a

Confidential   Pursuant to Protective Order

1    milligram per-kilogram per-day basis between a rat

2    and a human?

3              You -- you know people do this all the

4    time; right?

5                    MR. PENNOCK:  Objection.  Form.

6         A    Well, all I can tell you is that the

7    dosage in humans can be expressed in milligrams

8    per kilograms per day.  And it is my

9    understanding, although I'm not an internist, that

10   these dosages that I mentioned earlier are in the

11   same concentration rate if you measured them in

12   the plasma of humans as it's used to treat humans

13   for peptic ulcer disease.

14             So basically, I'm saying that the

15   dosages that are normalized by the kilogram weight

16   would be comparable.

17   BY MR. MIZGALA:

18        Q    Okay.  Some of the rat studies, they

19   gave the rats 5 milligrams per kilogram per day;

20   right?

21        A    Yes.

22        Q    Okay.  And there were studies where

23   they gave them 300 milligrams per kilogram per

24   day; right?

25        A    Yeah.  And even more.  I think I

Confidential - Pursuant to Protective Order

1    remember 2,400 milligrams per kilograms per day.

2        Q    Okay.  Big difference between those

3    doses; right, Doctor?

4        A    Yes.

5        Q    Do you know how the 5 milligram per

6    kilogram per day compares to what a human would

7    experience?

8        A    As I said, I'm not an internist who

9    treats patients with these drugs.  That -- that is

10   not my job.

11           So all I can tell you is that from my

12   review of the literature, I have the impression

13   that 5 milligrams per kilograms per day would be a

14   dose that could be used in humans.

15       Q    300 milligrams per kilogram per day

16   would be a supratherapeutic dose then; correct?

17       A    I -- without being an expert in this, I

18   would assume this, yes.

19       Q    Okay.  Let's go down a little farther

20   on page 6.  It said --

21               MR. MIZGALA:  Right there.

22   BY MR. MIZGALA:

23       Q    You say, "I reviewed the reports

24   described above and identified lesions in the

25   kidney that occurred in greater numbers and in

Confidential - Pursuant to Protective Order

```
 1    greater degrees of severity in the dosed animals

 2    versus the controls."

 3            Right?

 4    A     Let me quickly read where that is.

 5    Q     That first paragraph.

 6    A     Uh-huh.

 7          Yes.

 8    Q     Okay.  So greater numbers and in

 9    greater degrees of severity the -- the lesions

10    were in dosed animals than they were in controls;

11    right?

12    A     Yes.

13    Q     Okay.  And when you say "reports"

14    there, that -- you're -- you're talking about the

15    nonclinical studies you reviewed; right?

16    A     Yes.

17    Q     The ones that were submitted to the FDA

18    as part of the drug approval process; right?

19    A     Yes.

20    Q     Okay.  And the -- and the

21    information -- oh.

22          The information about the lesions in

23    the kidney that occurred in greater number and in

24    greater degrees of severity, that was in those

25    reports that were submitted; right?
```

Confidential   Pursuant to Protective Order

```
 1        A     Yes.

 2        Q     Okay.  And then you say that -- you

 3   noted that "the reviewing pathologist typically

 4   diagnosed these lesions as species-specific,

 5   age-related changes that are irrelevant in humans,

 6   with, at times, only limited descriptions of the

 7   tissues examined."

 8              Right?

 9        A     Yes.

10        Q     And those diagnoses were also included

11   in the reports you reviewed; right?

12        A     Yes.

13        Q     Okay.  So then you say, "Therefore, I

14   asked to examine the harvested renal tissues, to

15   the extent available, in the form of slides or

16   otherwise (preserved renal/kidney tissue;

17   renal/kidney histopathology slides microscopic

18   photographs or other contemporaneous color" --

19   "color imaging) to determine possible etiologies

20   for the pathological descriptions contained within

21   the study reports you reviewed for each of the

22   aforesaid products."

23              Right?

24        A     Yes.

25        Q     Okay.  So prior to receiving the
```

Confidential - Pursuant to Protective Order

1    slides -- or you didn't receive slides on the

2    Takeda -- in -- for Takeda; right?  You received

3    images?

4         A     Yeah.  So they are called virtual

5    slides.

6         Q     Okay.  And that's what you also

7    received for -- for the AZ pathology, too; right?

8         A     Yes.

9         Q     Okay.  And those virtual slides, you

10   decided which virtual slides you wanted to see

11   after reviewing the clinical study -- or the

12   preclinical study reports; right?

13              MR. PENNOCK:  Note my -- note my

14              objection to the use of virtual slides.

15        A     So I requested the virtual slides or

16   the images from Takeda.  I received flash drives

17   with 7,000 images.  And what I did is that I

18   reviewed each file.  These slides come in

19   electronic files.  And I then discerned from my

20   inspection which I wanted to review more closely.

21   BY MR. MIZGALA:

22        Q     But my question, sir, was that:  Before

23   you ever read -- reviewed those slides, you had

24   already reviewed the preclinical study reports and

25   decided which slides you wanted to review; right?

Confidential - Pursuant to Protective Order

```
 1        A     Well, I did not decide which slide I

 2   want to review from the report.  From the report,

 3   I just decided I want to see the slides on this

 4   study.

 5        Q     Right.

 6        A     I did not determine from reading the

 7   report that that slide -- specific slide I want to

 8   look at.

 9        Q     So you decided which sets of slides you

10   wanted to review after reviewing the study

11   reports?

12        A     No.

13              MR. PENNOCK:  Objection.

14        A     No.  I decided to ask for all available

15   kidney slides on a study of interest.

16   BY MR. MIZGALA:

17        Q     Okay.  And how do you define the study

18   of interest?

19        A     I told you many times that I review the

20   study.  I decided, based on the design of the

21   study, the length of the study, the dosage of the

22   drug used, the animal species, the pathologic

23   description by the investigators, which study I

24   wanted to look at.

25        Q     Okay.  And yesterday you said when you
```

Confidential - Pursuant to Protective Order

1    reviewed the AZ slides, you weren't blinded to the

2    treatment group of the animal that you were

3    reviewing; correct?

4         A    Can you repeat this?  You broke up

5    acoustically.

6         Q    Yeah.

7              Yesterday when you talked about

8    reviewing the AZ slides, you said you weren't

9    blinded to the treatment group of the animal?

10                  MR. PENNOCK:  Objection.

11   BY MR. MIZGALA:

12        Q    You were reviewing; right?

13                  MR. PENNOCK:  Objection.

14                  Show him the testimony.

15        A    That is right.

16   BY MR. MIZGALA:

17        Q    Were you -- were you blinded to the --

18   to the Takeda slide treatment group?

19        A    No.

20        Q    Okay.

21                  MR. MIZGALA:  Okay.  Let's go down

22             a little farther.  Okay.

23   BY MR. MIZGALA:

24        Q    And you said this:  You "received 3

25   external hard drives containing over 7,000

Confidential - Pursuant to Protective Order

```
1    digitalized images of kidney tissue sections from

2    a variety of experimental animals from 20

3    preclinical studies."

4              Right?

5       A    Right.

6       Q    Okay.  And, Doctor --

7              MR. MIZGALA:  Let's go down to

8              footnote 4.

9    BY MR. MIZGALA:

10      Q    I want -- you say you didn't get images

11   for this one study, A-29439, but I looked at the

12   hard drives that I got, which were supposed to be

13   the -- the same as yours, and A-29-439 is on the

14   label of one of the hard drives, but when you --

15   when you pull up the -- the files from the study,

16   it's not identified with A-29-439.  It's

17   identified with A-86-3109, which is also on the

18   label.

19             So I think -- I want you to check to

20   see -- you know, you don't have to do it now, but

21   I think you got those images.  I just don't think

22   it was identified as A-29-439; okay?

23             MR. PENNOCK:  Objection to the

24             testimony by counsel.

25             MR. MIZGALA:  I'm not -- I'm just
```

Confidential    Pursuant to Protective Order

```
1              trying to clarify.

2                   Okay.  Let's go back up a little,

3              please.

4                   Stop.

5    BY MR. MIZGALA:

6         Q    Okay.  Doctor, you said -- okay.  Well,

7    you say, "Using a digital slide reader software."

8                   What -- what slide reader software did

9    you use.

10        A    It's called Qpath.

11        Q    Q --

12        A    Path.

13        Q    Path.

14             Is there a hyphen in there, or no?

15        A    No.

16        Q    Okay.  And -- and you say you reviewed

17   each image; right?

18        A    Yes.

19        Q    Okay.  So all 7,000; is that right?

20        A    Yes.

21        Q    Okay.  And then you said, based upon

22   that review, you looked at some more closely; is

23   that right?

24        A    Yes.

25        Q    Okay.  And then it says "noted the
```

```
 1    pathological findings."

 2              What does that mean?

 3        A    So I reviewed the slides, and when I

 4    identified an area of injury, of a pathological

 5    lesion, then I would go high power, which you can

 6    do -- do on these virtual slides, and looked very

 7    closely.

 8              And if I had the impression that that

 9    is a pathological lesion of significance, that's

10    when I took an image.

11        Q    Okay.  So when you say that -- you say

12    you noted the pathological findings, you're -- you

13    weren't actually writing out notes?

14        A    No.  I -- I looked at the images.  And

15    then by visual identification, I see a lesion or

16    not, just like I do every day with kidney biopsy.

17        Q    Okay.  Well -- and -- and when you read

18    a kidney biopsy, you actually dictate a note;

19    right?  A report?

20        A    Yeah.  Later on, when I'm done, yes.

21        Q    Okay.  You didn't do that for each one

22    of these images; correct?

23        A    Correct.

24        Q    Okay.  So the -- the screen shots you

25    created of the histopathic- -- histopathological
```

Confidential     Pursuant to Protective Order

```
 1    lesions appearing in the images, those are what

 2    you included in your report; right?

 3         A    Yes.

 4         Q    Okay.  Are there any screen shots

 5    that -- of the Takeda's images that you did not

 6    include in your report?

 7         A    No.

 8         Q    Okay.  So they're all in here?

 9         A    Yes.

10         Q    Okay.  And the -- like you said, this

11    is what you found to be of interest demonstrating

12    the lesions you were observing; correct?

13         A    Yes.

14         Q    Okay.  And -- and you say right there,

15    "Below is a discussion of the studies for which I

16    received pathology slides that I consider to be

17    most relevant to my opinion that PPIs cause

18    tubular injury."

19              Correct?

20         A    Correct.  Yes.

21         Q    Okay.  You also say, "A brief

22    discussion of other non-clinical studies for which

23    I received pathology images can be found by

24    individual study number in Appendix A attached to

25    this report."
```

```
 1              Correct?

 2      A      Yes.

 3      Q      Okay.  So the studies that are listed

 4  in Appendix A, are those ones that you do not

 5  consider to be most relevant to your opinion that

 6  PPIs cause tubular injury?

 7      A      Let me quickly review my Appendix A.

 8  One moment.

 9      Q      Let's -- let's go to that.  It's on

10  page -- let's see -- 39.

11      A      Uh-huh.

12              Can you repeat your question, please?

13      Q      Yeah.

14              So you -- you said -- you say -- after

15  talking about your review of the images, you said,

16  "Below is a discussion of the studies for which I

17  received pathology slides that I consider to be

18  most relevant to my opinion that PPIs cause

19  tubular injury."

20              And then you added, "A brief discussion

21  of other non-clinical studies for which I received

22  pathology images can be found in individual" --

23  "by individual study number in Appendix A attached

24  to this report."

25              My question was:  Are the studies
```

```
 1    listed in Appendix A ones you considered not to be

 2    the most relevant to your opinion that PPIs cause

 3    tubular injury?

 4        A    I want to say I still consider them

 5    very relevant, maybe not most relevant.

 6        Q    Okay.  Okay.  You have a -- a -- in

 7    Appendix A, you have -- you first talk about the

 8    rat; right?

 9        A    Yes.

10        Q    And then you say "Summary of

11    observations" -- or "Less than one month."

12             "Summary of observations: occasional

13    animals show peri-tubular capillary congestion and

14    acute tubular injury" in that -- two animals;

15    correct?

16        A    Yes.

17        Q    Okay.  Do you know whether those were

18    dosed or control animals?

19        A    I believe they were dosed.

20        Q    Okay.  And then you identify the study,

21    TAP-TA97-832:  "Oral Gavage Toxicity Study with

22    Lansoprazole in Preadolescent Rats."

23             Correct?

24        A    Yes.

25        Q    Okay.  So I take it, Doctor, you would
```

Confidential - Pursuant to Protective Order

```
 1    agree there's no dose-dependent effect in that

 2    study; right?

 3         A    I -- I cannot confirm that unless I

 4    would go back to the study and look exactly at

 5    these animals and see what dosage they got and

 6    what the relationship of the dosage is.

 7         Q    And did you -- did --

 8         A    So off the top of my head, I cannot

 9    tell you that.

10         Q    Okay.  Did you actually do that on any

11    study, Doctor?

12         A    What -- do what?

13         Q    Do a -- do a -- basically a

14    dose-response analysis.

15         A    I looked at the different groups,

16    dosage groups, and I reviewed respective slides

17    from different dosage groups.  And if I saw an

18    increase in the lesion with an increase in dosage,

19    then I would say that that is a lesion that is

20    increasing with dosage.

21         Q    Did you do that for all the animals

22    in -- in a -- in -- let's pick out Study A.  And

23    you've got, let's say, four different groups:  A

24    control and then three different dose groups.

25              Did you actually go through that study
```

Confidential - Pursuant to Protective Order

1    and say, okay, I'm going to look at all the

2    control animals and identify what the level of --

3    what the level of pathology was, dose group one,

4    two, three, do the same thing, and do an analysis

5    across all those dose groups?

6              MR. PENNOCK:  Objection.

7         A    Yes.  That's what I did.

8    BY MR. MIZGALA:

9         Q    Okay.  And -- and where is that?  Where

10   is that analysis?

11        A    Can you repeat and say more precisely

12   what you mean, where that is?

13        Q    Yeah.  Where -- do you have a piece of

14   paper that shows that you did that or --

15        A    No.  This is how I reviewed all the

16   slides.  I said earlier that I looked at all the

17   control and dose animals.  And then when I saw a

18   lesion, I took note of it and took a picture if I

19   think it was relevant.

20        Q    But taking note of it means that you --

21   you -- you know, it -- it caught your attention.

22             It doesn't mean you actually took notes

23   on a piece of paper; right?

24        A    A mental note.  A mental note.

25        Q    Okay.  So your dose-response analysis

Confidential    Pursuant  to  Protective  Order

1    was based upon your mental notes; is that correct?

2         A    Yes.

3         Q    Okay.  Going back to Appendix A,

4    "Longer than 1 year," you have for the rats,

5    "Summary of observations: severe extensive injury

6    with acute tubular injury; nuclear drop out;

7    congestion; cytoplasmic vacuoles; focal cortical

8    necrosis; congestion, extensive basophilia; casts;

9    focal calcifications; and [sic] lymphocytotic

10   infiltrate."

11             And then you identify a study; correct?

12        A    Yes.

13        Q    Were -- those observations, can --

14   can -- do you -- can you tell us, were -- were

15   they seen in the control group, in the dose

16   groups, across the different groups?  They seen in

17   all -- in all animals?

18             What are they -- what do they pertain

19   to?

20        A    To dose animals?

21        Q    Just dosed animals.

22        A    Yes.

23        Q    Okay.  Okay.  In the mouse, you have

24   "Longer than 1 year."

25             "Summary of observations:  While I did

Confidential - Pursuant to Protective Order

```
 1    observe evidence of tubular injury in some control

 2    animals, the injury in control animals was very

 3    mild and very focal."

 4            Right?

 5       A    Yes.

 6       Q    Okay.  So you saw pathology, tubular

 7    injury in some control animals; right?

 8       A    In -- in the -- in this one mouse

 9    study, yes.

10       Q    Okay.  And -- and control animals don't

11    receive drug -- study drug; right?

12       A    They should not receive study drug.

13    They might receive vehicle.  And I do not remember

14    exactly what kind of vehicle these mice might have

15    received.

16       Q    Okay.  If they are not receiving

17    drug -- study drug, then the study drug can't be

18    causing the tubular -- tubular injury that you

19    observed; correct?

20       A    Correct.

21       Q    You also noticed amyloid deposits;

22    right?

23       A    Yes.

24       Q    What are -- what are amyloid deposits,

25    Doctor?
```

Confidential   Pursuant to Protective Order

```
 1       A      Amyloid deposits are deposit of a

 2   certain pathologic protein that is in the

 3   beta-pleated sheet formation and, therefore,

 4   causes abnormal accumulation, specifically in

 5   vascular and capillary structures such as the

 6   glomerulus.

 7              In fact, in the kidney, the glomerulus

 8   is one of the most common locations of abnormal

 9   amyloid protein deposition.

10       Q      And -- and -- and it -- and it's called

11   amyloidosis; correct?

12       A      If it is systemic, and most of

13   amyloidosis diseases are systemic diseases, it's

14   called amyloidosis.

15       Q      Okay.  And -- and that occurs

16   spontaneously in mice; right?

17       A      I -- to be honest with you, I am not an

18   expert in this.  I believe I have seen comments in

19   literature that I reviewed that amyloid may be

20   seen spontaneously in mice.

21              But, again, I would need to review and

22   study that to confirm for sure.

23       Q      Okay.  But amyloid deposits in the

24   kidney can cause renal injury; correct?

25       A      Yes.
```

Confidential    Pursuant to Protective Order

```
 1      Q    Okay.  And the last one, Doctor, dog,

 2    "Less than one month," your summary of

 3    observations is "Minimal injury in most kidney

 4    sections of dosed groups."

 5           Right?

 6      A    Yes.

 7      Q    Okay.

 8              MR. MIZGALA:  Do you want to take

 9           a short break or do you want the keep

10           going?  It's up to you.

11              THE WITNESS:  Yes, I would like

12           maybe a five-minute break?

13              MR. MIZGALA:  Sure.

14              THE VIDEOGRAPHER:  Off the record

15           12:20 p.m.

16              (Whereupon, there was a recess

17              taken from 12:20 p.m. to 12:30

18              p.m.)

19              THE VIDEOGRAPHER:  On the record

20           12:30 p.m.

21    BY MR. MIZGALA:

22      Q    Let's go back to Exhibit, the report,

23    13.

24              MR. MIZGALA:  Why did you stop my

25           video?  It says the host --
```

Confidential    Pursuant to Protective Order

```
 1                    THE VIDEOGRAPHER:  Yeah.  I -- I

 2              meant to stop mine.  I'm sorry.  I

 3              think your picture moved right when I

 4              clicked on it some -- for some reason.

 5                    There you go.

 6                    MR. MIZGALA:  I thought Paul was

 7              at work.

 8                    Hi, Bess.

 9                    MS. DeVAUGHN:  Hi.

10    BY MR. MIZGALA:

11         Q    Let's go -- let's jump back -- I want

12    to ask you a question here.

13                    On page 6 -- okay.

14                    MR. MIZGALA:  Blow up the lower

15              part of that.  A little farther down.

16                    Yeah.  There you go.

17    BY MR. MIZGALA:

18         Q    Doctor, the -- the sentence that says,

19    "Below is a discussion of the studies for which I

20    received pathology slides that I considered to be

21    most relevant to my opinion that PPIs cause

22    tubular injury," you're talking about causing

23    tubular injury in animals; correct?

24         A    Correct.

25         Q    Okay.  At the bottom here, it says, "In
```

Confidential   Pursuant to Protective Order

```
 1    Appendix B (also attached to this report), I

 2    discuss other non-clinical studies by individual

 3    study" --

 4                    MR. MIZGALA:  Go down a little

 5             bit, please.

 6                    Stop.

 7    BY MR. MIZGALA:

 8        Q     -- "number for which I...requested

 9    pathology slides, but these other slides were

10    not...available to me."

11                Right?

12        A     Yes.

13        Q     Okay.

14                    MR. MIZGALA:  Let's jump to page

15             41, please.  In Appendix B; right?

16    BY MR. MIZGALA:

17        Q     And these are the -- those -- these are

18    the studies you were referring to in your report;

19    right?

20        A     One moment, please.  I'm sorry.  I just

21    want to find those in my report real quick.

22                Yes.  That is correct.

23        Q     Okay.  I counted 21 studies.

24                Does that seem right to you?

25        A     Yes.
```

Confidential    Pursuant to Protective Order

```
 1        Q      Okay.  And there's this column that's
 2   on there, the final column.  It says "Relevant
 3   Excerpted Kidney Pathology Findings as Described
 4   in Study Reports."
 5               Right?
 6        A      Right.  Yes.
 7        Q      Okay.  So you took that -- the
 8   information in that column is directly from the
 9   study reports that were submitted to the FDA as
10   part of the drug approval process; right?
11        A      Right.
12        Q      Okay.
13               MR. MIZGALA:  Let's go back to
14               page 6.  Actually, page 7.
15   BY MR. MIZGALA:
16        Q      Okay.  Doctor, you talk about reviewing
17   "a 1994 summary report entitled A-29-2116:
18   Preclinical Expert Report Lansoprazole (Long-Term
19   Maintenance Treatment) authored by Takeda
20   Consultant in Toxicology Dr. Ralph Heywood, Ph.D."
21               Correct?
22        A      Yes.
23        Q      Okay.  Do you know who Dr. Heywood is
24   or was?
25        A      Yeah.  I believe he is one of the
```

Confidential   Pursuant to Protective Order

1    scientists involved in the Takeda studies.

2         Q     Do you know anything about his

3    reputation in toxicology?

4         A     I -- I have not studied his CV.  I

5    believe that he is a reputable scientist, but I do

6    not know specifics.

7         Q     Okay.  You -- you copied some of the

8    language from his report down there.

9                    MR. MIZGALA:  Go down to that

10                indented paragraph.  Blow that up a

11                little bit.  Make it easier to see.

12   BY MR. MIZGALA:

13        Q     Okay.  And it says, "The severity of

14   nephropathy (CPN), a rat specific lesion showed an

15   increase in comparison with controls in both

16   carcinogenicity as [sic] studies with dosing 7

17   days a week.  This was particularly true with

18   respect to the female animals.  The nature of the

19   increase was minor as it did not lead to an

20   increase in mortality as a result of renal

21   failure."

22                That's what you put in your report;

23   right?

24        A     Yes.

25        Q     Okay.  And all that is true; right?

1        A      This is what he described or concluded

2     from these studies.

3        Q      Okay.  And do you disagree with his

4     conclusion?

5        A      I -- I would not agree with the word

6     that the nature of the increase was minor.

7        Q      Okay.  Well, how about the first

8     sentence, would you disagree with anything there?

9        A      No.

10        Q      And the second sentence, that it was

11     particularly true with respect to female animals?

12        A      I do not disagree with that sentence.

13        Q      Okay.  So you disagree that the

14     increase was minor.

15              What -- how would you characterize the

16     increase?

17        A      I believe that in some studies, we saw

18     a significant increase in pathology.

19        Q      Okay.  And when you say "significant,"

20     can you quantify that in way?

21              Are you talking about statistically

22     significant or just based upon your impression

23     based upon your review and mental notes?

24        A      With "significant," I mean that the

25     lesion was extensive.

Confidential - Pursuant to Protective Order

```
 1        Q    Okay.  Compared to what you saw in the

 2   controls; right?

 3        A    Yes.

 4        Q    Okay.  And, again, that's based upon

 5   what you describe as your mental notes; right?

 6        A    Yes.

 7        Q    Okay.

 8             MR. MIZGALA:  Jeff, let's pull up

 9             what's marked as A-29 -- A-29-2166.

10             And that'll be the next exhibit.

11             (Whereupon, Exhibit No. 16,

12             Preclinical Expert Report

13             Lansoprazole, was marked for

14             identification.)

15   BY MR. MIZGALA:

16        Q    Okay.  Doctor, you -- you recognize

17   this as the report by Dr. Heywood?  You see up

18   there at the top right "A-29-2116."

19             Right?

20        A    Yes.

21             MR. MIZGALA:  Okay.  Let's go to

22             page 18, please.  Okay.

23             When you see "Kidney," blow that

24             up from there down.

25                  No.  Back.
```

Confidential - Pursuant to Protective Order

```
 1                    You see where it says "Kidney"?

 2                    Now go down a little bit.

 3                    Right there.  Okay.

 4       BY MR. MIZGALA:

 5            Q    So you included that first paragraph --

 6       part of that first paragraph; right?

 7            A    Yes.

 8            Q    Okay.  And you did not include the

 9       section about mice; right?

10            A    No.

11            Q    And what Dr. Heywood said was: "No

12       kidney lesions were recorded in mice."

13                 Correct?

14            A    Correct.

15            Q    Any basis to disagree with that?

16            A    Are you asking me a question?

17            Q    Yeah.

18                 Any basis to disagree with his

19       conclusion?

20            A    Well, I reviewed my studies for Takeda,

21       and I did see kidney lesions.  So I would not

22       agree with this sentence.

23            Q    Okay.  And then he provides a comment,

24       "No adverse effects on renal function have been

25       observed in patients treated with lansoprazole,"
```

Confidential   Pursuant to Protective Order

1    citing Colin-Jones, 1993; right?

2        A    That's what he is commenting, yes.

3        Q    Okay.  I did not see Colin-Jones in

4    1993 in your references or in your materials

5    considered.

6             Have you reviewed that study?

7        A    I do not remember.

8        Q    Okay.  So you can't tell me one way or

9    another whether or not it supports the statement

10   that's -- that's there; right?

11       A    Right.

12            MR. MIZGALA:  Let's go to the next

13            page, "Conclusion."  Blow up the

14            "Conclusion," the first paragraph of

15            that.

16   BY MR. MIZGALA:

17       Q    Okay.  Doctor, you noted in your report

18   that -- or you noted that this report identified

19   the kidney as a target organ; right?

20       A    Yes.

21       Q    Okay.  And -- and that's a target organ

22   based on animal studies; right?

23       A    Yes.

24       Q    Okay.  And just because something is a

25   target organ in an animal study doesn't mean it's

Confidential    Pursuant to Protective Order

```
 1   going to be a target organ in humans; correct?

 2       A    No.

 3       Q    No, it's not correct or, no, it is

 4   correct?

 5       A    No.  It is -- basically, if a drug or a

 6   compound is targeting the kidney, so the kidney is

 7   the target organ, then there's a high probability

 8   that it will also be in humans targeting the

 9   kidney.

10       Q    High probability doesn't mean it's

11   going to always do it, though; right?

12       A    High probability would mean that, more

13   often than not, with very high probability, it

14   will also affect the kidney in humans.

15       Q    Okay.  And the way you find that out is

16   by studying humans; right?

17       A    Well, unfortunately -- or fortunately,

18   I should say, we, you know, do not do these kind

19   of toxicological studies in humans.  So that's why

20   we use animal models.  But many of our drugs that

21   are very effective in humans are -- have been

22   tested and evaluated and learned about in animal

23   models.

24            So if you have a drug that in animals

25   shows a affinity to injuring the kidney, you can
```

Confidential   Pursuant to Protective Order

1    expect that there is a high likelihood that it

2    will also affect the kidney in humans.

3         Q    Okay.  And you would expect the -- the

4    folks at the FDA would know this, too; right?

5                   MR. PENNOCK:  Objection.

6         A    Yes.

7    BY MR. MIZGALA:

8         Q    Since they're the ones who look at all

9    this information and decide whether or not a drug

10   is -- is safe and effective; right?

11                  MR. PENNOCK:  Objection.

12        A    Well, I cannot speak for the FDA.  You

13   know, I am a renal pathologist who also does a lot

14   of research with animal experiments.  I cannot

15   speak what the FDA does or conclude or anything to

16   that effect.

17   BY MR. MIZGALA:

18        Q    Okay.  And, Doctor, the last sentence

19   of the -- the -- this paragraph -- the first

20   paragraph says, "The findings in the liver and

21   kidney are of minor consequence, occurring at

22   maximal tolerated doses and above, and do not

23   represent a hazard to man."

24             Any basis to disagree with that?

25        A    Yes, I disagree with that.

Confidential    Pursuant to Protective Order

1      Q      Okay.  What is a maximal tolerated

2    dose?

3      A      A maximum tolerated dose in an animal

4    study is a dose that does not kill the animal.

5      Q      Okay.  And how does that compare to the

6    human dose?

7      A      The maximum tolerated dose in a human

8    is very similar.  It's a dose that the human can

9    tolerate without having severe organ injury and

10   subsequent death.

11     Q      I'm talking about the maximal tolerated

12   dose compared to the human therapeutic dose.

13            Do you know how those compare, say, for

14   the rat?

15            MR. PENNOCK:  Objection to form.

16     A      Yeah.  I would say that the maximum

17   tolerated dose would be significantly higher than

18   what the expected treatment range concentration of

19   that particular drug is.

20   BY MR. MIZGALA:

21     Q      Okay.  And that's something to take

22   into consideration when you're considering the

23   safety of a drug; right?

24     A      Yes.

25            MR. MIZGALA:  Okay.  Let's go back

```
 1                    to his report.  Let's go to page 8,

 2                    please.

 3                         Okay.  Blow that up a little bit.

 4                         Okay.  That's good.

 5       BY MR. MIZGALA:

 6            Q    Okay.  Doctor, we're going to go

 7       through the -- the studies you included now in

 8       your report, similar to what you did with

 9       Ms. Althoff yesterday.

10                    So the first study we're going to talk

11       about is A-29-1977, a "Two-Year Oral Oncogenicity

12       Study in Rats of Lansoprazole."

13                    Right?

14            A    Yes.

15            Q    And what's an oncogenicity study,

16       Doctor?

17            A    This is a study that tests whether the

18       drug causes cancer.

19            Q    Okay.  And two years is a lifetime for

20       a rat; correct?

21            A    Yes.

22            Q    Okay.  And you note, "Per the 1994

23       Preclinical Expert Report," FDA requested that TAP

24       do this study; right?

25            A    Yes.
```

Confidential - Pursuant to Protective Order

```
 1        Q     And they did it at the maximum

 2   tolerated dose; right?

 3        A     Yes.

 4        Q     Okay.  In the next paragraph, you --

 5   you talk about the macroscopic and microscopic

 6   findings; correct?

 7        A     Yes.

 8        Q     Okay.  And you -- you quote from the

 9   study report; is that right?

10        A     Yes.

11        Q     Okay.  So the information in there was

12   information you took from the study report that

13   was submitted to FDA; right?

14        A     Yes.

15        Q     Okay.  And they say in the quote that

16   you have here, "The incidence of chronic

17   progressive nephropathy (Table 53.2-12) was

18   increased compared to the Vehicle Control group"

19   -- "Control A group in the 25, 75, and

20   150 mg/kg/day female rats."

21              Right?

22        A     Yes.

23        Q     Okay.  And -- and you have the table

24   below that you took from the report; right?

25        A     Yes.
```

Confidential   Pursuant to Protective Order

```
 1        Q     Okay.  And the statement that -- the --

 2    the statement that you quoted is true; correct?

 3                   MR. MIZGALA:  Go down to the

 4              table, please.

 5        A     Yes, it is true.

 6    BY MR. MIZGALA:

 7        Q     Okay.  And the -- this -- this table

 8    was included in the study report; is that correct?

 9        A     Yes.

10        Q     Okay.  And when it says "Vehicle

11    Control A," that group received no lansoprazole;

12    right?

13        A     Could you repeat that question, please?

14        Q     The group that's identified as Vehicle

15    Control A received no lansoprazole; correct?

16        A     Correct.

17        Q     Okay.  And yet 44 of those animals were

18    identified as having CPN; correct?

19        A     Correct.

20        Q     Okay.  So that -- that -- and the CPN

21    in those 44, that was not due to lansoprazole;

22    correct?

23        A     Correct.

24        Q     Okay.  Again, CPN is a spontaneous

25    lesion; right?
```

1       A     Yes.  And I assume that they did this

2    accurately and were actually truly seeing CPN.

3       Q     Okay.  Well, Doctor, do you have a

4    table similar to this based upon your

5    observations?

6       A     No, I do not.

7       Q     Okay.  And then it says -- or -- or --

8    and then if you look at the

9    5-milligram-per-kilogram dose, you've got 46 with

10   CPN; correct?

11      A     Correct.

12      Q     Essentially, the same as the control

13   group; right?

14      A     Similar.  Not same.  Similar.

15      Q     Right.

16            Forty-four and forty-six; right?

17      A     Yeah.  It's similar.

18      Q     And -- and if you look at the

19   75 milligrams, you have 65 animals with CPN;

20   correct?

21      A     Yes.

22      Q     And in the 150-milligram, it's 67;

23   right?

24      A     Yes.

25      Q     So, again, you'd say those are similar?

1        A       Those are similar.

2        Q       Okay.  And you didn't do a

3    dose-response -- you didn't calculate a

4    dose-response curve for this study; correct?

5        A       No, I did not.

6                MR. MIZGALA:  Okay.  Go down --

7            right there.

8    BY MR. MIZGALA:

9        Q       You say, "The study authors, citing to

10   Bowman...et al, (1990)," attributed the

11   microscopic renal findings in the females to

12   chronic progressive nephropathy.  And you have,

13   "'Chronic progressive nephropathy' as a 'common

14   spontaneous renal lesion in Sprague-Dawley rat,'

15   particularly in males."

16           Right?

17       A       Right.

18       Q       And that's true; right?

19       A       Yes.

20       Q       Okay.  And then you have Dr. Levin

21   quoting -- you're quoting from Dr. Levin's notes,

22   and you have a paragraph here.  I'm -- I'm not

23   going to read the whole thing.

24           Is there anything in that paragraph you

25   disagree with?

Confidential   Pursuant to Protective Order

1      A      Yeah.  I disagree with a lot in this

2   paragraph.

3      Q      Okay.  Start at the beginning.  Tell me

4   what you disagree with.

5      A      I -- I don't agree that CPN as a

6   spontaneously progressive disease occurs in rats

7   at the age of three months.

8      Q      Okay.  Okay.  Well, let -- the first

9   sentence, is there anything you disagree with in

10   the first sentence?

11      A      No.

12      Q      Okay.  The second sentence, anything

13   you disagree with in there?

14      A      No.

15      Q      Okay.  So you -- you disagree that CPN

16   can first be detected around three months of age

17   in -- in -- in rats; correct?

18      A      Correct.

19      Q      Okay.  Yesterday you said you can't see

20   it until 18 months; right?

21              MR. PENNOCK:  Objection.

22      A      Correct.

23   BY MR. MIZGALA:

24      Q      Okay.  But you do agree that the

25   incidence of CPN and the severity of CPN increases

Confidential   Pursuant to Protective Order

```
1    with the age of the rat; right?

2        A     Yes.

3        Q     Okay.  Okay.  So the next sentence, "So

4    it is not surprising that the incidence of this

5    spontaneous disease would be higher in groups that

6    had better survival," do you agree with that or

7    disagree with that?

8        A     I think this is too general.  I think

9    that not necessarily all old rats get CPN.

10            So I think that this is just a semantic

11   assumption that a group that has better survival

12   would show increase in CPN.  I think that is not

13   pertinent to the study.

14                 MR. MIZGALA:  Can you go up a

15            little bit to the table, please?

16            Stop.

17   BY MR. MIZGALA:

18       Q     Okay.  Doctor, out of -- let's look at

19   the control.

20            Out of 70 rats -- the number examined;

21   right?

22       A     Right.

23       Q     -- 44 had CPN; right?

24       A     Right.

25       Q     Okay.  So not all, but a pretty --
```

Confidential   Pursuant to Protective Order

```
 1    pretty significant number of the rats got CPN;

 2    right?

 3         A    Right.

 4         Q    And -- and you do know that CPN is

 5    strain-specific in rats; right?

 6         A    There are strains that have a higher

 7    incidence of CPN than others.

 8              MR. MIZGALA:  Okay.  Let's go down

 9         a little bit.

10              Stop.

11    BY MR. MIZGALA:

12         Q    And it says, the final sentence, "The

13    severity of CPN in the 150 group was not

14    increased, as might be expected if the

15    test-article caused a direct...on the kidneys" --

16    "direct effect on the kidneys."

17              Right?

18         A    I disagree with that sentence.

19         Q    On what basis?

20         A    On the basis that if you look in the

21    table at the 150 group, there are 26 with mild CPN

22    compared -- 26 in the TS group with mild CPN

23    compared to only 4 in the vehicle group.  And

24    together you have 43 with mild CPN versus the

25    vehicle group has 28 with mild CPN.  I think that
```

Confidential - Pursuant to Protective Order

1    is a significant increase of the incidence of

2    CPN -- mild CPN in these animals.

3              So just by looking at the total

4    numbers, I don't think that you can redissect the

5    individual pathological signals.

6        Q    And -- and you're getting that just by

7    looking at the table; right, Doctor?

8        A    Yes.  I look at the data.

9        Q    Okay.  And -- and, again, FDA had this

10   data; right?

11              MR. PENNOCK:  Objection.

12       A    I believe so, yes.

13   BY MR. MIZGALA:

14       Q    Okay.  What about the fact that

15   there's -- there's four severe animals in the

16   control group and none in the 150-milligram group,

17   how does that affect your opinion?

18       A    I think that that is possibly just a

19   statistical evidence in this spontaneously

20   occurring lesion in the control animals.

21              I don't think that that is as

22   significant as the increase with mild CPN in the

23   hundred and fifty group compared to all other

24   groups.  And, you know, I -- this is also a study

25   that did not really test for a full development of

Confidential - Pursuant to Protective Order

1    CPN in the animals.

2            So I think that we have this

3    significant increase in mild CPN in the hundred

4    and fifty group might actually be an important

5    signal that the high concentration of the drug is

6    initiating, at this time point of the age of the

7    rat, this lesion.

8        Q    Doctor, if you compare the 150 to 75,

9    there -- there's really no difference in the

10   severities; correct?

11       A    They're similar.

12       Q    And, in fact, there's -- there's --

13   there's severe in the 75 and, again, there's no

14   severe in the 150; right?

15       A    Yeah.  But there are also eleven

16   moderate in the hundred and fifty and only seven

17   moderate in the seventy-five.  I would say that is

18   a significant increase.

19       Q    Okay.  And -- and five versus zero,

20   would you say that's a significant increase?

21            MR. PENNOCK:  Objection.

22       A    Well, you know, it seems like, when you

23   look at severe in all groups, there are two to

24   four in all groups.  So, no, five is not

25   significant.

Confidential - Pursuant to Protective Order

1    BY MR. MIZGALA:

2        Q    No.  I'm talking about the 70 -- you

3    made a comparison of the 150 to 75.

4        A    Yes.

5        Q    And you were looking at moderate, and

6    you said it was significant that in the 150, it

7    was 11, and in the moderate, it was only 7.

8        A    Yes.

9        Q    A difference of four.  You said that

10   was significant.

11       A    Yes.

12       Q    I'm asking you to do the comparison of

13   150, zero in severe, to 75, where there's five

14   severe.

15            That's significant, too; right?

16       A    On the other hand, when you come look

17   at the severe in all other groups, they all have

18   four or so severes.  Only in the 150 that you have

19   no severes.  So that could be an outlier.

20            While when you look at the mild, the

21   numbers are -- they're across all the controls and

22   the different concentrations.  So I think there

23   the -- or the moderate.

24            So there the increase, I think, is

25   much -- so that means that that increase is much

Confidential   Pursuant to Protective Order

1    more significant than what you have in the severe

2    category.

3        Q    Okay.  So a difference of four in

4    moderate is significant, but a difference of five

5    in severe is not?  Is that what you're saying?

6        A    No.  I think you have to look at all

7    the animals across the different gravity of the

8    lesion and dosage.

9            And what I'm saying is the fact that

10   under severe CPN, you have no animals listed in

11   the 150, that could be just a random outlier.

12   While when you look at mild and moderate where the

13   numbers are very comparable in the vehicle and

14   5-milligram groups, once you go to twenty-five,

15   seventy-five, and a hundred and fifty, you see

16   that there is a clearly increase in incidence

17   compared to the vehicle.

18           So I think that that is much more

19   significant if I look at the data sets compared to

20   this one outlier in severe.

21       Q    Okay.  Doctor, did you do any analysis

22   where you controlled for age of the animals?

23       A    In which study?

24       Q    This study.

25       A    In this study?

```
  1        Q     Yeah.

  2        A     Can you repeat your questions?

  3        Q     Yeah.

  4              Did -- when you were talking about

  5    incidence in severity, did you control -- did you

  6    do an analysis that controlled for the age of the

  7    animals?

  8        A     I would not have that data, I believe.

  9        Q     You -- you don't know that data is in

 10    the study tables that were submitted to FDA?

 11              MR. PENNOCK:  Objection.

 12        A     I did not do a analysis according to

 13    the age.

 14              MR. MIZGALA:  Okay.  Let's go down

 15              --

 16        A     I don't -- I don't think that that

 17    matters.

 18    BY MR. MIZGALA:

 19        Q     Okay.  You say you reviewed the images.

 20              MR. MIZGALA:  Let's keep going.

 21              Okay.  Okay.  Stop.

 22    BY MR. MIZGALA:

 23        Q     Okay.  You say here, "As shown below,

 24    and pertinent to my own opinions in this case, the

 25    lesions in the control group are less severe in
```

```
 1      the [sic] dosed groups."

 2              Okay.  Is -- what's that based on?  Is

 3      that based on the images or did you actually

 4      tabulate all that data?

 5      A       That is according to the evaluation of

 6      the extent and degree of acute tubular injury that

 7      I am seeing and the infiltrate and the extent of

 8      the pathologic lesion.

 9      Q       Okay.

10      A       And you --

11      Q       And --

12      A       You don't need to do -- you don't need

13      to do any kind of quantification.  The degree of

14      injury is so much more severe that I think it is

15      striking just from looking at these images.

16      Q       Okay.  These images.

17              But did you -- did you -- did you do --

18      you didn't do like what you -- we saw in Table 11;

19      right?

20      A       No, I did not.

21      Q       Okay.  And when you say -- are you --

22      okay.  And this is for the male animals.

23              And you didn't include -- include the

24      table for the male animals; right?

25      A       Can you repeat your question?
```

Confidential - Pursuant to Protective Order

```
1        Q      Yeah.

2               You had -- the table you had above --

3        A      Yeah.

4        Q      -- was for the female animals; right?

5                   (Whereupon, the court reporter

6                   requests clarification.)

7    BY MR. MIZGALA:

8        Q      Female animals.

9               You didn't include the table -- the

10   similar table for the male animals; right?

11       A      No, I did not.

12       Q      Okay.  Your -- your -- your opinion

13   that the lesions in the control group are less

14   severe than in the dose groups, you still saw

15   lesions in the control groups; right?

16       A      Yes.  For instance, as I point out in

17   the image with the white arrow, there is

18   lymphocytic infiltrate, which in my opinion is a

19   lesion --

20       Q      Okay.

21       A      -- in the animal.

22       Q      And -- and are you saying that the

23   lesions in the control group of the males and the

24   females are less severe than in the dose groups?

25       A      No.  I was -- actually, I believe that
```

Confidential   Pursuant to Protective Order

```
 1    sentence pertains to both male and female.

 2         Q     Okay.

 3                MR. MIZGALA:  Let's go down a

 4         little bit.  Right there.

 5                Go back up a little bit so he can

 6         see the -- little bit more.

 7                There you go.

 8    BY MR. MIZGALA:

 9         Q     Okay.  You say you "observed distinct

10    lesions in these animals.  A, B and C show

11    inflammatory infiltrate (white arrows)."

12                Right?

13         A     Yes.

14         Q     Okay.  And what is inflammatory

15    infiltrate?

16         A     That is an infiltrate in the

17    interstitium of the kidney that consists

18    predominantly of mononuclear cells, and those are

19    usually lymphocytes, macrophages, a small number

20    of plasma cells.

21         Q     Okay.  And what's the significance of

22    that infiltrate?

23         A     It is a sign of inflammation.

24         Q     Where?

25         A     In the tubular interstitial
```

```
 1    compartment --

 2         Q     Okay.

 3         A     -- of the --

 4         Q     And that means you could have the

 5    inflammation in the tubules; right?

 6         A     Right.

 7         Q     You could have the inflammation in the

 8    interstitium?

 9         A     Uh-huh.  Yes.

10         Q     Okay.  You could have the inflammation

11    in the glomeruli; right?

12         A     No.

13         Q     No?

14         A     No.

15         Q     Why not?

16         A     No.  Because the -- the -- the lympho-

17    -- the interstitial lymphocytic infiltrate is

18    always indicative of a inflammatory process in the

19    tubular interstitial compartment.

20         Q     Okay.  So you're saying it's limited to

21    inflammation -- secondary to inflammation either

22    in the tubules or in the interstitium; right?

23         A     Yes.

24         Q     Okay.  And those are two separate

25    anatomic features; right?
```

Confidential - Pursuant to Protective Order

1        A    Yes.

2        Q    Okay.  And you say there is acute

3    tubular injury in B, C and D, red arrows; right?

4        A    Yes.

5        Q    Okay.  And are you saying this is not

6    CPN?

7        A    Yes.  This is not CPN.

8                MR. MIZGALA:  Okay.  Go farther

9            down.  Keep going.  Keep going.  Keep

10           going.

11               So -- right there.  No.  Go just a

12           little farther.

13   BY MR. MIZGALA:

14       Q    Okay.  And -- and the females again,

15   you're observing inflammatory infiltrate and

16   severe acute tubular injury; right?

17       A    Yes.

18       Q    Okay.  And, again, you're -- you're --

19   you're -- you go --

20               MR. MIZGALA:  Go down a little

21           bit.

22   BY MR. MIZGALA:

23       Q    And right there you say what you have

24   observed is not CPN; right?

25       A    Yes.

Confidential   Pursuant to Protective Order

```
 1                    MR. MIZGALA:  Oh.  Oh.  Keep going

 2            down.  Oh.  Back up a little bit.  Back

 3            up.

 4                    Okay.  Right there.

 5     BY MR. MIZGALA:

 6          Q    You say, "However the lesions I

 7     observed in the [sic] dosed" -- "in dosed groups

 8     do not fit in [sic] with the" -- "do not fit

 9     within the CPN definition used by Takeda."

10            Right?

11          A    Yes.

12          Q    Okay.  What is the CPN definition that

13     was used by Takeda?

14          A    So the CPN definition used by Takeda

15     was thickening of the tubular basement membranes,

16     proteinaceous casts, glomerulosclerosis, increase

17     in glomerular basement membrane thickness.

18          Q    And where did you get that definition?

19          A    From the description of the CPN in

20     their studies.

21          Q    Was that description included in this

22     study?

23          A    I would need to go back and look at the

24     study.

25          Q    Okay.
```

Confidential - Pursuant to Protective Order

```
 1                    MR. MIZGALA:  Okay.  Go down a
 2          little bit.  Stop.
 3    BY MR. MIZGALA:
 4       Q    Okay.  You say, "What was striking
 5    in...review of the kidney tissue sections was a
 6    significant increase in extent of tubular injury
 7    and inflammatory infiltrate with increased dosage
 8    of lansoprazole."
 9          Right?
10       A    Yes.
11       Q    Again, you didn't tabulate your results
12    or generate a dose-response curve; right?
13       A    No.
14       Q    And you say, "That should have raised a
15    concern by the investigators to consider a drug
16    dependent etiology of the tubular injury and the
17    inflammation that is clearly seen on a microscop-
18    -- "on microscopic inspection."
19          Right?
20       A    Yes.
21       Q    Then you say, "This in turn should have
22    prompted the investigator to recommend that
23    further toxicology studies more focused on the
24    kidney itself be conducted."
25          Right?
```

```
 1        A     Yes.

 2        Q     What would those toxicology studies be?

 3        A     Well, those would be studies that use

 4   PPIs in different -- normal animals and -- and in

 5   animals that have a kidney injury model to see

 6   whether the drug would exacerbate the injury.

 7              You could, for instance, use a chronic

 8   injury model and see whether the drug exacerbates

 9   chronicity in this model or you could use an acute

10   tubular injury model and see whether the drug

11   exacerbates the acute lesion there.

12              So basically, there are many tools and

13   many species available that can be used to examine

14   in depth, in detail, with much larger numbers of

15   animals over different time spans to assess the

16   effect of acute tubular injury by PPI in rats,

17   mice, dogs, all these different animals.

18              So those should have been the studies

19   that should have been conducted by Takeda.

20        Q     Okay.  And -- and have you ever

21   recommended to a pharmaceutical company that they

22   do such studies?

23        A     I have -- I have never recommended to

24   Takeda or AstraZeneca to do these studies because

25   I was never asked to evaluate these studies by
```

Confidential  Pursuant to Protective Order

```
 1     these pharmaceutical companies.

 2         Q     Have you -- not just Takeda or

 3     AstraZeneca.  Has any pharmaceutical company ever

 4     asked you, based upon preliminary data, to -- what

 5     studies you would recommend they do in follow-up?

 6         A     Yes.

 7         Q     On the -- on kidney data?

 8         A     Yes.

 9         Q     And what was that?

10         A     So I was a consultant for Fleet

11     Pharmaceuticals, and I was asked to conduct animal

12     studies in rats regarding the use of Fleet

13     Phospho-Soda causing acute kidney injury.  And I

14     developed a rat model where I tested the effect of

15     high phosphate concentration on kidney injury.

16         Q     Fleet, that -- that's the company that

17     makes enemas; is that right?

18         A     That's right.

19         Q     And what you were looking at was acute

20     phosphate nephropathy; right?

21         A     Yes.

22         Q     Or nephrocalcinosis; right?

23         A     Well, nephrocalcinosis is actually

24     something else.  Acute phosphate nephropathy is

25     the right term.
```

Confidential - Pursuant to Protective Order

```
 1          Q     Okay.  And that's a -- is that a

 2     crystal nephropathy?

 3          A     Yes.

 4          Q     Okay.  So you weren't looking at acute

 5     tubular injury; right?

 6          A     Yes.

 7          Q     Yes, you were or, yes, you weren't?

 8          A     Yes, I was or, yes, I were.

 9          Q     Via -- not a direct effect, but via

10     crystal nephropathy; right?

11          A     Well, a direct effect of the phosphate

12     on kidney injury.

13          Q     Okay.  Right.

14                But you -- you get these crystals that

15     form, and the crystals cause the acute tubular

16     injury; right?

17          A     The phosphate that is used in the enema

18     causes the acute kidney injury.

19          Q     I -- but what about the tubular injury?

20     You said you were looking at tubular injury.

21          A     Yeah.  Tubular injury, yes.

22          Q     Okay.  But you keep saying acute kidney

23     injury.

24          A     Well, that is the modern term for --

25     that entails acute tubular injury.
```

Confidential   Pursuant to Protective Order

```
1      Q      The phosphate creates -- causes the
2  creation of crystals, which then causes the acute
3  tubular injury; correct?
4      A      Correct.  Yes.
5      Q      Okay.  It's not a direct effect on the
6  tubule -- tubule cells; right?
7      A      Well, it's -- it's a toxic effect on
8  the tubule.
9      Q      A different mechanism than what you're
10 proposing or you believe might be going on with
11 PPIs; right?
12     A      I cannot speak to that effect because I
13 think the mechanism -- the molecular mechanism of
14 how PPIs injure the tubular epithelial cell are
15 still enigmatic, in my opinion.
16     Q      In your discussion about the study that
17 we just went through, did you say anything about
18 crystals?
19     A      Can you repeat the question?
20     Q      Yeah.
21            The study we just went through, you --
22 you talk about acute tubular injury; right?
23     A      Yes.
24     Q      Did you see any crystals?
25     A      Let me just go back.
```

Confidential   Pursuant to Protective Order

```
 1              So in -- in this study, the -- the

 2   Takeda A-29-1977 or TA91-024, I believe I did not

 3   see crystals.

 4        Q    Okay.  Doctor, any evidence that FDA

 5   agreed with your conclusion that there should have

 6   been further studies more focused on the kidney?

 7        A    I cannot speak for the FDA.

 8        Q    Okay.  The next study.

 9              MR. MIZGALA:  Go down a little

10         bit, please.

11              That's good.

12   BY MR. MIZGALA:

13        Q    This is A-29-1986, "Two-Year Oral

14   Oncogenicity Study in Mice of Lansoprazole."

15              Right?

16        A    Right.

17        Q    Okay.  And there were only two groups

18   in this study; right?  A control group and

19   600-milligram-per- kilogram-per-day group?

20        A    I believe so, yes.

21        Q    Okay.  And there were 70 males and 70

22   females in each one of those groups; right?

23        A    I believe so, yes.

24        Q    Okay.  And -- and you've got a

25   conclusion by Dr. Levin there, which you disagree
```

Confidential - Pursuant to Protective Order

1    with; right?

2         A    Yes, that's right.

3         Q    Okay.  And you -- and you disagree with

4    him based upon Table 9 from the study report;

5    right?

6                   MR. PENNOCK:  Objection.

7         A    Yes, that's right.

8    BY MR. MIZGALA:

9         Q    Okay.  And, again, that study report

10   was submitted to FDA as part of the drug approval

11   process; right?

12                  MR. PENNOCK:  Objection.

13        A    Yes, I believe so.

14                  MR. MIZGALA:  Okay.  Let's pull

15             up, Jeff, what's marked as -- what is

16             this? -- "A-29-1986 (renal)."  Okay.

17   BY MR. MIZGALA:

18        Q    Okay.  And do you see at the top,

19   A-29-1986, "Two-Year Oncogenicity Study in Mice."

20             Right?

21        A    Right.

22        Q    Okay.

23                  MR. MIZGALA:  Let's go down.  Keep

24             going.

25                  COURT REPORTER:  Is this marked as

Confidential - Pursuant to Protective Order

```
 1              a new exhibit?

 2                   MR. MIZGALA:  Yes.

 3                   (Whereupon, Exhibit No. 17,

 4                   Scientific Report No. R&D/93/731

 5                   and Table 9, Bates Nos.

 6                   TAKPPI-INDNDA-01620127 through

 7                   TAKPPI-INDNDA-01620135, was marked

 8                   for identification.)

 9                   MR. MIZGALA:  Keep going.

10                   Okay.  Do you have any way to

11              rotate the page?

12                   There we go.  Okay.

13                   Blow that up, please.  Okay.

14    BY MR. MIZGALA:

15         Q    Doctor, this is Table 9 from that --

16         A    Uh-huh.

17         Q    -- right?

18              What --

19         A    Right.

20         Q    What was it about these numbers that

21    cause you to disagree with Dr. Levin?

22         A    So when you look at the "Nephritis,

23    interstitial, chronic" --

24         Q    Right.

25         A    -- you can see that there is a increase
```

1    in mild chronic interstitial nephritis in the

2    600-milligram group.  And that was the signal that

3    I wanted to examine.

4         Q     Okay.  If we look at those numbers

5    across -- you know, let's -- let's break that down

6    a little bit -- "Nephritis, interstitial,

7    chronic," there's 57 in the -- the control group;

8    right?

9         A     Yup.

10        Q     And 56 in the

11   600-milligram-per-kilogram- per-day group; right?

12        A     Right.

13        Q     Okay.  Trace, there's 37 in -- in the

14   control group; right?

15        A     Right.

16        Q     And 26 in the 600 group?

17        A     Right.

18        Q     Mild, you have 12 in the control and 23

19   in the 600; right?

20        A     Right.

21        Q     And in moderate, you've got 8 in the

22   control and 7 in the 600; right?

23        A     Right.

24        Q     There's no dose-response relationship

25   there, is there, Doctor?

```
 1        A     Well, there is a significant increase

 2    in the mild interstitial chronic nephritis, and

 3    that is quite significant.  That is 23 versus 12.

 4    So you have a doubling of mild chronic

 5    interstitial nephritis in the dose group.

 6             I think this is a strong signal and

 7    needs to be investigated.

 8        Q     Okay.  And -- and you got that just by

 9    looking at that table; right?

10        A     Absolutely.

11               MR. PENNOCK:  Objection.

12    BY MR. MIZGALA:

13        Q     What was that, Doctor?

14        A     Yes.

15        Q     Okay.  The table that the FDA had;

16    right?

17               MR. PENNOCK:  Objection.

18        A     I believe they had this at some point.

19    BY MR. MIZGALA:

20        Q     And -- and the -- that -- that chronic

21    interstitial nephritis that was in the control

22    groups -- in the control group, that's not due to

23    lansoprazole; right?

24        A     You know, there are many factors that

25    can induce a chronic interstitial nephritis.
```

Confidential - Pursuant to Protective Order

```
 1    So -- but I would say that it is very likely that

 2    it was not induced by omeprazole.

 3         Q    No.  Lansoprazole.

 4         A    Lansoprazole.  I'm sorry.  I apologize.

 5         Q    Right.

 6         A    Lansoprazole.

 7         Q    The control animals weren't getting any

 8    lansoprazole.  So the pathology seen in them could

 9    not be due to lansoprazole; right?

10         A    Correct.  Yes.

11         Q    Okay.  That is -- is that the only

12    thing you were looking at, Doctor?  You weren't

13    looking at all these other kidney pathologies that

14    were reported to the FDA?

15         A    No.  I -- I mean, I looked at the

16    entire report --

17              MR. PENNOCK:  Note my objection to

18         form.

19              I'm sorry.  Go ahead.

20         A    I looked at the --

21              MR. PENNOCK:  Foundation.

22         A    I looked at the entire report and at

23    the entire data, and that was data that stuck out

24    to me.  And, therefore, I decided to request the

25    kidney sections of that study.
```

```
 1   BY MR. MIZGALA:

 2        Q    Okay.  Let's go back to the report,

 3   Exhibit 13.

 4                  MR. MIZGALA:  Let's see.  Where

 5             are you?

 6                  Let's go down.  Keep going.

 7                  Right there.

 8   BY MR. MIZGALA:

 9        Q    And you say, "After examining the

10   available mice pathology sides, it is my opinion

11   that dosed mice of both sexes showed more

12   extensive tubular lesions than controls and that

13   these lesions represent lansoprazole-associated

14   renal injury that were not accurately categorized

15   by the reviewing pathologist."

16             Right?

17        A    Yes.

18        Q    So the reviewing pathologist got it

19   wrong?  Is that what you're saying?

20        A    Yes.

21        Q    Was he -- do you know who the reviewing

22   pathologist was?

23        A    I would need to go back to the report

24   and look at the personnel list.

25        Q    Okay.  You have no -- do you have any
```

Confidential - Pursuant to Protective Order

```
 1    information about that person's experience

 2    reviewing man -- mouse pathology?

 3        A    I assume that that person has a certain

 4    expertise.  Otherwise, he or she would not be in

 5    the role of reviewing these kidney sections.

 6            But I don't remember off the top of my

 7    head what the name of the person was and what

 8    their experience was.  I was not provided with a

 9    CV.

10        Q    Can you tell me how many mouse two-year

11    oncogenicity studies you reviewed before you

12    reviewed this one?

13        A    I don't know off the top of my head.  I

14    would need to go and find out about that.

15        Q    Where would you need to go to find out

16    about that?

17        A    Oh, I would need to go back here to the

18    list -- I don't know whether I looked at a similar

19    study before this.  I don't know in which order I

20    reviewed.

21            So if you ask me, Have you reviewed a

22    similar study before?

23            I -- I may have reviewed another

24    similar study, you know, in the context of this

25    review before that I just don't remember off the
```

Confidential - Pursuant to Protective Order

1    top of my head and which timely sequence I

2    reviewed which report.

3         Q    Outside of this litigation, Doctor, how

4    many two-year mouse oncogenicity studies have you

5    reviewed?

6         A    None.

7         Q    How about two-year rat oncogenicity

8    studies, outside of this litigation, how many have

9    you reviewed?

10        A    None.

11        Q    And, again, you -- you don't have

12   any -- you have your mental notes, but you don't

13   have any tabulation of your review of the

14   pathology from this study; correct?

15        A    Correct.

16             MR. MIZGALA:  Okay.  Let's go to

17             page 14.

18   BY MR. MIZGALA:

19        Q    Oh, Doctor, before I forget:  The --

20   the images you reviewed, you called them virtual

21   slides?

22        A    Yes.

23        Q    So they were sufficient for your

24   purposes --

25        A    Yes.

Confidential - Pursuant to Protective Order

```
 1      Q     -- in this -- okay.

 2            And, in fact, you took screen shots,

 3      and you included them here to demonstrate the

 4      pathology you observed; right?

 5      A     Yes.

 6      Q     Okay.  And these are the kind of things

 7      you see in journals, publications all the time;

 8      right?

 9      A     I also see them in practice.  I see

10      tubular injury every day.

11      Q     No, no, no.

12            I mean, the, you know,

13      photomicrographs, whatever images, they get

14      published all the time in -- in journals; right?

15      A     Yes.

16      Q     Okay.  You've probably submitted some

17      to journals; is that correct?

18      A     Yes.

19      Q     Okay.

20            MR. MIZGALA:  Okay.  Keep going

21            down.

22            Okay.  Stop right there.

23      BY MR. MIZGALA:

24      Q     A-29-1979, another "Two-Year Oral

25      Oncogenicity Study in Mice."
```

Confidential - Pursuant to Protective Order

```
 1                  Right?

 2        A     Yes.

 3                  MR. MIZGALA:  Okay.  Let's go

 4             down.

 5                  Next page.

 6                  Okay.  Right there.

 7                  Keep going down.  I'm sorry.

 8                  Okay.  Stop.

 9   BY MR. MIZGALA:

10        Q     And the information you have here,

11   Doctor, about how the study was conducted, the

12   macroscopic and the microscopic observations,

13   those were taken from the study report; correct?

14        A     Yes.

15                  MR. MIZGALA:  Okay.  Let's pull up

16             A-29-1979 (renal), please, and mark

17             that as the next exhibit.

18                  (Whereupon, Exhibit No. 18,

19                  Scientific Report No. R&D/93/547

20                  and Table 10, Bates Nos.

21                  TAKPPI-INDNDA-01082859 through

22                  TAKPPI-INDNDA-01082865, was marked

23                  for identification.)

24   BY MR. MIZGALA:

25        Q     Okay.  Doctor, do you see there on the
```

1    top A-29-1999, "Two-Year" -- "Two-Year Oral

2    Oncogenicity Study of" -- "in Mice of

3    Lansoprazole."

4              Right?

5        A    Yes.

6              MR. MIZGALA:  Okay.  Let's go down

7              to the table.  Keep going.

8              Okay.  We're going to rotate that.

9              Okay.  Go down a little bit.

10             Okay.  Keep going down.  Okay.

11   BY MR. MIZGALA:

12       Q    And there's a -- a -- the line again,

13   "Nephritis, interstitial, chronic."

14             Right?

15       A    Yes.

16       Q    Okay.  And, again, there's 55 control

17   rats with that pathology; right?

18       A    Right.

19       Q    Okay.  Fifty-six in the 15-milligram

20   dose; right?

21       A    Yes.

22       Q    Fifty-three -- or forty-three in the

23   75-milligram dose; right?

24       A    Yup.  Yes.  Yes.

25       Q    Forty-seven in the 150 --

```
 1        A      Yes.

 2        Q      -- correct?

 3               And 47 in the 300; right?

 4        A      Yes.

 5        Q      No dose-dependent effect; right?

 6        A      Right.

 7        Q      Okay.  And, again, this was submitted

 8   to the FDA; right?

 9                    MR. PENNOCK:  Objection.

10        A      I believe so, yes.

11   BY MR. MIZGALA:

12        Q      Okay.  Let's go back to your report at

13   page 18.  Okay.  So let's talk about the next

14   study, A-29-438, "A One Year Oral Gavage Toxicity

15   Study of AG-1749 in Rats."

16               Right?

17        A      Yes.

18        Q      And AG-1749 you understand to be

19   lansoprazole; correct?

20        A      Yes.

21        Q      You say in the second full paragraph,

22   "Compared to the control groups, the animals

23   administered study drug showed significant

24   dose-dependent increase in" -- "in inflammatory

25   infiltrate and acute tubular injury (ATI)."
```

Confidential - Pursuant to Protective Order

```
 1                    Right?

 2          A       Yes.

 3          Q       Okay.  So you did observe inflammatory

 4   infiltrate and ATI in control animals; right?

 5          A       One moment, please.

 6                  I did observe focal inflammatory

 7   infiltrate as shown in Figure 5 of the control

 8   animals.  I did not observe significant tubular

 9   injury.

10          Q       Okay.  The inflammatory infiltrate that

11   you saw in the control animal, that was not caused

12   by lansoprazole; right?

13          A       No.

14          Q       Okay.  And you said you didn't see

15   significant tubular injury.  Did you see any

16   tubular injury?

17          A       No, I did not.

18          Q       None whatsoever?

19          A       None whatsoever.

20          Q       Okay.  And -- and going back -- I'm

21   looking at -- so when you -- you said here, "As

22   seen in Figs 2 and 3 below."  That's a typo;

23   right?

24          A       That's a typo, yes.

25          Q       Okay.  That should be 5 and 6?
```

Confidential - Pursuant to Protective Order

```
 1        A     Five and six, yes.

 2        Q     Okay.  And you said, "Dose-dependent

 3    increase."

 4              Again, did you calculate a

 5    dose-response curve?

 6        A     Well, dose-response curve, I don't

 7    think that that is necessarily the right term

 8    because that's more a pharmacological term about

 9    the physiological dose accumulation in serum.

10    That's not what we would do.

11              What we report is the pathological

12    lesion that increases in extent in the increasing

13    dosage that the animals have been exposed to.

14        Q     Right.

15              And did you do any sort of calculation

16    or is that, again, based upon your mental notes?

17                    MR. PENNOCK:  Objection.

18        A     I -- it's -- it's not a calculation.

19    It's a severity of the lesion, which is clearly

20    documented in the images, in the increasing dose

21    group.

22              So that per se in the pathological

23    realm of medicine is sufficient to say if I can

24    see with higher dosage more severe lesion, that

25    that is a dose dependency.
```

Confidential - Pursuant to Protective Order

```
 1    BY MR. MIZGALA:

 2        Q    But you did not tabulate that anywhere,

 3    did you?

 4        A    I did not tabulate that, no.

 5        Q    Right.

 6             You didn't do something like what we

 7    just looked at, that table?

 8        A    I don't think it's necessary.

 9        Q    Why do you -- why do you not think it's

10    necessary?

11        A    Because --

12                 MR. PENNOCK:  Why are you -- why

13             are you snickering?

14        A    Because the extent of the lesion is

15    clearly visible in the images.  And in pathology,

16    visual evidence is sufficient to prove that a

17    lesion is more severe and extensive compared to --

18    as control.  And that's what I'm showing in my

19    report.

20    BY MR. MIZGALA:

21        Q    Okay.  And you say, in your opinion,

22    "lesions in the kidney tissue were more severe in

23    female animals compared to males."

24             Right?

25             On page 18.
```

Confidential - Pursuant to Protective Order

1      A      Yes, that's true.

2      Q      Okay.  And then you say, "All of these

3   findings."

4            What are you -- what are you referring

5   to there when you say, "All of these findings"?

6      A      What I want -- what -- what I mean by

7   "all of these findings" is a summary of the

8   lesions, the tubular injury with cast formation,

9   the interstitial inflammatory increase, the degree

10  of inflammatory infiltrate in the interstitium.

11            So all of these pathologic features

12  were increased in a dose-dependent fashion and

13  especially in female animals.  That's what I

14  wanted to express.

15     Q      Okay.  And, again, you think whoever --

16  the pathologist who was reviewing this study got

17  it wrong; right?

18     A      Yes, I do.

19     Q      Okay.  Any evidence that the FDA agrees

20  with your conclusion here?

21            MR. PENNOCK:  Objection.  No

22            foundation.

23     A      I -- I -- I don't know what the FDA

24  would think, but I think I can assure you if I

25  showed them these tissue sections, they would be

```
 1    very concerned.

 2    BY MR. MIZGALA:

 3        Q    Do you have any intention of doing so?

 4        A    No, not --

 5        Q    Why not?

 6             MR. PENNOCK:  Will you release him

 7             from the confidentiality that you

 8             required on these materials?

 9             MR. MIZGALA:  FDA has got these

10             materials.

11             MR. PENNOCK:  No, they don't have

12             them.

13             MR. MIZGALA:  They don't have his

14             report.  They have the materials,

15             though.

16             MR. PENNOCK:  No.  I -- I just

17             want to know.  If you release him

18             from -- my expert from all

19             confidentiality, we're happy to take it

20             to the next step if you want us to.

21             MR. MIZGALA:  No.  I can't do

22             that.

23             MR. PENNOCK:  Okay.  Objection.

24    BY MR. MIZGALA:

25        Q    Doctor --
```

```
 1                    (Whereupon, the court reporter

 2                    requests clarification.)

 3                    MR. PENNOCK:  It's okay.

 4                    MR. MIZGALA:  Let's go to page 21,

 5              please.

 6                    Okay.  Blow up the bottom.  Go to

 7              the bottom.

 8    BY MR. MIZGALA:

 9         Q    Okay.  You say, in your opinion, "The

10    pathological findings in the kidney tissue

11    sections" --

12         A    I think that's a typo again.

13         Q    Okay.  What should that be?

14         A    So that would be Figures 7 -- Figure 6

15    and 7.

16         Q    Okay.  Thank you.

17              And, again, you're referring to

18    "inflammatory infiltrate, tubular casts and signs

19    of acute tubular injury."

20              Right?

21         A    Yes.

22         Q    And when you say "signs of acute

23    tubular injury," to what are you referring?

24         A    I'm -- I'm referring to the evidence of

25    sloughed-off tubular epithelial cells, the loss of
```

Confidential - Pursuant to Protective Order

1    brush border, the loss of nuclearity of tubular

2    epithelial cells, the dilated tubules, the

3    flattened epithelium.  So the criteria of acute

4    tubular injury.

5         Q    Okay.  And you say these were

6    misinterpreted as CPN; right?

7         A    Yes.

8         Q    And you note that, "CPN is a chronic,

9    degenerative disease in old rats, that usually

10   manifests with chronic changes of tubular atrophy

11   and glomerulosclerosis."

12            Right?

13        A    Yes.

14        Q    Okay.  And, again, what you're saying

15   is that the pathologist who reviewed this got it

16   wrong; right?

17        A    Yes.

18        Q    Okay.

19            MR. MIZGALA:  Let's go to page 22.

20   BY MR. MIZGALA:

21        Q    Okay.  Now, we have a RD -- R&D/90/339,

22   "Three-Month Toxicity Study of Lansoprazole

23   Administered Orally to Rats (with a One-Month

24   Recovery Period)."

25            Right?

Confidential   Pursuant  to Protective Order

```
1        A     Yes.

2        Q     Okay.  The information that you

3   included on this page about the study design in

4   study tables 17 and 18, that was all included in

5   the study report submitted to the FDA for drug

6   approval; correct?

7                  MR. PENNOCK:  Objection.

8        A     I believe so.

9                  MR. MIZGALA:  Okay.  And go down.

10             Okay.  Oh, let's see.

11                  Keep going.  Okay.

12                  Go back up a little.

13                  Okay.  Right there.

14   BY MR. MIZGALA:

15       Q     In the -- so there was a reported

16   increase incidence in nephritis in these study --

17   in this study; correct?

18       A     Yes.

19       Q     But it was only in the males, 150, 300,

20   and 600 milligrams per kilogram; right?

21       A     Yes.

22       Q     150 milligrams per kilogram per day in

23   a mouse is 30 times the human therapeutic dose;

24   right?

25       A     But this is rats.  That's a rat study;
```

Confidential Pursuant to Protective Order

```
 1   right?

 2        Q    Oh, rat.  Yeah.

 3             One -- 150-milligram per kilogram per

 4   day in a rat is 30 times the human therapeutic

 5   dose; right?

 6        A    So, again, I'm not an internist, and

 7   I'm not a pharmacologist.  So I do not know the

 8   drug concentrations in humans very well, but I

 9   believe what you're saying may be true.

10             MR. MIZGALA:  Go down.  Okay.

11             Hold on.  Hold on.

12             Oh, no.  Keep going.  Sorry.

13             Where is it?  Keep going.

14             Okay.  Right -- right there.

15   BY MR. MIZGALA:

16        Q    Again, you disagree with Dr. Levin's

17   interpretations of these findings; is that

18   correct?

19        A    Yes, that's correct.

20        Q    Okay.  You say, "These findings were

21   not seen in the [sic] control groups and they

22   indicate a drug-related etiology of the tubular

23   injury and the inflammation."

24             Right?

25        A    Yes.
```

```
 1        Q     Okay.  So you didn't see any tubular

 2    injury or inflammation in the control group; is

 3    that correct?  Or was that the tubular basophilia

 4    and the small crystals you didn't see in the

 5    control group?

 6        A     One moment, please.

 7                 MR. PENNOCK:  Note my objection.

 8                 Go ahead.

 9        A     Yeah.  So what I wrote was that in my

10    review of the kidney sections, I -- I saw tubular

11    basophilia, small crystals, and an associated

12    inflammatory infiltrate, and I did not see those

13    in the control group.

14                 That -- that is correct, yes.

15    BY MR. MIZGALA:

16        Q     Okay.  And, again, you say, "These

17    findings should have led to more detailed studies

18    regarding the effect of lansoprazole on kidney

19    tissue in order to obtain a better understanding

20    of renal injuries that were present."

21                 Right?

22        A     Yes.  That's true.

23        Q     Okay.  And the studies -- the

24    additional studies you would have -- the detailed

25    studies, are those the ones you described to me
```

1    earlier?

2         A     Yes.

3         Q     Okay.  You mentioned some of those

4    studies would involve rats with an -- you know, an

5    AK -- A -- AKI model or rats that were renally

6    compromised; right?

7         A     Yes.

8         Q     Why would you do that?

9         A     So sometimes when you want to examine a

10   pathological mechanism on the kidney, it is

11   beneficial to induce a slight, not a severe,

12   injury in order to augment the signal.

13           So in other words, for instance, if you

14   did a study to examine the effect of lansoprazole

15   on the development of progression of chronic

16   kidney disease, you might want to chose a

17   so-called CKD model, which you would choose to do

18   in a mild form, not the most severe form, and then

19   add or leave off the drug in different

20   concentrations to see whether the drug augments

21   the progression towards chronic kidney disease.

22           That -- that would be an example how

23   you would want to test the effect of a proton-pump

24   inhibitor on kidney lesions, kidney disease

25   progressions such as progression towards CKD and

Confidential - Pursuant to Protective Order

```
1    end-stage renal disease.

2           Of course, you would also include

3    normal, healthy animals, and you could do

4    physiological manipulations such as dehydration,

5    such as models that are hypertensive

6    spontaneously, and see the effect of the drug.

7           So we have a number of known

8    pathological models that we can use to test the

9    effect of drug on the kidney.

10   Q    Doctor, you -- you told me earlier that

11   you read the labels for lansoprazole; right?

12   A    Right.

13   Q    Okay.  So you're aware that

14   lansoprazole was tested in renally impaired

15   patients; right?

16   A    Right.

17   Q    And it was determined that no dosage

18   adjustment was required in those patients; right?

19           MR. PENNOCK:  Objection.  This is

20           well beyond the scope.

21           Go ahead.

22   A    Yes, I believe so.

23   BY MR. MIZGALA:

24   Q    Okay.

25           MR. MIZGALA:  Okay.  Page 24.
```

1    BY MR. MIZGALA:

2         Q     The next study, R& -- R&D/91/1641,

3    "13-Week Oral Toxicity Study in Mice of

4    Lansoprazole."

5              Right?

6         A     Right.

7         Q     And the information you have on this

8    page is what you took from the study report

9    submitted to the FDA; right?

10        A     Yes.

11        Q     Okay.

12             MR. MIZGALA:  And go down.

13             Let's see.  Keep going.

14             No.  Go back.  I went too far.

15        Sorry.

16             There you go.  Stop right there.

17             Now, where is that?

18             Go up a little, please.

19             No.  It's got to be down.

20             No.  Wait.  Sorry.

21             Okay.  Sorry.

22   BY MR. MIZGALA:

23        Q     The second full paragraph, you say,

24   "During my review of the clinical study report, I

25   noted" -- "I noted microscopic pathology findings

1    indicative of acute and chronic kidney injury in

2    the kidneys of male and female mice from Group 6

3    that prompted me to request the underlying

4    pathology slides."

5             Right?

6        A    Yes.

7        Q    Okay.  So, again, it was -- it was

8    information in the study report that made you ask

9    for the slides; right?

10       A    Correct.  Yes.

11       Q    Okay.  And the -- where it says, "These

12   findings include chronic nephritis, bilateral

13   nephrosis, basophilic tubules and vacuolation of

14   epithelium" -- "of epithelium in of proximal

15   convoluted tubules," that was what you got from

16   the study report; right?

17       A    Yes.

18       Q    Okay.  And the Group 6, that group was

19   the one getting 2400 milligrams per kilogram per

20   day; right?

21       A    Yes.

22       Q    And are you aware that's about 320

23   times the human therapeutic dose?

24       A    Yes.

25       Q    Okay.  And those findings were in a

Confidential   Pursuant to Protective Order

```
 1    total of four mice; right?

 2         A     I believe so.

 3         Q     Okay.  And you don't say this was a

 4    dose-dependent effect; right?

 5         A     That is correct.

 6               MR. MIZGALA:  Let's go down to

 7          page 26.

 8          Keep going.  Okay.

 9    BY MR. MIZGALA:

10         Q     And you say, "The kidney lesions" --

11    "kidney" -- "the kidney injury lesions I detected

12    in my review were not chronic but rather

13    consistent with acute tubular injury due to drug

14    toxicity."

15               Right?

16         A     Yes.

17         Q     Okay.  And you say, "Moreover, the

18    lesions were quite extensive and not 'trace' as

19    described in the report."

20               Right?

21         A     Right.  Yes.

22         Q     Okay.  So -- and then you say it is

23    also your opinion "that the study investigators

24    misinterpreted the severity and the acute nature

25    of the lesion" -- "acute nature" -- "nature of the
```

Confidential - Pursuant to Protective Order

```
 1    lesions seen."

 2              Right?

 3    A    Yes.

 4    Q    They got it wrong again; right?

 5    A    Yes.

 6    Q    Okay.  A-29-2142, "Thirteen-week IV

 7    [sic] Study" -- "Intravenous Toxicity Study of

 8    AG-1749 for Injection in Rats."

 9              Right?

10    A    Yes.

11              MR. MIZGALA:  And if you go --

12              just keep scrolling down.  Go -- go

13              slowly so the doctor can see.

14              Right there.

15    BY MR. MIZGALA:

16    Q    You say, "I was not provided the

17    pathology data for this study as requested."

18              Correct?

19    A    One moment, please.

20              Yes.  That's true.

21    Q    Okay.  So all the information you have

22    on -- on pages 27 through 30, including the

23    photos, those were all taken from the study report

24    submitted to the FDA --

25              MR. PENNOCK:  Objection.
```

Confidential Pursuant to Protective Order

```
 1    BY MR. MIZGALA:

 2         Q      -- correct?

 3         A      I believe so, yes.

 4                    MR. MIZGALA:  Okay.  And if you --

 5                let's see.  Where is that?  Page 30.

 6         A      Yes.

 7    BY MR. MIZGALA:

 8         Q      Okay.  Again, there's a picture of

 9    gross pathology; right?

10         A      Yes.

11         Q      That was included in the study report;

12    right?

13         A      Yes.

14         Q      Okay.  And then you say, "It is my

15    opinion that the above represent pathological

16    changes that are consistent with a classic

17    drug-induced tubular injury.  These findings raise

18    significant doubt that the tissues were reviewed

19    by a competent renal pathologists."

20         A      Yes.

21         Q      Okay.  So you're saying whoever

22    reviewed this got it wrong; right?

23         A      Yes.

24         Q      Any idea how the FDA missed this?

25                    MR. PENNOCK:  Objection.  No
```

Confidential   Pursuant   to Protective Order

```
 1              foundation.  Objection.  Form.

 2      A      Again, I cannot speak for the FDA.  I

 3   do not know their process.  I cannot speak for the

 4   FDA.  I'm sorry.

 5   BY MR. MIZGALA:

 6      Q      Okay.  But you were able to -- to

 7   determine that there was an incompetent renal

 8   pathologist looking at this study just by looking

 9   at the study report; right?

10      A      I can assure you that a competent renal

11   pathologist would not have missed this.  And I

12   assume that the person -- the pathologist that

13   reviewed the study result was likely not trained

14   in renal pathology.  And that is not unusual,

15   especially if they are a Ph.D. or veterinarian

16   doctors.  They may not have done a renal

17   pathology-specific fellowship that would give them

18   the knowledge to assess these lesions.

19      Q      And what training have you received in

20   mouse renal pathology?

21      A      I have received training through

22   experience.  I have conducted dozens of

23   experiments in mice, and I have looked at hundreds

24   and hundreds of mouse kidney sections and

25   different pathological injury models and
```

1    respective control animals.

2              And I can assure you that the normal

3    mouse kidney looks completely normal, and I have

4    never seen CPN in mice that I have looked at.

5              And I can also assure you that the, for

6    instance, tubular injury lesion in mice looks

7    completely identical to the human tubular injury

8    lesion.

9        Q    And do you know anything -- the -- the

10   -- the pathologist who reviewed this study, do you

11   know -- have any idea what training they had in

12   mouse pathology?

13       A    No.

14       Q    Do you know how many --

15       A    I --

16       Q    -- slides they ever reviewed?

17       A    No.

18       Q    But you're willing to call them

19   incompetent?

20              MR. PENNOCK:  Objection.

21       A    I'm willing to call them inadequately

22   trained to recognize these lesions.

23   BY MR. MIZGALA:

24       Q    Page 30, down at the bottom there,

25   70 -- 774-010, "A 3-Month Oral Toxicity Study in

Confidential - Pursuant to Protective Order

1    Preadolescent Dogs using Lansoprazole'; right?

2        A    Yes.

3        Q    And, again, another study that was

4    submitted to FDA as part of the drug -- drug

5    approval process; right?

6        A    I believe so.

7        Q    Okay.  And you say --

8                MR. MIZGALA:  Go down.

9                Okay.  Right there.  Stop.

10   BY MR. MIZGALA:

11       Q    You say, "After reviewing the slides

12   from this study, it is my opinion that these

13   findings were not correctly interpreted."

14            Right?

15       A    One moment, please.

16            Yes.  That's true.

17       Q    Okay.  So they got it wrong again;

18   right?

19       A    Yes.

20       Q    And then you say "the findings are more

21   properly characterized as tubular injury (see

22   below)." And you have a couple slides there;

23   right?

24       A    Yes.

25       Q    Okay.  And it's tubular injury and

1    vacuole -- vacuolization?

2         A    Yes.

3         Q    And then tubular injury and basophilic

4    dysplasia; right?

5         A    Yes.

6              MR. MIZGALA:  Okay.  Go to page

7              32.

8    BY MR. MIZGALA:

9         Q    You say, "These findings should have

10   raised the suspicion of lansoprazole-dependent

11   tubular injury especially since cytoplasmic

12   vacuolization is a well-known finding in acute

13   drug toxicity of other medications, such as

14   cyclosporine or contrast media."

15             And you cite a couple things there;

16   right?

17        A    Right.

18        Q    Okay.  The -- the -- the things -- the

19   two things you cited, 2 and 3, the first is an

20   article by Naughton, "Drug-Induced

21   Nephrotoxicity," from 2008; right?

22        A    Yes.

23        Q    And then No. 3 is an article by

24   Perazella, "Renal vulnerability to drug toxicity,"

25   2009; right?

```
 1        A     Yes.

 2        Q     Okay.  Your 2010 case report on

 3    omeprazole and AIN --

 4        A     Yes.

 5        Q     -- makes no mention of cytoplasmic

 6    vacuolization; right?

 7        A     Right.

 8        Q     Are you aware of any case report of a

 9    PPI being associated with cytoplasmic

10    vacuolization?

11        A     In humans?

12        Q     Yes.

13        A     I'm not aware of an article that quotes

14    cytoplasmic vacuolization in conjunction with PPI

15    treatment in humans, I believe.

16        Q     And you're -- and are you aware that

17    neither Naughton or Perazella in their articles

18    mentions cytoplasmic vacuolization?

19        A     I'm -- I'm not aware.  I believe that

20    in their discussion on cyclosporine in contrast

21    media, they mention cytoplasmic vacuolization.

22        Q     Well, Perazella doesn't even mention

23    cyclosporine in his article, does he?

24        A     I -- I believe that he covered the --

25    in that article also cyclosporine.
```

```
 1        Q      Okay.  Doctor, would you agree that

 2   acute kidney -- kidney injury consists of a group

 3   of diseases characterized by a loss of kidney

 4   function?

 5        A      Yes.

 6        Q      And a major challenge in the clinical

 7   care of patients with acute kidney injury or AKI

 8   is "differating" -- differentiating between its

 9   underlying etiologies such as acute tubular injury

10   and acute interstitial nephritis; correct?

11        A      Correct.

12        Q      And acute tubular injury does not have

13   any disease-specific therapies; correct?

14        A      Well, if you call hydration -- if you

15   don't call hydration a disease-specific therapy,

16   then I guess, no, there's no disease-specific

17   therapy.

18        Q      All right.  And AIN is treated through

19   withdrawal of the offending agent and

20   immunosuppressive therapy; correct?

21        A      Correct.

22        Q      And, Doctor, not all drugs that affect

23   the kidney do so in the same way; correct?

24        A      Correct.

25        Q      Some drugs act by affecting the
```

```
 1    hemodynamics of the kidney; correct?

 2         A     Correct.

 3         Q     For example, cyclosporine and the other

 4    calcineurin inhibitors cause dose-dependent

 5    vasoconstriction of the afferent arterioles

 6    leading to renal impairment in at-risk patients;

 7    correct?

 8         A     That is one of the mechanisms how

 9    cyclosporine can injure the kidney.  Cyclosporine

10    also has a direct tubular toxic effect.

11               And that is well-known and that is

12    exactly what I referred to, that the cytoplasmic

13    vacuolization is a hallmark lesion of acute

14    cyclosporine toxicity to the kidney tubule.

15         Q     And that should be in either Naughton

16    or Perazella; is that right?

17         A     I'm not sure whether they would be that

18    descriptive in detail like I just mentioned, but I

19    can assure you that if you ask ten nephrologists,

20    What is the hallmark lesion in tubules of acute

21    cyclosporine or contrast media?

22               All ten of them will tell you

23    cytoplastic vacuolization.

24               So it is that well-documented, that

25    common that, you know, it doesn't really need
```

```
 1    further discussion, in my opinion.

 2          Q    And, Doctor, drugs that -- with

 3    antiprostaglandin activity, such as NSAIDs, or

 4    those with anti-angiotensin II activity, such as

 5    ACE inhibitors or ARBs, can interfere with the

 6    kidney's abilities to regulate glomerular --

 7    glomerular pressure and decrease GFR; correct?

 8          A    Correct.

 9          Q    And then, as you said, there are other

10    agents that can cause tubular toxicity such as

11    "amedium" -- aminoglycosides and radio contrast;

12    right?

13          A    Right.

14          Q    And there are still other drugs that

15    are associated with acute interstitial nephritis;

16    correct?

17          A    Correct.

18          Q    So is -- there is no one common path to

19    drug-induced renal toxicity; correct?

20          A    Correct.

21          Q    And, Doctor, do you know Dr. Perazella?

22          A    Yes, I do.

23          Q    How do you know him?

24          A    He is a nephrologist at Yale

25    University, Department of Internal Medicine,
```

```
 1    section of nephrology.

 2         Q     One of your colleagues at Yale; right?

 3         A     Yes.

 4         Q     Okay.  And you've published with him

 5    before; right?

 6         A     Yes.

 7         Q     Okay.  And he's recognized as one of

 8    the authorities on drug-induced kidney injuries in

 9    humans; right?

10         A     Yes.

11         Q     Okay.  Have you talked to him about

12    PPIs and the potential effects on the human

13    kidney?

14         A     No.

15         Q     You're aware he's written on that

16    topic, though; right?

17         A     Yes.

18         Q     Why didn't you include that in your

19    references in this -- in your report?

20         A     I did not see any necessary --

21    necessity to involve Dr. Perazella in consulting

22    on these animal studies.

23         Q     Okay.  With respect to drug-induced

24    kidney injuries in humans, would you defer to

25    Dr. Perazella on that topic?
```

Confidential - Pursuant to Protective Order

```
1       A    Can you repeat the question?

2       Q    Yeah.

3            With respect to drug-induced kidney

4    injuries in humans, would you defer to

5    Dr. Perazella on that?

6       A    In what context refer or defer?

7       Q    Whether it's happening or not.

8       A    So if I understand your question

9    correctly, whether PPIs cause acute tubular

10   toxicity, I would defer to Dr. Perazella in

11   humans?  Is that what you're asking?

12      Q    Yes.

13      A    Yes.

14      Q    Okay.

15           MR. MIZGALA:  Okay.  Let's go back

16           to page 32.

17   BY MR. MIZGALA:

18      Q    Right here, the -- the -- the next

19   study, TAP-TA-03-805, "A-Four-week Oral (Gavage)

20   Toxicity Study of Lansoprazole in Neonatal Rats."

21           Correct?

22      A    Sorry.  On which -- which page are you?

23   Sorry.

24      Q    Page 32.  Bottom of the page.

25      A    Yes, that's right.
```

```
 1        Q      Another study submitted to FDA as part

 2   of the drug approval process; correct?

 3        A      I believe so.

 4        Q      And once again, you -- you think the

 5   pathologist who was reading the study got it

 6   wrong; right?

 7                   MR. PENNOCK:  Wrong or right?

 8                   MR. MIZGALA:  He thought -- he

 9            thought he got it wrong.

10   BY MR. MIZGALA:

11        Q      Correct?

12                   MR. PENNOCK:  Objection to form.

13        A      One moment.

14            Yeah.  I mention in my report that the

15   study pathologist is not reporting the dose

16   animals' kidney pathology.

17   BY MR. MIZGALA:

18        Q      So you think he got it wrong -- she/he?

19        A      Yes.

20        Q      Okay.

21                   MR. MIZGALA:  Let's go to page 35.

22        A      Yes.

23                   MR. MIZGALA:  Go down, please.

24            Okay.

25
```

```
 1    BY MR. MIZGALA:

 2         Q    Okay.  The findings, again you talk

 3    about that you -- you discovered consisted of

 4    acute tubular injury, inflammatory interstitial

 5    infiltrate, tubular cast formation and glomerular

 6    amyloid deposits; right?

 7         A    Yes.

 8         Q    Okay.  And then you say, "Moreover,

 9    several of the animals in different Takeda studies

10    showed extensive green intratubular crystal

11    deposits" --

12         A    Yes.

13         Q    -- right?

14              Have you ever seen green crystals in a

15    human renal biopsy?

16         A    I may have seen in the past 20 years

17    one or two cases where abnormal green crystals

18    were seen, yes.

19         Q    And did you attribute them to anything?

20         A    I could not attribute them to anything.

21         Q    Okay.  Have you seen a case report in a

22    human describing green intratubule crystals upon

23    taking a PPI?

24         A    No, I have not.

25         Q    Okay.
```

```
 1                    MR. MIZGALA:  And next page.

 2     BY MR. MIZGALA:

 3          Q    Top you say, "These findings, many of

 4     which were dosage-dependent" --

 5     "dosage-dependent."

 6               Which of the findings were dosage --

 7     dosage-dependent?

 8          A    The tubular injury.

 9          Q    Any others?

10          A    And the interstitial infiltrate also

11     was dose-dependent.

12          Q    Okay.  But, again, you don't -- you

13     didn't tabulate the results of your review

14     anywhere or any study; correct?

15          A    Correct.

16          Q    Then you say "are indicative of direct

17     drug toxicity to the kidneys in the form of acute

18     tubular injury or tubulointerstitial nephritis."

19               Right?

20          A    Uh-huh.  Yes.

21          Q    Okay.  Which of the findings that you

22     have listed are indicative of acute tubule --

23     tubular injury?

24          A    So all of the images that show -- that

25     I described as acute tubular injury by dilated
```

Confidential - Pursuant to Protective Order

```
 1    lumen, flattened epithelium, loss of nuclearity,

 2    loss of brush border, sloughing of individual

 3    epithelial cells, all these features that we have

 4    gone over in all these studies, those are the

 5    features that I attribute to acute tubular injury.

 6         Q    Okay.  So all the findings you listed

 7    above on the -- on the prior page are what you say

 8    are indicative of acute tubular injury; right?

 9         A    As I described in the reports

10    pertaining to the respective images, yes.

11         Q    Okay.  Okay.  You also mentioned

12    tubulointerstitial nephritis here.

13         A    Yes.

14         Q    First time in your report.

15         A    Well --

16         Q    Why?

17         A    I -- so in the above-discussed reports,

18    there was interstitial infiltrate that in some

19    studies was increased by dosage.  And in the

20    images, I described them as inflammatory

21    infiltrate.

22              However, here in the analysis

23    interpretation part, I argue that they are

24    indicative of acute interstitial nephritis.  And

25    it is not unusual to have acute interstitial
```

1    nephritis seen in conjunction with acute tubular

2    injury or crystal deposits for that matter.

3              So in other words, I argue that the

4    interstitial infiltrate may possibly constitute a

5    drug-induced interstitial nephritis.

6        Q    It may, and it may not; right?

7              MR. PENNOCK:  Objection.

8        A    More likely may.

9    BY MR. MIZGALA:

10       Q    And what makes that more likely?

11       A    The fact that it's dose-dependent.

12       Q    Based upon your mental notes; right?

13             MR. PENNOCK:  Objection.

14       A    Based upon these very disturbing images

15   that I found so many of and put in this report

16   that is really depressing to see from a major

17   pharmaceutical company, in my opinion.

18   BY MR. MIZGALA:

19       Q    You know you mentioned ethics

20   yesterday, Doctor, that you didn't think something

21   was ethical.

22             What's that -- what standard is that

23   based on?  Is that based on your standard?

24             MR. PENNOCK:  Objection.

25             What -- what are you talking

```
 1              about?  He didn't mention ethics just

 2              now.

 3                   If you have testimony that you

 4              want to talk to him about, pull it up.

 5              Otherwise, he's not answering the

 6              question.

 7    BY MR. MIZGALA:

 8         Q    Doctor, do you have a standard of

 9    ethics that's codified somewhere?

10                   MR. PENNOCK:  Objection.  Form.

11              Foundation.

12         A    Yes, I do.

13    BY MR. MIZGALA:

14         Q    And where is that codified?

15                   MR. PENNOCK:  Objection.  Form.

16              Foundation.

17                   This is really just harassing the

18              witness.  So we can stop the deposition

19              and have the special master continue to

20              sit in on it or you can stop harassing

21              --

22    BY MR. MIZGALA:

23         Q    Well, Dr. Moeckel, what --

24                   MR. PENNOCK:  Stop harassing him

25              or we'll suspend the deposition under
```

Confidential Pursuant to Protective Order

```
 1                    the rule, and I'll ask for a master to

 2                    sit in on the rest of the deposition.

 3                    So don't -- listen, don't start

 4                    harassing him.

 5      BY MR. MIZGALA:

 6           Q    Doctor, are you going to provide --

 7                    MR. PENNOCK:  Don't start

 8                    harassing him.  You just asked him

 9                    where's his code of ethics codified.

10                    Okay.  Do not harass my witness or we

11                    will suspend it.

12                    MR. MIZGALA:  Paul -- Paul, stop.

13                    MR. PENNOCK:  That's it.  Withdraw

14                    your question and move onto some actual

15                    substantive questioning as you have

16                    been doing for the last three hours.

17                    MR. MIZGALA:  He made a comment

18                    about the behavior of a pharmaceutical

19                    company.

20      BY MR. MIZGALA:

21           Q    Are you going to be offering that

22      opinion at trial?

23                    MR. PENNOCK:  That is a different

24                    question.  Go ahead.  Yes.

25                    Go ahead, answer -- ask the next
```

Confidential - Pursuant to Protective Order

```
 1                    question.

 2                    MR. MIZGALA:  Is he going to offer

 3           that opinion at trial?

 4                    MR. PENNOCK:  Absolutely.

 5                    MR. MIZGALA:  Absolutely?

 6                    MR. PENNOCK:  Sure.  Why not?

 7    BY MR. MIZGALA:

 8        Q    And, Doctor, what's the basis for that

 9    opinion?  How can you say -- how -- what's your

10    basis for assessing the propriety of the actions

11    of a pharmaceutical company?

12        A    Well --

13                    MR. PENNOCK:  Objection to form.

14           Foundation.

15           Go ahead.

16        A    Well, I observed in these kidney

17    sections significant dose-dependent injury that

18    were not further examined and evaluated and that I

19    find unusual.

20    BY MR. MIZGALA:

21        Q    Okay.  Doctor, the -- the -- other than

22    the inflammatory infiltrate, is there any other

23    finding that you consider to be indicative of

24    tubulointerstitial nephritis?

25        A    No.
```

```
 1        Q      Okay.  The next sentence, you say the

 2    -- "These findings are consistent with

 3    drug-induced kidney injury pathology in human

 4    kidney biopsies."

 5                Right?

 6        A      Right.

 7        Q      Okay.  Which -- are you referring to

 8    all those findings you had identified above or

 9    specific findings?

10        A      I am referring especially to the acute

11    tubular injury and the interstitial infiltrate.

12        Q      Okay.  And -- and we talked earlier

13    about how drugs affect the kids -- the kidneys

14    differently.

15                Which drugs -- when you say

16    "drug-induced," which drugs are you referring to?

17        A      I'm referring to proton-pump

18    inhibitors.

19        Q      Well, you say, "These findings are

20    consistent with drug-induced kidney injury."

21                Are you saying -- are -- are you

22    referring to PPIs there or are you referring to

23    other drugs?

24        A      So I want to -- I have to clarify my --

25    my answer.
```

```
1              I am referring, A, to other

2    drug-induced and well-known lesions, such as acute

3    tubular injury and interstitial infiltrate,

4    interstitial nephritis, both of which are

5    well-known lesions caused by drugs.

6              But I also have read articles that show

7    interstitial nephritis associated with PPIs.  So

8    to a certain degree I associate it also with PPIs.

9         Q    And -- and, Doctor, acute interstitial

10   nephritis is a subset of acute kidney injury;

11   correct?

12        A    Yes.

13        Q    Okay.  So, Doctor, just because you see

14   inflammatory interstitial infiltrate, that doesn't

15   necessarily mean that it's secondary to AIN;

16   correct?

17        A    Can you repeat that question, please?

18        Q    Just because you see inflammatory

19   infiltrate -- interstitial inflammatory

20   infiltrate, that doesn't mean it was secondary to

21   AIN; correct?

22        A    Correct.

23        Q    Okay.  Let's -- okay.  The next, "Early

24   drug-induced kidney damage shows infiltration of

25   inflammatory cells and, if the process of damage
```

Confidential - Pursuant to Protective Order

1    continues without removal of the offending" --

2    "offending agent, then the renal interstitial

3    infiltrate becomes more diffuse."

4              Right?

5       A    Yes.

6       Q    And you cite the Chen article for that;

7    right?

8       A    Yes.

9       Q    Now, the Chen article, that wasn't

10   listed -- limited to PPIs; correct?

11      A    One moment.  Let me just in particular

12   look and refresh my memory.

13             Yes.

14      Q    Yes, it was not limited to PPIs; right?

15      A    Right.

16      Q    Okay.  In fact, they conclude that

17   antibiotics are the main causes of drug-induced

18   AIN; right?

19      A    I don't remember off the top of my

20   head.  This has been a while since I read this

21   article, but it may be correct that they mention

22   or describe it or articulate it in that form.

23      Q    Okay.

24             MR. MIZGALA:  Let's pull up, Jeff,

25             4, the 2012 Chen.

Confidential - Pursuant to Protective Order

```
 1    BY MR. MIZGALA:

 2         Q    Okay.  This is the Chen article you

 3    reference; correct, Doctor?

 4         A    Correct.

 5         Q    Okay.

 6              MR. MIZGALA:  Let's go to the end.

 7              Right -- oh, yeah.  Right there.

 8              Right there, that paragraph, "In

 9              summary."  Go up.

10    BY MR. MIZGALA:

11         Q    They conclude:  In summary, antibiotics

12    are the main causes of drug-induced AIN; correct?

13         A    That's what they write, but it's not a

14    correct sentence, actually.

15         Q    Okay.  Let's go back to their data.

16              COURT REPORTER:  Is this being

17              marked as an exhibit?

18              MR. MIZGALA:  Yes.

19              (Whereupon, Exhibit No. 19,

20              "Delayed Renal Function Recovery

21              From Drug-Induced Interstitial

22              Nephritis," was marked for

23              identification.)

24              MR. MIZGALA:  Okay.  Right there.

25              No.  Keep going back.  Keep going.
```

Confidential - Pursuant to Protective Order

```
 1                      No.  Down.  Down.  Down.  Down.

 2              Keep going.

 3                      Right there.  Okay.

 4      BY MR. MIZGALA:

 5          Q      "The offending-drug distributions in

 6      all patients."

 7              Right?

 8          A      Right.

 9          Q      Okay.  Thirty-six to antibiotics;

10      correct?

11          A      Correct.

12          Q      Eight to NSAIDs; right?

13          A      Right.

14          Q      And NSAIDs are nonsteroidal

15      anti-inflammatory drugs like Motrin; is that

16      correct?

17          A      Can you repeat the question?  You broke

18      up.

19          Q      NSAIDs is nonsteroidal

20      anti-inflammatory drugs; right?

21          A      Yes, sir.

22          Q      Like ibuprofen; right?

23          A      Right.  Yes.

24          Q      Okay.  And then they have herbs?

25          A      Yeah.
```

Confidential - Pursuant to Protective Order

```
 1          Q     Okay.  And then PPIs; right?

 2          A     Right.

 3          Q     Okay.

 4                MR. MIZGALA:  Let's go back to his

 5          report.  Blow that up a little.

 6                Stop.

 7    BY MR. MIZGALA:

 8          Q     Okay.  The sentence, "As renal damage

 9    progresses, tubular cell" -- "cell necrosis,

10    tubular atrophy, and loss of tubules can be seen

11    in human biopsies."

12                Right?

13          A     Yes.

14          Q     Okay.  When you say "renal damage"

15    there, what are you referring to?

16          A     I'm referring to pathological lesions

17    injuring the kidney.

18          Q     Okay.  Is this -- is this acute tubular

19    injury or something else?

20          A     One moment.

21                So this is referring in the context of

22    acute tubular injury and interstitial nephritis,

23    which both can be caused by drugs, that if the

24    drug injury continues, then you have progression

25    and extension of the tubular cell necrosis, the
```

```
 1    atrophy, and loss of tubules.  That is a very

 2    well-known and well-defined mechanism in humans.

 3         Q    Okay.  And under what circumstances

 4    would renal damage progress?

 5         A    There are many circumstances under

 6    which renal damage can progress.

 7              You would say, in general, that

 8    persistent drug injury would enhance progression.

 9    There may also be still unknown genetic factors

10    that are being elucidated currently that might

11    facilitate progression of injury.

12         Q    Okay.  Are you -- and I'm -- I'm

13    referring to this specific context, Doctor, where

14    you think PPIs in these animals were causing, you

15    know, acute tubular injury.

16              What would cause that to progress?

17         A    The persistent offending drug.

18         Q    Okay.  And that would be true for AIN;

19    right?

20         A    Yes.

21         Q    And Doctor, you cite -- what you cited

22    for that were references 5, 6, and 7; correct?

23         A    Yes.

24         Q    Okay.  And none of those are specific

25    to PPIs; correct?
```

Confidential - Pursuant to Protective Order

```
 1        A      They're not specific to PPIs, but they

 2     are specific or describe the progression of acute

 3     lesions.

 4        Q      Right.

 5               That Mann article, 2012, doesn't even

 6     mention PPIs, does it?

 7        A      I don't recall off the top of my head,

 8     but I can check that for you.

 9        Q      Okay.  Let's go -- you say, the next

10     sentence, "Likewise, tubular crystalline deposit

11     is an established marker of kidney injury produced

12     by nephrotoxic agents such as anesthetic drugs,

13     methoxyflurane, and halothane and antiretroviral

14     medications."

15               Right?

16        A      Right.

17        Q      And you cite three articles:  8, which

18     is Perazella, 2003; 9, which is Wyeth, 2009, and

19     10, which is Rho, 2007; correct?

20        A      Correct.

21        Q      Okay.  And none of those articles

22     relate to PPIs; correct?

23        A      I believe that is right.

24        Q      Okay.  PPIs are not mentioned in any of

25     them; right?
```

Confidential - Pursuant to Protective Order

```
 1                    MR. PENNOCK:  Objection.  Form.

 2      A     Again, I don't know off the top of my

 3   head.  I don't have all of these articles at my

 4   ready disposal.  So at the moment, I cannot

 5   confirm your question.

 6   BY MR. MIZGALA:

 7      Q     Are you aware of any -- oh, we already

 8   talked about that.

 9                    MR. PENNOCK:  Are we going to get

10           to a point where we can take a break?

11                    MR. MIZGALA:  We can take one now.

12                    MR. PENNOCK:  Is this a good

13           time --

14                    THE WITNESS:  Yeah.

15                    MR. PENNOCK:  -- to have one?

16                    THE WITNESS:  Yeah.

17                    MR. PENNOCK:  Thank you.

18                    THE VIDEOGRAPHER:  Off the record

19           2:34 p.m.

20                    (Whereupon, there was a recess

21           taken from 2:34 p.m. to 3:09 p.m.)

22                    THE VIDEOGRAPHER:  On the record

23           3:09 p.m.

24   BY MR. MIZGALA:

25      Q     Doctor, earlier you -- you mentioned
```

1    case reports in humans of PPIs and -- and AIN,

2    acute interstitial nephritis; correct?

3         A    Yes.

4         Q    Okay.  Are there -- are you aware of

5    any case reports of PPIs and ATN, acute tubular

6    necrosis?

7         A    I believe not.

8         Q    Okay.  Doctor, yesterday you said you

9    had reviewed some expert reports in this case.

10             Have you reviewed the expert report

11   from Dr. Jerry Hardisty?

12        A    And remind me quickly who he is.

13        Q    He's a veterinary pathologist.

14        A    One moment.

15             I don't remember off the top of my head

16   whether I reviewed his report.

17        Q    Okay.  Do you know who Dr. Hardisty is?

18        A    I do not know him personally.

19        Q    Okay.  Do you know of him?  Do you know

20   of his reputation?

21        A    I do not know much about his

22   reputation.

23        Q    Okay.  You know who Dr. John Seely;

24   right?

25        A    I do know -- if you refer to Dr. Seely

```
 1    who has published on toxicity animal studies, yes,

 2    I know who that is.

 3         Q     Yeah.

 4               You actually cite -- your 12th

 5    reference is Dr. Seely, who is one of the authors

 6    of Chapter 11 - Kidney --

 7         A     Yes.

 8         Q     -- and Boorman's Pathology of the Rat;

 9    right?

10         A     Right.

11         Q     Okay.  And you're relying in part on

12    that -- in -- you're relying on part on that for

13    your opinions here today; right?

14         A     Right.

15               MR. MIZGALA:  Okay.  Let's go to

16               page 37, "Conclusion."

17    BY MR. MIZGALA:

18         Q     Okay.  You say, "It is my opinion as a

19    pathologist and clinician."

20               What -- when you use "clinician" there,

21    what do you mean?

22         A     I mean a physician who is taking care

23    of patients.

24         Q     Okay.  But you don't see patients

25    directly, or do you?
```

Confidential - Pursuant to Protective Order

```
 1        A     No, I don't.  But as a pathologist, I

 2   handle their tissue, and I review and analyze and

 3   diagnose diseases of the tissue, which actually in

 4   hospital terminology is consistent with patient

 5   care.

 6        Q     You're -- you're a clinical

 7   pathologist; right?

 8        A     I'm an anatomic pathologist.

 9        Q     Okay.  And -- and you're -- and -- and

10   you review human tissues in your day-to-day job;

11   right?

12        A     Right.  I review tissue that has -- has

13   just come out of patients.

14        Q     Okay.  Doctor, all the preclinical

15   study data that we've discussed and that's

16   discussed in your report was submitted to the FDA;

17   correct?

18        A     Can you repeat that question?

19        Q     Yeah.

20              The -- the preclinical study --

21   Takeda's preclinical study today -- let me start

22   again.

23              Takeda's preclinical study data

24   discussed in your report, all of that was

25   submitted to the FDA; correct?
```

```
 1                    MR. PENNOCK:  Note my objection.
 2              Form.  Foundation.  And it's vague and
 3              ambiguous.
 4     A     So I do not know for a fact.  I assume
 5    that it was submitted to the FDA.
 6   BY MR. MIZGALA:
 7     Q     Okay.  Do you have any basis to -- to
 8    consider that it wasn't?
 9                    MR. PENNOCK:  Objection.  Form.
10              Foundation.  Vague and ambiguous.
11     A     So, again, you know, I don't work for
12    the FDA.  I'm not in contact with the FDA in any
13    way.
14              So, you know, I -- I -- I have to rely,
15    if someone tells me these were submitted to the
16    FDA, that they were.  I personally have not
17    checked and tested whether that actually is true.
18   BY MR. MIZGALA:
19     Q     And -- and, Doctor, you've seen the
20    lists of the preclinical studies Takeda performed;
21    right?
22     A     Yes.
23     Q     You -- you didn't review every study on
24    that list; right?
25     A     I would say I reviewed many studies off
```

Confidential - Pursuant to Protective Order

1    that list.

2         Q    Doctor, the FDA, in addition to having

3    the preclinical studies for lansoprazole and

4    dexlansoprazole, they also had the preclinical

5    studies for omeprazole, esomeprazole, pantoprazole

6    and rabeprazole; correct?

7                   MR. PENNOCK:  Objection to form.

8              Foundation.  And it's vague and

9              ambiguous.

10        A    Again, I can only say that I believe.

11   I have no proof.  I did not check on that or call

12   anybody at the FDA that that is true.

13   BY MR. MIZGALA:

14        Q    Doctor, you know there are six PPIs

15   that are currently on the market right now; right?

16        A    Yes.

17        Q    Okay.  And they all had been approved

18   by the FDA at one point; right?

19        A    I believe so, yes.

20        Q    Okay.  And as part of the FDA approval

21   process, you have to -- you have to submit

22   preclinical testing data, toxicity data; right?

23                   MR. PENNOCK:  Objection to form.

24              Foundation.  Vague and ambiguous.

25        A    I -- again, I believe that is correct.

Confidential   Pursuant to Protective Order

1    BY MR. MIZGALA:

2         Q    Okay.  So the FDA has all that data;

3    right?

4                   MR. PENNOCK:  Objection to form.

5              Foundation.  Vague and ambiguous.

6              You keep saying "data."  You use

7              that in every question.  The FDA only

8              gets the preclinical -- preclinical

9              study reports.  So -- and -- and your

10             appendices.

11   BY MR. MIZGALA:

12        Q    Okay.  The FDA has all those

13   preclinical study reports and appendices; correct,

14   Doctor?

15        A    I believe so.

16        Q    Okay.  Is there any evidence that

17   you've seen that the manufacturers withheld any

18   preclinical data from FDA?

19                  MR. PENNOCK:  Objection.  Form.

20             Foundation.  Vague.  Ambiguous.

21        A    Again, you know, I -- I don't know

22   everything.  So I cannot speak as to whether the

23   manufacturer may have withheld information.

24   BY MR. MIZGALA:

25        Q    Any evidence that you've seen that the

Confidential  Pursuant  to  Protective  Order

```
 1    FDA disagreed with any of the statements made by

 2    any of the manufacturers regarding their

 3    preclinical studies?

 4                    MR. PENNOCK:  Objection to form.

 5                    Go ahead.

 6        A    Again, I did not see any internal memos

 7    by the FDA that describes the discussion during

 8    the review of these preclinical studies.  So I'm

 9    not competent to comment on that.

10    BY MR. MIZGALA:

11        Q    Any evidence that the FDA has asked any

12    manufacturer to do additional animal studies on

13    the renal effects of PPIs?

14        A    Again, I'm not -- I don't think that

15    I'm qualified to, you know, comment on that

16    because I don't know all the communications

17    between FDA and the pharmaceutical companies.

18        Q    Any evidence that the FDA has requested

19    any manufacturer to amend its labeling regarding

20    the renal findings on its studies?

21                    MR. PENNOCK:  Objection.

22                    Foundation.  Form.

23        A    Again, I do not have all the internal

24    memos or the communications between FDA and the

25    pharmaceutical company to comment on that.
```

Confidential - Pursuant to Protective Order

```
 1    BY MR. MIZGALA:

 2         Q     Doctor, you're aware that the FDA

 3    required an update to the AIN labeling of PPIs

 4    last year; correct?

 5         A     Can you repeat the question?

 6         Q     You're aware -- you reviewed the

 7    labels.

 8               You're aware that the FDA requested an

 9    update to the AIN section of the PPI labeling last

10    year; right?

11                    MR. PENNOCK:  Objection.  Form.

12               Foundation.

13         A     I believe so, yes.

14    BY MR. MIZGALA:

15         Q     Okay.  And that -- that update had

16    nothing to do with data from animal studies;

17    right?

18         A     I don't have that information.  I don't

19    know what triggered the update.

20         Q     Okay.  Doctor, is there a generally

21    accepted animal model of CKD?

22         A     Yes.  I would say the 5/6 nephrectomy

23    model in rats is a accepted model of CKD.

24         Q     And how about a generally accepted

25    model of AIN in -- in -- in animals?
```

Confidential - Pursuant to Protective Order

```
 1        A     I believe there's a snake venom model

 2    that causes AIN in study animals.

 3        Q     Okay.  Doctor, I'm going to show you

 4    some photos taken from some of the animals in the

 5    Takeda studies, and I'd like you to let me know

 6    what pathology, if any, you see.

 7                    MR. MIZGALA:  So, Jeff, let's

 8               start with Figure 1.

 9                    MR. PENNOCK:  Are these marked

10               as -- as exhibits?

11                    MR. MIZGALA:  They're going to be

12               marked as exhibits, yeah.

13                    MR. PENNOCK:  So can we -- can we

14               mark them first so we can identify them

15               and refer to them as such?

16                    MR. MIZGALA:  Okay.  What's --

17               what are we on, what exhibit?

18                    THE VIDEOGRAPHER:  This one is

19               going to be 20.

20                    MR. MIZGALA:  Okay.  Exhibit 20.

21               (Whereupon, Exhibit No. 20, Fig 1 -

22               Rat, was marked for

23               identification.)

24                    MR. PENNOCK:  Okay.

25
```

1    BY MR. MIZGALA:

2        Q    And -- and -- and, Doctor, if -- if you

3    want, I have a -- I have a higher magnification.

4                    MR. PENNOCK:  Excuse me, James.

5                    So somebody has got to put this

6              over the chat.

7                    Oh, there we go.  Thank you, Jeff.

8                    MR. MIZGALA:  Or you can download

9              it and then you can see it.

10                    THE WITNESS:  Which exhibit is it?

11              Which exhibit?

12                    MR. PENNOCK:  Twenty.

13                    THE WITNESS:  Twenty.

14    BY MR. MIZGALA:

15        Q    Does that magnification work for you,

16    Doctor, or do you need a higher magnification?

17        A    I think I will need a higher

18    magnification.

19        Q    Okay.  Let's go to Figure 2 then.

20                    MR. PENNOCK:  And this is

21              Exhibit 21?

22                    MR. MIZGALA:  Correct.

23                    (Whereupon, Exhibit No. 21, Fig 2 -

24              Rat, was marked for

25              identification.)

Confidential - Pursuant to Protective Order

```
 1    BY MR. MIZGALA:

 2         Q     Is there any pathology in that slide,

 3    Doctor?

 4         A     Unfortunately, I -- you know, it's

 5    not -- the resolution is not good enough for me to

 6    judge this.

 7         Q     Can you identify anything that's going

 8    on in that slide?

 9               MR. PENNOCK:  Objection.  Form.

10               Go ahead.

11         A     Yeah.  The resolution is not great.  I

12    can tell you that this is kidney cortex with

13    glomeruli.

14    BY MR. MIZGALA:

15         Q     And the glomeruli are those little

16    round structures; right?

17               MR. PENNOCK:  Objection.

18         A     The glomeruli -- well, there are many

19    round structures on this image.  The glomeruli

20    have the typical histological morphology.  So I

21    can recognize them.

22    BY MR. MIZGALA:

23         Q     Okay.  Nothing else?

24               MR. PENNOCK:  Objection to form.

25         A     I think the resolution is inadequate
```

Confidential Pursuant to Protective Order

```
 1    for me to make any kind of judgment here in regard

 2    to pathology.

 3    BY MR. MIZGALA:

 4         Q    Okay.

 5                   MR. MIZGALA:  Let's go -- Jeff,

 6              let's go to Figure 4.  So this will be

 7              Exhibit 22.

 8                   (Whereupon, Exhibit No. 22, Fig 4 -

 9              Rat, was marked for

10              identification.)

11    BY MR. MIZGALA:

12         Q    Any pathology you see there, Doctor?

13         A    I don't see it at the moment.  I'm

14    waiting for the image to be put in the chat.

15              Which exhibit is it?  Twenty-two?

16                   MR. PENNOCK:  Twenty-two.

17                   THE WITNESS:  Yeah.

18    BY MR. MIZGALA:

19         Q    Twenty-two.

20         A    So I can tell you it's kidney tissue.

21         Q    Okay.  There's glomeruli; right?

22         A    Glomeruli are visible.

23         Q    Okay.  Any pathology?

24         A    The resolution of these images does not

25    allow any pathological conclusion.
```

1               MR. MIZGALA:  Jeff, if I shared my

2          screen, would that help or not?

3               THE VIDEOGRAPHER:  You know, I

4          have the original TIFs that you sent

5          over to me.  They're the same file

6          size, but I had to convert them to PDF

7          to show them on my screen.  I can send

8          the TIFs into the chat for the

9          doctor --

10               MR. MIZGALA:  Yeah.

11               THE VIDEOGRAPHER:  -- to look at

12          if you'd like.

13               MR. MIZGALA:  Yeah.  Send the TIF

14          and see if that helps.

15               THE VIDEOGRAPHER:  So that's the

16          same one we're looking at now, Doctor.

17               COURT REPORTER:  Is this being

18          marked as an exhibit?

19               MR. MIZGALA:  It's already marked.

20               MR. PENNOCK:  We -- we need to

21          remark this No. -- or we need to mark

22          it No. 23.

23               MR. MIZGALA:  That's fine.

24

25

Confidential  Pursuant  to  Protective Order

```
 1                    (Whereupon, Exhibit No. 23, Fig 4 -

 2                    Rat, was marked for

 3                    identification.)

 4                    MR. PENNOCK:  It's noted as Figure

 5               4 - Rat, 8X.tif, 4.44 megabytes.

 6                    COURT REPORTER:  I show two

 7               documents in the chat that are TIF

 8               documents.  Which one is the exhibit?

 9                    MR. MIZGALA:  Figure 4 - Rat, 8X.

10                    THE VIDEOGRAPHER:  They're both

11               the same, Cliff.  I just relabeled it

12               with an exhibit number.

13    BY MR. MIZGALA:

14         Q    Any better, Doctor?

15         A    It's a little bit better.  So I can see

16    glomeruli.

17               Unfortunately even at the highest

18    magnification, the resolution is not good enough

19    to evaluate tubular injury.

20         Q    Okay.

21                    MR. MIZGALA:  Let's try Figure 6

22               as a TIF, please, Jeff.

23    BY MR. MIZGALA:

24         Q    Can you see any pathology there,

25    Doctor?
```

Confidential - Pursuant to Protective Order

```
 1        A    So is it in the chat?

 2             Here we go.  Let me download it and

 3    take a look at this.

 4                  COURT REPORTER:  Marking this as

 5             well?

 6                  MR. MIZGALA:  Yes.

 7                  COURT REPORTER:  Thank you.

 8                  (Whereupon, Exhibit No. 24, Figure

 9                  6 - Rat, was marked for

10                  identification.)

11        A    So I can make out that it is kidney

12    tissue.  I can see glomeruli.  There appears to be

13    focal lymphocytic infiltrate.

14             But, again, when I go in higher

15    power -- and that is probably due to the file --

16    it becomes very blurry.  So, again, tubular cell

17    injury cannot be assessed or any cell high

18    morphologic evaluation cannot be assessed.

19    BY MR. MIZGALA:

20        Q    Okay.  We're going to try one more on

21    the rat.

22                  MR. MIZGALA:  Figure 10, please.

23             This will be Exhibit 25.

24

25
```

Confidential - Pursuant to Protective Order

```
 1                    (Whereupon, Exhibit No. 25, Fig 10

 2                    - Rat, was marked for

 3                    identification.)

 4        A     So, again, here we have kidney tissue.

 5   I can see glomeruli.  I can see proteinaceous

 6   casts.  I can --

 7   BY MR. MIZGALA:

 8        Q     You can -- what, Doctor?

 9        A     I can see proteinaceous casts.

10        Q     Oh, casts, okay.

11        A     And I can see focal lymphocytic

12   infiltrate.

13        Q     Is that it?

14        A     Well, again, the resolution in this,

15   you know, image display at higher power does not

16   allow detailed cell evaluation.

17             And I want to point out that these

18   images for me to review do, by far, not have the

19   resolution and quality that I'm used to with my

20   Qpath program.

21             So I can tell you is that there are

22   casts.  It's kidney.  There's interstitial

23   fibrosis.  There seems to be a lymphocytic

24   infiltrate.  But beyond that, I cannot do any

25   further detailed evaluation.
```

1        Q     Okay.

2              MR. MIZGALA:  Let's try Figure 15,

3        Jeff.

4              (Whereupon, Exhibit No. 26, Fig 15

5              - Mouse, was marked for

6              identification.)

7   BY MR. MIZGALA:

8        Q     This is from the mouse, and this is at

9   even a higher power, 20X.

10             Anything you can see there, Doc?

11       A     And let me download it from the chat

12  again, I think.

13       Q     Of course.

14             COURT REPORTER:  Twenty-six.

15       A     Yeah.

16             So, again, I can see it's kidney

17  tissue.  We have glomeruli.  There appears to be a

18  lymphocytic infiltrate in the interstitium.  The

19  glomeruli appear to have a pink amorphous material

20  in the mesangium reminiscent of the glomeruli

21  amyloid that we saw in the mice.

22             Again, the resolution at high power is

23  not great.

24  BY MR. MIZGALA:

25       Q     Okay.

Confidential   Pursuant   to Protective Order

```
 1        A      It looks like -- it -- it's reminiscent

 2   of the sections of mouse kidney that had glomeruli

 3   amyloid.

 4        Q      Okay.

 5               MR. MIZGALA:  Let's do one last

 6               one.  Figure 18, please.

 7               (Whereupon, Exhibit No. 27, Fig 18

 8               - Dog, was marked for

 9               identification.)

10   BY MR. MIZGALA:

11        Q      This is from a dog at 20X.

12               Anything there, Doc?

13        A      One moment, I'm just going to --

14        Q      Oh.

15        A      -- download it again.

16        Q      Uh-huh.

17        A      That figure 18 -- oh, here it is.

18   Gotcha.  Okay.  Just one second, please.

19               So, again, I can tell you this is

20   kidney.  We have two glomeruli in the center.  We

21   can see tubules.

22               Again, the resolution for the cell at

23   detail is not great.

24               It appears that there is some

25   vacuolization in the cytoplasm of tubules.
```

```
 1        Q     The tubule -- tubules are the things

 2    that look a little like worms; right?

 3        A     Exactly.  Those are these worm line or

 4    curvilinear structures that have the pink

 5    cuboidal-shaped cells.  The blue areas are the

 6    nuclei.  Yeah.  So those are the tubules.

 7              And then the round structures are the

 8    glomeruli.  The larger round structures with a

 9    little bit of space around the glomerular tuft,

10    which is the Bowman's space.  So those are the

11    glomeruli.

12        Q     And when you mentioned "vacuoles,"

13    where -- where would those be?

14        A     Again, the resolution is not great.

15              But it appears that these vacuoles are

16    in the cytoplasm of tubular epithelial cells.

17        Q     Okay.  Okay.  You can drop that.

18              MR. MIZGALA:  Let's go to the

19              Statement of Compensation, please.

20              (Whereupon, Exhibit No. 28,

21              Statement of Compensation, was

22              marked for identification.)

23    BY MR. MIZGALA:

24        Q     Okay.  Doctor, have you seen this

25    before?
```

1      A      Yes.

2      Q      Okay.  When did you see it first?

3      A      Oh, a few days ago.  I don't remember

4   exactly when.

5      Q      Okay.  And based upon your knowledge,

6   is this accurate?

7      A      I believe this is accurate.

8      Q      Okay.  So your first bill of 15 hours,

9   was that for time worked or was that a retainer?

10      A      No, that was for -- all of -- all of

11   these charges are for hours worked.

12      Q      Okay.  And, Doctor, your first report

13   in this litigation was dated April 22nd of 2021;

14   correct?

15      A      Correct.

16      Q      Okay.  So the time from before then

17   would have been spent -- that -- the -- you would

18   have had -- up until that report was done -- I

19   don't know -- a hundred and twenty, a hundred and

20   fifty, a hundred and two -- two hundred and

21   thirty-one hours; right?

22      A      I think a little less than -- how many

23   did you say?  Sorry.

24      Q      Well, I got -- so we've got to 4 --

25   4/15, we've got 15, 17, 32, 49, 81, 111, and then

Confidential - Pursuant to Protective Order

1    another 120.

2            So 231.

3       A    Yeah.  That -- that is about correct.

4       Q    Okay.  And then you did your first

5    report.

6            And that -- that includes your review

7    of the AstraZeneca slides; right?

8       A    Yes.

9       Q    Okay.  And when did you get the

10   AstraZeneca slides?

11      A    So I don't remember the correct exact

12   date.  I think we can find that for you and send

13   that to you.

14           But I believe that I received the --

15   you mean the -- the -- the image files on

16   the drives; is that correct?

17      Q    Yes.

18      A    Yeah.  So I believe I received them at

19   the end of February '21.

20      Q    Okay.  So the time you would have spent

21   reviewing the AstraZeneca slides and drafting that

22   report would have been captured in the -- the

23   March entry and the April entry; is that correct?

24      A    Yes.

25      Q    Okay.  And after you completed the

Confidential   Pursuant to Protective Order

```
 1    AstraZeneca report, you got the Takeda slides;

 2    right?

 3         A    Right.

 4         Q    Okay.  And you completed your report

 5    for -- for -- on the Takeda slides on May 20th;

 6    right?

 7         A    Right.

 8              MR. PENNOCK:  I'm sorry.

 9              Just note my -- you said -- you

10         said that he got the slides after he

11         finished the AstraZeneca report?

12              MR. MIZGALA:  Yeah.

13              MR. PENNOCK:  Do you have -- do

14         you have some basis for that?

15              MR. MIZGALA:  Yeah.  The -- the --

16         the FedEx and your e-mail to me that

17         says send them on Monday, the 25th.

18              MR. PENNOCK:  Okay.  And that's

19         when it went?  All right.

20    BY MR. MIZGALA:

21         Q    Okay.  Doc, is it -- is it your

22    recollection that you got the -- the Takeda images

23    after you completed your report on AstraZeneca?

24         A    I don't remember for sure.

25         Q    Okay.  So you would have spent the May
```

1    times -- right? -- the 40 and 30 hours, reviewing

2    the Takeda slides, images; right?

3         A     I think I spent many more hours than

4    that.  This is just what I billed.  I spent many

5    more hours than I billed.

6         Q     Are -- you're not going to bill for

7    other hours?

8         A     Well, you know, just like, you know,

9    many of good lawyers, I only bill for hours that

10   are billable.  And so a lot of the evaluation of

11   the slides and the technical setup, some of these

12   activities I would not bill for.

13        Q     And how many other hours do you think

14   you -- you spent doing that, doing the technical

15   activities and setting things up?

16               MR. PENNOCK:  Objection.  That

17               wasn't what he limited it to.

18               Go ahead.

19               So object to mischaracterizes.

20        A     I do not remember.

21   BY MR. MIZGALA:

22        Q     Doctor, when you were reviewing the

23   images, you said you did it -- you did a -- kind

24   of a two-step process, an -- an initial review and

25   then, if it merited, a -- a more extensive review;

Confidential - Pursuant to Protective Order

```
 1    correct?

 2        A    Correct.

 3        Q    Okay.  How much time did the initial

 4    review take?

 5        A    So the initial review was -- depending

 6    on the appearance of the slide, could vary from a

 7    few seconds to maybe 20 seconds.

 8             So I am very fast in reviewing slides.

 9    So that's roughly what it takes, the initial

10    review.

11        Q    Okay.  And then the more extensive

12    review and taking pictures, how long would that

13    take?

14        A    I would say, you know -- and this is

15    kind of an estimation -- anywhere between one and

16    three minutes.

17        Q    One and three minutes?

18        A    Yeah.

19        Q    Okay.

20        A    A few minutes really would -- would be

21    long, yeah.

22        Q    Okay.  And -- and besides the time

23    you've spent at this deposition, is there -- are

24    there any other hours that you have not yet billed

25    but intend on billing?
```

Confidential - Pursuant to Protective Order

```
 1              MR. PENNOCK:  Objection.

 2              He's already answered there are

 3         other hours.

 4              MR. MIZGALA:  This is -- this

 5         is -- I -- I -- this is for anything

 6         else that he's not yet billed but he

 7         intends to bill.

 8              MR. PENNOCK:  Objection.  Form.

 9         Foundation.

10              Go ahead.  You can answer.

11    A    Besides what you see here on this

12  graph, at the moment, I'm not aware of other hours

13  that I would bill for at this time point.

14  Although, I reserve the privilege that it may

15  change.

16  BY MR. MIZGALA:

17    Q    Well, you're going to bill for your

18  time in the deposition yesterday and today; right?

19    A    Yes.

20    Q    Okay.  Okay.

21              MR. MIZGALA:  Give me a few

22         minutes.  I want to take a break.

23         And -- and I may be done.

24              THE VIDEOGRAPHER:  Off the record

25         3:44 p.m.
```

```
 1                 (Whereupon, there was a recess

 2                 taken from 3:44 p.m. to 3:56 p.m.)

 3                 THE VIDEOGRAPHER:  On the record

 4            3:56 p.m.

 5                 MR. MIZGALA:  Doctor, first of

 6            all, I want to thank you for taking the

 7            time to visit with us for the last --

 8            over the last couple days.

 9                 THE WITNESS:  Thank you.

10  BY MR. MIZGALA:

11       Q    Your responsibilities at Yale, how many

12  hours a week do you spend on those things?

13       A    So let me elaborate a little bit on

14  this.  I'm a -- an attending in renal pathology.

15  I am on service and call 75 percent of the

16  calendar year --

17       Q    Uh-huh.

18       A    -- which equivocates to a hundred

19  percent clinical position.  I also have a

20  federally funded research lab that does research

21  on acute tubular injury.

22            And my time is pretty much spent

23  between the clinical services, the administration

24  of the renal pathology laboratory and

25  electromicroscopy laboratory, and research.  Of
```

Confidential - Pursuant to Protective Order

1    course, I also teach residents and medical

2    students.

3                 So that's how I would describe the --

4    my -- my responsibilities here break up.

5         Q    Okay.  And on average, how many hours a

6    week does that require of you?

7         A    I would say that that requires 60 to 70

8    hours on average.

9         Q    Was that true for May of this year?

10        A    In May I had, I think, two weeks of

11   service.  So that means that a significant time

12   that I normally would spend in the year on the

13   kidney biopsy service I did not have to -- have to

14   spend in May.

15        Q    Okay.  And how much time would that be?

16        A    So I would -- I would say that -- so

17   you mean how much time I would usually just spend

18   on the clinical service or did I not spend on the

19   clinical service?

20        Q    How much time in May did you not spend

21   on the clinical service?

22        A    Okay.  So I would say that that would

23   be a total of at least 60 hours.

24        Q    Okay.

25                 MR. MIZGALA:  Okay.  Subject to

```
 1              Mr. Pennock's questioning, I have no
 2              further questions at this time.
 3                   MR. PENNOCK:  Thank you.
 4                   I do have a couple things I'd like
 5              to talk to you about, Doctor.
 6
 7                   CROSS-EXAMINATION
 8
 9    BY MR. PENNOCK:
10         Q     So is -- I understood from your
11    testimony earlier that there are hours that you --
12    you spent or some period of time that you spent
13    looking and dealing with the Takeda slides that
14    you've not yet billed us for; is that correct?
15         A     That is correct.
16         Q     Okay.  All right.  And you did not have
17    intention to bill us for those?
18         A     Well, I always try to bill those hours
19    that I think are billable, meaning are involved
20    with the direct analysis of material and, like in
21    this case, slides, and so forth.
22         Q     Okay.  You were asked a number of
23    questions throughout the last two days regarding
24    the FDA and what the FDA had in its possession
25    regarding preclinical studies.
```

```
 1              Do you remember the questioning about

 2    that?

 3        A     I remember being questioned about study

 4    data that the FDA might have or expertise that the

 5    FDA might have.

 6        Q     Well, let -- let me ask you a couple

 7    questions.

 8              First of all -- and I think you've

 9    already said this -- what information, if any, do

10    you have as to whether or not the FDA reviewed the

11    nonclinical -- the preclinical study reports

12    provided to it by these companies?

13                  MR. MIZGALA:  Object to form.

14        A     I have no detailed information of

15    whether the FDA --

16                  (Whereupon, there was an

17                  interruption.)

18                  (Whereupon, the court reporter

19                  requests clarification.)

20        A     I have no detailed information

21    regarding the time spent reviewing these studies

22    or the personnel that might be involved in

23    reviewing these studies.  I --

24    BY MR. PENNOCK:

25        Q     Do you have any -- do you have any
```

Confidential - Pursuant to Protective Order

1    knowledge as to whether or not the FDA reviewed

2    these studies at all?

3                    MR. MIZGALA:  Objection.

4         A     I have no knowledge in -- I -- I do not

5    have knowledge whether the FDA reviewed these

6    studies at all.

7    BY MR. PENNOCK:

8         Q     You have -- withdrawn.

9                What, if any, knowledge do you have as

10   to whether the slides for these studies that you

11   received were also provided to the FDA?

12                    MR. MIZGALA:  Object to form.

13        A     I have no information whether the

14   slides that I reviewed were also shown to the FDA.

15   BY MR. PENNOCK:

16        Q     I'd ask you to assume that -- for the

17   sake of argument, that the FDA -- someone at the

18   FDA did look at these slides that you reviewed.

19                Do you have any knowledge as to what

20   their credentials are?

21                    MR. MIZGALA:  Objection.

22        A     I have no information regarding the

23   credentials of any experts at the FDA.

24   BY MR. PENNOCK:

25        Q     Do you know if the FDA, during the time

Confidential - Pursuant to Protective Order

1    period that these clinical study reports were

2    being provided to the FDA, had histopathologists

3    on staff?

4                    MR. MIZGALA:  Objection.

5        A    I have no information whether the FDA

6    had histopathologists on staff.

7    BY MR. PENNOCK:

8        Q    You testified several times in response

9    to questions that, in your opinion, the -- whoever

10   reviewed the slides at Takeda came to the wrong

11   conclusions regarding what they were seeing in

12   some of the slides; is that right?

13       A    That's correct, yes.

14       Q    Okay.  I'd ask you:  What -- what if

15   someone at the FDA reviewed these slides and came

16   to the same conclusion as the Takeda people, what

17   would be your view of the FDA reviewer of the

18   slides, if any view?

19       A    If I don't know the reviewer and I

20   cannot evaluate what the expertise is of the

21   reviewer, I would not know what I should think of

22   the result.

23       Q    Well, what if their result was contrary

24   to what your opinions were in reviewing these

25   slides?

Confidential - Pursuant to Protective Order
PageID: 15995

```
 1        A      Again, I -- I -- I -- as long as I

 2    don't have information about the qualifications of

 3    the reviewer, I cannot say whether I would, you

 4    know, agree with those reviews or not.

 5        Q      Well, in terms of slides that you

 6    reviewed and came to opinions regarding those, I

 7    think on some occasions you said that if -- if the

 8    Takeda reviewer saw the slide contrary to your

 9    opinions, they got it wrong.

10             Do you remember questions about that?

11        A      Can you repeat the question, please?

12        Q      Sure.

13             You were repeatedly asked whether you

14    thought the Takeda reviewer of these preclinical

15    slides got it wrong when they reviewed these

16    slides and came to their conclusions.

17             Do you remember that question?

18        A      Yeah.  I remember those questions.

19        Q      Okay.  So -- and why did you think that

20    they -- you -- that they got it wrong if they came

21    to opinions different than yours?

22        A      I reviewed the slides.  I made my

23    diagnosis on these slides.  They were not

24    consistent with what the Takeda scientists

25    reported.
```

Confidential - Pursuant to Protective Order

```
 1                 I diagnosed acute tubular injury in all

 2      of these studies that I show in my report.  And

 3      those lesions were, as far as I know, not

 4      described by the Takeda scientists.  So this is

 5      why I disagree with them.

 6          Q    So if a -- an FDA scientist looked at

 7      the slides and came to conclusions similarly

 8      contrary to your conclusions, would you similarly

 9      disagree with them?

10          A    Yes, I would.

11          Q    For the same reasons?

12          A    For the same reasons.

13          Q    You -- you also were asked some

14      questions about Dr. Perazella.

15                 Do you remember that?

16          A    Yes.

17          Q    Okay.  And I -- I --

18                 MR. PENNOCK:  Do you have that

19          handy?

20                 (Whereupon, there was a discussion

21                 off the record.)

22      BY MR. PENNOCK:

23          Q    So I'd ask you to please tell me your

24      opinion in terms of the respect that you have for

25      Dr. Perazella.
```

```
 1        A     Dr. Perazella is a colleague of mine.

 2    He and I have published several papers together.

 3              I would consider him an authority on

 4    drug-induced kidney injury, especially acute

 5    kidney injury.  And I believe he has published one

 6    or two papers on PPI-induced acute interstitial

 7    nephritis.

 8        Q     Okay.  And in terms of your views on

 9    his abilities to -- with regard to -- sorry.

10              In terms of your opinion of

11    Dr. Perazella's abilities regarding drug-induced

12    renal toxicity, could you please explain what your

13    view is?

14        A     I think that Dr. Perazella has

15    published a body of knowledge on acute

16    drug-induced kidney toxicity in patients.

17    However, he has not, to my knowledge, published or

18    has been -- or been involved in animal studies of

19    toxicity.

20              So in that respect, I would consider

21    myself more competent than him in judging animal

22    studies.

23              And I'm also not aware that he has

24    studied or published on PPI-induced acute tubular

25    injury.
```

1          So in that respect, due to my review

2    for this litigation, having reviewed thousands of

3    slides, I think that I would probably be the more

4    competent person at this very time point judging

5    PPI-induced tubular injury in animals.

6      Q     Nevertheless, do -- do -- is it your

7    view that -- withdrawn.

8          Nevertheless, your -- your respect for

9    Dr. Perazella, how would you characterize it?

10   Very high?

11     A     Very high.  No.

12         Dr. Perazella is a colleague and very

13   competent.  So I would say that my respect for him

14   is high.

15     Q     And -- hang on one second, please.

16         (Whereupon, there was a discussion

17          off the record.)

18   BY MR. PENNOCK:

19     Q     In -- in -- in -- in coming to your

20   opinions in -- in this case, Doctor, you did not

21   only -- you did not only rely on what was written

22   in the company's clinic -- preclinical study

23   reports; is that true?

24     A     In -- in respect to which position

25   or --

Confidential - Pursuant to Protective Order

1      Q      Well, so throughout the last couple of

2    days, different portions of the preclinical study

3    reports were read to you and -- and you -- you had

4    acknowledged that you had read those portions of

5    the -- the reports or you had read the reports;

6    right?

7      A      Right.  Right.  Yes.

8      Q      Okay.  And were the reports themselves

9    the only thing that you relied upon in coming to

10   your opinions or did you look at other materials?

11              MR. MIZGALA:  Form.

12     A      So I looked at the reports.  I looked

13   at the expert reports of Dr. Levin and Sandusky.

14   I also reviewed scientific articles, many of them.

15              So it was a, you know, variety of

16   documents that I reviewed in preparation.

17   BY MR. PENNOCK:

18     Q      And -- and also the slides themselves

19   that you asked for?

20     A      Of course, yes.

21     Q      And -- and whatever was available to

22   you?

23     A      Right.

24     Q      So were there any times in your review

25   of the slides that you found in your analysis that

Confidential - Pursuant to Protective Order

```
 1    the slides contradicted what was reported in the

 2    preclinical study reports?

 3                    MR. MIZGALA:  Form.

 4        A     I found that actually in several

 5    studies that what I saw on the slide differed from

 6    what was described in the study report.

 7    BY MR. PENNOCK:

 8        Q     Is chronic progressive nephropathy --

 9    withdrawn.

10              Do you have any recollection as to how

11    Takeda defined chronic progressive nephropathy in

12    rats?

13        A     As far as I remember, they define

14    progressive -- chronic progressive nephropathy as

15    a spontaneous lesion that occurs predominantly in

16    certain strains of male rats, that includes

17    thickening of tubular basement membrane, tubular

18    atrophy, interstitial fibrosis, thickening of the

19    glomerular basement membrane, glomerulosclerosis,

20    basophilia, casts.

21              And I think that pretty much sums it

22    up.

23        Q     And -- and what -- what was the --

24    withdrawn.

25              What, if any, views do you have
```

1    regarding Takeda's, in part, defining chronic

2    progressive nephropathy in the rats as being

3    spontaneous?

4         A    Can you repeat that question, please?

5         Q    Sure.

6              You mentioned that Takeda had --

7    that -- that there was a -- some notion of

8    spontaneity or that the chronic progressive --

9         A    Right.

10        Q    -- nephropathy was spontaneous.

11        A    Uh-huh.

12        Q    What, if any, views do you have of that

13   aspect of their definition?

14        A    So I believe, from my review of the

15   literature, that CPN cannot spontaneously occur in

16   aging rats.  And I think the molecular mechanisms

17   underlying that process are not entirely clear.

18   It may have to do with the genetics of the animal

19   strain involved.

20             But from my review of the CPN

21   literature, I believe that it is a -- in -- in the

22   classic presentation, a spontaneous lesion in

23   aging rats.

24        Q    And after reviewing the slides that

25   you've reviewed in this case --

```
 1        A      Uh-huh.

 2        Q      -- did you see such spontaneous

 3    lesions?

 4        A      So I did not see a classic CPN lesion

 5    as described in the literature and the textbooks

 6    in any of the slides that I reviewed.

 7               I always saw an acute component,

 8    especially, of course, in the drugged animals,

 9    which in my opinion does not fit in the definition

10    of chronic progressive nephropathy.  You should

11    not see acute tubular injury in chronic

12    progressive nephropathy.  You should not see

13    dose-dependent increase and interstitial

14    inflammatory infiltrate in chronic progressive

15    nephropathy.

16               So the fact that I saw these acute

17    injury features make me believe that these lesions

18    are not chronic progressive nephropathy.

19        Q      Okay.  Should you see CPN in female

20    rats?

21        A      They're reported to be more common in

22    male rats.

23        Q      What about in Wistar rats?

24        A      So I believe the Wistar rat is -- if my

25    memory is correct, I believe the Wistar rat is not
```

Confidential - Pursuant to Protective Order

1    a classic rat.  I think the Fischer rat and the

2    Sprague-Dawley rats are more the typical rats with

3    CPN.

4              I hope I remember that correctly.

5        Q    Okay.  In terms of your -- your

6    methodology for going about the review of the

7    AstraZeneca slides and the Takeda slides, is that

8    methodology set forth in your two reports?

9        A    Yes.  I describe my methodology in my

10   reports.

11             MR. PENNOCK:  Okay.  I -- I don't

12             have any further questions.  I pass the

13             witness back to James or Katherine,

14             whoever wants to start.

15             MS. ALTHOFF:  Nothing further for

16             AstraZeneca.  Thank you for your time,

17             Dr. Moeckel.

18             THE WITNESS:  Thank you.

19             MR. MIZGALA:  Yup.  That's a wrap.

20             Thanks, Doc.

21             THE WITNESS:  Thank you.

22             MR. PENNOCK:  Thank you,

23             everybody.

24             THE VIDEOGRAPHER:  Off the record

25             4:16 p.m.

```
 1                    (Thereupon, the deposition was

 2                    concluded at 4:16 p.m.)

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Pursuant to Protective Order

```
 1                  C E R T I F I C A T E

 2        I, Clifford Edwards, Certified Shorthand

 3   Reporter, do hereby certify that prior to the

 4   commencement of the examination, the witness was

 5   duly remotely sworn by me to testify to the truth,

 6   the whole truth and nothing but the truth.

 7        I DO FURTHER CERTIFY that the foregoing is

 8   a verbatim transcript of the testimony, that said

 9   deposition was taken by me stenographically at the

10   time and date hereinbefore set forth, and the

11   foregoing is a true and accurate transcript of the

12   testimony.

13        I FURTHER CERTIFY that I am neither of

14   counsel nor attorney to any of the parties to said

15   suit, nor am I an employee of any party to said

16   suit, nor of any counsel in said suit, nor am I

17   interested in the outcome of said cause.

18        Witness my hand and seal as Notary Public

19   this 13th day of July, 2021.

20

21   _____

22                   Clifford Edwards

23                   Notary Public

24   My commission expires:  9/30/2021

25
```

Confidential - Pursuant to Protective Order

1                   J U R A T

2

3       I have read the foregoing pages and hereby

4    acknowledge the same to be a true and correct record

5    of the testimony.

6

7

8

9                    _____

10                    Gilbert W. Moeckel, M.D., Ph.D., FASN

11

12   Subscribed and sworn to

13   _____.

14   Before me this _____ day of _____,

15   2021.

16

17

18

19

20   _____

21   Notary Public

22   My Commission Expires:

23

24

25

Confidential Pursuant to Protective Order

```
 1                 DEPOSITION ERRATA SHEET

 2

 3     Page No._____Line No._____ Change to:_____

 4     _____

 5     Reason for change:_____

 6     Page No._____Line No._____Change to:_____

 7     _____

 8     Reason for change:_____

 9     Page No._____Line No._____ Change to:_____

10     _____

11     Reason for change:_____

12     Page No._____Line No._____Change to:_____

13     _____

14     Reason for change:_____

15     Page No._____Line No._____ Change to:_____

16     _____

17     Reason for change:_____

18     Page No._____Line No._____Change to:_____

19     _____

20     Reason for change:_____

21

22

23     SIGNATURE:_____DATE:_____

24     NAME:  GILBERT W. MOECKEL, M.D., PH.D., FASN

25
```

Confidential - Pursuant to Protective Order

```
1                    DEPOSITION ERRATA SHEET

2     Page No._____Line No._____ Change to:_____

3     _____

4     Reason for change:_____

5     Page No._____Line No._____Change to:_____

6     _____

7     Reason for change:_____

8     Page No._____Line No._____ Change to:_____

9     _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____Line No._____ Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20

21

22

23    SIGNATURE:_____DATE:_____

24    NAME:  GILBERT W. MOECKEL, M.D., PH.D., FASN

25
```