# Exhibit D

Confidential - Pursuant to Protective Order

Page 1

```
     IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF NEW JERSEY

                   - - - - -

IN RE:   PROTON-PUMP          MDL NO. 2789
INHIBITOR PRODUCTS
LIABILITY LITIGATION
(NO. II)
                   - - - - -
Civil Action No. 2:17-cv-06124
FREDDY BALES,
          Plaintiff,
          vs.
ASTRAZENECA PHARMACEUTICALS,
LP, et al.,
          Defendants.
                   - - - - -
Civil Action No. 2:17-cv-02475
DAVID FOSTER,
          Plaintiff,
          vs.
ASTRAZENECA PHARMACEUTICALS,
LP, et al.,
          Defendants.
                   - - - - -
Civil Action No. 2:17-cv-00212
KIMBERLY LEE,
          Plaintiff,
          vs.
ASTRAZENECA PHARMACEUTICALS,
LP, et al.,
          Defendants.
                   - - - - -
Civil Action No. 2:17-cv-13727
DIANE NELSON,
          Plaintiff,
          vs.
ASTRAZENECA PHARMACEUTICALS,
LP, et al.,
          Defendants.
                   - - - - -
CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
        WAJAHAT MEHAL, M.D., DPhil
              July 14, 2021
```

Confidential - Pursuant to Protective Order

Page 2

```
 1
 2                      - - - - -
 3    Civil Action No. 2:17-cv-06124
      JAMES REIDER,
 4             Plaintiff,
               vs.
 5    ASTRAZENECA PHARMACEUTICALS,
      LP, et al.,
 6             Defendants.
 7                      - - - - -
 8    CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
 9                      - - - - -
10
              Wednesday, July 14, 2021
11
12                      - - - - -
13          Remote Video Zoom Deposition of WAJAHAT
14    MEHAL, M.D., DPhil, conducted at the location of the
15    witness in New Haven, Connecticut, commencing at
16    9:21 a.m., by and before Robin L. Clark, Registered
17    Professional Reporter and Notary Public.
18                      - - - - -
19
20
21
22
23
24
```

Confidential - Pursuant to Protective Order

Page 3

1  REMOTE APPEARANCES:
2
          DOUGLAS AND LONDON, P.C.
3         BY:  STEPHANIE O'CONNOR, ESQ
          BESS DeVAUGHN, ESQ.
4         SARA CASTRONOVA, ESQ.
          59 Maiden Lane, 6th Floor
5         New York, New York 10038
          soconnor@douglasandlondon.com
6                 For the Plaintiffs
7
8         ANAPOL WEISS
          BY:  TRACY A. FINKEN, ESQ.
9         One Logan Square
          130 North 18th Street, Suite 1600
10        Philadelphia, Pennsylvania 19103
          866-930-2217
11        tfinken@anapolschwartz.com
                  For the Plaintiffs
12
13        ARNOLD PORTER KAYE SCHOLER, LLP
          BY:  JULIE B. du PONT, ESQ.
14        and KATHRYN POSIADLO, ESQ.
          250 West 55th Street
15        New York, New York 10019-9710
          212-836-8572
16        julie.dupont@arnoldporter.com
          kathryn.posiadlo@arnoldporter.com
17                 For the Defendants,
          AstraZeneca Pharmaceuticals LP
18        and AstraZeneca LP
19
20
21
22
23
24

Golkow Litigation Services - 1.877.370.DEPS

Confidential - Pursuant to Protective Order

Page 4

```
 1   REMOTE APPEARANCES, continued:
 2
             VENABLE LLP
 3           BY:  BRUCE R. PARKER, ESQ.
             and JASON C. ROSE, ESQ.
 4           750 East Pratt Street, Suite 900
             Baltimore, Maryland 21202
 5           410-244-7400
             brparker@venable.com
 6           jcrose@venable.com
                     For the Defendants, Takeda
 7           Pharmaceuticals U.S.A., Inc., Takeda
             Pharmaceuticals America, Inc., Takeda
 8           Development Center Americas, Inc. and
             Takeda Pharmaceuticals Company Limited
 9
     ALSO PRESENT:
10
             NANCY HOLMSTOCK, VIDEOGRAPHER
11
             CARRIE HOWARD, EXHIBIT TECH
12
             EMILY SY, ESQ., In-House Counsel Takeda
13
             LEO RAKITIN, ESQ., In-House Counsel for
14           AstraZeneca
15
                      - - - - -
16
17
18
19
20
21
22
23
24
```

Confidential - Pursuant to Protective Order

Page 5

```
 1                    I N D E X
 2   WITNESS                                    PAGE
 3   DR. WAJAHAT MEHAL
       BY MS. du PONT:                           10
 4     BY MR. PARKER:                           363
 5
 6                   E X H I B I T S
 7   NUMBER           DESCRIPTION              MARKED
 8   Mehal
 9   Exhibit AZ-1   Notice of Deposition        13
10   Exhibit AZ-2   Statement of Compensation   19
11   Exhibit AZ-3   Mehal Expert Report         37
12   Exhibit AZ-4   Curriculum Vitae            48
13   Exhibit TAK 20 Brewster, et al. Article   382
14   Exhibit AZ-22 Practice Guidelines, Katz   130
                   Article
15
     Exhibit TAK 24 DeVault, et al. Article    395
16
     Exhibit AZ-26 Sifrim, et al. Article      142
17                 entitled
18   Exhibit AZ-27 Boeckxstaens, et al.        146
                   Article
19
     Exhibit AZ-28 Savarino, et al. Article    148
20                 Entitled
21   Exhibit AZ-35 Letter dated 10/31/14       180
22   Exhibit AZ-38 Hunfeld, et al. Article     193
23   Exhibit AZ-39 Niklasson Article           170
24   Exhibit AZ-41 Metz, et al. Article        171
```

| | | |
|---|---|---|
| 1 | Exhibit AZ-42 Memo dated 12/21/18 | 187 |
| 2 | Exhibit TAK 44 Grimes, et al. Article | 410 |
| 3 | Exhibit AZ-51 European Medicines Agency | 218 |
| | Letter dated 9/5/16 Bates | |
| 4 | F1450-R00112077 | |
| 5 | Exhibit AZ-52 PRAC Signal Assessment | 224 |
| | Analysis dated 1/13/17 | |
| 6 | | |
| | Exhibit AZ-53 AstraZeneca Response | 220 |
| 7 | document dated 11/2/16 | |
| 8 | Exhibit AZ-54 Attwood, et al. Article | 232 |
| 9 | Exhibit AZ-55 Moayyedi, et al. Article | 240 |
| 10 | Exhibit AZ-56 Lee, et al. Article | 249 |
| 11 | Exhibit AZ-58 Xie, et al. Article | 255 |
| 12 | Exhibit AZ-62 Klatte, et al. Article | 310 |
| 13 | Exhibit AZ-66 Lazarus, et al. Article | 266 |
| 14 | Exhibit AZ-67 Lazarus Review of Research | 272 |
| | Article | |
| 15 | | |
| | Exhibit AZ-68 FDA Critique of Xie Study | 299 |
| 16 | dated 6/1/16 | |
| 17 | Exhibit AZ-83 Simpson, et al. Article | 343 |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |

Page 7

1  DEPOSITION SUPPORT INDEX
2
- - - - -
3
4  Direction to Witness Not to Answer
5  Page  Line
6  NONE
7  Request for Production of Documents
8  Page  Line
9  NONE
10 Question Marked
11 Page  Line
12 NONE
13
14
15
16
17
18
19
20
21
22
23
24

Confidential - Pursuant to Protective Order

Page 8

1                THE VIDEOGRAPHER:  We
2        are now on the record.  My name is
3        Nancy Holmstock, videographer for
4        Golkow Litigation Services.
5        Today's date is July 14, 2021.  The
6        time is 9:21 a.m. Eastern time.
7                This remote video
8        deposition is being held in the
9        matter of in re:  Proton Pump
10       Inhibitor Products Liability
11       Litigation, MDL number 2789, as it
12       relates to cases, Civil Action
13       number 2:17-cv-06124, Freddie Bales
14       versus AstraZeneca Pharmaceuticals,
15       LP, et al. for the United States
16       District Court, the District of New
17       Jersey.  The deponent is Wajahat
18       Mehal, MD, DPhil.
19               All parties to this
20       deposition are appearing remotely
21       and have agreed to the witness
22       being sworn in remotely.  Due to
23       the nature of remote reporting,
24       please pause briefly before

Confidential - Pursuant to Protective Order

Page 209

```
 1              MS. du PONT:  The actual
 2         slides of the rats that were
 3         involved in the study.
 4              THE WITNESS:  Yeah, I
 5         reviewed the data from the
 6         pathologist who read the slides.  I
 7         did not look at the actual slides
 8         myself.
 9   BY MS. du PONT:
10        Q.   You've never personally
11   identified chronic progressive neuropathy
12   [sic] on a rat kidney slide before, have
13   you?
14        A.   That's not something that I've
15   studied and identified.  We've identified
16   other types of injuries in mice and rat
17   kidneys.
18        Q.   You've never compared rat
19   chronic progressive nephropathy to kidney
20   disease in humans, correct?
21        A.   Could you repeat that, please?
22        Q.   You've never compared rat
23   chronic progressive neuropathy --
24   nephropathy, sorry, nephropathy to kidney
```

Confidential - Pursuant to Protective Order

Page 210

1  diseases in humans, correct?
2      A.   So chronic progressive
3  nephropathy in rats is a unique thing to
4  rats, so it wouldn't make sense to compare
5  it to humans, because they don't get that
6  particular disease.  So no, you know,
7  there's no reason to do that.
8      Q.   So you would agree that chronic
9  progressive nephropathy is a spontaneous
10 renal disease that only occurs in rats,
11 right?
12           MS. O'CONNOR:  Object to
13     the form.  You can answer.
14           THE WITNESS:  So yes, I
15     mean there is the disease with that
16     name that is rat specific, yes.
17     And it does occur spontaneously in
18     some rats, in some rats.
19 BY MS. du PONT:
20     Q.   And it doesn't occur in humans,
21 right?
22     A.   Not that specific disease.
23     Q.   And would you agree that CPN or
24 chronic -- I'm forgetting what it's called,

Golkow Litigation Services - 1.877.370.DEPS

Confidential - Pursuant to Protective Order

Page 211

1    chronic progressive nephropathy has the
2    potential to confound interpretation of
3    kidney findings in experimental pathology
4    and toxicology studies?
5                MS. O'CONNOR:  Objection
6          to the form.
7                THE WITNESS:  So many
8          things can confound studies and
9          that's why, obviously, there are
10         control groups and such like which
11         will rigorously control for, you
12         know, multiple confounding factors.
13         But in a well-designed study,
14         meaning if there are controlled
15         groups, then it does not confound
16         the results.
17   BY MS. du PONT:
18        Q.   There are major differences in
19   pathology though between CPN, which is what
20   we have been talking about, in human
21   nephropathies, correct?
22        A.   I mean, there are similarities
23   and there are differences, I mean, human
24   nephropathies, that term encompasses dozens

Confidential - Pursuant to Protective Order

Page 440

1  concluded at 5:45 p.m.)
2  - - - - -
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Confidential - Pursuant to Protective Order

Page 441

1         C E R T I F I C A T I O N

2

3

4         I HEREBY CERTIFY that the proceedings and

5    evidence are contained fully and accurately in the

6    stenographic notes taken by me upon the foregoing

7    matter on July 14, 2021, and that this is a correct

8    transcript of same.

9

10

11

12

13

14    _____

15         Robin L. Clark
     Registered Professional Reporter

16

17

18

19

20

21         (The foregoing certification of this

22    transcript does not apply to any reproduction of the

23    same by any means unless under the direct control

24    and/or supervision of the certifying reporter.)

Confidential - Pursuant to Protective Order

Page 442

1 INSTRUCTIONS TO WITNESS

2

3      Please read your deposition over carefully
4 and make any necessary corrections.
5 You should state the reason in the appropriate
6 space on the errata sheet for any corrections
7 that are made.
8      After doing so, please sign the errata
9 sheet and date it.
10      You are signing same subject to the
11 changes you have noted on the errata sheet,
12 which will be attached to your deposition.
13      It is imperative that you return the
14 original errata sheet to the deposing attorney
15 within thirty (30) days of receipt of the deposition
16 transcript by you.  If you fail to do so, the
17 deposition transcript may be deemed to be accurate
18 and may be used in court.
19
20
21
22
23
24

Confidential - Pursuant to Protective Order

Page 443

```
 1                       - - - - -
 2                       E R R A T A
 3                       - - - - -
 4    PAGE      LINE       CHANGE
 5
      ____      ____     _____
 6
      ____      ____     _____
 7
      ____      ____     _____
 8
      ____      ____     _____
 9
      ____      ____     _____
10
      ____      ____     _____
11
      ____      ____     _____
12
      ____      ____     _____
13
      ____      ____     _____
14
      ____      ____     _____
15
      ____      ____     _____
16
      ____      ____     _____
17
      ____      ____     _____
18
      ____      ____     _____
19
      ____      ____     _____
20
      ____      ____     _____
21
      ____      ____     _____
22
      ____      ____     _____
23
      ____      ____     _____
24
```

Page 444

1        ACKNOWLEDGMENT OF DEPONENT
2
         I, DR. WAJAHAT MEHAL, do hereby
3
   certify that I have read the foregoing pages
4
   and that the same is a correct
5
   transcription of the answers given by me to
6
   the questions therein propounded, except for
7
   the corrections or changes in form or
8
   substance, if any, noted in the attached
9
   Errata Sheet.
10
11   DATE                          SIGNATURE
12
   Subscribed and sworn to before me this
13
         day of                         ,
14
   2021.
15
16   My commission expires:
17
18
19
20   Notary Public
21
22
23
24