# Exhibit F

Confidential - Pursuant to Protective Order

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II) | ) MDL No. ) 2789 ) ) Honorable |
| _____ | ) Claire C. |
| THIS DOCUMENT RELATES TO: | ) Cecchi |
| Civil Action No.: 2:17-cv-06124 FREDDY BALES, | ) ) ) |
| Plaintiff, | ) ) |
| V. | ) ) |
| ASTRAZENECA PHARMACEUTICALS LP, et al., | ) ) ) |
| Defendants. | ) ) |
| _____ | ) |
| Civil Action No.: 2:17-cv-02475 DAVID FOSTER, | ) ) ) |
| Plaintiff, | ) ) |
| V. | ) ) |
| ASTRAZENECA PHARMACEUTICALS LP, et al., | ) ) ) |
| Defendants. | ) ) |
| _____ | ) |
| Civil Action No.: 2:18-cv-03159 STEVE KERSCH, | ) ) ) |
| Plaintiff, | ) ) |
| V. | ) |
| ASTRAZENECA PHARMACEUTICALS LP, et al., | ) ) |
| Defendants. | ) |

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
Martyn T. Smith, Ph.D.
MONDAY, JUNE 21, 2021

Confidential - Pursuant to Protective Order

Page 2

```
 1   Civil Action No.:
     2:17-cv-00212        )
 2   KIMBERLY LEE,        )
                          )
 3   Plaintiff,           )
                          )
 4   V.                   )
                          )
 5   ASTRAZENECA PHARMACEUTICALS )
     LP, et al.,          )
 6                        )
     Defendants.          )
 7   _____ )
     Civil Action No.:     )
 8   2:17-cv-13727        )
     DIANE NELSON,         )
 9                        )
     Plaintiff,           )
10                        )
     V.                    )
11                        )
     ASTRAZENECA PHARMACEUTICALS )
12   LP, et al.,          )
                          )
13   Defendants.          )
     _____ )
14   Civil Action No.:     )
     2:19-cv-00850        )
15   JAMES RIEDER,         )
                          )
16   Plaintiff,           )
                          )
17   V.                    )
                          )
18   ASTRAZENECA PHARMACEUTICALS )
     LP, et al.,          )
19                        )
     Defendants.          )
20
           MONDAY, JUNE 21, 2021
21   CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
22                    – – –
23        Remote videotaped deposition of
24   Martyn T. Smith, Ph.D., held at the location
25   of the witness Fairfax, California,
```

Page 3

```
 1   commencing at 8:02 a.m. Pacific Time, on the
 2   above date, before Carrie A. Campbell,
 3   Registered Diplomate Reporter, Certified
 4   Realtime Reporter, Illinois, California &
 5   Texas Certified Shorthand Reporter, Missouri
 6   & Kansas Certified Court Reporter.
 7                    – – –
 8
 9        GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
             deps@golkow.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1   R E M O T E  A P P E A R A N C E S :
 2
 3   SEEGER WEISS, LLP
     BY: JEFFREY S. GRAND
         jgrand@seegerweiss.com
 4       CARLOS F. RIVERA
         crivera@seegerweiss.com
 5   100 Church Street, 8th Floor
     New York, New York 10007
 6   (212) 584-0700
 7   and
 8   DOUGLAS & LONDON, P.C.
     BY: BESS DEVAUGHN
 9       bdevaughn@douglasandlondon.com
     59 Maiden Lane, Sixth Floor
10   New York, New York 10038
     (212) 566-7500
11   Counsel for Plaintiffs
12
13   ICE MILLER LLP
     BY: KATHERINE ALTHOFF
14       katherine.althoff@icemiller.com
         OLGA VOINAREVICH
15       olga.voinarevich@icemiller.com
     One American Square, Suite 2900
16   Indianapolis, Indiana 46282
     (317) 236-2100
17   Counsel for AstraZeneca Defendants
18
19   TUCKER ELLIS LLP
     BY: JAMES W. MIZGALA
20       james.mizgala@tuckerellis.com
         ANDREA M. PRZYBYSZ
21       andrea.przybysz@tuckerellis.com
     233 South Wacker Drive, Suite 6950
22   Chicago, Illinois 60606
     (312) 624-6300
23   Counsel for Takeda
24
     ALSO PRESENT:
25     EMILY SY, Counsel, Takeda
```

Page 5

```
 1        OLIVIA CAMPBELL
 2
 3   V I D E O G R A P H E R :
     DAN LAWLOR,
 4       Golkow Litigation Services
 5                    – – –
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 to 5)

Confidential - Pursuant to Protective Order

Page 6

1          INDEX
2                              PAGE
       APPEARANCES.................................  4
4      EXAMINATIONS
5          BY MR. MIZGALA............................  10
6          BY MR. GRAND............................. 176
7          BY MR. MIZGALA........................... 183
8          BY MS. ALTHOFF........................... 184
9          BY MR. GRAND............................. 275
10
11              EXHIBITS
12     No.   Description                    Page
13     1    Testimony of Martyn T. Smith, Ph.D.   11
            (2016-2021)
14
15     2    Defendants' Notice of Oral         14
            Videotaped Deposition and
16          Associated Subpoena Duces Tecum of
            Martyn Thomas Smith, Ph.D.
17     3    Statement of Compensation, Martyn    15
            Smith, Ph.D.
18
       4    Declaration of Martyn T. Smith,      22
19          Ph.D.
20     5    Exhibit B, Materials Considered by   50
            Expert Dr. Martyn Smith
21
       6    Dr. Martyn Smith Supplemental        52
22          Materials Considered
23     7    "Review article:  The control of     75
            gastric acid and Helicobacter
24          pylori eradication," Sachs, et al.
25

Page 8

1      19    "Omeprazole attenuates          240
             cisplatin-induced kidney injury
2            through suppression of the
             TRLR4/NF-KB/NLRP3 signalling
3            pathway," Gao, et al.
4      20    "Reduction in renin release and   244
             renal vascular resistance by
5            H+-K+-ATPase inhibition," Lin, et
             al.
6
7      21    "The relationship between proton   251
             pump inhibitors and renal disease,"
8            Morschel, et al.
9      22    Proton pump inhibitors and vascular  256
             function:  A prospective cross-over
10           pilot study," Ghebremariam, et al.
11     23    "Molecular pathways driving        265
             omeprazole nephrotoxicity,"
12           Fontecha-Barriuso, et al.
13     (Exhibits attached to the deposition.)
14     CERTIFICATE................................281
15     ACKNOWLEDGMENT OF DEPONENT.................283
16     ERRATA.....................................284
17     LAWYER'S NOTES.............................285
18
19
20
21
22
23
24
25

Page 7

1      8    Preclinical Expert Report          90
            Lansoprazole (Long-Term Maintenance
2           Treatment), Takeda Europe
3      9    "Four-Week Oral Gavage Toxicity    116
            Study of TAK-390 U-X in Rats,"
4           Study No. 14-091/SU
5      10   "Intrarenal Renin-Angiotensin      135
            System Involvement in the
6           Pathogenesis of Chronic Progressive
            Nephropathy-Bridging the
7           Informational Gap Between
            Disciplines," Obert, et al.
8
9      11   FDA Epidemiology Literature Review   166
10     12   Prevacid 2020 label                172
11     13   "Late Consequences of Acute        214
            Ischemic Injury to a Solitary
12          Kidney," Pagtalunan, et al.
13     14   "Renal ischemic injury results in   216
            permanent damage to peritubular
14          capillaries and influences
            long-term function," Basile, et al.
15     15   "Acute unilateral ischemic renal    217
            injury induces progressive renal
16          inflammation, lipid accumulation,
            histone modification, and end stage
17          kidney disease," Zager, et al.
       16   "Renal response to repetitive       218
18          exposure to heme proteins: Chronic
            injury induced by an acute insult,"
19          Nath, et al.
20     17   "The Intrarenal Renin-Angiotensin   222
            System:  From Physiology to the
21          Pathobiology of Hypertension and
            Kidney Disease," Kobori, et al.
22     18   "Role of renin-angiotensin system   237
            in acute kidney injury-chronic
23          kidney disease transition," Chou,
            et al.
24
25

Page 9

1          VIDEOGRAPHER:  We are now on
2    the record.
3          My name is Dan Lawlor.  I'm a
4    videographer representing Golkow
5    Litigation Services.
6          Today's date is June 21st, and
7    the time is 8:02 a.m.
8          This remote video deposition is
9    being held in the matter of Proton
10   Pump Inhibitor Products Liability
11   Litigation, MDL number 2789.
12         All parties to this deposition
13   are appearing remotely and have agreed
14   to the witness being sworn in
15   remotely.
16         Due to the nature of remote
17   reporting, please pause briefly before
18   speaking to ensure all parties are
19   heard completely.
20         The deponent is Martyn Thomas
21   Smith, Ph.D.
22         Counsel will be noted on the
23   stenographic record.
24         The court reporter is Carrie
25   Campbell and will now swear in the

Golkow Litigation Services - 1.877.370.DEPS

Confidential - Pursuant to Protective Order

Page 134

1          Right?
2      A.   Right.
3      Q.   Okay.  That work group made no
4  mention of CPN in rodents in its report,
5  right?
6      A.   Well, I think it's focused on
7  the human, not --
8      Q.   Right.
9      A.   -- {audio interruption}
10 specifically look at it to whether it
11 mentioned CPN in rodents.
12     Q.   Okay.  Okay.  Paragraph 45 --
13 page 45, I'm sorry.  Paragraph 105.
14 "Relatively recently, the mechanism of CPN
15 induction in rats has become apparent and has
16 been shown to involve alteration of the
17 renin-angiotensin system, open paren, RAS,
18 close paren, in the kidney."
19          And you cite Obert and Frazier,
20 correct?
21     A.   Correct.
22     Q.   Doctor, you're aware that
23 misstates what the authors said in that
24 article, right?
25          MR. GRAND:  Objection.

Page 135

1          Foundation.
2          THE WITNESS:  I don't believe
3  so.
4          (Smith Exhibit 10 marked for
5          identification.)
6  QUESTIONS BY MR. MIZGALA:
7      Q.   Okay.  Let's pull up 2019 Obert
8  and Frazier, please.  The last sentence of
9  the abstract.
10         Okay.  What these authors said
11 was, "Intrarenal RAS alterations seem to be
12 central to all these events and may be
13 critical to CPN development and progression."
14         Right?
15     A.   Yeah.
16     Q.   Okay.  That's different from
17 induction, right, Doctor?
18     A.   Well, CPN development is
19 induction, isn't it, and then progression
20 onwards?  So without being induced, it's not
21 going to be developed, is it?
22     Q.   Well, we'll keep going through
23 this paper, so --
24     A.   I think my wording is pretty
25 much accurate and reflects exactly what they

Page 136

1  say here.
2      Q.   Okay.  Did you read this whole
3  article, Doctor?
4      A.   I've read this article several
5  times.
6      Q.   Okay.  So let's go to the
7  introduction.
8      A.   Okay.
9      Q.   Right there.
10         It says, "Chronic progressive
11 nephropathy, CPN, is the most commonly
12 encountered spontaneous background finding in
13 laboratory rodents."
14         That's true, correct?
15     A.   Yeah.
16     Q.   Okay.  "Chronic progressive
17 nephropathy has been reviewed extensively
18 over the past 40 years, yet its pathogenesis
19 remains controversial."
20         And that's correct, right?
21     A.   Yeah.  It was in 2019, yeah.
22     Q.   Is it any different now?
23     A.   Well, I think this article
24 clears up some of the pathogenesis, so I
25 think this vastly improves our understanding

Page 137

1  of it.
2      Q.   Okay.  "It occurs in both male
3  and female rats, but at a higher incidence
4  and severity in males, and a similar syndrome
5  in noted in several mouse strains."
6          And that's true, right?
7      A.   That is true.
8      Q.   Okay.  And then it says, "In a
9  retrospective review of GlaxoSmithKline
10 toxicity studies, incidence rates varied
11 widely among studies, by strain and with age,
12 in both rats and mice."
13         That's true?
14     A.   Well, I don't know if that's
15 true because I don't have the ability to
16 review GlaxoSmithKline studies.  But it's my
17 understanding that the incidence rates varies
18 very widely amongst strains and can vary
19 widely amongst different laboratories.
20     Q.   Okay.  The next sentence.
21 "Other investigators report incidences
22 approaching 100 percent in some strains after
23 two years, including wild rat strains."
24         Is that true?
25     A.   I don't know.  I didn't know

35 (Pages 134 to 137)

Confidential - Pursuant to Protective Order

Page 278

1    part of the body but actually demonstrate
2    oxidative stress in other parts of the body?
3         A.    Yeah.  There are a lot of drugs
4    that have antioxidant properties.  For
5    example, hydroquinone, which is -- produces
6    renal tumors in rats and is also a metabolite
7    of benzene, is actually used as an
8    antioxidant in chemistry, in polymers, and
9    has wildly known antioxidant properties, and
10   yet it exacerbates and cause renal tumors and
11   can promote oxidative stress in various
12   tissues of the body.
13              So just because something is an
14   antioxidant in a chemistry-type system
15   doesn't mean to say that it will be
16   protective in the body against oxidative
17   stress.
18              Similarly, for inflammation,
19   you can have something that blocks
20   inflammation that can also exacerbate kidney
21   injury.  I mean, a great example of this, of
22   course, is ibuprofen and various NSAIDs
23   which, by their very nature, are designed to
24   be anti-inflammatory, and yet they produce
25   acute interstitial nephritis in some people,

Page 279

1    which is an inflammatory condition.
2              And so just because something
3    shows anti-inflammatory properties in a petri
4    dish or an experimental study or is an
5    antioxidant doesn't mean to say that it will
6    do so in particular organs of the body and
7    often can have directly the opposite effect.
8         Q.    And do you recall being shown a
9    study of PPIs in humans?  I believe it was
10   one of the last studies you were shown today,
11   and I think it had approximately 21 patients
12   and lasted for four weeks.
13              Do you recall that?
14        A.    Yes, that's the long name,
15   Ghebremariam or something like that, who
16   published the paper in 2013 that I cited.
17   And counsel showed me that paper from 2015,
18   which was a human follow-up study, which was
19   only short in nature and only had ten -- 10
20   or 11 patients in each group.
21              And although they saw some
22   effects, they were not statistically
23   significant, which is probably not surprising
24   given the limitations of that study.
25        Q.    And if a study isn't sig -- if

Page 280

1    a study like that is not statistically
2    significant, you can't rule out those results
3    for just the result of chance, correct?
4         A.    Yeah, they don't really add
5    very much to the literature because they are
6    underpowered and really don't give you much
7    information, because it's too easy to
8    discount them based on their size and their
9    duration.
10             MR. GRAND:  Thank you, Doctor.
11   I have no other questions.
12             MS. ALTHOFF:  Nothing further
13   for me.
14             VIDEOGRAPHER:  Okay?
15   Everybody?
16             Perfect.  This concludes
17   today's deposition.  We are going off
18   record.  The time is 2:43.
19        (Off the record at 2:43 p.m.)
20             --------
21
22
23
24
25

Page 281

CERTIFICATE

I, CARRIE A. CAMPBELL, Registered Diplomate Reporter, Certified Realtime Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, Martyn T. Smith, Ph.D., was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

_____
CARRIE A. CAMPBELL,
NCRA Registered Diplomate Reporter
Certified Realtime Reporter
California Certified Shorthand
Reporter #13921
Missouri Certified Court Reporter #859
Illinois Certified Shorthand Reporter
#084-004229
Texas Certified Shorthand Reporter #9328
Kansas Certified Court Reporter #1715
Notary Public
Dated:  June 30, 2021

Golkow Litigation Services - 1.877.370.DEPS

Confidential - Pursuant to Protective Order

Page 282

1    INSTRUCTIONS TO WITNESS
2
3         Please read your deposition over
4    carefully and make any necessary corrections.
5    You should state the reason in the
6    appropriate space on the errata sheet for any
7    corrections that are made.
8         After doing so, please sign the
9    errata sheet and date it.  You are signing
10   same subject to the changes you have noted on
11   the errata sheet, which will be attached to
12   your deposition.
13        It is imperative that you return
14   the original errata sheet to the deposing
15   attorney within thirty (30) days of receipt
16   of the deposition transcript by you.  If you
17   fail to do so, the deposition transcript may
18   be deemed to be accurate and may be used in
19   court.
20
21
22
23
24
25

Page 284

1         - - - - - - -
          ERRATA
2         - - - - - - -
3    PAGE  LINE  CHANGE
4    ____  ____  _____
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
25

Page 283

1    ACKNOWLEDGMENT OF DEPONENT
2
3
4         I,_____, do
     hereby certify that I have read the foregoing
5    pages and that the same is a correct
     transcription of the answers given by me to
6    the questions therein propounded, except for
     the corrections or changes in form or
7    substance, if any, noted in the attached
     Errata Sheet.
8
9
10
11
12   _____
13   Martyn T. Smith, Ph.D.          DATE
14
15   Subscribed and sworn to before me this
16   _____ day of _____, 20 _____.
17   My commission expires: _____
18
19   Notary Public
20
21
22
23
24
25

Page 285

1         - - - - - - -
          LAWYER'S NOTES
2         - - - - - - -
3    PAGE  LINE
4    ____  ____  _____
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
25