UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PROTON-PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Freddy Bales v. AstraZeneca Pharmaceuticals LP*<br>Case No. 2:17-cv-06124 | MDL No. 2789 |

## ORDER GRANTING TAKEDA DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF GILBERT MOECKEL, M.D., PH.D.

Defendants Takeda Pharmaceuticals U.S.A., Inc., Takeda Pharmaceuticals America, Inc., Takeda Development Center Americas, Inc. f/k/a/ Takeda Global Research & Development Center, Inc., and Takeda Pharmaceutical Company Limited (collectively, "Takeda Defendants") Motion to Exclude Testimony of Gilbert Moeckel, M.D., Ph.D., came on for hearing on November 15, 2021 at the above-captioned.

After full consideration of the parties' submissions and oral argument if any, this Court finds that Dr. Moeckel's testimony is not admissible under Federal Rule of Evidence 702.

**IT IS ORDERED** that the Takeda Defendants' Motion is GRANTED, such that Dr. Moeckel's testimony and opinions are excluded from this case in their entirety pursuant to Federal Rule of Evidence 702 and the standard articulated in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993).

Dated: _____                    _____
                                                  The Hon. Claire C. Cecchi, U.S.D.J.